# 11-0126-cv

# United States Court of Appeals

*for the*

## Second Circuit

TERRA FIRMA INVESTMENTS (GP) 2 LIMITED, TERRA FIRMA
INVESTMENTS (GP) 3 LIMITED,

*Plaintiffs-Appellants,*

– v. –

CITIGROUP INC., CITIGROUP GLOBAL MARKETS LIMITED, CITIGROUP
GLOBAL MARKETS INC., CITIBANK, N.A.,

*Defendants-Appellees.*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## JOINT APPENDIX
**Volume 41 of 65 (Pages A-12001 to A-12300)**

PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

*Attorneys for Defendants-Appellees*

BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 446-2300

*Attorneys for Plaintiffs-Appellants*

i

# TABLE OF CONTENTS

**Page**

District Court Docket Entries .................................... A-1

Summons and Complaint, dated December 11, 2009    A-39

Declaration of Adrian Briggs, for Defendants, in Support of Motion to Dismiss, dated January 20, 2010, with attached *Curriculum Vitae* .................    A-89

Declaration of Strauss, for Plaintiffs, in Opposition to Defendants' Motion, dated February 2010, with attached *Curriculum Vitae* ............................    A-106

Second Declaration of Adrian Briggs, for Defendants, in Support of Motion to Dismiss, dated February 11, 2010 ........................................    A-137

Defendants' Answer to Plaintiff's Complaint, dated April 7, 2010 ...........................................................    A-149

Notice of Motion for Summary Judgment, by Defendants, dated August 13, 2010 ......................    A-171

Defendants' Local Rule 56.1 Statement of Undisputed Facts in Support of Motion for Summary Judgment, dated August 13, 2010 ........    A-173

Declaration of Gary R. Carney, in Support of Defendants' Motion for Summary Judgment, dated August 13, 2010 ......................................    A-199

Exhibit 1 to Carney Declaration -
Terra Firma Private Placement Memorandum, dated April 2006 ....................................    A-217

Exhibit 2 to Carney Declaration -
Terra Firma Capital Partners II Q3 2007 report, dated November 2007............................................    A-318

ii

**Page**

Exhibit 3 to Carney Declaration -
E-mail from Smith to Wormsley, dated
December 14, 2006................................................ A-363

Exhibit 4 to Carney Declaration -
Letter from Kelly to EMI Group plc, dated
December 14, 2006................................................ A-366

Exhibit 5 to Carney Declaration -
Letter from Nicoli to Kelly, dated
December 15, 2006................................................ A-368

Exhibit 6 to Carney Declaration -
EMI Press Release, dated February 20, 2007........ A-369

Exhibit 7 to Carney Declaration -
Letter from Gildersleeve to Bronfman, dated
March 2, 2007...................................................... A-371

Exhibit 8 to Carney Declaration -
Minutes of March 1 and March 2, 2007 EMI
Group plc Directors meetings.............................. A-372

Exhibit 9 to Carney Declaration -
E-mail from Klein to Wormsley and Smith, dated
April 20, 2007...................................................... A-383

Exhibit 10 to Carney Declaration -
Witness statement of Nicoli, dated July 5, 2010.... A-385

Exhibit 11 to Carney Declaration -
EMI Group plc Directors meeting, dated
April 20, 2007...................................................... A-396

Exhibit 12 to Carney Declaration -
E-mail from Barak to Wormsley *et al.*, dated
April 20, 2007, with attachment ........................... A-404

iii

**Page**

Exhibit 13 to Carney Declaration -
E-mail from Barak to Wormsley *et al.*, dated
April 20, 2007, with attachments........................... A-415

Exhibit 14 to Carney Declaration -
E-mail from Ashcroft to Wormsley *et al.*, dated
April 23, 2007, with attachment ........................... A-427

Exhibit 15 to Carney Declaration -
EMI News Release, dated May 4, 2007 ............... A-437

Exhibit 16 to Carney Declaration -
Letter from Bronfman to Gildersleeve, dated
May 10, 2007...................................................... A-439

Exhibit 17 to Carney Declaration -
Memorandum from Punja *et al.* to the IAC, dated
February 5, 2007.................................................. A-441

Exhibit 18 to Carney Declaration -
Memorandum from Seymour to Punja, dated
March 2, 2007...................................................... A-457

Exhibit 19 to Carney Declaration -
E-mail from Reid to Seymour, dated
May 16, 2007....................................................... A-462

Exhibit 20 to Carney Declaration -
Music Industry Key Market Outlook Summary of
Findings prepared by L.E.K. Consulting, dated
May 15, 2007....................................................... A-656

Exhibit 21 to Carney Declaration -
Project Dice Limited Scope Financial Due
Diligence Report, dated May 17, 2007.................. A-783

Exhibit 22 to Carney Declaration -
Project Mulberry Limited Scope Financial Due
Diligence Report, Volume I, dated May 4, 2007 ... A-887

iv

**Page**

Exhibit 23 to Carney Declaration -
E-mail from Bell to Wormsley and Smith, dated
May 9, 2007, with attachments ............................ A-929

Exhibit 24 to Carney Declaration -
E-mail from Vallance on behalf of Hands to
Punja *et al.*, dated May 6, 2007 ............................ A-937

Exhibit 25 to Carney Declaration -
E-mail from Vallance on behalf of Hands to
Punja, dated May 7, 2007 ...................................... A-939

Exhibit 26 to Carney Declaration -
E-mail from Randell to Slattery, dated
May 19, 2007 .......................................................... A-940

Exhibit 27 to Carney Declaration -
Memorandum from Punja *et al.* to the IAC, dated
May 7, 2007 ............................................................ A-944

Exhibit 28 to Carney Declaration -
Terra Firma Investments (GP) 3 Limited Board of
Directors meeting, dated May 8, 2007 .................. A-954

Exhibit 29 to Carney Declaration -
Agreement between Terra Firma Investments
(GP) 2 Limited and Terra Firma Investments
(GP) 3 Limited and EMI Group plc regarding
Project Mulberry, dated May 9, 2007 ................... A-963

Exhibit 30 to Carney Declaration -
E-mail from Van der Spuy to Bell and Punja,
dated May 11, 2007, with attachments ................. A-976

Exhibit 31 to Carney Declaration -
E-mail from Van der Spuy to TFCP Managing
Directors and Ford, dated May 15, 2007, with
attachment .............................................................. A-995

v

**Page**

Exhibit 32 to Carney Declaration -
E-mail from Punja to Hands, dated May 17, 2007    A-1003

Exhibit 33 to Carney Declaration -
E-mail from Borrows to Bell, dated
April 26, 2007....................................................    A-1005

Exhibit 34 to Carney Declaration -
E-mail from Lee to Scelfo *et al.*, dated
May 2, 2007......................................................    A-1006

Exhibit 35 to Carney Declaration -
E-mail from Fong to Vakilian, dated
May 15, 2007....................................................    A-1007

Exhibit 36 to Carney Declaration -
E-mail from Hayward-Cole to Bell, dated
May 4, 2007......................................................    A-1008

Exhibit 37 to Carney Declaration -
E-mail from Ashcroft to Gildersleeve, dated
May 10, 2007....................................................    A-1009

Exhibit 38 to Carney Declaration -
E-mail from Wormsley to Smith, dated
May 6, 2007......................................................    A-1011

Exhibit 39 to Carney Declaration -
E-mail from Wormsley to Miller, dated
May 8, 2007......................................................    A-1012

Exhibit 40 to Carney Declaration -
E-mail from Vallance on behalf of Hands to TF
Team Dice, dated May 8, 2007............................    A-1013

Exhibit 41 to Carney Declaration -
E-mail from Vallance on behalf of Hands to
Klein, dated May 17, 2007 ..................................    A-1014

vi

**Page**

Exhibit 42 to Carney Declaration -
E-mail from Curtis to Klein, dated May 17, 2007 . A-1015

Exhibit 43 to Carney Declaration -
E-mail from Van der Spuy to Hoang, dated May
18, 2007, with attachments ................................... A-1016

Exhibit 44 to Carney Declaration -
E-mail from Ginsburg to Billington, dated
May 20, 2007 ....................................................... A-1020

Exhibit 45 to Carney Declaration -
E-mail from Govindia to Rawlings, Lorkin, and
Dolenec, dated May 20, 2007 ............................... A-1022

Exhibit 46 to Carney Declaration -
E-mail from Rawlings to Dolenec, dated
May 20, 2007 ....................................................... A-1024

Exhibit 47 to Carney Declaration -
E-mail from Dolenec to Simpkin, dated
May 20, 2007 ....................................................... A-1026

Exhibit 48 to Carney Declaration -
E-mail from Dolenec to Simpkin, dated
May 20, 2007 ....................................................... A-1029

Exhibit 49 to Carney Declaration -
E-mail from Ginsburg to Dolenec, dated
May 21, 2007 ....................................................... A-1033

Exhibit 50 to Carney Declaration -
E-mail from Quigley to O'Haire and Van der
Spuy, dated May 20, 2007 .................................... A-1036

Exhibit 51 to Carney Declaration -
Project Dice Presentation to the IAC, dated
May 18, 2007 ....................................................... A-1041

vii

**Page**

Exhibit 52 to Carney Declaration -
E-mail from Khan to Dolenec *et al.*, dated
May 19, 2007........................................................ A-1202

Exhibit 53 to Carney Declaration -
E-mail from Dolenec to Hands, dated
May 20, 2007........................................................ A-1203

Exhibit 54 to Carney Declaration -
E-mail from Bell to Wormsley *et al.*, dated
May 16, 2007........................................................ A-1207

Exhibit 55 to Carney Declaration -
E-mail from Barak to Bell *et al.*, dated
May 18, 2007........................................................ A-1208

Exhibit 56 to Carney Declaration -
Minutes of EMI Group plc Directors meeting,
dated May 18, 2007 ............................................... A-1212

Exhibit 57 to Carney Declaration -
E-mail from Bell to Borrows, dated
May 17, 2007........................................................ A-1220

Exhibit 58 to Carney Declaration -
E-mail from Bell to Stewart and Barak, dated
May 18, 2007........................................................ A-1221

Exhibit 59 to Carney Declaration -
E-mail from Pryce to Hands, dated May 18, 2007 ... A-1225

Exhibit 60 to Carney Declaration -
E-mail from Stewart to Barak, dated
May 20, 2007........................................................ A-1226

Exhibit 61 to Carney Declaration -
E-mail from Shott to Bell, dated May 20, 2007,
with attachment.................................................... A-1231

viii

**Page**

Exhibit 62 to Carney Declaration -
E-mail from Wolf to Holt, dated May 20, 2007..... A-1235

Exhibit 63 to Carney Declaration -
E-mail from Gildersleeve to Ashcroft *et al.*, dated
May 20, 2007......................................................... A-1237

Exhibit 64 to Carney Declaration -
E-mail from Ashcroft to Stewart *et al.*, dated
May 20, 2007......................................................... A-1239

Exhibit 65 to Carney Declaration -
E-mail from Hands to Wormsley, dated
May 20, 2007......................................................... A-1241

Exhibit 66 to Carney Declaration -
E-mail from Punja to Van der Spuy *et al.*, dated
May 22, 2007......................................................... A-1245

Exhibit 67 to Carney Declaration -
Memorandum from Punja *et al.* to the IAC, dated
May 18, 2007......................................................... A-1246

Exhibit 68 to Carney Declaration -
Draft Minutes of a Terra Firma Investments (GP)
2 Limited Board of Directors meeting, dated
May 18, 2007......................................................... A-1247

Exhibit 69 to Carney Declaration -
Minutes of a Terra Firma Investments (GP) 3
Limited Board of Directors meeting, dated
May 18, 2007......................................................... A-1259

Exhibit 70 to Carney Declaration -
Project Dice Presentation to the IAC, dated
May 20, 2007......................................................... A-1271

ix

**Page**

Exhibit 71 to Carney Declaration -
Minutes of a meeting of the Investment Advisory
Committee of Terra Firma Capital Partners
Limited, dated May 20, 2007................................. A-1348

Exhibit 72 to Carney Declaration -
Minutes of a Terra Firma Investments (GP) 2
Limited Board of Directors meeting, dated
May 20, 2007.......................................................... A-1350

Exhibit 73 to Carney Declaration -
Minutes of a Terra Firma Investments (GP) 3
Limited Board of Directors meeting, dated
May 20, 2007.......................................................... A-1354

Exhibit 74 to Carney Declaration -
Minutes of a meeting of a Committee of the
Board of Directors of Terra Firma Investments
(GP) 2 Limited, dated May 21, 2007..................... A-1356

Exhibit 75 to Carney Declaration -
Minutes of a meeting of a Committee of the
Board of Directors of Terra Firma Investments
(GP) 3 Limited, dated May 21, 2007..................... A-1359

Exhibit 76 to Carney Declaration -
Letter from Stokes to EMI Group plc, dated
May 21, 2007.......................................................... A-1362

Exhibit 77 to Carney Declaration -
Recommended Cash Offer by Maltby Limited for
EMI Group plc........................................................ A-1372

Exhibit 78 to Carney Declaration -
Minutes of a EMI Group plc Directors meeting,
dated May 21, 2007................................................ A-1554

x

**Page**

Exhibit 79 to Carney Declaration -
Offer Update and Extension of the
Recommended Cash Offer by Maltby Limited for
EMI Group plc, dated June 28, 2007 .................... A-1563

Exhibit 80 to Carney Declaration -
E-mail from Vallance on behalf of Hands to TF
Team Dice *et al.*, dated June 14, 2007 ................... A-1567

Exhibit 81 to Carney Declaration -
Offer Update and Extension of the
Recommended Cash Offer by Maltby Limited for
EMI Group plc, dated July 5, 2007 ....................... A-1568

Exhibit 82 to Carney Declaration -
Update and Extension of the Recommended Cash
Offer by Maltby Limited for EMI Group plc,
dated July 13, 2007 ................................. A-1571

Exhibit 83 to Carney Declaration -
Update and Extension of the Recommended Cash
Offer by Maltby Limited for EMI Group plc,
dated July 20, 2007 ................................. A-1574

Exhibit 84 to Carney Declaration -
Extension of the Recommended Cash Offer by
Maltby Limited for EMI Group plc, dated
July 28, 2007 ...................................... A-1577

Exhibit 85 to Carney Declaration -
E-mail from Seaton to Foreman *et al.*, dated
August 1, 2007 ..................................... A-1580

Exhibit 86 to Carney Declaration -
Maltby Capital Ltd. Annual Review for the Year
Ended 31 March 2008 ............................. A-1590

xi

**Page**

Exhibit 87 to Carney Declaration -
EMI Business Description prepared by Terra
Firma ................................................................ A-1691

Exhibit 88 to Carney Declaration -
£1,175,000,000 Senior Facilities Agreement for
Maltby Limited, dated August 13, 2007 ............... A-1693

Exhibit 89 to Carney Declaration -
£1,410,000,000 Securitisation Bridge Facility
Agreement for Maltby Limited, dated
August 13, 2007 ................................................ A-1900

Exhibit 90 to Carney Declaration -
£155,000,000 Mezzanine Facility Agreement for
Maltby Limited, dated August 13, 2007 ............... A-2079

Exhibit 91 to Carney Declaration -
E-mail from Dowler to Hands, dated
May 21, 2007 .................................................... A-2246

Exhibit 92 to Carney Declaration -
E-mail from Melvin to Hands *et al.*, dated
May 22, 2007 .................................................... A-2248

Exhibit 93 to Carney Declaration -
E-mail from Aldred on behalf of Alexander to
Hands, dated September 24, 2007 ........................ A-2249

Exhibit 94 to Carney Declaration -
E-mail from Vallance to TF Team Dice, dated
September 25, 2007 ............................................ A-2250

Exhibit 95 to Carney Declaration -
E-mail from Draffan to Simpkin and Smith, dated
January 14, 2008 ............................................... A-2253

xii

**Page**

Exhibit 96 to Carney Declaration -
E-mail from Wormsley to Hands, dated
February 1, 2008...................................................... A-2254

Exhibit 97 to Carney Declaration -
E-mail from Womsley to Miles, dated
April 30, 2008........................................................ A-2256

Exhibit 98 to Carney Declaration -
E-mail from Wormsley to Hands, dated
February 6, 2009...................................................... A-2258

Exhibit 99 to Carney Declaration -
E-mail from Robert-Tissot to Hands, dated
February 6, 2009...................................................... A-2261

Exhibit 100 to Carney Declaration -
E-mail from Hands to Wormsley, dated
July 8, 2008.......................................................... A-2263

Exhibit 101 to Carney Declaration -
E-mail from Wormsley to Cabrey, dated
July 1, 2008.......................................................... A-2266

Exhibit 102 to Carney Declaration -
EMI Investment Structure Chart............................ A-2269

Exhibit 103 to Carney Declaration -
November 2007 IAC EMI Update........................ A-2270

Exhibit 104 to Carney Declaration -
Memorandum from Simpkin *et al.* to Leat *et al.*,
dated December 21, 2007 .................................... A-2296

Exhibit 105 to Carney Declaration -
E-mail from Burns to Prior *et al.*, dated
July 4, 2008.......................................................... A-2301

xiii

**Page**

Exhibit 106 to Carney Declaration -
Minutes of a meeting of the Board of Directors of
Maltby Capital Limited, dated March 6, 2009 ......   A-2307

Exhibit 107 to Carney Declaration -
Letter from Maltby Acquisitions Limited and
Maltby Investments Limited to Citibank
International plc, dated March 10, 2008 ................   A-2312

Exhibit 108 to Carney Declaration -
Letter from Citibank International plc to Maltby
Acquisitions Limited and Maltby Investments
Limited, dated March 17, 2009 .............................   A-2314

Exhibit 109 to Carney Declaration -
Compliance Certificate from Maltby Acquisitions
Limited to Citibank International plc, dated
May 14, 2009 ........................................................   A-2317

Exhibit 110 to Carney Declaration -
Letter from Sckerl to Chadd, dated
September 24, 2009 ...............................................   A-2327

Exhibit 111 to Carney Declaration -
Letter from Maltby Investments Limited to
Citibank N.A., London Branch, dated
October 7, 2009 ....................................................   A-2329

Exhibit 112 to Carney Declaration -
Maltby Investments Limited Director's Report
and Consolidated Financial Statements, dated
March 31, 2009 .....................................................   A-2334

Exhibit 113 to Carney Declaration -
E-mail from Lo to Bazinet, Kulp, and Harlalka,
dated July 15, 2009 ...............................................   A-2479

xiv

                                                                     **Page**

Exhibit 114 to Carney Declaration -
E-mail from Leat to Lynn, Cockerill, and
Simpkin, dated March 26, 2009 ............................ A-2480

Exhibit 115 to Carney Declaration -
E-mail from Simpkin to Cockerill and Lynn,
dated April 18, 2009 ............................................. A-2481

Exhibit 116 to Carney Declaration -
E-mail from Smith on behalf of Hands to Lynn
and Leat, dated August 19, 2009 .......................... A-2482

Exhibit 117 to Carney Declaration -
E-mail from Lo to Bazinet, Kulp, and Harlalka,
dated August 15, 2009 .......................................... A-2484

Exhibit 118 to Carney Declaration -
Article titled, "Terra Firma in EMI Restructuring
Talks With Citi," dated July 13, 2009 ................... A-2487

Exhibit 119 to Carney Declaration -
Citi Investment Research & Analysis Report
regarding Warner Music Group, dated
September 15, 2009 ............................................... A-2489

Exhibit 120 to Carney Declaration -
Michael Slattery's Project Dice notes ................... A-2510

Exhibit 121 to Carney Declaration -
Draft Minutes of a meeting of a Committee of the
Board of Directors of Terra Firma Investments
(GP) 2 Limited, dated May 23, 2007 .................... A-2558

Exhibit 122 to Carney Declaration -
Update to the IAC regarding Project Dice, dated
June 21, 2007 ....................................................... A-2560

xv

**Page**

Exhibit 123 to Carney Declaration -
Letter from Leat to Hands, dated
November 10, 2009 .................................................. A-2581

Exhibit 124 to Carney Declaration -
E-mail from Vallance on behalf of Hands to
Klein, dated May 18, 2007 .................................... A-2583

Exhibit 125 to Carney Declaration -
E-mail from Vallance on behalf of Hands to
Wormsley, dated May 18, 2007 ............................ A-2584

Exhibit 126 to Carney Declaration -
E-mail from Tabet to Hands, dated May 18, 2007. A-2586

Exhibit 127 to Carney Declaration -
Declaration of John Loveridge in Opposition to
Defendants' Motion to Dismiss executed on
February 3, 2010 and filed in this action on
February 4, 2010 ................................................... A-2588

Exhibit 128 to Carney Declaration -
Excerpts of The Takeover Code ............................ A-2597

Excerpts of Deposition Transcripts:

Stephen Alexander, dated August 11, 2010 ............... A-2602

Mark Nimrod Barak, dated July 15, 2010 ................ A-2611

Jason Bazinet, dated June 30, 2010 .......................... A-2617

Peter Edward Bell, dated June 22, 2010 ................... A-2631

Simon A. Borrows, dated June 25, 2010 ................... A-2702

Andre Bourbonnais, dated July 13, 2010 .................. A-2779

Andrew Chadd, dated July 23, 2010
    (Reproduced herein at pp. CA-1-CA-53)

xvi

|  | **Page** |
|---|---|
| Ricardo Hacelas Coats, dated June 23, 2010 | A-2795 |
| Karen Dolenec, dated June 18, 2010 | A-2799 |
| John Gildersleeve, dated June 30, 2010 | A-2803 |
| Guy Hands, dated July 15, 2010 | A-2813 |
| Guy Hayward-Cole, dated July 27, 2010 | A-2959 |
| Elio Leoni-Sceti, dated June 25, 2010 | A-2974 |
| John Loveridge, dated July 30, 2010 | A-2982 |
| Bruce MacInnes, dated July 8, 2010 | A-3027 |
| Eric Nicoli, dated July 5, 2010 | A-3039 |
| Timothy Pryce, dated July 22, 2010 | A-3087 |
| Riaz Punja, dated July 28, 2010 | A-3130 |
| Michael Slattery, dated August 6, 2010 | A-3169 |
| Martin David Stewart, dated July 7 and 8, 2010 | A-3177 |
| Iain Stokes, dated August 6, 2010 | A-3183 |
| Kamal Fouad Tabet, dated July 29, 2010 | A-3238 |
| Francois Van der Spuy, dated July 7, 2010 | A-3242 |
| Julie Williamson, dated July 28, 2010 | A-3267 |
| Alexander Wolf, dated July 14, 2010 | A-3280 |
| David Wormsley, dated July 20, 2010 | A-3305 |
| Report Pursuant to Rule 44.1 of McQuater, dated July 30, 2010 | A-3316 |
| Appendix 1 — | |
| *Curriculum Vitae* of Ewan McQuater QC | A-3340 |

xvii

**Page**

Appendix 2 —

*AIC Limited v ITS Testing Services (UK) Ltd* [2006]
   EWCA Civ 1601 .................................................... A-3346

*Uzinterimpex JSC v Standard Bank Plc* [2007]
   EWHC 1151 (Comm) ............................................ A-3455

*Raiffeisen Zentralbank Osterreich AG v The Royal
   Bank of Scotland Plc* [2010] EWHC 1392
   (Comm) ................................................................. A-3493

*BSkyB Ltd v Sky Subscribers Services Limited*
   [2010] EWHC 86 .................................................. A-3606

*Re H and Others* (Minors) [1996] AC 563 ............... A-4074

*MCI WorldCom International Inc v Primus
   Telecommunications Inc* [2004] EWCA Civ 957 .. A-4105

*IFE Fund SA v Goldman Sachs International* [2006]
   EWHC 2887 (QB) (Comm), [2007] EWCA Civ
   811 ....................................................................... A-4119

*Derry v Peek* (1889) 14 App Cas 337 ...................... A-4163

*Angus v Clifford* [1891] 2 Ch 449 ............................ A-4207

*Armstrong v Strain* [1951] 1 TLR 856 ..................... A-4240

*Bradford Building Society v Borders* [1941] 2 All
   ER 205 ................................................................. A-4258

*Downs v Chappell* [1997] 1 WLR 426 ..................... A-4277

*Edgington v Fitzmaurice* (1882) 29 Ch Div 459 ....... A-4298

*Dadourian Group International Inc v Simms* [2009]
   EWCA Civ 169 ..................................................... A-4325

xviii

**Page**

*JEB Fasteners v Marks Bloom & Co* [1983] 1 All
ER 583 ........................................................ A-4395

*Avon Insurance v Swire Fraser* [2000] 1 All ER
(Comm) 573 ................................................ A-4403

*Renault UK Ltd v Fleetpro Technical Services Ltd*
[2007] EWHC 2541 (QB).............................. A-4471

*Hedley Byrne & Co Ltd v Heller & Partners Ltd*
[1964] AC 465 ............................................. A-4522

*Henderson v Merrett Syndicates Ltd* [1995] 2 AC
145 ............................................................. A-4598

*Williams v Natural Life Foods* [1998] 1 WLR 830.... A-4661

*McNaughton Paper Group Ltd v Hicks Anderson &
Co* [1991] 2 QB 113..................................... A-4671

*Bankers Trust International v Dharmala Sakti
Sejahtera* [1996] CLC 518............................ A-4688

*Valse Holdings SA v Merrill Lynch International
Bank Ltd* [2004] EWHC 2471 ....................... A-4741

*Peekay Intermark v Australia and New Zealand
Banking Group* [2006] EWCA Civ 386.............. A-4779

*JP Morgan Chase Bank v Springwell Navigation
Corp* [2008] EWHC 1186 (Comm) ................... A-4803

*Titan Steel Wheels Limited v Royal Bank of Scotland
Plc* [2010] EWHC 211 (Comm) ...................... A-5085

*Trident Turboprop (Dublin) Ltd v First Flight
Couriers Ltd* [2008] EWHC 1686 (Comm),
[2009] 1 All ER (Comm) 16, [2009] EWCA Civ
290 ........................................................... A-5126

xix

**Page**

*IFE Fund SA v Goldman Sachs International* 1 [2007] Lloyd's Rep 264 .......................... A-5184

*William Sindall plc v Cambridgeshire County Council* [1994] 1 WLR 1016 ................................. A-5200

*Tudor Grange Holdings v Citibank* [1992] Ch 53 ..... A-5231

*OBG Ltd v Allen* [2007] UKHL 21 ........................... A-5250

*Mogul Steamship Co Ltd v McGregor Gow & Co* [1892] AC 25 .................................................. A-5325

*Allen v Flood* [1898] AC 1 ........................................ A-5361

*Isaac Oren v Red Box Toy Factory* [1999] FSR 785 . A-5542

*RCA Corporation v Pollard* [1983] CH 135 ............. A-5553

*Future Investments SA v FIFA* [2010] EWHC 1019 (Ch) ...................................................................... A-5577

*Johnson v Gore Wood* [2002] 2 AC 1 ....................... A-5591

*Prudential Assurance Co Ltd v Newman Industries Ltd* (No. 2) [1982] Ch 204 ................................... A-5659

*Gardner v Parker* [2004] EWCA Civ 781 ............... A-5692

*Livingstone v Rawyards Coal Co* (1880) 5 App Cas 25 ...................................................................... A-5708

*Smith New Court Securities v Citibank NA* [1997] AC 254 ................................................................ A-5727

*Chitty on Contracts*, 13th Edition, paragraphs 6-142 and 6-158 ................................................ A-5760

*Clerk & Lindsell on Torts*, 19th Edition, paragraphs 8-101, 8-108, 18-01, 18-28, 18-32, 18-36, 18-37 .. A-5763

xx

**Page**

*McGregor on Damages*, 17th Edition, paragraph 1-
   021 ........................................................................ A-5774

*Halsbury's Laws of England*, 4th Edition, Vol 33,
   paragraph 614 ...................................................... A-5777

*Cartwright on Misrepresentation, Mistake and Non-*
   *Disclosure*, 2nd Edition, paragraph 6.12 .............. A-5780

*The Unfair Contract Terms Act 1977* ........................ A-5783

Response of Plaintiffs to Defendants' Statement of
   Undisputed Facts Pursuant to Local Rule 56.1,
   dated August 27, 2010 ........................................... A-5807

Declaration of Kirsten Randell, in Support of
   Plaintiffs' Opposition to Defendants' Motion for
   Summary Judgment, dated August 26, 2010 ......... A-5883

   Exhibit A to Randell Declaration -
   Handwritten Notes ................................................. A-5887

Declaration of John Loveridge, in Support of
   Plaintiffs' Opposition to Motion for Summary
   Judgment, dated August 27, 2010 ......................... A-5891

   Exhibit A to Loveridge Declaration -
   Senior Facilities Agreement, dated
   August 13, 2007 ..................................................... A-5894

   Exhibit B to Loveridge Declaration -
   Securitisation Bridge Facility Agreement, dated
   August 13, 2007 ..................................................... A-6101

   Exhibit C to Loveridge Declaration -
   Mezzanine Facility Agreement, dated
   August 13, 2007 ..................................................... A-6280

xxi

Page

Declaration of Christopher E. Duffy in Opposition
    to Defendants' Motion for Summary Judgment,
    dated September 2, 2010 ........................................  A-6447

Exhibit 1 to Duffy Declaration -
Amended and Restated Advisory Agreement
relating to Terra Firma Investments (GP) 2
Limited and Terra Firma Capital Partners
Limited, dated October 9, 2003 ...........................  A-6471

Exhibit 2 to Duffy Declaration -
Advisory Agreement relating to Terra Firma
Capital Partners III, L.P., dated February 8, 2006 .  A-6493

Exhibit 3 to Duffy Declaration -
Minutes of a Terra Firma Investments (GP) 2
Limited Directors' meeting, dated May 20, 2007 ..  A-6512

Exhibit 4 to Duffy Declaration -
Minutes of a Terra Firma Investments (GP) 3
Limited Directors' meeting, dated May 20, 2007 ..  A-6515

Exhibit 5 to Duffy Declaration -
E-mail from Rowland to Laskowski and Crocker,
dated September 18, 2008, with attachment ..........  A-6517

Exhibit 6 to Duffy Declaration -
E-mail from Smith to Small, dated May 21, 2007 .  A-6521

Exhibit 7 to Duffy Declaration -
E-mail from Wormsley to Hands, dated
November 7, 2006 ................................................  A-6523

Exhibit 8 to Duffy Declaration -
E-mail from Wormsley to Hands, dated
September 19, 2007 ..............................................  A-6524

xxii

**Page**

Exhibit 9 to Duffy Declaration -
E-mail from Wormsley to Hands, dated
October 23, 2006 .................................................... A-6529

Exhibit 10 to Duffy Declaration -
E-mail from Wormsley to Hands, dated
November 15, 2006 ................................................ A-6530

Exhibit 11 to Duffy Declaration -
E-mail from Klein to Hands, dated
December 13, 2006.................................................. A-6531

Exhibit 12 to Duffy Declaration -
E-mail from Smith to Del Rio, dated
July 20, 2007.......................................................... A-6532

Exhibit 13 to Duffy Declaration -
Answer and Affirmative Defenses of Defendant
Citigroup Inc. to Plaintiffs' Amended Complaint
in *Sungate Securities LLLP v. Citigroup, Inc.*
(Case No. 09-040664 CA 43) in the Circuit Court
of the Ninth Judicial District of the State of
Florida, dated July 22, 2010 .................................. A-6533

Exhibit 14 to Duffy Declaration -
Memorandum from Simpkin, *et al.* to Klein, *et
al.*, dated November 16, 2007............................... A-6549

Exhibit 15 to Duffy Declaration -
Interoffice memorandum from Lindsay to
Drayton, *et al.*, dated February 17, 2005 ............... A-6559

Exhibit 16 to Duffy Declaration -
E-mail from Tague to Lindsay, *et al.*, dated
March 9, 2007........................................................ A-6566

Exhibit 17 to Duffy Declaration -
E-mail from Bayazid to Favaro, Richards and
Pavlus, dated April 19, 2007.................................. A-6571

xxiii

**Page**

Exhibit 18 to Duffy Declaration -
July 2006 "EMI Group plc 2006 Annual Review"...    A-6576

Exhibit 19 to Duffy Declaration -
Two letters from Smith for and on behalf of
Citigroup Global Markets Limited to Stewart,
dated September 4, 2006.......................................    A-6593

Exhibit 20 to Duffy Declaration -
E-mail from Nicoli to Gildersleeve, *et al.*, dated
November 28, 2006 ................................................    A-6611

Exhibit 21 to Duffy Declaration -
E-mail from Wormsley to Dicks, dated May 22,
2007, with attachment............................................    A-6613

Exhibit 22 to Duffy Declaration -
E-mail from Wormsley to Klein, dated
November 21, 2006 ................................................    A-6615

Exhibit 23 to Duffy Declaration -
E-mail from Ashcroft to Borrows and Nicoli,
dated December 11, 2006 ......................................    A-6616

Exhibit 24 to Duffy Declaration -
E-mail from Wormsley to Smith, dated
May 21, 2007 ........................................................    A-6617

Exhibit 25 to Duffy Declaration -
Minutes of an EMI Group plc Directors' meeting,
dated April 20, 2007 ..............................................    A-6620

Exhibit 26 to Duffy Declaration -
E-mail from Barak to Wormsley, *et al.*, dated
April 20, 2007, with attachments...........................    A-6628

Exhibit 27 to Duffy Declaration -
E-mail from Barak to Wormsley, *et al.*, dated
April 20, 2007, with attachments...........................    A-6640

xxiv

**Page**

Exhibit 28 to Duffy Declaration -
EMI Press Release, dated January 12, 2007 .......... A-6651

Exhibit 29 to Duffy Declaration -
EMI Press Release, dated February 14, 2007 ........ A-6654

Exhibit 30 to Duffy Declaration -
E-mail from Wormsley to Klein and Smith, dated
April 19, 2007 .................................................... A-6655

Exhibit 31 to Duffy Declaration -
E-mail from Gildersleeve to Nicoli and Borrows,
dated April 20, 2007 ............................................ A-6656

Exhibit 32 to Duffy Declaration -
E-mail from Gildersleeve to Wormsley, dated
April 20, 2007 .................................................... A-6658

Exhibit 33 to Duffy Declaration -
E-mail from Klein to Wormsley and Smith, dated
April 20, 2007 .................................................... A-6659

Exhibit 34 to Duffy Declaration -
E-mail from Smith to Wormsley, dated
April 22, 2007 .................................................... A-6661

Exhibit 35 to Duffy Declaration -
E-mail from Smith to Wormsley, dated
April 13, 2007 .................................................... A-6663

Exhibit 36 to Duffy Declaration -
E-mail from Smith to Stewart and Barak, dated
April 30, 2007, with attachment ........................... A-6664

Exhibit 37 to Duffy Declaration -
EMI Press Release, dated May 4, 2007 ................. A-6667

Exhibit 38 to Duffy Declaration -
E-mail from Ashcroft to Wormsley, *et al.*, dated
April 23, 2007, with attachment ........................... A-6669

xxv

**Page**

Exhibit 39 to Duffy Declaration -
Letter from Bronfman to Gildersleeve, dated
March 1, 2007 ...................................................... A-6679

Exhibit 40 to Duffy Declaration -
Letter from Bronfman to Gildersleeve, dated
May 10, 2007 ...................................................... A-6683

Exhibit 41 to Duffy Declaration -
Mobile telephone records of David Wormsley ...... A-6685

Exhibit 42 to Duffy Declaration -
E-mail from Vallance to Wormsley and Lindsay,
dated March 2, 2007 .............................................. A-6693

Exhibit 43 to Duffy Declaration -
E-mail from Vallance on behalf of Hands to
Punja, *et al.*, dated May 6, 2007 ........................... A-6694

Exhibit 44 to Duffy Declaration -
E-mail from Vallance on behalf of Hands to
Wormsley, dated May 6, 2007 ............................... A-6696

Exhibit 45 to Duffy Declaration -
E-mail from Borrows to Tuke, Stewart and
Gildersleeve, dated May 8, 2007 ........................... A-6697

Exhibit 46 to Duffy Declaration -
Letter from Kelly for and on behalf of Terra
Firma Investments (GP) 2 Limited and Terra
Firma Investments (GP) 3 Limited, dated
May 8, 2007 ........................................................... A-6699

Exhibit 47 to Duffy Declaration -
E-mail from Wormsley to Gildersleeve, dated
May 9, 2007 ........................................................... A-6703

xxvi

**Page**

Exhibit 48 to Duffy Declaration -
E-mail from Wormsley to Miller, dated
May 8, 2007 ...................................................... A-6706

Exhibit 49 to Duffy Declaration -
E-mail from Miller to Zogheb, dated
May 16, 2007 .................................................... A-6707

Exhibit 50 to Duffy Declaration -
E-mail from Barclay to Conroy, *et al.*, dated
May 13, 2007 .................................................... A-6709

Exhibit 51 to Duffy Declaration -
E-mail from Bell to Wormsley, *et al.*, dated
May 16, 2007 .................................................... A-6711

Exhibit 52 to Duffy Declaration -
E-mail from Gildersleeve to Borrows, *et al.*,
dated May 13, 2007 .............................................. A-6712

Exhibit 53 to Duffy Declaration -
Minutes of a Wise Men Committee meeting,
dated July 23, 2007 ............................................. A-6716

Exhibit 54 to Duffy Declaration -
E-mail from Wormsley to Poyser, dated
May 18, 2007 .................................................... A-6718

Exhibit 55 to Duffy Declaration -
E-mail from Wormsley to Tabet, dated
May 18, 2007 .................................................... A-6719

Exhibit 56 to Duffy Declaration -
E-mail from Poyser to Wormsley, dated
May 18, 2007 .................................................... A-6720

Exhibit 57 to Duffy Declaration -
E-mail from Wormsley to Poyser, Klein and
Brumpton, dated May 17, 2007 ............................ A-6721

xxvii

**Page**

Exhibit 58 to Duffy Declaration -
E-mail from Wormsley to Gildersleeve and
Nicoli, dated May 16, 2007 .................................... A-6722

Exhibit 59 to Duffy Declaration -
E-mail from Smith to Poyser, dated
May 17, 2007 ........................................................ A-6723

Exhibit 60 to Duffy Declaration -
E-mail from Tessler to Teitelbaum and Wolf,
dated May 18, 2007 ............................................... A-6724

Exhibit 61 to Duffy Declaration -
E-mail from Shott to Bell, *et al.*, dated May 20,
2007, with attachment .......................................... A-6726

Exhibit 62 to Duffy Declaration -
E-mail from Ashcroft to Stewart, *et al.*, dated
May 20, 2007 ........................................................ A-6730

Exhibit 63 to Duffy Declaration -
Teleconference Information from May 20, 2007
(Reproduced at p. CA-54)

Exhibit 64 to Duffy Declaration -
E-mail from Watson to Rawlinson, *et al.*, dated
May 20, 2007 ........................................................ A-6732

Exhibit 65 to Duffy Declaration -
Mobile telephone records of David Wormsley,
dated June 27, 2007 ............................................. A-6736

Exhibit 66 to Duffy Declaration -
May 2007 mobile telephone records of Nicoli
(Reproduced at pp. CA-55-CA-66)

Exhibit 67 to Duffy Declaration -
E-mail from Smith to Wormsley, dated
May 17, 2007 ........................................................ A-6746

xxviii

**Page**

Exhibit 68 to Duffy Declaration -
Minutes of a Terra Firma Capital Partners
Limited Investment Advisory Committee
meeting, dated May 20, 2007 ............................... A-6747

Exhibit 69 to Duffy Declaration -
Excerpts of handwritten notes of Michael Slattery.... A-6749

Exhibit 70 to Duffy Declaration -
E-mail from Wormsley to Nicoli, dated
May 21, 2007 ........................................................ A-6755

Exhibit 71 to Duffy Declaration -
E-mail from Tabet to Wormsley, dated
May 21, 2007 ........................................................ A-6756

Exhibit 72 to Duffy Declaration -
E-mail from Nicoli to Ashcroft, *et al.*, dated
May 2, 2007 .......................................................... A-6759

Exhibit 73 to Duffy Declaration -
Minutes of a Terra Firma Investments (GP) 2
Limited Committee of the Board of Directors'
meeting, dated May 21, 2007 ............................... A-6765

Exhibit 74 to Duffy Declaration -
Minutes of a Terra Firma Investments (GP) 3
Limited Committee of the Board of Directors'
meeting, dated May 21, 2007 ............................... A-6768

Exhibit 75 to Duffy Declaration -
E-mail from Thornton on behalf of Hands to Bell,
dated May 21, 2007 ............................................... A-6771

Exhibit 76 to Duffy Declaration -
Letter from Terra Firma Investments (GP) 3
Limited to Gildersleeve, dated May 21, 2007 ....... A-6772

xxix

**Page**

Exhibit 77 to Duffy Declaration -
Minutes of an EMI Group plc Directors' meeting,
dated May 21, 2007 .............................................. A-6782

Exhibit 78 to Duffy Declaration -
E-mail from Watson to Dowler, dated May 21,
2007, with attachment............................................. A-6791

Exhibit 79 to Duffy Declaration -
E-mail from Smith to Badhe, dated May 21, 2007  A-6818

Exhibit 80 to Duffy Declaration -
E-mail from Smith to Mehta, dated May 21, 2007  A-6819

Exhibit 81 to Duffy Declaration -
E-mail from Smith to Kirshenbaum, dated
May 21, 2007 ...................................................... A-6821

Exhibit 82 to Duffy Declaration -
E-mail from Wormsley to Tague, dated
May 22, 2007 ...................................................... A-6822

Exhibit 83 to Duffy Declaration -
Letter from Smith to Stewart, dated July 19,
2007, with attachment............................................. A-6823

Exhibit 84 to Duffy Declaration -
E-mail from Smith to Watson, dated
August 17, 2007.................................................... A-6827

Exhibit 85 to Duffy Declaration -
November 2009 presentation titled, "EMI Debt
Interest Expense Analysis" ..................................... A-6828

Exhibit 86 to Duffy Declaration -
E-mail from Poyser to Vakilian, dated
May 21, 2007 ...................................................... A-6835

**xxx**

**Page**

Exhibit 87 to Duffy Declaration -
E-mail from Simonian to Smith, dated
May 21, 2007 ........................................................ A-6837

Exhibit 88 to Duffy Declaration -
E-mail from Wormsley to Lindsay, dated
September 17, 2007 ................................................ A-6838

Exhibit 89 to Duffy Declaration -
Memorandum from Simpkin *et al.* to Klein *et al.*,
dated November 16, 2007
(Reproduced at pp. CA-67-CA-76)

Exhibit 90 to Duffy Declaration -
E-mail from Borrows to Nicoli, Gildersleeve and
Parker, dated July 31, 2007.................................... A-6843

Exhibit 91 to Duffy Declaration -
Minutes of a Wise Men Committee meeting,
dated July 23, 2007 ................................................ A-6844

Exhibit 92 to Duffy Declaration -
E-mail from Grigorova to Cockerill, *et al.*, dated
September 5, 2007 .................................................. A-6846

Exhibit 93 to Duffy Declaration -
E-mail from Sckerl to Cockerill, dated June 9,
2009 with Attachment
(Reproduced at pp. CA-77-CA-80)

Exhibit 94 to Duffy Declaration -
E-mail from Grigorova to Sckerl, dated
February 16, 2009.................................................. A-6850

Exhibit 95 to Duffy Declaration -
E-mail from Wormsley to Klein, dated
November 23, 2007 ................................................ A-6855

xxxi

**Page**

Exhibit 96 to Duffy Declaration -
E-mail from Grigorova to Cockerill and Sckerl,
dated February 2, 2009, with attachment............... A-6856

Exhibit 97 to Duffy Declaration -
E-mail from Rochford to Trask and Zogheb,
dated June 25, 2009
(Reproduced at pp. CA-81-CA-83)

Exhibit 98 to Duffy Declaration -
E-mail from Romero-Apsilos to Hurst, dated
March 17, 2009.................................................... A-6859

Exhibit 99 to Duffy Declaration -
E-mail from Bazinet to Salamander, dated
September 28, 2009, with attachment.................... A-6860

Exhibit 100 to Duffy Declaration -
E-mail from Bronfman to Rosen, dated
September 29, 2009 ............................................. A-6882

Exhibit 101 to Duffy Declaration -
E-mail from Bronfman to Fleisher, dated
October 7, 2009 .................................................. A-6883

Exhibit 102 to Duffy Declaration -
E-mail from Cotton to Pastor, dated
December 21, 2009.............................................. A-6885

Exhibit 103 to Duffy Declaration -
E-mail from Smith to Ponti and Hands, dated
March 22, 2010 .................................................. A-6886

Exhibit 104 to Duffy Declaration -
E-mail from Nicoli to Wormsley, dated
May 20, 2007 ..................................................... A-6889

xxxii

**Page**

Exhibit 105 to Duffy Declaration -
E-mail from Wormsley to Klein and Smith, dated
April 19, 2007 ........................................................ A-6893

Exhibit 106 to Duffy Declaration -
Memorandum from Punja, *et al.* to the IAC,
dated May 7, 2007 ................................................. A-6894

Exhibit 107 to Duffy Declaration -
Revised memorandum from Punja, *et al.* to the
IAC, dated May 7, 2007 ........................................ A-6904

Exhibit 108 to Duffy Declaration -
E-mail from Vallance on behalf of Hands to
Punja, dated May 7, 2007 ..................................... A-6914

Exhibit 109 to Duffy Declaration -
Presentation titled, "Project Dice: Presentation to
the IAC," dated May 18, 2007 .............................. A-6916

Exhibit 110 to Duffy Declaration -
Presentation titled, "Project Dice: Presentation to
the IAC," dated May 20, 2007 .............................. A-7076

Exhibit 111 to Duffy Declaration -
Agreement (the "PMA") between Terra Firma
Investments (GP) 2 Limited and Terra Firma
Investments (GP) 3 Limited and EMI Group plc
regarding Project Mulberry, dated May 9, 2007 .... A-7153

Exhibit 112 to Duffy Declaration -
Article from Billboard.biz titled, "Terra Firma In
EMI Restructuring Talks With Citi," dated
July 13, 2009 ......................................................... A-7166

Exhibit 113 to Duffy Declaration -
E-mail from Bazinet to Cohen, dated
October 14, 2009 ................................................... A-7168

xxxiii

**Page**

Exhibit 114 to Duffy Declaration -
Letter from Nicoli to Kelly, dated
December 15, 2006................................................ A-7169

Exhibit 115 to Duffy Declaration -
E-mail from Smith to Wormsley, dated
December 14, 2006................................................ A-7170

Exhibit 116 to Duffy Declaration -
E-mail from Frederick to Nicoli, *et al.*, dated
December 5, 2006................................................ A-7171

Exhibit 117 to Duffy Declaration -
E-mail from Randell to Becker, dated
May 10, 2007 ........................................................ A-7178

Exhibit 118 to Duffy Declaration -
Letter from Terra Firma Investments (GP) 2 and
Terra Firma Investments (GP) 3 to Gildersleeve,
dated May 8, 2007 ................................................ A-7190

Exhibit 119 to Duffy Declaration -
E-mail from Van der Spuy to Punja, dated
May 9, 2007 .......................................................... A-7194

Exhibit 120 to Duffy Declaration -
Letter from Smith to Stewart, dated
April 27, 2007........................................................ A-7197

Exhibit 121 to Duffy Declaration -
E-mail from Tabet to Klein, dated May 17, 2007 .. A-7199

Exhibit 122 to Duffy Declaration -
E-mail from Plotnik to Miller, *et al.*, dated
May 19, 2007
(Reproduced at pp. CA-84-CA-87)

xxxiv

**Page**

Exhibit 123 to Duffy Declaration -
Compliance "tree" for Citigroup, dated
January 14, 2010 .................................................. A-7324

Exhibit 124 to Duffy Declaration -
E-mail from Zogheb to Miller, dated
May 16, 2007 ..................................................... A-7326

Exhibit 125 to Duffy Declaration -
E-mail from Wirdnam to Leat, dated
August 9, 2007 ................................................... A-7328

Exhibit 126 to Duffy Declaration -
Compliance "tree" for Citigroup, dated
January 14, 2010 .................................................. A-7329

Exhibit 127 to Duffy Declaration -
E-mail from Smith to Poyser, dated
May 18, 2007 ..................................................... A-7333

Exhibit 128 to Duffy Declaration -
E-mail from Heh to Llewelyn-Jones, dated
June 13, 2007 .................................................... A-7335

Exhibit 129 to Duffy Declaration -
E-mail from Fong to Llewelyn-Jones, dated
August 1, 2007 ................................................... A-7337

Exhibit 130 to Duffy Declaration -
Leveraged Finance Memorandum, dated
May 18, 2007
(Reproduced at pp. CA-88-CA-153)

Exhibit 131 to Duffy Declaration -
E-mail from Masiello to Nelson, dated
August 16, 2007 .................................................. A-7338

xxxv

**Page**

Exhibit 132 to Duffy Declaration -
E-mail from Dolenec to Hands *et al.*, dated
May 18, 2007.......................................................    A-7340

Exhibit 133 to Duffy Declaration -
E-mail from Pryce to Burrows and Wormsley,
dated May 18, 2007 ...............................................    A-7342

Exhibit 134 to Duffy Declaration -
Article from Music Week titled, "Cheques in the
City: EMI Joins Hands," dated June 2, 2007.........    A-7343

Exhibit 135 to Duffy Declaration -
August 2009 Classified Credit Report (CCR)
belonging to Maltby Limited/EMI Group
(Reproduced at pp. CA-154-CA-156)

Exhibit 136 to Duffy Declaration -
Maltby Investments Limited – Director's Report
and Consolidated Financial Statements, dated
March 31, 2009 .....................................................    A-7345

Exhibit 137 to Duffy Declaration -
E-mail from Leoni-Sceti to Williamson, dated
November 21, 2009
(Reproduced at pp. CA-157-CA-163)

Exhibit 138 to Duffy Declaration -
October 2009 Citi presentation titled, "ICG Top
10 Risks"
(Reproduced at pp. CA-164-CA-264)

Exhibit 139 to Duffy Declaration -
E-mail from Cockerill to Bates and Dean, dated
June 11, 2009 .......................................................    A-7410

xxxvi

**Page**

Exhibit 140 to Duffy Declaration -
E-mail from Schmitt to O'Driscoll and Leoni-
Sceti, dated December 8, 2009
(Reproduced at pp. CA-265-CA-266)

Exhibit 141 to Duffy Declaration -
Chart entitled, "EMI Investment Structure" .......... A-7413

Exhibit 142 to Duffy Declaration -
E-mail from Stewart to Smith and Barak, dated
May 13, 2007 ........................................................ A-7414

Exhibit 143 to Duffy Declaration -
Minutes of a Terra Firma Investments (GP) 2
Limited Directors meeting, dated May 25, 2007 ... A-7415

Exhibit 144 to Duffy Declaration -
Project Mulberry Bidders Contact Details, dated
May 11, 2007 ........................................................ A-7420

Exhibit 145 to Duffy Declaration -
Project Mulberry Working Party List, dated
May 17, 2007 ........................................................ A-7445

Exhibit 146 to Duffy Declaration -
Summary of certain information from telephone
records that are available in their original form as
Exhibits 41, 63, 65, 66, 144 and 145 to this
declaration
(Reproduced at pp. CA-267-CA-268)

Exhibit 147 to Duffy Declaration -
E-mail from Ball to Punja *et al.*, dated
May 20, 2007 ........................................................ A-7470

Exhibit 148 to Duffy Declaration -
Recommended cash offer for EMI Group plc by
Maltby Limited, dated May 21, 2007 ................... A-7473

**xxxvii**

                                                                    **Page**

Exhibit 149 to Duffy Declaration -
Presentation titled, "Project Poker," dated
January 14, 2008 .................................................... A-7499

Exhibit 150 to Duffy Declaration -
E-mail and attachment from Simpkin to Cockerill
and Lynn, dated April 18, 2009 ............................ A-7505

Exhibit 151 to Duffy Declaration -
E-mail and attachments from Grigorova to
Sckerl, dated June 29, 2009
(Reproduced at pp. CA-269-CA-274)

Exhibit 152 to Duffy Declaration -
E-mail from Sckerl to Slattery and Prior, dated
February 16, 2009 .................................................. A-7510

Exhibit 153 to Duffy Declaration -
Article from Billboard.biz titled, "Terra Firma In
EMI Restructuring Talks With Citi," dated
July 13, 2009 .......................................................... A-7511

Exhibit 154 to Duffy Declaration -
E-mail from Smith to CazzyDog and Hands,
dated March 22, 2010 ............................................ A-7513

Exhibit 155 to Duffy Declaration -
E-mail from Leoni-Sceti to Williamson, dated
November 21, 2009 ................................................ A-7516

Exhibit 156 to Duffy Declaration -
E-mail from Leoni-Sceti to Hands, dated
October 2, 2009
(Reproduced at pp. CA-275-CA-276)

xxxviii

**Page**

Exhibit 157 to Duffy Declaration -
Memorandum from Faxon titled, "External
Pressure on Business Performance," dated
November 23, 2009
(Reproduced at pp. CA-277-CA-278)

Exhibit 158 to Duffy Declaration -
Citi analyst report on Warner Music Group Corp,
dated September 15, 2009.................................... A-7523

Exhibit 159 to Duffy Declaration -
Minutes of a Terra Firma Investments (GP) 2
Limited Directors' meeting, dated May 25, 2007.. A-7544

Exhibit 160 to Duffy Declaration -
E-mail from Barak to Reid, dated March 2, 2007 . A-7549

Exhibit 161 to Duffy Declaration -
Michael Slattery's handwritten notes from
May 16, 2007 ....................................................... A-7552

Excerpts of Deposition Transcripts:

Stephen Alexander, dated August 11, 2010............... A-7553

Mark Nimrod Barak, dated July 15, 2010 ................ A-7557

Jason Bazinet, dated June 30, 2010 .......................... A-7564

Peter Edward Bell, dated June 22, 2010 ................... A-7601

Simon A. Borrows, dated June 25, 2010................... A-7705

Andre Bourbonnais, dated July 13, 2010.................. A-7827

Andrew Chadd, dated July 23, 2010
(Reproduced at pp. CA-279-CA-294)

Roger Faxon, dated July 23, 2010
(Reproduced at pp. CA-295-CA-315)

**xxxix**

|  | Page |
|---|---|
| John Gildersleeve, dated June 30, 2010 | A-7832 |
| Guy Hands, dated July 15, 2010 | A-7848 |
| Guy Hayward-Cole, dated July 27, 2010 | A-7901 |
| David Robert Paul Hill, dated August 4, 2010 | A-7918 |
| Michael Klein, dated July 19, 2010 | A-7923 |
| Chad Leat, dated June 18, 2010 | A-7935 |
| John Loveridge, dated July 30, 2010 | A-7941 |
| Bruce MacInnes, dated July 8, 2010 | A-7966 |
| Eric Nicoli, dated July 5, 2010 | A-7970 |
| Riaz Punja, dated July 28, 2010 | A-8039 |
| Timothy Pryce, dated July 22, 2010 (Reproduced at pp. CA-316-CA-335) | |
| Elio Leoni-Sceti, dated June 25, 2010 (Reproduced at pp. CA-336-CA-385) | |
| Paul Simpkin, dated July 5, 2010 | A-8056 |
| Michael Slattery, dated August 6, 2010 | A-8073 |
| Matthew Canning Smith, dated August 3, 2010 (Day 1) | A-8077 |
| Matthew Canning Smith, dated August 9, 2010 (Day 2) | A-8116 |
| Iain Stokes, dated August 6, 2010 | A-8127 |
| Kamal Fouad Tabet, dated July 29, 2010 | A-8157 |
| Francois Van der Spuy, dated July 7, 2010 | A-8171 |

xl

**Page**

Julie Williamson, dated July 28, 2010
  (Reproduced at pp. CA-386-CA-398)

Alexander Wolf, dated July 14, 2010........................ A-8175

David Wormsley, dated July 20, 2010
  (Reproduced at pp. CA-399-CA-480)

Declaration of Timothy Pryce, in Opposition to
  Defendants' Motion for Summary Judgment,
    dated August 27, 2010 ............................................ A-8193

Report of Nicholas S. Strauss Q.C. Pursuant to Rule
  44.1, dated August 27, 2010 .................................. A-8195

Appendices to the Report of Nicholas S. Strauss
  Q.C. Pursuant to Rule 44.1 .................................... A-8245

Exhibit 1 to Strauss Report -
*AEG (UK) Ltd. v. Logic Resource Ltd,* [1996]
CLC 265 ................................................................. A-8249

Exhibit 2 to Strauss Report -
*AIC Limited v. ITS Testing Services (UK) Ltd,*
[2006] EWCA Civ 1601 ........................................ A-8262

Exhibit 3 to Strauss Report -
*Angus v. Clifford,* [1891] 2 Ch 449 ...................... A-8371

Exhibit 4 to Strauss Report -
*Armstrong v. Strain,* [1951] 1 TLR 856 ................ A-8404

Exhibit 5 to Strauss Report -
*Assicurazione Generali v. Arab Insurance Group,*
[2003] I.R.L.R. 131 ............................................... A-8422

Exhibit 6 to Strauss Report -
*Attorney General of Belize v. Belize Telecom
Limited,* [2009] 1 W.L.R. 1988 ............................ A-8472

xli

**Page**

Exhibit 7 to Strauss Report -
*In re B (Children),* [2008] UKHL 35 .................... A-8483

Exhibit 8 to Strauss Report -
*Bank of Credit and Commerce International
(Overseas) Ltd (In Liquidation) v. Price
Waterhouse (No.2),* [1998] PNLR 564 ................ A-8511

Exhibit 9 to Strauss Report -
*Bank of Tokyo-Mitsubishi UFJ Ltd v. Baskan
Gida Sanayi Ve Pazarlama A.S.,* [2009] EWHC
1276 Ch ................................................................ A-8539

Exhibit 10 to Strauss Report -
*Bankers Trust Int'l v. Dharmala Sakti Sejahtera,*
[1996] CLC 518 ..................................................... A-8811

Exhibit 11 to Strauss Report -
*Barings v. Coopers & Lybrand,* [2002] B.C.L.C.
410 ........................................................................ A-8864

Exhibit 12 to Strauss Report -
*Barlow Clowes Int'l Ltd v. Eurotrust Int'l Ltd.,*
[2006] 1 WLR 1476 .............................................. A-8902

Exhibit 13 to Strauss Report -
*Barton v. County NatWest Ltd.,* [1999] Lloyd's
Reports (Banking) 408 .......................................... A-8911

Exhibit 14 to Strauss Report -
*Bell v. Lever Bros Ltd.,* [1932] AC 161 ................ A-8930

Exhibit 15 to Strauss Report -
*BCCI v. Ali,* [2001] 1 A.C. 251 ............................ A-9008

Exhibit 16 to Strauss Report -
*Bradford Building Society v. Borders,* [1941] 2
All ER 205 ............................................................ A-9042

**xlii**

                                                                    **Page**

Exhibit 17 to Strauss Report -
*Bristol & West Building Society v. Mothew,*
[1998] Ch. 1 CA Civ ............................................  A-9061

Exhibit 18 to Strauss Report -
*Brown Jenkinson & Co Ltd v. Percy Dalton*
*(London) Ltd,* [1957] 2 QB 621 CA .....................  A-9089

Exhibit 19 to Strauss Report -
*Brownlie v. Campbell,* [1880] 5 App Cas 925  ......  A-9119

Exhibit 20 to Strauss Report -
*Caparo Industries Plc v. Dickman,* [1990] 2 A.C.
605 HL ................................................................  A-9154

Exhibit 21 to Strauss Report -
*Conlon v. Simms,* [2008] 1 WLR 484  ..................  A-9213

Exhibit 22 to Strauss Report -
*Cream Holdings Ltd v. Davenport,* [2009] B.C.C.
183 ......................................................................  A-9254

Exhibit 23 to Strauss Report -
*Cremdean Properties Ltd v. Nash,* [1977] 244 EG
547 ......................................................................  A-9261

Exhibit 24 to Strauss Report -
*Derry v. Peek,* [1889] 14 App Cas 337 .................  A-9265

Exhibit 25 to Strauss Report -
*Downs v. Chappell,* [1997] 1 WLR 426 ...............  A-9309

Exhibit 26 to Strauss Report -
*Evans v. Edmonds,* [1853] 13 C.B. 777 ...............  A-9330

Exhibit 27 to Strauss Report -
*Galoo Ltd v. Bright Grahame Murray,* [1994] 1
WLR 1360 CA Civ ..............................................  A-9335

xliii

**Page**

Exhibit 28 to Strauss Report -
*In re H and Others (Minors),* [1996] AC 563 ....... A-9365

Exhibit 29 to Strauss Report -
*Hedley Byrne & Co Ltd. v. Heller & Partners
Ltd.,* [1964] AC 465 .............................................. A-9396

Exhibit 30 to Strauss Report -
*Henderson v. Merrett Syndicates Ltd (No.1),*
[1995] 2 AC 145 HL ............................................. A-9472

Exhibit 31 to Strauss Report -
*Hornal v. Neuberger Products,* [1957] 1 QB 247
CA ....................................................................... A-9535

Exhibit 32 to Strauss Report -
*Huyton SA v. Distribuidora Internacional De
Productos Agricolas SA De CV,* [2003] EWCA
Civ 1104 .............................................................. A-9556

Exhibit 33 to Strauss Report -
*IFE Fund SA v. Goldman Sachs International,*
[2006] EWHCA 2887 (QB) (Comm) .................. A-9573

Exhibit 34 to Strauss Report -
*Investors Compensation Scheme v. West
Bromwich Building Society,* [1998] 1 W.L.R. 896  A-9589

Exhibit 35 to Strauss Report -
*Item Software (UK) Ltd v. Kouroush Fassihi,*
[2004] EWCA Civ 1244 ...................................... A-9612

Exhibit 36 to Strauss Report -
*JEB Fasteners v. Marks Bloom & Co.,* [1983] 1
All E.R. 583 ......................................................... A-9637

Exhibit 37 to Strauss Report -
*JP Morgan Chase Bank v. Springwell Navigation
Corp.,* [2008] EWHC 2286 (Comm) ................... A-9645

xliv

**Page**

Exhibit 38 to Strauss Report -
*John D Wood & Co (Residential & Agricultural)
Ltd v Knatchbull,* [2003] PNLR 17 ...................... A-9927

Exhibit 39 to Strauss Report -
*Kuddus v. Chief Constable of Leicestershire,*
[2002] 2 AC 122 .................................... A-9943

Exhibit 40 to Strauss Report -
*Longstaff v. Birtles,* [2002] 1 WLR 470 ............... A-9986

Exhibit 41 to Strauss Report -
*Mannai Investment Co. Ltd. v. Eagle Star,* [1997]
A.C. 749 .............................................. A-9995

Exhibit 42 to Strauss Report -
*McNaughton Paper Group Ltd v. Hicks Anderson
& Co.,* [1991] 2 QB 113 ....................... A-10030

Exhibit 43 to Strauss Report -
*Murphy v. Brentwood DC,* [1991] 1 AC 398 ........ A-10047

Exhibit 44 to Strauss Report -
*Peekay Intermark v. Australia and New Zealand
Banking Group,* [2006] EWCA Civ 386 .............. A-10148

Exhibit 45 to Strauss Report -
*Raiffeisen Zentralbank Osterreich AG v. The
Royal Bank of Scotland Plc,* [2010] EWHC 1392
(Comm) .............................................. A-10171

Exhibit 46 to Strauss Report -
*In re S-B (Children),* [2009] UKSC 17 ................ A-10284

Exhibit 47 to Strauss Report -
*Slough Estates v. Welwyn Hatfield District
Council,* [1996] 2 E.G.L.R. 219 ........................... A-10302

xlv

Page

Exhibit 48 to Strauss Report -
*Smith v. Eric S Bush,* [1990] 1 A.C. 831 HL ......... A-10336

Exhibit 49 to Strauss Report -
*Smith New Court Securities Ltd v. Citibank NA,*
[1997] A.C. 254 HL .............................................. A-10382

Exhibit 50 to Strauss Report -
*Smith New Court Securities Ltd v. Scrimgeour
Vickers (Asset Management) Ltd.,* [1992] BCLC
1104 .................................................................... A-10415

Exhibit 51 to Strauss Report -
*Smith New Court Securities Ltd v. Scrimgeour
Vickers (Asset Management) Ltd.,* [1994] 1
W.L.R.1271 .......................................................... A-10460

Exhibit 52 to Strauss Report -
*Standard Chartered Bank v. Pakistan National
Shipping Corp.,* [2000] 1 Lloyd's Report 218 ...... A-10475

Exhibit 53 to Strauss Report -
*Swindle v. Harrison,* [1997] 4 All E.R. 705 CA
Civ ...................................................................... A-10511

Exhibit 54 to Strauss Report -
*Tackey v. McBain,* [1912] A.C. 186 ..................... A-10543

Exhibit 55 to Strauss Report -
*Three Rivers District Council v. Governor and
Company of the Bank of England (No.3),* [2001]
UKHL 16 ............................................................. A-10551

Exhibit 56 to Strauss Report -
*Twinsectra Ltd v. Yardley,* [2002] UKHL 12 ......... A-10845

Exhibit 57 to Strauss Report -
*UCB Corporate Services Limited v. Williams,*
[2002] EWCA Civ 555 ......................................... A-10886

xlvi

**Page**

Exhibit 58 to Strauss Report -
*Uzinterimpex JSC v. Standard Bank Plc,* [2007]
EWHC 1151 (Comm) ........................................... A-10910

Exhibit 59 to Strauss Report -
*White v. Jones,* [1995] 2 A.C. 207 HL ................. A-10948

Exhibit 60 to Strauss Report -
*William Sindall plc v. Cambridgeshire County
Council,* [1994] 1 W.L.R. 1016............................. A-11037

Exhibit 61 to Strauss Report -
The Misrepresentation Act 1967 .......................... A-11068

Exhibit 62 to Strauss Report -
The Unfair Contract Terms Act 1977 ................... A-11070

Exhibit 63 to Strauss Report -
Mark Blackett-Ord, *Partnership Law* § 11-16 (3d
ed. 2007) ............................................................. A-11094

Exhibit 64 to Strauss Report -
George Spencer Bower & Alexander Turner, *The
Law of Actionable Misrepresentation* § l15 (3d
ed. 1974) ............................................................. A-11098

Exhibit 65 to Strauss Report -
George Spencer Bower & Alexander Turner, *The
Law Relating to Actionable Non-Disclosure*
§ 14.02 (2d ed. 1990) .......................................... A-11100

Exhibit 66 to Strauss Report -
Jolm Cartwright, *Misrepresentation, Mistake and
Non-Disclosure* §§ 3.54, 5.46, 5.23, 9.22 (2007) .. A-11105

Exhibit 67 to Strauss Report -
*Chitty on Contracts* §§ 6-036, 6-044 (13th ed.) .... A-11115

xlvii

**Page**

Exhibit 68 to Strauss Report -
*Clerk & Lindsell on Torts* §§18-11, 18-12, 18-18,
18-20, 18-22, 18-28 (19th ed.) ............................. A-11118

Exhibit 69 to Strauss Report -
31 Lord Mackay of Clashfern, *Halsbury's Laws
of England* § 757 (4th ed. 2003). ......................... A-11127

Exhibit 70 to Strauss Report -
Harvey McGregor, *McGregor on Damages*
§§ 41-038, 41-040 (17th Ed. 2003) ...................... A-11130

Exhibit 71 to Strauss Report -
Declaration of Adrian Briggs in Support of
Defendants' Motion to Dismiss ........................... A-11133

Exhibit 72 to Strauss Report -
Declaration of Nicholas Strauss in Support of
Plaintiffs' Opposition to Defendants' Motion to
Dismiss ............................................................. A-11150

Exhibit 73 to Strauss Report -
Project Mulberry Agreement ............................... A-11178

Affidavit of Service, sworn to September 2, 2010..... A-11191

Reply Declaration of Gary R. Carney in Further
Support of Defendants' Motion for Summary
Judgment, dated September 3, 2010 ..................... A-11193

Exhibit 129 to Carney Reply Declaration -
Plaintiffs' Rule 26(a)(1) Initial Disclosures, dated
February 3, 2010................................................. A-11198

xlviii

**Page**

Exhibit 130 to Carney Reply Declaration -
Responses and Objections of Plaintiffs Terra
Firma Investments (GP) 2 Ltd. and Terra Firma
Investments (GP) 3 Ltd. To Defendants' First
Request for Production of Documents, dated
March 9, 2010...................................................... A-11216

Exhibit 131 to Carney Reply Declaration -
Journey Log Book for Guy Hands's flight to
London, dated May 20, 2007 ................................ A-11244

Exhibit 132 to Carney Reply Declaration -
Reservation for Guy Hands's flight to London,
dated May 20, 2007 .............................................. A-11247

Exhibit 133 to Carney Reply Declaration -
Report for Guy Hands's flight from the Airport
Landing Dues Information System of Guernsey
Airport, dated May 20, 2007................................. A-11248

Exhibit 134 to Carney Reply Declaration -
Daily Confirmed Handling report of Blue Islands
at Guernsey Airport, dated May 20, 2007.............. A-11249

Exhibit 135 to Carney Reply Declaration -
Phone records of Guy Hands for the months of
April and May 2007.............................................. A-11250

Deposition Excerpts:

Stephen Alexander, dated August 11, 2010............... A-11353

Mark Nimrod Barak, dated July 15, 2010 ................. A-11358

Jason Bazinet, dated June 30, 2010 .......................... A-11363

John Gildersleeve, dated June 30, 2010.................... A-11376

Guy Hands, dated July 15, 2010 ............................... A-11380

xlix

|  | Page |
|---|---|
| John Loveridge, dated July 30, 2010 ........................ | A-11395 |
| Eric Nicoli, dated July 5, 2010 ................................ | A-11410 |
| Timothy Pryce, dated July 22, 2010 ........................ | A-11419 |
| Riaz Punja, dated July 28, 2010 ............................... | A-11439 |
| Michael Slattery, dated August 6, 2010 .................... | A-11457 |
| Martin David Stewart, dated July 7 and 8, 2010........ | A-11473 |
| Iain Stokes, dated August 6, 2010 ............................. | A-11477 |
| Francois Van der Spuy, dated July 7, 2010 ............... | A-11501 |
| Alec Werner, dated August 19, 2010 ........................ | A-11513 |
| David Wormsley, dated July 20, 2010 ...................... | A-11520 |
| Second Report of Ewan McQuater, Pursuant to Rule 44.1, dated September 3, 2010, with Exhibit 1...... | A-11532 |
| Affidavit of Service, sworn to September 23, 2010... | A-11566 |
| Summary Judgment Hearing Transcript, dated September 10, 2010 ............................................... | A-11568 |
| Letter from Christopher E. Duffy to the Honorable Jed S. Rakoff, dated September 13, 2010, with attachments ........................................................... | A-11620 |
| Letter from Jay Cohen to the Honorable Jed S. Rakoff, dated September 13, 2010, with attachments ........................................................... | A-11646 |
| Order of the Honorable Jed S. Rakoff, dated September 14, 2010, filed September 15, 2010..... | A-11664 |
| Notice of Motion *in Limine* No. 2 to exclude the Testimony of Marianne Demario, by Defendants, dated October 4, 2010........................................... | A-11666 |

**l**

                                                          **Page**

Declaration of Daniel H. Levi in Support of
   Defendants' Motions *in Limine* to exclude certain
   Testimony and Evidence, dated October 4, 2010 .. A-11668

Declaration of Daniel H. Levi in Support of
   Defendants' Motions *in Limine* to exclude certain
   Testimony and Evidence, dated October 4, 2010 .. A-11677

Declaration of Daniel H. Levi in Support of
   Defendants' Motions *in Limine* Nos. 1 through 5,
   dated October 4, 2010........................................... A-11686

   Exhibit 1 to Levi Declaration -
   Expert Report of David J. Teece, dated
   June 14, 2010
   (Reproduced at pp. CA-481-CA-544)

   Exhibit 4 to Levi Declaration -
   Complaint in the above-captioned matter, dated
   December 11, 2009................................................. A-11695

   Exhibit 16 to Levi Declaration -
   Expert Report of Daniel R. Fischel, dated
   July 7, 2010
   (Reproduced at pp. CA-545-CA-586)

   Exhibit 17 to Levi Declaration -
   Microsoft Excel Spreadsheet printed from the
   native file produced by Plaintiffs and bearing
   bates number TF0000635801
   (Reproduced at pp. CA-587-CA-592)

   Exhibit 18 to Levi Declaration -
   Expert Report of Marianne DeMario, dated
   June 14, 2007
   (Reproduced at pp. CA-593-CA-702)

li

**Page**

Exhibit 19 to Levi Declaration -
*Re Howie & others & Crawford's arbitration,*
[1990] BCLC 686 (Chancery Div. 1990) ............. A-11743

Exhibit 20 to Levi Declaration -
*Smith New Court Secs. Ltd v. Scrimgeour Vickers*
*(Asset Mgmt.) Ltd.* [1992] BCLC 1104, 1143 ....... A-11749

Exhibit 21 to Levi Declaration -
Project Dice Presentation to the IAC, dated
May 20, 2007 ...................................................... A-11781

Exhibit 22 to Levi Declaration -
EMI Directors' Meeting Minutes, dated
April 20, 2007 .................................................... A-11858

Exhibit 23 to Levi Declaration -
Project Mulberry Valuation Materials
Spreadsheet, dated May 21, 2007 ........................ A-11866

Exhibit 24 to Levi Declaration -
Project Blackjack Presentation, dated
August 20, 2007
(Reproduced at pp. CA-703-CA-712)

Exhibit 25 to Levi Declaration -
Letter, dated January 11, 2008 re an Amendment
Letter, dated December 21, 2007.......................... A-11876

Exhibit 26 to Levi Declaration -
EMI Presentation to Co-Investors, dated
September 2007
(Reproduced at pp. CA-713-CA-744)

lii

**Page**

Exhibit 42 to Levi Declaration -
Response of Plaintiffs Terra Firma Investments
(GP) 2 Ltd. and Terra Firma Investments (GP) 3
Ltd. to Defendants' Statement of Undisputed
Facts Pursuant to Local Rule 56.1, dated
August 27, 2010 ..................................................... A-11878

Exhibit 43 to Levi Declaration -
Project Record Valuation Considerations, dated
May 17, 2007
(Reproduced at pp. CA-745-CA-766)

Exhibit 44 to Levi Declaration -
E-mail from Moore to Pryce, dated March 14,
2007, with attachment
(Reproduced at pp. CA-767-CA-780)

Excerpts of Deposition Transcripts:

Peter E. Bell, dated June 22, 2010
    (Reproduced at pp. CA-781-CA-806)

Simon A. Borrows, dated June 25, 2010
    (Reproduced at pp. CA-807-CA-828)

Marianne DeMario, dated July 19, 2010 .................. A-11954

Karen Dolenec, dated June 18, 2010 ........................ A-12120

John Gildersleeve, dated June 30, 2010.................... A-12146

Eric Nicoli, dated July 5, 2010 ................................. A-12152

Riaz Punja, dated July 28, 2010................................ A-12158

Iain Stokes, dated August 6, 2010 ............................ A-12174

**liii**

**Page**

Declaration of Karen C. Dyer in Support of
Plaintiffs' Terra Firma Investments (GP) 2 Ltd's.
and Terra Firma Investments (GP) 3 Ltd's
Memoranda in Oppositions to Defendants'
Motions *In Limine*, dated October 12, 2010 .......... A-12180

Exhibit 1 to Dyer Declaration -
Wise Men Committee meeting minutes, dated
July 27, 2007 ........................................................ A-12186

Exhibit 14 to Dyer Declaration -
"Project Record Valuation Considerations"
prepared by Merrill Lynch for Cerberus, dated
May 17, 2007 ........................................................ A-12188

Exhibit 15 to Dyer Declaration -
Citi's Project Dice Credit Approval
Memorandum, dated May 17, 2007 ...................... A-12209

Exhibit 16 to Dyer Declaration -
Citi's "Fairness Committee Materials," dated
May 21, 2007 ........................................................ A-12303

Exhibit 17 to Dyer Declaration -
Excerpts from American Society of Appraisers,
*ASA Business Valuation Standards* (2009) ............. A-12309

Exhibit 18 to Dyer Declaration -
"Project Mulberry Valuation Materials," dated
May 21, 2007 ........................................................ A-12315

Exhibit 19 to Dyer Declaration -
E-mail from Barak to Reid *et al.*, dated
March 2, 2007 ...................................................... A-12324

Exhibit 20 to Dyer Declaration -
Letter from Borrows to Nicoli, dated
July 19, 2007 ........................................................ A-12327

liv

**Page**

Exhibit 21 to Dyer Declaration -
Financial Dynamics Business Communications
press cutting, dated June 28, 2007 ........................ A-12328

Exhibit 22 to Dyer Declaration -
Excerpts of the deposition of Peter Bell, dated
June 22, 2010 ........................................................ A-12329

Exhibit 23 to Dyer Declaration -
Excerpts from the deposition of Simon Borrows,
dated June 25, 2010 .............................................. A-12345

Exhibit 24 to Dyer Declaration -
Excerpts of the deposition of Marianne DeMario,
dated July 19, 2010 ............................................... A-12378

Exhibit 25 to Dyer Declaration -
Excerpts of the deposition of Daniel Fischel,
dated July 28, 2010 ............................................... A-12406

Exhibit 26 to Dyer Declaration -
Excerpts of the deposition of Guy Hands, dated
July 15, 2010 ........................................................ A-12413

Exhibit 27 to Dyer Declaration -
Excerpts from the deposition of Guy Hayward-
Cole, dated July 27, 2010 ...................................... A-12422

Exhibit 28 to Dyer Declaration -
Excerpts of the deposition of John Loveridge,
dated July 30, 2010 ............................................... A-12438

Exhibit 30 to Dyer Declaration -
Excerpts of the deposition of Iain Stokes, dated
August 6, 2010 ...................................................... A-12452

Exhibit 33 to Dyer Declaration -
*Livingstone v. Rawyards Coal Co.* [1880] 5
Appeal Cases 25 ................................................... A-12462

lv

**Page**

Exhibit 34 to Dyer Declaration -
*Smith New Court Sec. Ltd. v. Citibank M.A.*
[1997] A.C. 254 ................................................... A-12471

Proposed Pre-Trial Consent Order, dated
October 12, 2010 with Exhibits ............................ A-12504

Plaintiffs' Proposed Jury Instructions, dated
October 12, 2010 ................................................. A-12684

Defendants' Proposed Jury Instructions, dated
October 12, 2010 ................................................. A-12718

Report of Nicholas S. Strauss Q.C. Pursuant to Rule
44.1, dated October 12, 2010 ............................... A-12790

Trial Transcript, dated October 18, 2010 ................. A-12835

Trial Transcript, dated October 19, 2010 ................. A-12997

Trial Transcript, dated October 20, 2010 ................. A-13188

Trial Transcript, dated October 21, 2010 ................. A-13347

Trial Transcript, dated October 22, 2010 ................. A-13463

Trial Transcript, dated October 25, 2010 ................. A-13685

Trial Transcript, dated October 26, 2010 ................. A-13855

Trial Transcript, dated October 27, 2010 ................. A-14046

Trial Transcript, dated October 28, 2010 ................. A-14249

Trial Transcript, dated October 29, 2010 ................. A-14432

Trial Transcript, dated November 1, 2010 ................ A-14551

Trial Transcript, dated November 2, 2010 ................ A-14877

Trial Transcript, dated November 3, 2010 ................ A-15102

Trial Transcript, dated November 4, 2010 ................ A-15292

**lvi**

**Page**

Trial Exhibits:

Terra Firma Exhibit 1 -
    E-mail from Wormsley to Nicoli re call from
    GH, dated May 21, 2007.................................. A-15300

Terra Firma Exhibit 2 -
    E-mail from Tabet to Wormsley re
    Conversation with Guy Hands, dated
    May 21, 2007 ...................................... A-15301

Terra Firma Exhibit 3 -
    E-mail from Wormsley to Lindsay re
    financing/hedging, dated September 17, 2007... A-15304

Terra Firma Exhibit 5 -
    E-mail from Simonian to Smith re Bids, dated
    May 21, 2007 .................................... A-15309

Terra Firma Exhibit 9 -
    E-mail from Randell to Terra Firma re May
    21st GP meeting, dated May 20, 2007 .............. A-15310

Terra Firma Exhibit 10 -
    Draft Minutes of a meeting of a committee of
    the board of directors of Terra Firma (GP) 2
    Limited, dated May 21, 2007 ........................... A-15311

Terra Firma Exhibit 11 -
    E-mail from Wormsley to Gildersleeve re Dice,
    dated May 9, 2007 ............................. A-15316

Terra Firma Exhibit 12 -
    E-mail from Smith to Kirshenbaum re EMI
    deal, dated May 21, 2007 .................................... A-15319

Terra Firma Exhibit 13 -
    E-mail from Smith to Mehta re EMI, dated
    May 21, 2007 .................................... A-15320

lvii

**Page**

Terra Firma Exhibit 14 -
    E-mail from Smith to Badhe re EMI, dated
    May 21, 2007 ................................................... A-15322

Terra Firma Exhibit 15 -
    E-mail from Wormsley to Tague re Congrats
    on EMI, dated May 22, 2007 ........................... A-15323

Terra Firma Exhibit 16 -
    E-mail from Poyser to Vakilian re Terra Firma
    Recommended Cash Offer, dated
    May 21, 2007 ................................................... A-15324

Terra Firma Exhibit 17 -
    E-mail from Grigorova to Cockerill re
    EMI/Maltby CCR July, dated
    September 5, 2007 ............................................ A-15326

Terra Firma Exhibit 19 -
    E-mail from Smith to Small re CITI M&A
    wins, dated May 21, 2007 ................................. A-15330

Terra Firma Exhibit 20 -
    E-mail from Rowland to Laskowski and
    Crocker re Terra Firma, dated
    September 18, 2008 .......................................... A-15332

Terra Firma Exhibit 22 -
    E-mail from Miller to Zogheb re EMI, dated
    May 16, 2007 ................................................... A-15336

Terra Firma Exhibit 23 -
    E-mail from Gildersleeve to Wormsley re
    Roles, dated April 20, 2007 ............................. A-15338

**lviii**

                                                                      **Page**

Terra Firma Exhibit 24 -
    Citi Franchise Risk Assessment Template for
    Maltby Investments Limited, Appendix 6B,
    dated June 1, 2009 ............................................. A-15339

Terra Firma Exhibit 25 -
    E-mail from Smith to Poyser re Chaka
    Feedback, dated May 17, 2007 ......................... A-15340

Terra Firma Exhibit 26 -
    E-mail from Wormsley to Poyser, *et al.*, re
    EMI credit call 5pm, dated May 17, 2007 ........ A-15341

Terra Firma Exhibit 27 -
    E-mail from Wormsley to Smith re FW: E-mail
    from Wormsley to McBride, dated
    May 21, 2007 ..................................................... A-15342

Terra Firma Exhibit 28 -
    E-mail from Wormsley to Leat and Klein re
    marginal deal for Terra Firma, dated
    July 14, 2007 ..................................................... A-15345

Terra Firma Exhibit 29 -
    E-mail from Wormsley to Hands re DAIG fees,
    dated November 7, 2006 ................................... A-15346

Terra Firma Exhibit 30 -
    E-mail from Wormsley to Hands re DAIG,
    dated October 23, 2006 .................................... A-15347

Terra Firma Exhibit 31 -
    E-mail from Wormsley to Hands re proposal,
    dated November 15, 2006 ................................. A-15348

Terra Firma Exhibit 32 -
    E-mail from Wormsley to Klein re Citi/Terra
    Firma party, dated November 21, 2006 ............ A-15349

lix

**Page**

Terra Firma Exhibit 33 -
E-mail from Klein to Hands re Business
Relationship, dated December 13, 2006 .......... A-15350

Terra Firma Exhibit 34 -
E-mail from Tague to Lindsay re NBM #159
Europe, dated March 9, 2007 ........................... A-15351

Terra Firma Exhibit 35 -
E-mail from Tabet to Blagdon, Klein and
Wormsley re TFCP III, dated May 2, 2007 ....... A-15356

Terra Firma Exhibit 38 -
E-mail from Wormsley to Miller re call from
Guy Hands, dated May 8, 2007 ........................ A-15357

Terra Firma Exhibit 40 -
E-mail from Smith to Wormsley re talk with
JG and EN, dated May 17, 2007 ...................... A-15358

Terra Firma Exhibit 41 -
E-mail from Wormsley to Nicoli, Gildersleeve,
Stewart re FW: Terra Firma, dated
May 18, 2007 .................................................. A-15359

Terra Firma Exhibit 42 -
E-mail from Shott to Bell re auction process
and Antitrust Confirmation, dated
May 20, 2007 .................................................. A-15360

Terra Firma Exhibit 43 -
E-mail from Ashcroft to Stewart re Conference
call at 10.30 am, dated May 20, 2007 ............... A-15364

Terra Firma Exhibit 46 -
E-mail from Wormsley to Nicoli re EMI media
Review, dated May 20, 2007 ........................... A-15366

lx

**Page**

Terra Firma Exhibit 47 -
    David Wormsley Mobile Phone Records........... A-15367

Terra Firma Exhibit 50 -
    E-mail from Wormsley to Klein re Markets and
    Banking, dated May 21, 2007 .......................... A-15377

Terra Firma Exhibit 51 -
    E-mail from Wormsley to Borrows fw Terra
    Firma, dated May 21, 2007 .............................. A-15378

Terra Firma Exhibit 52 -
    Minutes of a Meeting of the Board of Directors
    of EMI, dated May 21, 2007 ............................ A-15380

Terra Firma Exhibit 53 -
    E-mail from Watson to Dowler re Mulberry
    Final Press Announcement, dated
    May 21, 2007 ..................................................... A-15389

Terra Firma Exhibit 55 -
    Minutes of a Telephone Meeting of the Wise
    Men Committee, dated July 23, 2007 .............. A-15416

Terra Firma Exhibit 56 -
    E-mail from Borrows to Nicoli *et al.* re EMI-
    Possible Script, dated July 31, 2007.................... A-15418

Terra Firma Exhibit 59 -
    E-mail from Wormsley to Klein re I spoke,
    dated April 17, 2007 ......................................... A-15419

Terra Firma Exhibit 60 -
    E-mail from Smith to Wormsley re FW: EMI,
    dated April 13, 2007 ......................................... A-15420

lxi

**Page**

Terra Firma Exhibit 61 -
E-mail from Wormsley to Klein and Smith re
proposals from Cerberus and Fortress, dated
April 19, 2007 .................................................. A-15421

Terra Firma Exhibit 62 -
E-mail from Barclay re EMI Media Review - 13
May 2007, dated May 13, 2007 ....................... A-15422

Terra Firma Exhibit 63 -
E-mail from Klein to Nicoli re General, dated
May 18, 2007 ................................................... A-15424

Terra Firma Exhibit 64 -
E-mail from Smith to Wormsley re EMI, dated
May 18, 2007 ................................................... A-15425

Terra Firma Exhibit 125 -
Interoffice memorandum from Lindsay to
Drayton, *et al.* re East Surrey Holdings, dated
February 17, 2005 ............................................ A-15426

Terra Firma Exhibit 194 -
Letter from Smith to Stewart re Engagement
Letter, dated September 4, 2006 ..................... A-15433

Terra Firma Exhibit 195 -
E-mail from Wormsley to Hands, dated
September 8, 2006 ........................................... A-15440

Terra Firma Exhibit 197 -
Terra Firma - Perspectives on Threshers, dated
September 25, 2006 ......................................... A-15441

Terra Firma Exhibit 201 -
Project Prince Working Party List, dated
November 1, 2006 ............................................ A-15461

lxii

**Page**

Terra Firma Exhibit 209 -
E-mail from Wormsley to Mylchreest, dated
November 23, 2006 ........................................... A-15490

Terra Firma Exhibit 214 -
EMI Group plc - Statement re preliminary
approach from Permira, dated
November 28, 2006 ........................................... A-15493

Terra Firma Exhibit 215 -
E-mail from Miller to Simpkin re EMI, dated
November 28, 2006 ........................................... A-15494

Terra Firma Exhibit 220 -
E-mail from Badhe to Hill re Fairness Opinion
Committee, dated November 29, 2006 ............. A-15496

Terra Firma Exhibit 221 -
Minutes from EMI Meeting of Directors, dated
November 29, 2006 ........................................... A-15498

Terra Firma Exhibit 224 -
E-mail from Smith to Wormsley, dated
November 30, 2006 ........................................... A-15504

Terra Firma Exhibit 230 -
E-mail from Ashcroft to Smith re Prince, dated
December 6, 2006 ............................................. A-15505

Terra Firma Exhibit 232 -
Minutes from EMI Meeting of Directors, dated
December 7, 2006 ............................................. A-15506

Terra Firma Exhibit 237 -
E-mail from Bell to Smith, dated
December 14, 2006 ........................................... A-15519

lxiii

Page

Terra Firma Exhibit 238 -
E-mail from Smith to Wormsley, dated
December 14, 2006 ........................................... A-15520

Terra Firma Exhibit 239 -
E-mail from Smith to Wormsley re FW: Draft
announcement, dated December 14, 2006 ........ A-15521

Terra Firma Exhibit 240 -
E-mail from Wormsley to Robertson re
Agenda, dated December 14, 2006 .................... A-15524

Terra Firma Exhibit 241 -
E-mail from Nicoli to Gildersleeve re Project
Prince, dated December 14, 2006 ...................... A-15525

Terra Firma Exhibit 242 -
E-mail from McBride to Citi re EMI cessation
announcement, dated December 14, 2006 ......... A-15527

Terra Firma Exhibit 243 -
E-mail from Wormsley to Smith and EMI re
TF For Urgent Reply Please, dated
December 14, 2006 ........................................... A-15528

Terra Firma Exhibit 244 -
Letter from Kelly to EMI Group plc, dated
December 14, 2006 ........................................... A-15530

Terra Firma Exhibit 248 -
"EMI Group plc - Statement re preliminary
approach," EMI Press Release, dated
December 14, 2006 ........................................... A-15532

Terra Firma Exhibit 250 -
Letter from Nicoli to Kelly, dated
December 15, 2006 ........................................... A-15533

lxiv

Page

Terra Firma Exhibit 274 -
    E-mail from Simpkin to Miller re EMI, dated
    January 4, 2007 ................................................ A-15534

Terra Firma Exhibit 280 -
    Minutes from EMI Meeting of Directors, dated
    January 10, 2007 .............................................. A-15536

Terra Firma Exhibit 281 -
    E-mail from Jones to Cockerill re Pepe - terms,
    dated January 11, 2007...................................... A-15539

Terra Firma Exhibit 283 -
    EMI Press Release announcing restructuring,
    dated January 12, 2007 ..................................... A-15545

Terra Firma Exhibit 285 -
    E-mail from Smith to Wormsley, dated
    January 12, 2007 ............................................... A-15548

Terra Firma Exhibit 314 -
    EMI Press Release, dated February 14, 2007 ... A-15550

Terra Firma Exhibit 315 -
    E-mail from Smith to Wormsley re EMI
    Announcement, dated February 14, 2007......... A-15551

Terra Firma Exhibit 317 -
    E-mail from Smith to Swannell and Wormsley
    re 6am Cut, dated February 15, 2007................. A-15552

Terra Firma Exhibit 318 -
    Citigroup Analyst Report "EMI Group plc
    Another Month, Another Warning," dated
    February 15, 2007 ............................................. A-15557

Terra Firma Exhibit 329 -
    EMI group confirms approach from Warner
    Music group, dated February 20, 2007 ............. A-15569

lxv

**Page**

Terra Firma Exhibit 346 -
  Minutes of a Meeting of the Board of Directors
  of EMI, dated March 1, 2007 ........................... A-15571

Terra Firma Exhibit 347 -
  Valuation Update, dated March 1, 2007 ........... A-15582

Terra Firma Exhibit 348 -
  EMI Board Meeting Minutes, dated
  March 1, 2007 ................................................. A-15597

Terra Firma Exhibit 366 -
  "EMI GROUP plc - Statement re Possible
  Offer," PR Newswire UK Disclose, dated
  March 12, 2007 ............................................... A-15608

Terra Firma Exhibit 368 -
  E-mail from Wormsley to Hands, dated
  March 3, 2008 ................................................. A-15610

Terra Firma Exhibit 377 -
  E-mail from Steffno to Cockerill re EMI
  Greenlight Memo, dated March 9, 2007 .......... A-15615

Terra Firma Exhibit 380 -
  E-mail from Nicoli to Faxon re Full year
  target, dated March 12, 2007 ........................... A-15624

Terra Firma Exhibit 387 -
  E-mail from Smith to CIB-CBKG re Viacom's
  music publishing, dated March 22, 2007 .......... A-15627

Terra Firma Exhibit 391 -
  E-mail from Smith to Wormsley re EMI, dated
  March 26, 2007 ................................................ A-15629

**lxvi**

**Page**

Terra Firma Exhibit 392 -
E-mail from Hill to Simpkin re (EUR) Wolters
Kluwer Education falls to Bridgepoint, dated
March 26, 2007 ................................................. A-15630

Terra Firma Exhibit 410 -
E-mail from Simpkin to Smith re EMI - staple,
dated April 3, 2007 .......................................... A-15633

Terra Firma Exhibit 412 -
E-mail from Llewelyn-Jones to CIB-GFI re
EMI, dated April 13, 2007 ................................ A-15635

Terra Firma Exhibit 416 -
Letter from EMI board of Directors to
Gildersleeve re the proposal, dated
April 16, 2007 ................................................... A-15636

Terra Firma Exhibit 424 -
E-mail from Seaton to Smith re FW: Trading
statement, dated April 17, 2007 ....................... A-15646

Terra Firma Exhibit 427 -
E-mail from Wormsley to Hands re new idea,
dated April 18, 2007 ......................................... A-15651

Terra Firma Exhibit 429 -
E-mail from EMI Investor Relations re EMI
Group plc - trading statement, dated
April 18, 2007 ................................................... A-15652

Terra Firma Exhibit 436 -
E-mail from Smith to Estacio and Hill re Fee,
dated April 19, 2007 ......................................... A-15654

Terra Firma Exhibit 438 -
E-mail from Klein to Hands cc Wormsley,
Burns, dated April 19, 2007 ............................. A-15655

lxvii

Page

Terra Firma Exhibit 439 -
    E-mail from Wormsley to Hands, Klein, cc
    Burns, dated April 19, 2007 ............................ A-15657

Terra Firma Exhibit 443 -
    Minutes of a Meeting of the Board of Directors
    of EMI, dated April 20, 2007 ........................... A-15659

Terra Firma Exhibit 444 -
    E-mail from Klein to Wormsley re Roles, etc.,
    dated April 20, 2007 ........................................ A-15667

Terra Firma Exhibit 445 -
    E-mail from Barak to Citi financing re Strictly
    Private & Confidential, dated April 20, 2007 ... A-15669

Terra Firma Exhibit 446 -
    E-mail from Barak to Citi financing re
    Cerberus Indication, dated April 20, 2007 ........ A-15681

Terra Firma Exhibit 447 -
    E-mail from Gildersleeve to Nicoli and
    Borrows re FW: E-mail from Wormsley to
    Gildersleeve, dated April 20, 2007 ................... A-15692

Terra Firma Exhibit 448 -
    E-mail from Smith to Seaton re Roles, dated
    April 20, 2007 ................................................... A-15694

Terra Firma Exhibit 449 -
    E-mail from Smith to Wormsley re Roles,
    dated April 20, 2007........................................... A-15696

Terra Firma Exhibit 454 -
    E-mail from Smith to Wormsley re Roles,
    dated April 22, 2007........................................... A-15698

**lxviii**

Page

Terra Firma Exhibit 455 -
  E-mail from Ashcroft to Wormsley re OEP
  Letter, dated April 23, 2007 ............................. A-15700

Terra Firma Exhibit 462 -
  E-mail from Ashcroft to Citi financing re
  Fortress follow up letter, dated April 24, 2007 .. A-15710

Terra Firma Exhibit 463 -
  Letter from Smith to Baxter (Takeover Panel),
  dated April 24, 2007 ........................................... A-15714

Terra Firma Exhibit 464 -
  E-mail from Tabet to Swannell, Klein and
  Wormsley re Hands, dated April 25, 2007 ......... A-15716

Terra Firma Exhibit 465 -
  E-mail from Gildersleeve to Ashcroft re Citi
  and Deutsche, dated April 26, 2007 .................. A-15717

Terra Firma Exhibit 468 -
  Letter from Smith to Stewart re provisions of
  advisory, dated April 27, 2007 .......................... A-15719

Terra Firma Exhibit 469 -
  E-mail from Coleman to Wolf re EMI, dated
  April 27, 2007 .................................................... A-15721

Terra Firma Exhibit 470 -
  E-mail from Smith to Wormsley re A3 page
  valuation summary, dated April 27, 2007 .......... A-15723

Terra Firma Exhibit 479 -
  E-mail from Smith to Bell re EMI consent
  letter, Side letter re financing bidders, dated
  April 28, 2007 .................................................... A-15726

**lxix**

**Page**

Terra Firma Exhibit 480 -
    E-mail from Smith to Stewart re Project
    Mulberry, dated April 30, 2007........................ A-15729

Terra Firma Exhibit 481 -
    E-mail from Smith to Ashcroft re Project
    Mulberry, dated April 30, 2007........................ A-15732

Terra Firma Exhibit 484 -
    Global FEG Working List Client Account List,
    dated May 1, 2007............................................. A-15735

Terra Firma Exhibit 492 -
    E-mail from Wormsley to Hands, dated
    May 3, 2007 ...................................................... A-15754

Terra Firma Exhibit 496 -
    EMI Press Release, dated May 4, 2007 ............. A-15755

Terra Firma Exhibit 497 -
    E-mail from Cole to Ashcroft re Panel, dated
    May 4, 2007 ...................................................... A-15757

Terra Firma Exhibit 498 -
    E-mail from Cole to Bell re DB financing
    trees, dated May 4, 2007 ................................... A-15761

Terra Firma Exhibit 501 -
    EMI Press Release, dated May 4, 2007 ............. A-15762

Terra Firma Exhibit 508 -
    "EMI Group plc - Statement re preliminary
    approach," EMI Press Release, dated
    May 4, 2007 ...................................................... A-15764

Terra Firma Exhibit 516 -
    E-mail from McCluskey to Yang re FW:, dated
    May 6, 2007 ...................................................... A-15765

**lxx**

**Page**

Terra Firma Exhibit 532 -
E-mail from Smith to Wormsley re Terra
Firma/EMI, dated May 8, 2007........................ A-15766

Terra Firma Exhibit 537 -
E-mail from Hands to Wormsley re EMI, dated
May 9, 2007 ...................................................... A-15767

Terra Firma Exhibit 538 -
E-mail from Borrows to Gildersleeve re Dice,
dated May 9, 2007.............................................. A-15768

Terra Firma Exhibit 539 -
E-mail from Smith to Hill & Estacio fw OEP,
dated May 9, 2007.............................................. A-15772

Terra Firma Exhibit 540 -
E-mail from Wormsley to Gildersleeve re Dice,
dated May 9, 2007.............................................. A-15773

Terra Firma Exhibit 541 -
E-mail from Bell to Wormsley re Terra Firma
Support Letter, dated May 9, 2007 ................... A-15777

Terra Firma Exhibit 543 -
E-mail from Simpkin to Wormley and Smith re
Project Dice/TF, dated May 10, 2007 ............... A-15784

Terra Firma Exhibit 544 -
E-mail from Smith to Poyser re Project
Dice/TF, dated May 10, 2007............................ A-15785

Terra Firma Exhibit 546 -
E-mail from Ashcroft to Gildersleeve fw
TF/DB financing tree, dated May 10, 2007 ....... A-15787

Terra Firma Exhibit 548 -
Project Mulberry Bidders Contact Details,
dated May 11, 2007............................................ A-15789

**lxxi**

                                                                    **Page**

Terra Firma Exhibit 552 -
    E-mail from Wormsley to Bell re Mulberry,
    dated May 11, 2007............................................ A-15814

Terra Firma Exhibit 553 -
    E-mail from Bell to Smith and Wormsley re
    Mondays meeting, dated May 11, 2007............. A-15816

Terra Firma Exhibit 554 -
    E-mail from Smith to McCluskey re Just left
    you a voicemail, dated May 11, 2007 ................ A-15820

Terra Firma Exhibit 555 -
    E-mail from Simpkin to Edwards re Hope you
    are well. re EMI, dated May 11, 2007 ............... A-15821

Terra Firma Exhibit 558 -
    E-mail from Gildersleeve to EMI re Mulberry -
    Data Room - IMPALA, dated May 13, 2007..... A-15822

Terra Firma Exhibit 564 -
    E-mail from Barak to Smith re Citi Financing,
    dated May 14, 2007............................................ A-15826

Terra Firma Exhibit 570 -
    E-mail from Estacio to Klein fw Full DDT
    procedures - Project Mulberry, dated
    May 15, 2007 ..................................................... A-15828

Terra Firma Exhibit 578 -
    E-mail from Bell to Citi Financing re Project
    Mulberry Update, dated May 16, 2007.............. A-15834

Terra Firma Exhibit 579 -
    E-mail from Zogheb to Miller re EMI, dated
    May 16, 2007 ..................................................... A-15835

**lxxii**

**Page**

Terra Firma Exhibit 582 -
    E-mail from Wormsley to Gildersleeve and
    Nicoli re call from Guy Hands, dated
    May 16, 2007 ...................................................... A-15837

Terra Firma Exhibit 593 -
    Project Mulberry Working Party List, dated
    May 17, 2007 ...................................................... A-15838

Terra Firma Exhibit 594 -
    E-mail from Brumpton to Klein re LF/SEC
    call, dated May 17, 2007.................................... A-15863

Terra Firma Exhibit 597 -
    E-mail from Klein to Wormsley re EMI Credit
    call 5pm New York Time, dated May 17, 2007 . A-15865

Terra Firma Exhibit 598 -
    E-mail from Leat to Klein re Call, dated
    May 17, 2007 ...................................................... A-15866

Terra Firma Exhibit 599 -
    E-mail from Wormsley to Klein re Call Guy
    Hands, dated May 17, 2007 ............................... A-15867

Terra Firma Exhibit 600 -
    E-mail from Curtis to Klein re David
    Wormsley called, VERY URGENT, dated
    May 17, 2007 ...................................................... A-15868

Terra Firma Exhibit 604 -
    E-mail from Bell to Gildersleeve re Update
    from C, dated May 17, 2007 ............................... A-15869

Terra Firma Exhibit 607 -
    E-mail from Wormsley to Klein, dated
    May 17, 2007 ...................................................... A-15870

**lxxiii**

**Page**

Terra Firma Exhibit 608 -
E-mail from Klein to Hands re Call, dated
May 17, 2007 ..................................................... A-15871

Terra Firma Exhibit 619 -
E-mail from Wormsley to Poyser re Issue on
covenants, dated May 18, 2007......................... A-15872

Terra Firma Exhibit 620 -
E-mail from Wormsley to Tabet re Covenants,
dated May 18, 2007............................................ A-15873

Terra Firma Exhibit 621 -
E-mail from Poyser to Wormsley re interest
coverage covenant, dated May 18, 2007............ A-15874

Terra Firma Exhibit 623 -
E-mail from Smith to Poyser re Debt approval,
dated May 18, 2007............................................ A-15875

Terra Firma Exhibit 630 -
Minutes of the Meeting of the Board of
Directors of Terra Firma (GP) 2 Ltd 8:00am,
dated May 18, 2007............................................ A-15877

Terra Firma Exhibit 631 -
E-mail from Stewart to Wormsley re call, dated
May 18, 2007 ..................................................... A-15889

Terra Firma Exhibit 632 -
E-mail from Stewart to Wormsley re returning
call, dated May 18, 2007.................................... A-15890

Terra Firma Exhibit 636 -
E-mail from Nicoli to Stewart re Draft process
E-mail to be sent to bidders tomorrow, dated
May 18, 2007 ..................................................... A-15891

lxxiv

**Page**

Terra Firma Exhibit 640 -
E-mail from Watson to Cole & Citi re
Mulberry Mark-ups of Crimson Documents,
dated May 18, 2007...........................................  A-15894

Terra Firma Exhibit 643 -
Greenhill: Fairness Opinion/Advice Review
Form, dated May 18, 2007.................................  A-15896

Terra Firma Exhibit 644 -
E-mail from Barak to Bell *et al.* re Update on
calls with bidders, dated May 18, 2007 .............  A-15898

Terra Firma Exhibit 645 -
E-mail from Borrows to Gildersleeve re
Hands, dated May 18, 2007 ..............................  A-15902

Terra Firma Exhibit 648 -
E-mail from Borrows to Bell re draft process,
dated May 18, 2007...........................................  A-15903

Terra Firma Exhibit 649 -
E-mail from O'Brien to Citi and EMI re EMI-
NY Post, Dow Jones, dated May 18, 2007 ........  A-15905

Terra Firma Exhibit 659 -
Minutes of the Meeting of the Board of
Directors of Terra Firma (GP) 3 Ltd 8:30am,
dated May 18, 2007...........................................  A-15911

Terra Firma Exhibit 661 -
E-mail from Pryce to Burrows cc Wormsley re
Terra Firma, dated May 18, 2007 .....................  A-15923

Terra Firma Exhibit 674 -
E-mail from Bell to Gildersleeve re EMI
conference call, dated May 19, 2007  ...............  A-15924

lxxv

**Page**

Terra Firma Exhibit 694 -
    Minutes of the Meeting of the Board of
    Directors of Terra Firma (GP) 3 Ltd 4:00pm,
    dated May 20, 2007............................................ A-15925

Terra Firma Exhibit 702 -
    E-mail from Watson to Ashcroft, cc Smith,
    Cole, *et al.*, re Mulberry - Key Issues Table and
    Turquoise Position, dated May 20, 2007 ........... A-15928

Terra Firma Exhibit 715 -
    E-mail from Quigley to O'Haire, Van der Spuy
    re FW: Update on Dice financing for
    discussion tomorrow, dated May 20, 2007 ........ A-15935

Terra Firma Exhibit 720 -
    E-mail from Smith to Wormsley re Mulberry
    Key issues table and Turquoise position, dated
    May 20, 2007 ..................................................... A-15940

Terra Firma Exhibit 726 -
    E-mail from Bell to Borrows re Trustee
    meeting notes, dated May 20, 2007 .................. A-15943

Terra Firma Exhibit 729 -
    E-mail from Wormsley to Hands, dated
    May 20, 2007 .................................................... A-15944

Terra Firma Exhibit 736 -
    Minutes of a Meeting of a Committee of the
    Board of Directors of Terra Firma (GP) 3 Ltd
    at 8:00am, dated May 21, 2007.......................... A-15947

Terra Firma Exhibit 744 -
    E-mail from Hill to Shah re Citi M&A Wins:
    EMI Group/Terra Firma, dated May 21, 2007 .. A-15950

lxxvi

**Page**

Terra Firma Exhibit 746 -
Project Mulberry Fairness Committee
Materials, dated May 21, 2007  ........................  A-15952

Terra Firma Exhibit 749 -
E-mail from Smith to Llewelyn-Jones re
Project Maverik, dated May 21, 2007 ...............  A-15958

Terra Firma Exhibit 750 -
E-mail from Wormsley to Smith re Greenhill
Draft, dated May 21, 2007  ................................  A-15960

Terra Firma Exhibit 752 -
E-mail from Hill to Smith re EMI, dated
May 21, 2007  ..................................................  A-15963

Terra Firma Exhibit 756 -
E-mail from Smith to Bichara, Estacio, Hill,
Abbasi, Golebiewski re Citi M&A Wins: EMI
Group/Terra Firma, dated May 21, 2007 ..........  A-15964

Terra Firma Exhibit 757 -
E-mail from Smith to Swannell re EMI, dated
May 21, 2007  ..................................................  A-15966

Terra Firma Exhibit 758 -
E-mail from Smith to Suen and Mcbride re
EMI M&A Wins, dated May 21, 2007 .............  A-15967

Terra Firma Exhibit 760 -
Stokes Notebook, dated May 20, 2007  ............  A-15970

Terra Firma Exhibit 763 -
E-mail from Vakilian to Poyser re (RNS) Terra
Firma Invest Recommended Cash Offer, dated
May 21, 2007 ...................................................  A-15973

lxxvii

**Page**

Terra Firma Exhibit 765 -
    E-mail from Poyser to Lee re (RNS) Terra
    Firma Invest Recommended Cash Offer, dated
    May 21, 2007 ..................................................... A-15975

Terra Firma Exhibit 766 -
    E-mail from Poyser to Abbasi re (RNS) Terra
    Firma Invest Recommended Cash Offer, dated
    May 21, 2007 ..................................................... A-15977

Terra Firma Exhibit 767 -
    E-mail from Poyser to Vakilian re (RNS) Terra
    Firma Recommended Cash Offer, dated
    May 21, 2007 ..................................................... A-15979

Terra Firma Exhibit 768 -
    E-mail from Wormsley to Smith re update on
    call with GH, dated May 21, 2007 ................... A-15981

Terra Firma Exhibit 783 -
    Project Mulberry Valuation Materials,
    Greenhill & Co., dated May 21, 2007 ............... A-15982

Terra Firma Exhibit 787 -
    E-mail from Simpkin to Treco re Call, dated
    May 22, 2007 ..................................................... A-15991

Terra Firma Exhibit 788 -
    E-mail from Smith to Skarbek re Citi M&A
    wins, dated May 22, 2007 ................................. A-15992

Terra Firma Exhibit 791 -
    E-mail from Temming to Poyser re Example
    for us all, dated May 22, 2007 ......................... A-15994

Terra Firma Exhibit 795 -
    E-mail from Poyser to Smith re Example for us
    all, dated May 22, 2007 .................................... A-15995

lxxviii

**Page**

Terra Firma Exhibit 796 -
    E-mail from Poyser to Smith re Dice, dated
    May 22, 2007 .................................................. A-15996

Terra Firma Exhibit 802 -
    E-mail from Poyser to Smith re financing
    process, dated May 23, 2007 ............................ A-15998

Terra Firma Exhibit 806 -
    E-mail from Poyser to Smith re financing
    process, dated May 24, 2007............................ A-16001

Terra Firma Exhibit 815 -
    David Wormsley Mobile Phone Records .......... A-16006

Terra Firma Exhibit 819 -
    E-mail from Wormsley to Hands re Thistle
    Hotels, dated May 29, 2007 ............................ A-16014

Terra Firma Exhibit 820 -
    E-mail from Gildersleeve to Wormsley, dated
    May 29, 2007 .................................................. A-16015

Terra Firma Exhibit 824 -
    E-mail from Nesbit to Grigorova re Project
    Dice, dated May 30, 2007................................. A-16016

Terra Firma Exhibit 827 -
    E-mail from Smith to Blackburn re MDs
    meeting Monday, June 4 at 8:15 UK time,
    dated May 31, 2007........................................... A-16020

Terra Firma Exhibit 831 -
    Citi Markets & Banking Credit Risk
    Principles, Policies and Procedures, dated
    June 1, 2007 ..................................................... A-16022

**lxxix**

                                                                **Page**

Terra Firma Exhibit 833 -
    Recommended Cash Offer by Maltby-a
    company formed at the direction of Terra
    Firma-for EMI Group plc, dated June 7............. A-16246

Terra Firma Exhibit 846 -
    E-mail from Aldred (on behalf of Hands) to
    Van der Spuy re Message from Guy Hands -
    Project Dice, dated June 27, 2007...................... A-16410

Terra Firma Exhibit 872 -
    E-mail from Wormsley to Gildersleeve and
    Nicoli re Terra Firma, dated July 4, 2007 .......... A-16411

Terra Firma Exhibit 874 -
    E-mail from Poyser to Smith re Your revenue
    list as at 4th July 2007, dated July 4, 2007 ........ A-16412

Terra Firma Exhibit 882 -
    E-mail from King to Klein re Riverdeep, dated
    July 9, 2007......................................................... A-16414

Terra Firma Exhibit 883 -
    E-mail from Hill to Lee re your revenue list as
    at 4th July 2007, dated July 9, 2007................... A-16415

Terra Firma Exhibit 887 -
    E-mail between Wormsley and Leat regarding
    advice, dated July 9, 2007.................................. A-16416

Terra Firma Exhibit 903 -
    E-mail from Simpkin to Lavelle re EMI Equity
    Bridge, dated July 16, 2007 .............................. A-16417

Terra Firma Exhibit 917 -
    E-mail from Borrows to Gildersleeve, Nicoli,
    *et al.*, re Board Presentation, dated
    July 18, 2007.................................................... A-16418

**lxxx**

**Page**

Terra Firma Exhibit 918 -
E-mail from King to Klein re Terra Firma
(High Importance), dated July 18, 2007 ............ A-16432

Terra Firma Exhibit 923 -
E-mail from Smith to Stewart re Invoice to
Stewart, dated July 19, 2007 .............................. A-16434

Terra Firma Exhibit 971 -
E-mail from Cockerill to Grigorova and Jones
re EMI CCR, dated July 31, 2007 ...................... A-16438

Terra Firma Exhibit 987 -
E-mail from Hill to Smith, dated
August 6, 2007 .................................................. A-16439

Terra Firma Exhibit 992 -
E-mail from Klein to Prince re EMI-DO NOT
FORWARD, dated August 8, 2007 .................... A-16440

Terra Firma Exhibit 993 -
E-mail from Klein to Mehta re Warner-
confidential, dated August 8, 2007 ................... A-16442

Terra Firma Exhibit 994 -
E-mail from Wirdnam to Leat re Terra Firma
Project Update, dated August 9, 2007 ............... A-16443

Terra Firma Exhibit 1004 -
E-mail from Klein to Volk *et al.* re W, "Guy
Spoke to Edgar and offered 3B," dated
August 11, 2007 ................................................ A-16444

Terra Firma Exhibit 1006 -
E-mail from Klein to Volk *et al.* re FW: edgar,
"4B value of EMI," dated August 12, 2007 ....... A-16445

lxxxi

Page

Terra Firma Exhibit 1019 -
    E-mail from Smith to Watson re Mulberry Citi
    Payment, dated August 17, 2007 ...................... A-16446

Terra Firma Exhibit 1026 -
    E-mail from Barker to Leat fw EMI, dated
    August 24, 2007 ................................................. A-16447

Terra Firma Exhibit 1040 -
    E-mail from Smith to CMB-GBKG re Quote
    of the Day, dated September 10, 2007 .............. A-16448

Terra Firma Exhibit 1074 -
    Memorandum from Simpkin *et al.* to Klein *et
    al.* re Project Dice (Public to Private of EMI),
    dated November 16, 2007 ................................... A-16449

Terra Firma Exhibit 1080 -
    E-mail from Wormsley to Klein re Guy Hands,
    dated November 23, 2007 ................................... A-16459

Terra Firma Exhibit 1100 -
    E-mail from Wormsley to Lynn re meeting
    with EMI, dated January 4, 2008 ...................... A-16460

Terra Firma Exhibit 1109 -
    E-mail from Smith to Poyser re trusted adviser,
    dated January 30, 2008 ...................................... A-16461

Terra Firma Exhibit 1111 -
    E-mail from Wormsley to Hands cc Burns,
    dated February 1, 2008 ...................................... A-16463

Terra Firma Exhibit 1114 -
    E-mail from Wormsley to Hands, dated
    February 19, 2008 ............................................. A-16466

**lxxxii**

Page

Terra Firma Exhibit 1141 -
    Franchise Rise Assessment Template, dated
    July 2008.................................................... A-16470

Terra Firma Exhibit 1144 -
    Handwritten Notes of Cockerill, dated
    September 1, 2008 ........................................... A-16471

Terra Firma Exhibit 1147 -
    E-mail from Smith to Wormsley re FW:
    Morgan Stanley CDs now officially higher than
    EMI!!! Hurrah, dated September 18, 2008........... A-16472

Terra Firma Exhibit 1158 -
    Handwritten Notes of Cockerill, dated
    November 16, 2008........................................... A-16473

Terra Firma Exhibit 1176 -
    E-mail from Cox to Smith re City Speaker
    Series - 12th February, Wormsley Presentation,
    dated February 11, 2009..................................... A-16476

Terra Firma Exhibit 1196 -
    Franchise Risk Assessment Template, Maltby
    Investments Limited, dated June 2009.............. A-16529

Terra Firma Exhibit 1225 -
    E-mail from Smith to Vakilian re Citigroup
    accused of fraud over EMI sale, dated
    December 13, 2009 ........................................... A-16530

Terra Firma Exhibit 1241 -
    Compliance "Tree" for EMI group, dated
    January 14, 2010 ............................................. A-16532

**lxxxiii**

**Page**

Terra Firma Exhibit 1251 -
    Baughman to Duffy re supplement to Citi's
    response to Terra Firma's Interrogatory No. 5,
    dated March 25, 2010 ........................................ A-16536

Terra Firma Exhibit 1313 -
    EMI Trading Update ........................................ A-16539

Terra Firma Exhibit 1346 -
    EMI Stock Price.xls ........................................ A-16541

Terra Firma Exhibit 1365 -
    E-mail from Wormsley to Hands re DAIG-
    subject to contract, dated November 23, 2006... A-16590

Terra Firma Exhibit 1367 -
    E-mail from Wormsley to Smith, dated
    November 28, 2006........................................... A-16592

Terra Firma Exhibit 1369 -
    E-mail from Smith to Wormsley re EMI, dated
    December 20, 2006 ........................................... A-16593

Terra Firma Exhibit 1370 -
    E-mail from Wormsley to Klein re Call, dated
    May 17, 2007 ................................................... A-16594

Terra Firma Exhibit 1371 -
    E-mail from Coats to Dolenec re Project Dice,
    dated May 21, 2007........................................... A-16595

Terra Firma Exhibit 1372 -
    E-mail from Wormsley to Klein re EMI, dated
    August 2, 2007................................................. A-16596

Terra Firma Exhibit 1377 -
    E-mail from Seymour to Van der Spuy re
    Project Dice memo, dated May 15, 2007........... A-16597

lxxxiv

**Page**

Terra Firma Exhibit 1380 -
  Minutes of the May 20, 2007 Meeting of the
  IAC of TFCPL, dated May 20, 2007 ................. A-16608

Terra Firma Exhibit 1381 -
  Kirsten Randell notebook ................................ A-16610

Terra Firma Exhibit 1395 -
  Amended and Restated Fee Letter, dated
  August 13, 2007 .................................................. A-16751

Terra Firma Exhibit 1400 -
  E-mail from Rawlings to Silva, Reeves cc
  Govinida, Dubin re Maltby - fees, dated
  August 31, 2007 .................................................. A-16761

Terra Firma Exhibit 1407 -
  E-mail from Wormsley to Klein, dated
  November 21, 2007 ............................................ A-16763

Terra Firma Exhibit 1409 -
  E-mail from Wormsley to Hands re BUPA
  hospitals, dated June 18, 2007 .......................... A-16764

Terra Firma Exhibit 1415 -
  E-mail from Seth to Simpkin, *et al.*, re EMI
  staple plan, attaching EMI Recd Financing.xls
  and EMI Group Financing.xls, dated
  April 1, 2007 ...................................................... A-16765

Terra Firma Exhibit 1434 -
  David Wormsley deposition excerpts (pp. 159-
  170:18), dated July 20, 2010 ............................. A-16872

Terra Firma Exhibit 1436 -
  Stipulation re Eric Nicoli ................................... A-16885

**lxxxv**

Page

Citi Exhibit A-1 -
   Page 27, Paragraph 109 of Complaint in *Terra Firma v. Citigroup*, dated December 11, 2009 .. A-16886

Citi Exhibit A-2 -
   Page 28, Paragraph 110 of Complaint in *Terra Firma v. Citigroup*, dated December 11, 2009 .. A-16888

Citi Exhibit A-7 -
   Pages 31-32, Paragraph 126 of Complaint in *Terra Firma v. Citigroup*, dated December 11, 2009 ........................................ A-16890

Citi Exhibit A-8 -
   Page 32, Paragraph 128 of Complaint in *Terra Firma v. Citigroup*, dated December 11, 2009 .. A-16893

Citi Exhibit A-11 -
   Page 32-33, paragraphs 127-129 of Complaint in *Terra Firma v. Citigroup*, dated December 11, 2009 ........................................ A-16895

Citi Exhibit C -
   E-mail from Vallance on behalf of Hands to Punja, *et al.*, re URGENT & IMPORTANT-EMI, dated May 6, 2007 .................................... A-16898

Citi Exhibit D -
   Minutes of May 7, 2007, Meeting of the Investment Advisory Committee of Terra Firma, dated May 7, 2007 ................................ A-16900

Citi Exhibit E -
   E-mail from Seymour to Becker, *et al.*, with attached Project Dice Memo to the GP, dated May 7, 2007 ...................................... A-16902

lxxxvi

**Page**

Citi Exhibit H -
Minutes of May 15, 2007, Meeting of the
Investment Advisory Committee of Terra
Firma, dated May 15, 2007 .............................. A-16914

Citi Exhibit I -
Memo from Punja, *et al.*, to the IAC re Project
Dice update, dated May 15, 2007 .................... A-16916

Citi Exhibit J -
E-mail thread ending with E-mail from Slattery
to Randell, *et al.*, re IAC Distribution List
DICE, dated May 19, 2007 .............................. A-16923

Citi Exhibit K -
Minutes of May 18, 2007, Terra Firma
Investment Advisory Committee Meeting,
dated May 18, 2007 .......................................... A-16927

Citi Exhibit L -
Minutes of May 20, 2007, Meeting of the
Investment Advisory Committee of Terra
Firma Capital Partners Limited, dated
May 20, 2007 .................................................... A-16929

Citi Exhibit P -
Project Dice Update to the IAC, dated
June 28, 2007 .................................................... A-16931

Citi Exhibit W -
E-mail from Vallance on behalf of Hands to
Punja, *et al.*, re Project Dice: 2008 Forecast vs.
Model, dated August 24, 2007 ......................... A-16957

Citi Exhibit AK -
Project Mulberry Limited Scope Vendor Due
Diligence Report, dated May 4, 2007 .............. A-16959

**lxxxvii**

**Page**

Citi Exhibit BL -
    Letter from Stokes to Gildersleeve re Terra
    Firma, dated May 21, 2007 ............................. A-17001

Citi Exhibit BM -
    Project Mulberry Valuation Materials, dated
    May 21, 2007 .................................... A-17011

Citi Exhibit BP -
    E-mail from Night BA to Amstutz, *et al.*, re
    EMI Co-Investment Opportunity, with attached
    EMI Presentation to Co-Investors, dated
    August 20, 2007 ................................. A-17020

Citi Exhibit BR -
    E-mail thread ending with E-mail from Night
    BA to Tequila Bone, with attached co-investor
    presentation, dated September 7, 2007 ............. A-17032

Citi Exhibit CA -
    E-mail from Vallance to TF Team Dice re EMI
    Due Diligence, dated September 25, 2007......... A-17065

Citi Exhibit CK -
    E-mail thread ending with E-mail from Punja
    to Hands re Revised financing E-mail, dated
    May 17, 2007 .................................... A-17068

Citi Exhibit DP -
    Guernsey Airport Landing Dues Information
    System, dated August 3, 2010........................... A-17070

Citi Exhibit DR -
    Memo from Punja, *et al.*, to IAC, *et al.*, re
    Project Dice Phase One Due Diligence, dated
    February 5, 2007 ............................... A-17071

**lxxxviii**

**Page**

Citi Exhibit DT -
  E-mail from Vallance on behalf of Hands to
  Wormsley re Hands' desire to speak with
  Wormsley ASAP, dated May 6, 2007 ............... A-17087

Citi Exhibit DW -
  E-mail from Vallance on behalf of Hands to
  Punja, *et al.*, re Project Dice, dated
  May 7, 2007 ..................................... A-17088

Citi Exhibit DX -
  E-mail thread ending with E-mail from Hands
  to Hedegaard, *et al.*, re Project Dice, dated
  May 6, 2007 ..................................... A-17090

Citi Exhibit DY -
  Minutes of May 8, 2007, Meeting of the Board
  of Directors at 10:00 a.m. (GP3), dated
  May 8, 2007 ..................................... A-17092

Citi Exhibit EA-1 -
  Terra Firma's telephone records from British
  Telecom, dated August 2, 2007......................... A-17101

Citi Exhibit EA-2 -
  Airtime Billing Reporting Team Itemisation
  Report for TFCP Ltd., dated April 1, 2007 ....... A-17167

Citi Exhibit EB -
  E-mail thread ending with E-mail from
  Vallance on behalf of Hands to Klein re request
  for Klein to call Hands, dated May 18, 2007..... A-17204

Citi Exhibit EC -
  E-mail thread ending with E-mail from
  Vallance on behalf of Hands to Wormsley re
  request for Wormsley to call Hands, dated
  May 18, 2007 ................................... A-17205

lxxxix

**Page**

Citi Exhibit ED -
    E-mail thread ending with E-mail from Tabet
    to Hands re EMI, dated May 18, 2007 .............. A-17206

Citi Exhibit EE -
    E-mail thread ending with E-mail from Aldred
    to Hands, *et al.*, re Relationship between Roger
    Ames and Cerberus Capital Management,
    dated September 24, 2007 ................................. A-17208

Citi Exhibit EH -
    Project Dice Presentation by Terra Firma, with
    E-mail thread ending with E-mail from Punja
    to Hands re Process, dated May 20, 2007 ......... A-17209

Citi Exhibit EI -
    E-mail thread ending with E-mail from Punja
    to Hands re Process, dated May 20, 2007 ......... A-17286

Citi Exhibit EJ -
    Minutes of May 20, 2007, Meeting of the Terra
    Firma (GP) 2 Board of Directors, dated
    May 20, 2007 .................................................... A-17290

Citi Exhibit EL -
    E-mail thread ending with E-mail from Hands
    to Wormsley re outstanding issues between Citi
    and Terra Firma, dated May 20, 2007 ............... A-17293

Citi Exhibit EO -
    Minutes of May 23, 2007, Meeting of the
    Investment Advisory Committee of Terra
    Firma Capital Partners, Limited, dated
    May 23, 2007 .................................................... A-17296

xc

**Page**

Citi Exhibit EQ -
   E-mail from Vallance to Terra Firma Team
   Dice, *et al.*, re Weekly Dice Updates for IAC,
   dated June 14, 2007 .......................................... A-17298

Citi Exhibit ET -
   Press release re Recommended Cash Offer for
   EMI Group plc by Maltby Limited, dated
   July 20, 2007 ..................................... A-17299

Citi Exhibit FB-1 -
   Declaration of John Loveridge, dated
   February 3, 2010 ................................ A-17302

Citi Exhibit FD -
   Terra Firma Investments (GP) 3 Limited
   Advisory Agreement Relating to Terra Firma
   Capital Partners III, L.P., dated
   February 8, 2006 ................................ A-17311

Citi Exhibit FG -
   Draft Memo from Punja, *et al.* to the IAC re
   Project Dice: Presentation and Success Fee,
   dated May 18, 2007 .......................................... A-17331

Citi Exhibit FI -
   Minutes of May 15, 2007, Meeting of Terra
   Firma (GP) 3 Board of Directors, dated
   May 15, 2007 ................................... A-17332

Citi Exhibit FN -
   Minutes of May 20, 2007, Meeting of the
   Board of Directors at 4:00 p.m. (GP3), dated
   May 20, 2007 ................................... A-17334

xci

**Page**

Citi Exhibit FO -
    Minutes of May 21, 2007, Meeting of the
    Board of Directors at 7:30 a.m. (GP2), dated
    May 21, 2007 ..................................................... A-17337

Citi Exhibit FP -
    Terra Firma Presentation to GP re Project Dice,
    dated May 21, 2007............................................ A-17340

Citi Exhibit FR -
    Memo Recommending Cash Offer by Maltby
    Limited for EMI Group plc, dated
    May 30, 2007 .................................................... A-17350

Citi Exhibit FV -
    Letter from Kelly to EMI Group plc re Terra
    Firma's interest as a potential offeror for EMI,
    dated December 14, 2006 ................................... A-17512

Citi Exhibit FX -
    E-mail from Van der Spuy to Bell, *et al.*, with
    attached Project Dice: Management Meeting
    questions and attendees, dated
    May 11, 2007 .................................................... A-17514

Citi Exhibit GF -
    Letter from Kelly to Gildersleeve re Summary
    Proposal for Terra Firma potential offer, dated
    May 8, 2007 ...................................................... A-17533

Citi Exhibit GG -
    Minutes of May 8, 2007, Meeting of the Board
    of Directors at 8:45 a.m. (GP2), dated
    May 8, 2007 ...................................................... A-17537

xcii

**Page**

Citi Exhibit GM -
  E-mail thread ending with E-mail from Nicoli
  to Stewart, *et al.*, re E-mail to be sent to
  bidders tomorrow, dated May 18, 2007 ............. A-17548

Citi Exhibit GN -
  E-mail thread ending with E-mail from
  Wormsley to Simpkin, *et al.*, re Terra
  Firma/EMI, dated May 8, 2007 ........................ A-17551

Citi Exhibit GP -
  Terra Firma Presentation to Investment
  Advisory Committee re Project Dice, dated
  May 18, 2007 ................................................... A-17552

Citi Exhibit GQ -
  E-mail from Pryce to Burrows, *et al.*, re Terra
  Firma, dated May 18, 2007 ................................ A-17712

Citi Exhibit GY -
  E-mail from Melvin to Hands, *et al.*, re Urgent-
  EMI/Terra, dated May 22, 2007 ........................ A-17713

Citi Exhibit HH -
  E-mail from Shaw to Nicoli re Trading
  statement, dated April 18, 2007 ........................ A-17714

Citi Exhibit HU -
  Project Dice Presentation: Update to the IAC,
  dated June 21, 2007 .......................................... A-17717

Citi Exhibit HZ -
  E-mail thread ending with E-mail from Van der
  Spuy to O'Haire, *et al.*, re Update on Dice
  Financing for Discussion Tomorrow, dated
  May 20, 2007 ................................................... A-17738

xciii

**Page**

Citi Exhibit IC -
    E-mail from Vallance to Hudson, *et al.*, re
    Cerberus/TF call, dated June 1, 2007 ............... A-17744

Citi Exhibit ID -
    Court Order in the High Court of Justice,
    Queen's Bench Division, dated
    August 16, 2010 ................................. A-17749

Citi Exhibit IE -
    Journey Log Book for aircraft Cs-DXJ
    registered with the Portuguese Registry
    entitled, "Diário de Navegaçao," dated
    May 24, 2007 ................................... A-17758

Citi Exhibit IF -
    Screen Shot: Build Reservation for Terra
    Firma, dated May 20, 2007 ................... A-17761

Citi Exhibit IW -
    Terra Firma Capital Partners II Q3 2007, dated
    November 1, 2007 ............................. A-17762

Citi Exhibit JC -
    E-mail from Reid to Seymour re Final Version
    of McK docs, dated, with attachment
    May 16, 2007 ................................... A-17807

Citi Exhibit JD -
    Terra Firma Music Industry Key Market
    Outlook, dated May 15, 2007 ........................... A-18001

Citi Exhibit JE -
    KPMG Report - Project Dice - Limited Scope
    due financial diligence report, dated
    May 17, 2007  ................................. A-18128

xciv

Page

Citi Exhibit JI -
    E-mail from Vallance on behalf of Hands to TF
    Team Dice re Dice and RBS, dated
    May 8, 2007 ...................................................... A-18232

Citi Exhibit JN -
    Minutes of the May 18, 2007, EMI Group plc
    meeting of the Directors, dated May 18, 2007... A-18233

Citi Exhibit JP -
    Recommended Cash Offer by Maltby Limited
    for EMI Group, dated June 28, 2007 ................. A-18240

Citi Exhibit JQ -
    Recommended Cash Offer by Maltby Limited
    for EMI Group, dated July 5, 2007 ................... A-18243

Citi Exhibit JR -
    Recommended Cash Offer by Maltby Limited
    for EMI Group, dated July 13, 2007 ................ A-18246

Citi Exhibit JS -
    Recommended Cash Offer by Maltby Limited
    for EMI Group, dated July 20, 2007 ................ A-18249

Citi Exhibit JT -
    Recommended Cash Offer by Maltby Limited
    for EMI Group, dated July 28, 2007 ................ A-18252

Citi Exhibit KA -
    E-mail from Dowler to Hands re Dice, dated
    May 21, 2007 ................................................... A-18255

Citi Exhibit KF -
    E-mail from Robert-Tissot to Hands re
    Gatwick, dated February 6, 2009....................... A-18257

xcv

**Page**

Citi Exhibit KH -
    E-mail from Wormsley to Cabrey re Hands -
    Invitation to Terra Firma Annual Clay Pigeon
    Shoot, dated July 1, 2008 ................................. A-18259

Citi Exhibit KJ -
    Terra Firma Annual Review 2007, dated
    June 29, 2005 .................................................. A-18262

Citi Exhibit KY -
    Terra Firma Private Placement Memorandum,
    dated April 1, 2006 ........................................... A-18382

Citi Exhibit LI -
    Memo from Punja, *et al.*, to Hands, *et al.*, re
    EMI Preliminary Discussion, dated
    December 1, 2006 ............................................. A-18482

Citi Exhibit MB -
    Signed Minutes of the February 5, 2007,
    Meeting of the IAC, dated February 5, 2007 ..... A-18491

Citi Exhibit NE -
    Letter from Smith to Stewart re Provision of
    Advisory and Corporate Broking Services by
    Citigroup, dated April 27, 2007 ....................... A-18493

Citi Exhibit OF -
    Letter from Kelly to Gildersleeve re possible
    offer for EMI Group plc, dated May 8, 2007 .... A-18495

Citi Exhibit OG -
    E-mail thread ending with E-mail from Miller
    to Wormsley, dated May 8, 2007 ..................... A-18499

Citi Exhibit OJ -
    E-mail from Wormsley to Hands re EMI, dated
    May 8, 2007 .................................................... A-18500

xcvi

**Page**

Citi Exhibit OM -
  Project Mulberry Bidders Contact Detail, dated
  May 11, 2007 .................................................. A-18501

Citi Exhibit OO -
  E-mail thread ending with E-mail from Van der
  Spuy to Simpkin, *et al.*, re Project Dice:
  Financing Timeline, dated May 11, 2007 ......... A-18526

Citi Exhibit OW -
  Minutes of May 15, 2007, Meeting of the
  Board of Directors at 7:30 p.m. (GP2), dated
  May 15, 2007 .................................................. A-18529

Citi Exhibit PY -
  E-mail thread ending with E-mail from Klein
  to Wormsley, dated May 17, 2007 ................... A-18531

Citi Exhibit QH -
  E-mail from Wilkins to Nicoli, *et al.*, re
  Wormsley call, dated May 18, 2007 ................. A-18533

Citi Exhibit RU -
  E-mail thread ending with E-mail from Nicoli
  to Wormsley re EMI media review, dated
  May 20, 2007 .................................................. A-18534

Citi Exhibit UD -
  E-mail thread ending with E-mail from
  Simpkin to Dolenec, *et al.*, re securitisation
  colleagues, dated May 20, 2007 ...................... A-18537

Citi Exhibit UF -
  E-mail thread ending with E-mail from Tabet
  to Wormsley re just spoke to GH, dated
  May 21, 2007 .................................................. A-18540

xcvii

**Page**

Citi Exhibit VP -
  Minutes of May 23, 2007, Meeting of the
  Board of Directors at 2:00 p.m. (GP2), dated
  May 23, 2007 .................................................. A-18543

Citi Exhibit VQ -
  Minutes of May 23, 2007, Meeting of the
  Board of Directors at 2:15 p.m. (GP3), dated
  May 23, 2007 .................................................. A-18545

Citi Exhibit WI -
  Memo from Punja, *et al.*, to the IAC, *et al.*, re
  Project Dice Update and Budget, with attached
  Presentation re IAC update: Project Dice,
  dated May 31, 2007 .......................................... A-18547

Citi Exhibit AAG -
  E-mail from Cabrey to Wormsley, *et al.*, re
  Villa Saletta Shoot, with attached Fax Reply
  Form, dated August 15, 2007 ........................... A-18555

Citi Exhibit AAO -
  E-mail from MacInnes to Punja, *et al.*, with
  attached Dresdner invoice to Maltby, dated
  August 17, 2007 ............................................... A-18560

Citi Exhibit ABL -
  Memo from Pryce to TFCP Personnel re Public
  to Private Policy, dated October 31, 2007 ......... A-18564

Citi Exhibit ACM -
  Letter from Terra Firma Investments (GP) 3
  Limited to Citi re the amendment letter, dated
  December 21, 2007, dated January 11, 2008 .... A-18569

xcviii

**Page**

Citi Exhibit AEI -
E-mail from Dicks to Wormsley, *et al.*, re DW
Menu selection Die Sauberflote, attached
menu, dated June 23, 2008 ............................... A-18571

Citi Exhibit AGF -
Terra Firma Capital Partners II, Q1 2008, dated
March 31, 2009 ................................................. A-18574

Citi Exhibit AHA -
Presentations re EMI and the Terra Firma/Citi
Relationship, dated August 1, 2009 .................. A-18623

Citi Exhibit AJJ -
Cell phone Records for David Wormsley, dated
April 26, 2007 .................................................. A-18643

Citi Exhibit AJT -
Guy Hands' Calendar for May 18, 2007, dated
May 18, 2007 ................................................... A-18671

Citi Exhibit AKL -
EMI Recorded Music Presentation, dated
April 1, 2009 .................................................... A-18672

Citi Exhibit AKT -
Stipulated Phone Numbers ................................ A-18698

Citi Exhibit AKY -
TFCP III Co-Investment 2 L.P. Project Dice
Bible of Documents, dated January 1, 2008 ...... A-18699

Citi Exhibit AKZ -
Citigroup Structure Chart .................................. A-19064

Citi Exhibit ALK -
E-mail thread ending with E-mail from
Wormsley to Dicks re shotgun certificate form,
dated October 4, 2007 ....................................... A-19065

**xcix**

Page

Citi Exhibit ALU -
E-mail thread ending with E-mail from
Grigorova to Lynn, *et al.*, re EMI Summary
Exposure, dated November 21, 2009 .................. A-19067

Citi Exhibit ALY -
Paragraph 22, Page 5 of Joint Statement
Pursuant to Individual Practices 4(a) of the
Facts and Other Matters on Which the Parties
Agree............................................................... A-19072

Citi Exhibit EEB-3 -
Table 1B of Expert Report of Marianne
DeMario, dated June 14, 2010 ........................ A-19073

Citi Exhibit EEB-9 -
Appendix 1 of Expert Report of Marianne
DeMario, dated June 14, 2010 ........................ A-19077

Citi Exhibit EEG -
Corrected Expert Report of Marianne DeMario
in *Andrews v. Raphaelson*, *et al.*, dated
October 19, 2006 .............................................. A-19078

Citi Exhibit EEJ -
*Caiola v. Citibank*, Expert Report of Marianne
DeMario ........................................................... A-19095

Citi Exhibit EEY -
Client List for Spectrum Consulting Partners.... A-19125

Terra Firma Exhibits Not Admitted:

Terra Firma Exhibit 6 -
Handwritten Notes ............................................ A-19126

Terra Firma Exhibit 48 -
Nicoli Mobile Phone Records
(Reproduced at pp. CA-826-CA-837)

c

|  | Page |
|---|---|
| Letter Brief of Terra Firma to the Honorable Jed S. Rakoff, dated October 25, 2010 | A-19127 |
| Letter Brief of Citigroup Inc. to the Honorable Jed S. Rakoff, dated October 25, 2010 | A-19137 |
| The Court's Proposed Jury Instructions, dated November 1, 2010 | A-19147 |
| Memorandum of the Honorable Jed S. Rakoff, dated November 2, 2010 | A-19163 |
| Verdict Sheet, dated November 4, 2010 | A-19179 |
| Judgment, So-Ordered on December 9, 2010, Appealed From | A-19180 |
| Notice of Appeal, dated January 10, 2011 | A-19187 |

A-12001

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 130

| | 1 | MARIANNE DeMARIO |
|---|---|---|
| 11:46:14 | 2 | restructuring plan designed to reduce operating |
| 11:46:17 | 3 | costs by over 100 million pounds.  Cerberus |
| 11:46:20 | 4 | believes that additional restructuring |
| 11:46:23 | 5 | initiatives could be implemented to improve |
| 11:46:25 | 6 | cash flow.  A significant amount of recording's |
| 11:46:28 | 7 | operating expense is controllable." |
| 11:46:31 | 8 | Do you see that? |
| 11:46:31 | 9 | A.    Yes. |
| 11:46:32 | 10 | Q.    From looking at this do you |
| 11:46:34 | 11 | understand Cerberus management to be |
| 11:46:38 | 12 | identifying certain benefits to purchasing EMI? |
| 11:46:48 | 13 | MR. GRAVANTE:  Objection to the |
| 11:46:50 | 14 | form. |
| 11:46:50 | 15 | A.    I don't understand that question. |
| 11:46:52 | 16 | Q.    Let me ask a different question. |
| 11:46:54 | 17 | From reading this page do you understand these |
| 11:46:56 | 18 | bullets to be reflecting certain initiatives |
| 11:47:00 | 19 | that Cerberus management could bring to EMI |
| 11:47:05 | 20 | were it to take control of the company? |
| 11:47:11 | 21 | A.    I interpret this page as some |
| 11:47:17 | 22 | bullet points that support a potential |
| 11:47:22 | 23 | investment.  It also talks about initiatives |
| 11:47:26 | 24 | that EMI is doing already on its own. |
| 11:47:31 | 25 | Q.    Correct.  And Cerberus in the |

A-12003

Page 131

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 11:47:34 | 2 | second bullet, second sentence after |
| 11:47:37 | 3 | identifying the EMI initiatives, the deck says |
| 11:47:43 | 4 | "Cerberus believes that additional |
| 11:47:45 | 5 | restructuring initiatives could be implemented |
| 11:47:48 | 6 | to improve cash flow.  A significant amount of |
| 11:47:50 | 7 | recording's operating expense is controllable." |
| 11:47:55 | 8 | Correct? |
| 11:47:55 | 9 | A.    That's what it says, correct. |
| 11:47:57 | 10 | Q.    Do you interpret that as Cerberus |
| 11:47:59 | 11 | management identifying potential initiatives |
| 11:48:04 | 12 | and cost savings that Cerberus management could |
| 11:48:08 | 13 | obtain potentially if it bought EMI? |
| 11:48:13 | 14 | A.    That sounds reasonable.  Yes. |
| 11:48:21 | 15 | Q.    To the extent that Cerberus is |
| 11:48:22 | 16 | identifying potential cost savings in |
| 11:48:29 | 17 | management initiatives, those factors are ones |
| 11:48:32 | 18 | that you would not use, if I understand your |
| 11:48:35 | 19 | testimony correctly, in a fair market valuation |
| 11:48:39 | 20 | of EMI? |
| 11:48:43 | 21 | A.    It's appropriate to use cost |
| 11:48:45 | 22 | savings and initiatives to the extent that |
| 11:48:50 | 23 | those cost savings would be achievable by every |
| 11:48:56 | 24 | buyer, hypothetical buyer. |
| 11:48:58 | 25 | To the extent it is the specific |

Page 132

|            |    |                                          |
|------------|----|------------------------------------------|
|            | 1  | MARIANNE DeMARIO                         |
| 11:49:01   | 2  | plan and motivation of a specific buyer, it |
| 11:49:03   | 3  | would be inappropriate to use them in the |
| 11:49:07   | 4  | determination of fair market value.      |
| 11:49:08   | 5  | Q.    So if Cerberus believed it can do  |
| 11:49:11   | 6  | a -- withdrawn.                          |
| 11:49:13   | 7  | If Cerberus believed it could           |
| 11:49:15   | 8  | implement unique cost savings that its  |
| 11:49:19   | 9  | management would be responsible for, that's |
| 11:49:24   | 10 | something you would not use in your fair market |
| 11:49:27   | 11 | value determination?                    |
| 11:49:29   | 12 | A.    That's correct.                   |
| 11:49:33   | 13 | MR. CARNEY:   We have to change         |
| 11:49:34   | 14 | tape.                                   |
| 11:49:34   | 15 | VIDEOGRAPHER:  Here now marks the       |
| 11:49:36   | 16 | end of tape 2 of the deposition of      |
| 11:49:38   | 17 | Ms. Marianne DeMario.   The time is 11:49 |
| 11:49:42   | 18 | a.m. We are now off the record.         |
| 11:49:48   | 19 | (Recess taken.)                         |
| 11:59:41   | 20 | VIDEOGRAPHER:  Here now marks the       |
| 12:00:02   | 21 | beginning of tape 3 of the deposition of |
| 12:00:04   | 22 | Marianne DeMario.   The time is 11:59 a.m. |
| 12:00:07   | 23 | We are back on the record.              |
| 12:00:09   | 24 |                                         |
| 12:00:09   | 25 | EXAMINATION CONDUCTED BY MR. CARNEY:    |

A-12005

A-12006

A-12007

A-12008

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 136

       1              MARIANNE DeMARIO

12:05:07  2          discarded.  I look at it, I consider it.")

12:05:49  3          Q.    I understood you to say you did

12:05:51  4     not say --

12:05:52  5               MR. GRAVANTE:    I heard it, I didn't

12:05:53  6          see it.

12:05:54  7          A.    Yes.

12:05:54  8          Q.    It is fair to follow-up you would

12:05:56  9     not use that information in your fair market

12:05:58 10     value determination?

12:06:01 11          A.    Yes.

12:06:04 12          Q.    Do you understand that several

12:06:06 13     other private equity firms also expressed or

12:06:14 14     indicated interest in making a bid for EMI in

12:06:19 15     or around April of 2007?

12:06:21 16          A.    It's my understanding that around

12:06:24 17     April, May 2007 other firms made indications of

12:06:30 18     interest.

12:06:30 19          Q.    And did those firms include

12:06:34 20     Fortress and One Equity?

12:06:35 21          A.    I believe so.  I discussed them

12:06:37 22     in my report.

12:06:40 23          Q.    Is it your understanding to say

12:06:42 24     that Fortress and One Equity indicated price

12:06:49 25     ranges at which they would potentially be

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 137

|   |   |   |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 12:06:52 | 2 | interested in making a bid for EMI? |
| 12:06:54 | 3 | A.   I would need to look at my report |
| 12:06:56 | 4 | to refresh my recollection. |
| 12:07:00 | 5 | Q.   If you accept for the moment that |
| 12:07:02 | 6 | they did indicate specific price range at which |
| 12:07:06 | 7 | they would consider bids, is it your testimony |
| 12:07:08 | 8 | that those price ranges would also be |
| 12:07:14 | 9 | inappropriate for you to use in a fair market |
| 12:07:16 | 10 | value determination of EMI? |
| 12:07:23 | 11 | MR. GRAVANTE:  Objection to the |
| 12:07:24 | 12 | form. |
| 12:07:24 | 13 | A.   Yes.  I discuss that in my report |
| 12:07:26 | 14 | it is not only inappropriate it would be an |
| 12:07:28 | 15 | indication of investment value and not the |
| 12:07:30 | 16 | value that a hypothetical buyer or any buyer |
| 12:07:37 | 17 | would receive, but also because they never |
| 12:07:39 | 18 | actually made bids.  The same would apply to |
| 12:07:46 | 19 | Cerberus as well. |
| 12:07:57 | 20 | Q.   Is it your opinion that |
| 12:07:58 | 21 | investment value is entirely irrelevant to a |
| 12:08:02 | 22 | damages calculation? |
| 12:08:04 | 23 | MR. GRAVANTE:  Objection to the |
| 12:08:06 | 24 | form. |
| 12:08:06 | 25 | A.   May I just add on to my last |

A-12010

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 138

```
                  1              MARIANNE DeMARIO
12:08:09   2   answer before I move on?
12:08:11   3         Q.    Yes.
12:08:13   4         A.    When I was going through why
12:08:17   5   those indications of interest would not be
12:08:19   6   appropriate, it would also be inappropriate
12:08:21   7   because they did not have access, necessarily,
12:08:24   8   to all of the relevant information.
12:08:35   9              May I please have the last
12:08:37  10   question read back to me.
12:08:38  11              (The pending question was read as
12:08:38  12         follows:
12:07:57  13             "Question:   Is it your opinion that
12:07:58  14         investment value is entirely irrelevant to
12:08:02  15         a damages calculation?")
12:08:39  16         MR. GRAVANTE:   And I objected to
12:08:40  17         the form.
12:08:41  18         A.    It's my understanding that in
12:08:43  19   this case the relevant metric is the value that
12:08:49  20   Terra Firma received.  So given that, as the
12:08:55  21   starting point, the appropriate standard of
12:09:00  22   value is fair market value.
12:09:03  23             If one is trying to measure the
12:09:05  24   value received, it would be inappropriate to
12:09:08  25   use investment value.  That is not to say that
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 139

| | 1 | MARIANNE DeMARIO |
| 12:09:14 | 2 | legally it would be impossible for an |
| 12:09:17 | 3 | investment value to be appropriate.  That's |
| 12:09:20 | 4 | really a legal question. |
| 12:09:21 | 5 | Q.    Why, in your view, is it |
| 12:09:23 | 6 | inappropriate to use investment value as a |
| 12:09:26 | 7 | measure of value received by Terra Firma? |
| 12:09:30 | 8 | MR. GRAVANTE:  Objection to the |
| 12:09:31 | 9 | form. |
| 12:09:31 | 10 | A.    Because by its definition the |
| 12:09:34 | 11 | investment value includes both the value that |
| 12:09:40 | 12 | the buyer would receive, plus the value that |
| 12:09:43 | 13 | the buyer is bringing to the table. |
| 12:09:51 | 14 | Q.    The value that a buyer is |
| 12:09:55 | 15 | bringing to the table, however, is a component |
| 12:09:59 | 16 | or a basis of the purchase price at which the |
| 12:10:03 | 17 | buyer is -- at which the buyer is willing to |
| 12:10:11 | 18 | acquire EMI; isn't that correct? |
| 12:10:13 | 19 | A.    I don't understand that question. |
| 12:10:19 | 20 | Q.    Is a buyer's purchase price for a |
| 12:10:25 | 21 | company predicated in any way on what it sees |
| 12:10:27 | 22 | as the investment value of the acquisition? |
| 12:10:33 | 23 | MR. GRAVANTE:  Objection to the |
| 12:10:34 | 24 | form. |
| 12:10:34 | 25 | A.    It is possible that a buyer is |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 140

|          |    |                                          |
|----------|----|------------------------------------------|
|          | 1  | MARIANNE DeMARIO                         |
| 12:10:38 | 2  | willing to pay part of the value that it brings |
| 12:10:43 | 3  | to the table in order to acquire a company. |
| 12:10:53 | 4  | But that does not mean that the price it is |
| 12:10:56 | 5  | willing to pay equates to the fair market |
| 12:11:00 | 6  | value.  Fair market value does not change. |
| 12:11:09 | 7  | Q.    If the buyer acquires a target |
| 12:11:12 | 8  | company and makes various operational and |
| 12:11:20 | 9  | financial improvements to the company, do those |
| 12:11:29 | 10 | improvements factor into the value of the |
| 12:11:31 | 11 | company acquired? |
| 12:11:33 | 12 | MR. GRAVANTE:  Objection to the |
| 12:11:33 | 13 | form. We're talking about fair market or |
| 12:11:37 | 14 | investment? |
| 12:11:37 | 15 | MR. CARNEY:   I just said value. |
| 12:11:39 | 16 | MR. GRAVANTE:   Value. |
| 12:11:39 | 17 | A.    They would factor into the |
| 12:11:41 | 18 | investment value of the company.  The specific |
| 12:11:45 | 19 | plans of the buyer do not factor into the fair |
| 12:11:50 | 20 | market value. |
| 12:11:50 | 21 | Q.    And that is because -- |
| 12:11:52 | 22 | A.    Only the plans that one could |
| 12:11:55 | 23 | reasonably expect any buyer would make. |
| 12:12:00 | 24 | Q.    And that is because you don't |
| 12:12:01 | 25 | assign those operational -- withdrawn. |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 141

```
              1              MARIANNE DeMARIO
12:12:05     2         That's because in a fair market
12:12:08     3    value determination you do not assign the value
12:12:12     4    achieved through operational and financial
12:12:15     5    initiatives as part of the value received by
12:12:21     6    the buyer?
12:12:22     7              MR. GRAVANTE:  Objection to the
12:12:28     8         form.
12:12:28     9         A.   Those additional initiatives as
12:12:33    10    you describe them, what I describe as the
12:12:35    11    specific characteristics or motivations of a
12:12:37    12    specific buyer, you know, really relate to a
12:12:42    13    hypothetical company, a company that will only
12:12:45    14    come into existence after the purchase.
12:12:50    15         So it does not, it's not relevant
12:12:52    16    to the value that the buyer receives at the
12:12:58    17    date and at the exact time that it's purchased.
12:13:01    18         Q.   But if the acquiring party
12:13:05    19    implements managerial and financial initiatives
12:13:08    20    that increases the value of the target company,
12:13:16    21    doesn't the increase in value become part of
12:13:21    22    the value received by the acquiring company?
12:13:25    23              MR. GRAVANTE:  Objection to the
12:13:25    24         form.
12:13:27    25         A.   No. It's the value that the
```

Page 142

| | 1 | MARIANNE DeMARIO |
|---|---|---|
| 12:13:31 | 2 | acquiring company brings after it receives the |
| 12:13:38 | 3 | value of the company on a stand-alone basis. |
| 12:13:44 | 4 | Q.   Those initiatives will take place |
| 12:13:46 | 5 | after the acquisition. So is it your testimony |
| 12:13:49 | 6 | that -- |
| 12:13:50 | 7 | A.   Can  I finish my answer? |
| 12:13:52 | 8 | Q.   Okay. I'm just trying to |
| 12:13:53 | 9 | understand it.  So finish your answer. |
| 12:14:05 | 10 | A.   Can I have my answer read back. |
| 12:14:31 | 11 | (The preceding answer was read as |
| 12:14:31 | 12 | follows: |
| 12:13:27 | 13 | "Answer:   No. It's the value |
| 12:13:29 | 14 | that the acquiring company brings after it |
| 12:13:36 | 15 | receives the value of the company on a |
| 12:13:40 | 16 | stand-alone basis.") |
| 12:14:32 | 17 | A.   That's what I said.  So the value |
| 12:14:33 | 18 | of the company on a stand-alone basis is the |
| 12:14:35 | 19 | value that every buyer would receive.  So let's |
| 12:14:37 | 20 | say the value is 100, the value after this |
| 12:14:43 | 21 | potential transaction might be 110 to buyer A |
| 12:14:49 | 22 | and might be 120 to buyer B, and it might be |
| 12:14:53 | 23 | 100 to buyer C.  But the value that the buyer |
| 12:14:57 | 24 | receives does not change. |
| 12:15:08 | 25 | Q.   That's regardless of any increase |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 143

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 12:15:10 | 2 | in value that the acquiring company can bring |
| 12:15:14 | 3 | to the target company? |
| 12:15:15 | 4 | MR. GRAVANTE:  Objection to the |
| 12:15:15 | 5 | form.  Asked and answered. |
| 12:15:17 | 6 | A.    If that increase is specific and |
| 12:15:21 | 7 | unique to that specific buyer. |
| 12:15:23 | 8 | Q.    Correct.  Your answer is? |
| 12:15:27 | 9 | A.    If -- yes, if what I just said is |
| 12:15:31 | 10 | true, then correct. |
| 12:15:43 | 11 | Q.    Is it your opinion -- |
| 12:15:46 | 12 | MR. GRAVANTE:  Can you just give me |
| 12:15:48 | 13 | one second. |
| 12:15:49 | 14 | MR. CARNEY:  Of course. |
| 12:16:13 | 15 | MR. GRAVANTE:  Okay.  Thank you. |
| 12:16:14 | 16 | MR. CARNEY:  Let's mark this as |
| 12:16:15 | 17 | DeMario 6 the Expert Report of Daniel R. |
| 12:16:19 | 18 | Fischel. |
| 12:16:19 | 19 | (DeMario Exhibit 6 for |
| 12:16:17 | 20 | identification, Expert Report of Daniel R. |
| 12:16:19 | 21 | Fischel, no production numbers.) |
| 12:17:01 | 22 | Q.    Have you seen that document |
| 12:17:03 | 23 | before? |
| 12:17:03 | 24 | A.    This appears to be a copy of |
| 12:17:07 | 25 | Dr. Fischel's Expert Report.  And yes, I have |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 144

```
              1              MARIANNE DeMARIO
12:17:09      2    seen it before.
12:17:12      3              Q.    You read that report before?
12:17:13      4              A.    Yes.
12:17:21      5              Q.    If you turn to page 28 of
12:17:23      6    Dr. Fischel's report.  I will ask you to --
12:17:33      7    well, let me refer your attention to the middle
12:17:35      8    of the page and the following portion of
12:17:39      9    Dr. Fischel's report.
12:17:41     10              He writes "At the time of the
12:17:42     11    acquisition market participants understood that
12:17:45     12    EMI was evaluating strategic alternatives,
12:17:48     13    including the potential sale of the company
12:17:50     14    because EMI and market participants believe
12:17:53     15    that a transaction would be value enhancing.
12:17:55     16              "The fair market value of EMI
12:17:57     17    includes the benefits that EMI, Terra Firma,
12:18:00     18    and market participants believed would accrue
12:18:03     19    from a value enhancing strategic alternative
12:18:05     20    because such an alternative increased the
12:18:07     21    amount that a willing buyer and a willing
12:18:10     22    seller would have agreed upon in a hypothetical
12:18:12     23    transaction."
12:18:14     24              There is a footnote.  Do you
12:18:15     25    agree with Dr. Fischel's statement in that
```

A-12017

A-12018

A-12020

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 163

```
                 1              MARIANNE DeMARIO
12:43:35    2    have changed its bid had it known about these
12:43:41    3    facts?
12:43:42    4              A.    About which facts?
12:43:47    5              Q.    The inflated EBITDA.
12:43:50    6              A.    I have not seen specific
12:43:53    7    documents that I can recall.
12:44:15    8              Q.    Are you aware that in or around
12:44:20    9    2007 Warner Music Group made -- expressed
12:44:23   10    interest in bidding for EMI at a price of 2.60
12:44:26   11    pounds?
12:44:30   12              A.    Yes.
12:44:32   13              Q.    Is that fact a fact that you
12:44:35   14    would find appropriate to use in a fair market
12:44:41   15    value determination for EMI?
12:44:44   16              A.    Again, it is something that I
12:44:46   17    would consider. I do not believe it's
12:44:49   18    appropriate to use that as the fair market
12:44:59   19    value.
12:44:59   20              Q.    Why is that?
12:45:05   21              A.    First, it didn't happen.  Second,
12:45:10   22    it would reflect, to a certain extent, the
12:45:16   23    specific synergies of Warner.
12:45:22   24                    Third, it includes information
12:45:27   25    where the bid would be based upon -- the bid
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 164

| | 1 | MARIANNE DeMARIO |
|---|---|---|
| 12:45:30 | 2 | would not reflect relevant information.  The |
| 12:45:35 | 3 | bid did not reflect relevant information.  The |
| 12:45:40 | 4 | bid happened in -- I guess it wasn't actually a |
| 12:45:44 | 5 | bid, it was probably an indication of interest. |
| 12:45:47 | 6 | The indication of interest |
| 12:45:50 | 7 | happened at a time two months prior to May |
| 12:45:54 | 8 | 2007.  And there may be other reasons as well. |
| 12:46:00 | 9 | Q.    Why does the fact it came two |
| 12:46:02 | 10 | months prior to May 2007 matter for your |
| 12:46:04 | 11 | analysis? |
| 12:46:07 | 12 | A.    I was listing a number of |
| 12:46:11 | 13 | reasons.  And it's -- |
| 12:46:12 | 14 | Q.    But the temporal aspect of the |
| 12:46:14 | 15 | bid, that's what I'm asking about. |
| 12:46:16 | 16 | A.    This was a market that was -- an |
| 12:46:20 | 17 | industry that was declining.  So it is |
| 12:46:25 | 18 | certainly possible that the value had declined |
| 12:46:30 | 19 | in that two-month period.  It is something that |
| 12:46:32 | 20 | I would have to look at. |
| 12:46:40 | 21 | Q.    Do you understand that the EMI |
| 12:46:45 | 22 | Board had determined that it would entertain |
| 12:46:51 | 23 | bids of prices at 2.60 pounds and above for the |
| 12:46:56 | 24 | sale of EMI? |
| 12:46:59 | 25 | A.    That sounds reasonable.  I don't |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 165

|  | 1 | MARIANNE DeMARIO |
| --- | --- | --- |
| 12:47:02 | 2 | recall that specific language.  But it sounds |
| 12:47:05 | 3 | reasonable. |
| 12:47:06 | 4 | Q.    Would that fact be one that would |
| 12:47:11 | 5 | be appropriate for you to use in the fair |
| 12:47:16 | 6 | market value determination of EMI? |
| 12:47:22 | 7 | A.    Again it would be something that |
| 12:47:23 | 8 | I would consider.  But I don't believe that |
| 12:47:26 | 9 | that is appropriate or it represents the value, |
| 12:47:33 | 10 | the fair market value of EMI. |
| 12:47:34 | 11 | Q.    Why would it be inappropriate for |
| 12:47:37 | 12 | you to use a floor price, if you will, |
| 12:47:43 | 13 | established by the target company in your fair |
| 12:47:48 | 14 | market value determination? |
| 12:47:50 | 15 | MR. GRAVANTE:  Objection to the |
| 12:47:52 | 16 | form. |
| 12:47:52 | 17 | A.    Because their goal is to maximize |
| 12:47:56 | 18 | the amount of money that they receive from the |
| 12:47:58 | 19 | transaction.  Their goal is not to determine |
| 12:48:02 | 20 | the fair market value of the company. |
| 12:48:06 | 21 | So if they've successfully hid |
| 12:48:09 | 22 | from the world the fact that they were about to |
| 12:48:12 | 23 | violate their debt covenants and were in severe |
| 12:48:16 | 24 | financial difficulties, I would not expect them |
| 12:48:19 | 25 | to be figuring that into what the fair market |

A-12023

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 166

                    1              MARIANNE DeMARIO
12:48:30   2    value of their company was for example.
12:48:40   3        Q.    You mentioned EMI withholding
12:48:41   4    information about the failure of an impending
12:48:46   5    debt covenant.  What basis do you have for your
12:48:48   6    testimony that EMI was about to violate their
12:48:58   7    debt covenants?
12:49:00   8        A.    My understanding is that they
12:49:05   9    technically either did actually violate their
12:49:08  10    debt covenants and received a waiver to include
12:49:11  11    the Bertelsmann settlement or about to and
12:49:16  12    received that waiver.  I don't remember the
12:49:17  13    exact timing.
12:49:18  14        Q.    So, your testimony concerns the
12:49:21  15    Bertelsmann settlement?
12:49:23  16        A.    That's one of the pieces.  But
12:49:25  17    the, in general if you're that close to
12:49:30  18    violating your debt covenants, that's an
12:49:33  19    indication of the financial difficulties.
12:49:38  20        Q.    And it's your understanding that
12:49:42  21    EMI withheld that information from Terra Firma
12:49:45  22    and other prospective bidders?
12:49:46  23        A.    If I use the word withheld, that
12:49:49  24    may have been -- I may have misspoke.  It was
12:49:54  25    information that was not available.  The term

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 167

|           | 1  | MARIANNE DeMARIO |
|-----------|----|------------------|

12:49:56   2   withheld implies some forethought.  It was

12:50:03   3   information that was not available.  It was

12:50:05   4   known to EMI, it was not available to the other

12:50:07   5   market participants.

12:50:11   6        Q.   Have you seen any documents that

12:50:13   7   support the conclusion that Terra Firma would

12:50:14   8   have acted any differently had it seen the

12:50:18   9   information with respect to EMI's debt

12:50:20   10  covenants you were just testifying to?

12:50:22   11            MR. GRAVANTE:  Objection to the

12:50:22   12       form.

12:50:22   13       A.   Can I have that question read

12:50:37   14  back.

12:50:37   15            (The pending question was read as

12:50:37   16       follows:

12:50:11   17            "Question:   Have you seen any

12:50:12   18       documents that support the conclusion that

12:50:14   19       Terra Firma would have acted any

12:50:15   20       differently had it seen the information

12:50:18   21       with respect to EMI's debt covenants you

12:50:21   22       were just testifying to?")

12:50:38   23       A.    I can't recall seeing documents

12:50:42   24  like that.  But that does not mean they don't

12:50:49   25  exist.

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 168

|  |  |  |
|--|--|--|
|  | 1 | MARIANNE DeMARIO |
| 12:50:52 | 2 | Q.    But the basis for your |
| 12:50:54 | 3 | understanding that that was information that |
| 12:50:57 | 4 | Terra Firma believed it should have had came |
| 12:51:01 | 5 | from your discussions with counsel and others |
| 12:51:05 | 6 | that you testified to before? |
| 12:51:11 | 7 | A.    As I previously testified, my |
| 12:51:13 | 8 | understanding came from my review of the |
| 12:51:15 | 9 | Complaint, discussions with counsel, |
| 12:51:22 | 10 | discussions with Michael Slattery.  And again |
| 12:51:24 | 11 | there may be other documents I reviewed as |
| 12:51:26 | 12 | well. |
| 12:51:26 | 13 | Q.    But you can't recall what those |
| 12:51:27 | 14 | documents are as you sit here now? |
| 12:51:29 | 15 | A.    That's correct. |
| 12:51:47 | 16 | Q.    Do you have an understanding, |
| 12:51:48 | 17 | Ms. DeMario, that in the time period after the |
| 12:51:55 | 18 | bid on May 21 and through June and portions of |
| 12:51:59 | 19 | July, shares of EMI in the market traded at |
| 12:52:08 | 20 | prices above 2.65 pounds? |
| 12:52:14 | 21 | A.    That's my understanding. |
| 12:52:18 | 22 | Q.    Is it a reasonable conclusion to |
| 12:52:20 | 23 | draw from that that the market expected there |
| 12:52:30 | 24 | to be a topping bid above the 2.65 pounds that |
| 12:52:34 | 25 | Terra Firma had made for EMI? |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 169

|           |    |                                              |
|-----------|----|----------------------------------------------|
|           | 1  | MARIANNE DeMARIO                             |
| 12:52:36  | 2  | MR. GRAVANTE:  Objection to the              |
| 12:52:42  | 3  | form.                                        |
| 12:52:42  | 4  | A.    I think it is reasonable to            |
| 12:52:44  | 5  | assume there was some speculation.  I don't  |
| 12:52:46  | 6  | think it is reasonable to assume that's what |
| 12:52:47  | 7  | the market expected.  There is a difference.  I |
| 12:52:52  | 8  | will just say I put quotes around the market. |
| 12:52:55  | 9  | Q.    That's fair.  But to the extent        |
| 12:52:58  | 10 | there was some speculation about potential   |
| 12:53:01  | 11 | topping bids above 2.65 pounds, the fact     |
| 12:53:06  | 12 | remains that for portions of that period in  |
| 12:53:09  | 13 | May, June and July, the share price for EMI was |
| 12:53:12  | 14 | trading at levels above 2.65 pounds?         |
| 12:53:16  | 15 | A.    I believe and I think that             |
| 12:53:20  | 16 | Fischel has a chart in his report that it went |
| 12:53:22  | 17 | up and down.  So there clearly was speculation |
| 12:53:25  | 18 | and belief in the market that the transaction |
| 12:53:28  | 19 | wouldn't happen at all.                      |
| 12:53:30  | 20 | So, I think it goes both ways.               |
| 12:53:32  | 21 | Q.    Right.                                 |
| 12:53:33  | 22 | A.    But we can look at that chart.         |
| 12:53:38  | 23 | Q.    Feel free to, it is Fischel            |
| 12:53:40  | 24 | Exhibit C if you would like to look at it    |
| 12:53:42  | 25 | quickly just to confirm that.                |

A-12027

A-12028

A-12029

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 202

```
                1             MARIANNE DeMARIO
14:17:52        2        Q.    Did you become aware of them once
14:17:54        3   you read the Fischel report and Exhibit K?
14:17:57        4        A.    Yes.
14:17:58        5        Q.    Did you ask your staff or counsel
14:18:00        6   to obtain these documents that are referenced
14:18:03        7   here for you?
14:18:09        8        A.    Yes.
14:18:09        9        Q.    Did you review those documents?
14:18:15       10        A.    Yes.  Well if we are talking
14:18:16       11   about all of Exhibit K, I didn't ask anybody to
14:18:19       12   get me the information about their stock prices
14:18:21       13   down at the bottom but as far as the Citigroup
14:18:28       14   Terra, Project Dice, the Citigroup Cerberus and
14:18:31       15   Merrill Lynch Cerberus I asked to look at
14:18:33       16   those.
14:18:40       17        Q.    Having reviewed the documents,
14:18:41       18   did any of the documents cause you to want to
14:18:43       19   change the conclusions that you reached in your
14:18:49       20   report?
14:18:49       21        A.    No.
14:18:55       22        Q.    Take a look just quickly at the
14:18:57       23   document's reference.  If you look at Fischel
14:19:00       24   K, the first entry is Greenhill Project
14:19:03       25   Mulberry May 21 valuation.
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 203

|  | 1 | MARIANNE DeMARIO |
| 14:19:05 | 2 | Then if you pull out that May 21 |
| 14:19:08 | 3 | valuation we were just looking at, which is |
| 14:19:15 | 4 | Exhibit 7, I guess we talked about the take |
| 14:19:19 | 5 | out.  If you go back to page 5.  We discussed a |
| 14:19:35 | 6 | few minutes ago the take out valuations |
| 14:19:37 | 7 | reflected at the bottom of that chart.  Do you |
| 14:19:43 | 8 | recall that? |
| 14:19:43 | 9 | A.    Yes. |
| 14:19:47 | 10 | Q.    Do you understand those entries |
| 14:19:50 | 11 | correspond to what Dr. Fischel had reflected in |
| 14:19:56 | 12 | Exhibit K? |
| 14:19:58 | 13 | A.    Let me just check the numbers. |
| 14:20:04 | 14 | Q.    Under that first entry for |
| 14:20:06 | 15 | Greenhill Project Mulberry. |
| 14:20:30 | 16 | A.    One of them where it says sales |
| 14:20:31 | 17 | of music publishing in Japan recorded music |
| 14:20:34 | 18 | there is a range of 181 to 237.  Then there is |
| 14:20:41 | 19 | a dotted line goes to 293.  Fischel's report |
| 14:20:44 | 20 | goes to 293, but I can't quickly see what the |
| 14:20:47 | 21 | difference is here. |
| 14:20:47 | 22 | Q.    Right. |
| 14:20:48 | 23 | A.    I don't know if it is appropriate |
| 14:20:49 | 24 | for it to go up to 293 or to go up to 237. |
| 14:20:53 | 25 | Q.    That's fair.  And indeed the |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 204

|          |    |                                             |
|----------|----|---------------------------------------------|
|          | 1  | MARIANNE DeMARIO |
| 14:20:56 | 2  | Greenhill valuation does reflect the dotted |
| 14:21:00 | 3  | line that shows a rectangle between the 237 |
| 14:21:04 | 4  | range and 293 range.  But with that exception, |
| 14:21:07 | 5  | does it appear that this first batch of entries |
| 14:21:11 | 6  | under Fischel K are drawn from the take out |
| 14:21:14 | 7  | valuation ranges in the Greenhill report? |
| 14:21:17 | 8  | A.    Yes. |
| 14:21:20 | 9  | Q.    Let's skip down to the next one |
| 14:21:22 | 10 | Citigroup/Terra Project Dice May 17, 2007. |
| 14:21:32 | 11 | Let's mark as DeMario 9 a |
| 14:21:39 | 12 | document entitled Project Dice Credit Approval |
| 14:21:41 | 13 | Memorandum May 17, 2007. It says Bates |
| 14:21:48 | 14 | Citi-TF-00562437 through 530. |
| 14:21:55 | 15 | (DeMario Exhibit 9 for |
| 14:21:40 | 16 | identification, Project Dice Credit |
| 14:21:41 | 17 | Approval Memorandum May 17, 2007, |
| 14:21:45 | 18 | production numbers Citi-TF-00562437 |
| 14:21:52 | 19 | through 530.) |
| 14:22:30 | 20 | Q.    Have you seen that document |
| 14:22:31 | 21 | before? |
| 14:22:33 | 22 | A.    I don't recall if I've is seen |
| 14:22:34 | 23 | the entire document or my staff just showed me |
| 14:22:36 | 24 | certain pages. |
| 14:22:37 | 25 | Q.    Okay. |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 205

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 14:22:38 | 2 | A.    I don't recall looking at |
| 14:22:42 | 3 | something that was this thick. |
| 14:22:43 | 4 | Q.    Do you have an understanding of |
| 14:22:44 | 5 | what the document is? |
| 14:22:55 | 6 | A.    Can you just give me a second |
| 14:22:57 | 7 | since I don't remember looking at a document of |
| 14:22:59 | 8 | this size. |
| 14:23:00 | 9 | Q.    Sure. |
| 14:24:04 | 10 | A.    The document states its purpose |
| 14:24:05 | 11 | is to request approval to issue a financing |
| 14:24:07 | 12 | commitment to support Terra Firma in its |
| 14:24:10 | 13 | proposed acquisition much EMI. |
| 14:24:14 | 14 | Q.    Will you accept my -- |
| 14:24:15 | 15 | A.    I haven't had a chance to review |
| 14:24:17 | 16 | the document -- |
| 14:24:17 | 17 | Q.    Of course, I understand. |
| 14:24:19 | 18 | A.    -- if it has any other purpose. |
| 14:24:22 | 19 | Q.    Will you accept my representation |
| 14:24:24 | 20 | this is an internal Citibank Credit approval |
| 14:24:28 | 21 | memorandum with respect to the proposed |
| 14:24:30 | 22 | financing by Terra Firma for the EMI |
| 14:24:31 | 23 | acquisition? |
| 14:24:32 | 24 | A.    Okay. |
| 14:24:38 | 25 | Q.    Okay.  Let's turn if we can to |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 206

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 14:24:41 | 2 | 2509 on the bottom. |
| 14:25:04 | 3 | A.    Okay. |
| 14:25:05 | 4 | Q.    It says valuation back up on the |
| 14:25:09 | 5 | top of that page.  Do you see that? |
| 14:25:11 | 6 | A.    Yes. |
| 14:25:13 | 7 | Q.    There is a chart with four |
| 14:25:14 | 8 | entries for WMG trading, SOTP precedents, DCF |
| 14:25:21 | 9 | and research target prices.  Do you see that? |
| 14:25:23 | 10 | Actually there is a fifth entry called 52 week |
| 14:25:26 | 11 | trading. |
| 14:25:27 | 12 | A.    Yes. |
| 14:25:34 | 13 | Q.    If you turn back to Fischel K |
| 14:25:36 | 14 | under the Citigroup Terra Project Dice entry |
| 14:25:39 | 15 | there are four entries for WMG trading |
| 14:25:41 | 16 | multiple, SOTP precedents, DCF, Terra Firma |
| 14:25:46 | 17 | case DCF downside case and research target |
| 14:25:54 | 18 | prices.  Do you see that? |
| 14:25:55 | 19 | A.    Yes. |
| 14:25:56 | 20 | Q.    Did you have -- |
| 14:25:58 | 21 | A.    Can I just have a minute to -- |
| 14:26:02 | 22 | Q.    Sure. |
| 14:26:02 | 23 | A.    -- to check and see exactly where |
| 14:26:05 | 24 | the numbers come from. |
| 14:26:06 | 25 | Q.    It will be apparent while you're |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 207

|  | 1 | MARIANNE DeMARIO |
| 14:26:08 | 2 | looking I'll represent to you per footnote 2 of |
| 14:26:16 | 3 | the Fischel exhibit, there is a calculation |
| 14:26:20 | 4 | that one must undertake to get to the numbers |
| 14:26:23 | 5 | that he reflects on the front page of this |
| 14:26:27 | 6 | chart. |
| 14:27:10 | 7 | A.    The section we're in is called |
| 14:27:11 | 8 | valuation backup.  Is there a place where they |
| 14:27:14 | 9 | summarize the valuation earlier in this memo? |
| 14:27:17 | 10 | Q.    I don't know that they did. |
| 14:27:19 | 11 | A.    It is just a little confusing to |
| 14:27:21 | 12 | go from the page you're having me look at to |
| 14:27:26 | 13 | the Fischel report. |
| 14:27:27 | 14 | Q.    Understand.  I won't ask you to |
| 14:27:28 | 15 | go through the arithmetic. |
| 14:27:31 | 16 | Do you have any reason to believe |
| 14:27:32 | 17 | that the calculations reflected in footnote 2 |
| 14:27:43 | 18 | are accurate and are derived from this page |
| 14:27:46 | 19 | 2509 in the Citi report? |
| 14:27:48 | 20 | MR. GRAVANTE:    Objection to form. |
| 14:27:50 | 21 | A.    I would have to say that it's not |
| 14:27:53 | 22 | simple mathematics.  So while I have no reason |
| 14:27:56 | 23 | to believe they are not true, I have no reason |
| 14:27:58 | 24 | to believe that they're accurate or the way I |
| 14:28:01 | 25 | would do it, the way I would perform them. |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 208

```
                  1              MARIANNE DeMARIO
14:28:05   2              Q.    Okay.  Why don't you put that
14:28:06   3         document aside for now.  Let's go to Citigroup,
14:28:09   4         the next entry on Fischel Exhibit K,  is
14:28:13   5         Citigroup Cerberus Project Earl, May 18, 2007.
14:28:25   6         Let's mark that.
14:28:26   7                   This is going to be DeMario
14:28:28   8         Exhibit 10.  Multipage document
14:28:34   9         CITI-TF-00326373 through 438.
14:28:34   10                        (DeMario Exhibit 10 for
14:28:34   11              identification, Leveraged Finance
14:28:16   12              Memorandum May 18, 2007, production
14:28:30   13              numbers CITI-TF-00326373 through 438.)
14:29:19   14              Q.    Have you seen this document
14:29:20   15         before?
14:29:20   16              A.    Again, I may have seen pages, I
14:29:22   17         don't recall seeing the entirety of this
14:29:23   18         document.
14:29:37   19              Q.    Again, if you look at the first
14:29:40   20         page, Citigroup letterhead called Leveraged
14:29:43   21         Finance Memorandum.  Top right-hand corner says
14:29:46   22         Project Earl Final Approval Memorandum.
14:29:51   23                   Will you accept my
14:29:52   24         representation, Ms. DeMario, that this is an
14:29:57   25         internal Citigroup memorandum that addresses a
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 209

|        |    |                                              |
|--------|----|----------------------------------------------|
|        |  1 | MARIANNE DeMARIO                             |
| 14:29:59 | 2 | financing proposal to finance a potential bid |
| 14:30:03 | 3 | by Cerberus for EMI?                         |
| 14:30:09 | 4 | A.    I will accept that                   |
| 14:30:10 | 5 | representation, but depending upon your      |
| 14:30:11 | 6 | question I may want more time to review it   |
| 14:30:16 | 7 | before I answer your question.               |
| 14:30:17 | 8 | Q.    Understood.  Can you turn for me      |
| 14:30:18 | 9 | to Bates number 6427 in that document, the page |
| 14:30:52 | 10 | of that document is entitled Discounted Cash |
| 14:30:56 | 11 | Flow Analysis Base Case Exhibit 3.          |
| 14:30:58 | 12 | If you look on the bottom right            |
| 14:30:59 | 13 | Hands chart there is a chart that says equity |
| 14:31:03 | 14 | value as of 9/30/07.                         |
| 14:31:07 | 15 | If you look right in the middle            |
| 14:31:09 | 16 | of the boxed data there is a number 2,592.  Do |
| 14:31:16 | 17 | you see that?                                |
| 14:31:16 | 18 | A.    I see the number, but I have no       |
| 14:31:19 | 19 | context whatsoever as to what this page is   |
| 14:31:25 | 20 | purporting to represent or what that number is |
| 14:31:26 | 21 | purporting to represent.                     |
| 14:31:28 | 22 | Q.    Okay.  If you turn back to          |
| 14:31:29 | 23 | Exhibit K of Fischel the entry next to       |
| 14:31:36 | 24 | Citigroup Cerberus price per share have 283, |
| 14:31:43 | 25 | and equity value of 2,592.  Do you see that? |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 210

              1            MARIANNE DeMARIO
14:31:47      2         A.    Yes, I see that.
14:31:50      3         Q.    Any reason to doubt that number
14:31:51      4    is not derived from page 6427 of Project Earl?
14:31:58      5         A.    It may be derived from it, but
14:32:01      6    without understanding the context and without
14:32:03      7    looking at this document with some more detail,
14:32:08      8    I can't tell you whether or not it's
14:32:11      9    appropriate to call that a value, whether or
14:32:13     10    not there is many other values in here that
14:32:16     11    aren't included in Exhibit K.
14:32:23     12         Q.    But you did not consider this
14:32:24     13    document when you were preparing your report;
14:32:31     14    correct?
14:32:31     15         A.    I did not because I didn't have
14:32:32     16    access to this document when I prepared my
14:32:34     17    report.
14:32:36     18         Q.    The same is true for the Project
14:32:38     19    Dice memorandum we just looked at with respect
14:32:40     20    to Terra Firma's bid, you did not consider that
14:32:44     21    document when you were preparing your report
14:32:48     22    because you had not seen it?
14:32:50     23         A.    That's correct.
14:32:53     24         Q.    Why don't you put that aside.
14:32:54     25    Let's just mark this last document that Fischel

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 211

|  |  |  |
|--|--|--|
| | 1 | MARIANNE DeMARIO |
| 14:32:57 | 2 | refers to here.  You will see the next entry is |
| 14:33:00 | 3 | Merrill Lynch Cerberus Project Record May 17, |
| 14:33:04 | 4 | 2007. |
| 14:33:08 | 5 | Let's mark as DeMario Exhibit 11 |
| 14:33:14 | 6 | a multipage document Bates numbered |
| 14:33:18 | 7 | LAZ _TF _0011970 through 990. |
| 14:33:26 | 8 | (DeMario Exhibit 11 for |
| 14:33:01 | 9 | identification, Cerberus Project Record |
| 14:33:03 | 10 | May 17, 2007, production numbers LAZ_TF |
| 14:33:22 | 11 | _0011970 through 990.) |
| 14:34:11 | 12 | Q.    Have you seen this document |
| 14:34:12 | 13 | before? |
| 14:34:12 | 14 | A.    Yes. |
| 14:34:16 | 15 | Q.    When did you first see this |
| 14:34:17 | 16 | document? |
| 14:34:23 | 17 | A.    Probably shortly after I looked |
| 14:34:24 | 18 | at the Fischel report. |
| 14:34:27 | 19 | Q.    Was this one of the Cerberus |
| 14:34:28 | 20 | documents that you looked at that you testified |
| 14:34:29 | 21 | to before? |
| 14:34:34 | 22 | A.    Yes. |
| 14:34:34 | 23 | Q.    If you turn to -- |
| 14:34:36 | 24 | A.    Can I just have a minute to look |
| 14:34:38 | 25 | through it, please. |

Case: 11-126   Document: 85   Page: 141   04/25/2011   273010   401

A-12040

Page 212

|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  | MARIANNE DeMARIO                             |
| 14:34:39 | 2  | Q.    Of course.                             |
| 14:36:22 | 3  | A.    Okay.                                  |
| 14:36:24 | 4  | Q.    If you turn to page 975, please.       |
| 14:36:31 | 5  | A.    Okay.                                  |
| 14:36:34 | 6  | Q.    There is page with a heading           |
| 14:36:37 | 7  | Valuation Considerations Valuation Summary, do |
| 14:36:41 | 8  | you see that?                                |
| 14:36:41 | 9  | A.    Yes, I do.                             |
| 14:36:45 | 10 | Q.    Beginning with the second entry        |
| 14:36:47 | 11 | under the column methodology there is an entry |
| 14:36:49 | 12 | labeled Brokers' Research.  Do you see that? |
| 14:36:53 | 13 | A.    Yes.                                   |
| 14:36:53 | 14 | Q.    Then there are a number of other       |
| 14:36:54 | 15 | entries under that.  If you look at those    |
| 14:36:58 | 16 | entries beginning with the entry for brokers' |
| 14:37:01 | 17 | research down through UK Take Over Premium,  |
| 14:37:06 | 18 | does it appear that those figures are reflected |
| 14:37:13 | 19 | in Fischel Exhibit K under the Merrill Lynch |
| 14:37:19 | 20 | Cerberus entry?                              |
| 14:38:07 | 21 | A.    I'm sorry, what was the question?      |
| 14:38:09 | 22 | Q.    Whether having reviewed page 975,      |
| 14:38:13 | 23 | whether it appears that the entries to which I |
| 14:38:15 | 24 | referred are reflected in Fischel Exhibit K  |
| 14:38:21 | 25 | under the heading Merrill Lynch Cerberus     |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 213

| | | MARIANNE DeMARIO |
|---|---|---|
| 14:38:23 | 2 | Project Record? |
| 14:38:26 | 3 | A.    Yes, they are. |
| 14:38:28 | 4 | Q.    And then just to finish out this |
| 14:38:30 | 5 | Exhibit K, Dr. Fischel has a series of EMI |
| 14:38:40 | 6 | closing price figures at the bottom of this |
| 14:38:43 | 7 | exhibit; do you see that? |
| 14:38:44 | 8 | A.    Yes. |
| 14:38:46 | 9 | Q.    Looking at this exhibit, with the |
| 14:38:47 | 10 | exception of one entry which is the trading |
| 14:38:51 | 11 | comparable consensus base case under the |
| 14:38:54 | 12 | Merrill Lynch Cerberus Project Record section, |
| 14:38:59 | 13 | all of these valuation indicators, are they |
| 14:39:02 | 14 | not, are greater than the fair market values |
| 14:39:06 | 15 | you identify in your tables 1A and 11B? |
| 14:39:10 | 16 | MR. GRAVANTE:    Objection to the |
| 14:39:11 | 17 | form. |
| 14:39:11 | 18 | A.    Would you like me to answer |
| 14:39:13 | 19 | simply as a matter of math? |
| 14:39:15 | 20 | Q.    Yes. |
| 14:39:15 | 21 | A.    Okay.  Simply as a matter of math |
| 14:39:18 | 22 | the numbers on Fischel Exhibit K, but for the |
| 14:39:25 | 23 | trading comparables consensus base case, which |
| 14:39:29 | 24 | is lower than my May 2007 conclusion of fair |
| 14:39:35 | 25 | market value simply as a matter of math these |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 214

|       | 1  | MARIANNE DeMARIO |
|-------|----|------------------|

14:39:37  2  mid points are higher than my conclusion of the

14:39:44  3  fair market value in May of 2007, in August

14:39:48  4  2007.

14:39:49  5       Q.    Is it your opinion that none of

14:39:51  6  the valuation indicators reflected on Fischel

14:39:54  7  Exhibit K are appropriate to be used in a fair

14:40:01  8  market valuation determination for EMI?

14:40:02  9            MR. GRAVANTE:  Objection to the

14:40:06  10       form.

14:40:06  11       A.    Well, I think that some of them

14:40:10  12  were prepared in a fashion similar to the way

14:40:14  13  that I calculated the fair market value.

14:40:19  14            So I would not be able to dismiss

14:40:23  15  them all as being inappropriate.  The ones that

14:40:25  16  were calculated from Cerberus' point of view

14:40:29  17  and the ones that were calculated assuming

14:40:35  18  specific strategic initiatives, as I've

14:40:40  19  previously testified, are inappropriate.

14:40:44  20            But, again, to the extent that

14:40:51  21  Merrill Lynch was not in possession of all the

14:40:54  22  relevant information, that is another factor

14:40:57  23  that would need to be taken into consideration

14:41:00  24  when looking at the appropriateness or the

14:41:04  25  accuracy of these numbers.

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 215

|         |    |                                          |
|---------|----|------------------------------------------|
|         | 1  | MARIANNE DeMARIO                         |
| 14:41:09 | 2  | Q.    In your last answer you stated "I |
| 14:41:12 | 3  | think that some were prepared in a fashion |
| 14:41:15 | 4  | similar to the way I calculated the fair market |
| 14:41:18 | 5  | value, so I would not be able to dismiss them |
| 14:41:20 | 6  | all as being inappropriate."             |
| 14:41:24 | 7  | Can you identify the entries for         |
| 14:41:25 | 8  | me that you could not dismiss as being   |
| 14:41:30 | 9  | inappropriate?                           |
| 14:41:38 | 10 | A.    I certainly don't have access to   |
| 14:41:40 | 11 | sufficient information to determine whether or |
| 14:41:44 | 12 | not I agree with all of the information, all of |
| 14:41:51 | 13 | the assumptions.                         |
| 14:41:52 | 14 | But if you look at DeMario               |
| 14:41:54 | 15 | Exhibit 11975, the trading comparable consensus |
| 14:42:03 | 16 | base case and the DCF perpetuity growth, I |
| 14:42:15 | 17 | think Fischel calls it -- he doesn't call it |
| 14:42:18 | 18 | anything, but the base case, not the Cerberus |
| 14:42:21 | 19 | case, my interpretation of those two lines is |
| 14:42:25 | 20 | that one is a market multiple analysis that |
| 14:42:29 | 21 | doesn't include buyer-specific synergies or |
| 14:42:36 | 22 | values.                                  |
| 14:42:36 | 23 | And the other one is a DCF that          |
| 14:42:39 | 24 | similarly would not include buyer specific |
| 14:42:42 | 25 | value.  To the extent that my assumption is |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 216

```
              1              MARIANNE DeMARIO
14:42:46      2    wrong, I would change my answer, but that's how
14:42:49      3    I am interpreting those two lines.
14:43:09      4          Q.    Switching gears a little bit.
14:43:10      5    Now you identify two different methods for
14:43:23      6    calculating a fair market value in your report,
14:43:26      7    the income method and the market comparable
14:43:30      8    method; is that correct?
14:43:32      9          A.    I identify three different
14:43:34     10    methods.
14:43:35     11          Q.    There was a third.  What's the
14:43:38     12    third?
14:43:38     13          A.    The asset approach.
14:43:40     14          Q.    And is it fair to say that you
14:43:46     15    concluded that the asset approach was not an
14:43:48     16    appropriate approach for this exercise?
14:43:50     17          A.    That's correct.
14:43:51     18          Q.    Why?
14:43:52     19          A.    The asset looks at the underlying
14:43:57     20    physical assets typically.  This would be very
14:44:00     21    unusual for the asset approach to be
14:44:08     22    appropriate when valuing an ongoing business
14:44:10     23    that had intangible assets.
14:44:13     24          Q.    The asset approach is not used
14:44:16     25    for valuation where the company has significant
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 217

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 14:44:18 | 2 | intangible assets? |
| 14:44:19 | 3 | A.    It could he be.  I'm saying it's |
| 14:44:21 | 4 | unusual to use the asset approach when a |
| 14:44:26 | 5 | business is ongoing. |
| 14:44:28 | 6 | Q.    And for that reason you chose not |
| 14:44:30 | 7 | to use the asset approach? |
| 14:44:31 | 8 | A.    That's correct. |
| 14:44:33 | 9 | Q.    So you used the income approach |
| 14:44:36 | 10 | and the market approach; correct? |
| 14:44:38 | 11 | A.    That's correct. |
| 14:44:39 | 12 | Q.    Okay.  Can you explain what the |
| 14:44:41 | 13 | income method is that you utilized, just |
| 14:44:43 | 14 | generally? |
| 14:44:44 | 15 | A.    The income method you look at the |
| 14:44:48 | 16 | expected future cash flows.  And you discount |
| 14:44:52 | 17 | those future cash flows into current terms |
| 14:44:55 | 18 | based on the risk related to those cash flows. |
| 14:45:03 | 19 | Q.    Is DCF sometimes referred to as |
| 14:45:06 | 20 | discounted cash flow -- withdrawn. |
| 14:45:09 | 21 | Is DCF a reference to discounted |
| 14:45:11 | 22 | cash flow? |
| 14:45:12 | 23 | A.    DCF method stands for discounted |
| 14:45:14 | 24 | cash flow method. |
| 14:45:15 | 25 | Q.    Is that the same as the income |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 218

|  |  |  |
|--|--|--|
| | 1 | MARIANNE DeMARIO |
| 14:45:16 | 2 | method? |
| 14:45:18 | 3 | A.   I would use the terms |
| 14:45:20 | 4 | interchangeably. |
| 14:45:29 | 5 | Q.   Let's turn to paragraph 57 of |
| 14:45:31 | 6 | your report actually jumping back to paragraph |
| 14:45:58 | 7 | 56, you said "to begin my since," this is your |
| 14:45:59 | 8 | income approach. "To begin my analysis I |
| 14:46:02 | 9 | evaluate projections available approximate to |
| 14:46:05 | 10 | each valuation date that were prepared by EMI." |
| 14:46:08 | 11 | Then paragraph 57 you say "On |
| 14:46:10 | 12 | March 1, 2007 EMI issued a draft 5 year plan |
| 14:46:13 | 13 | that consisted of separate projections for EMI |
| 14:46:17 | 14 | RM and EMI MP for years 2008-2012." |
| 14:46:21 | 15 | Do you see that? |
| 14:46:22 | 16 | A.   Yes, I do. |
| 14:46:23 | 17 | Q.   Does RM refer to recorded music? |
| 14:46:27 | 18 | A.   Yes, it does. |
| 14:46:27 | 19 | Q.   MP to music publishing? |
| 14:46:29 | 20 | A.   Yes. |
| 14:46:32 | 21 | Q.   Paragraph 58 you go on to say |
| 14:46:34 | 22 | "2007 projections are summarized in Exhibits |
| 14:46:38 | 23 | B-1 and B-2" of your report; is that correct? |
| 14:46:41 | 24 | A.   Yes. |
| 14:46:56 | 25 | MR. CARNEY:   Let's mark as DeMario |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 219

|  |  | MARIANNE DeMARIO |
| --- | --- | --- |
| 14:46:58 | 2 | 12 a multipage document Bates |
| 14:47:00 | 3 | TF 0000367046 through 055. |
| 14:47:07 | 4 | (DeMario Exhibit 12 for |
| 14:47:07 | 5 | identification, EMI Group Draft |
| 14:47:07 | 6 | Operational Model 3/1/07, production |
| 14:47:00 | 7 | numbers TF 0000367046 through 055.) |
| 14:47:37 | 8 | Q.    Do you recognize this document? |
| 14:47:39 | 9 | A.    I will tell you I don't. |
| 14:47:43 | 10 | Q.    So if I ask you if you knew |
| 14:47:46 | 11 | whether these reflected the projections that |
| 14:47:50 | 12 | you relied upon in paragraph, that you refer to |
| 14:47:57 | 13 | in paragraph 57 you can't give me the answer? |
| 14:47:59 | 14 | A.    They may.  I may be familiar with |
| 14:48:01 | 15 | looking at the document with the cover page on |
| 14:48:03 | 16 | it.  So it is quite possible that if you give |
| 14:48:06 | 17 | me some time and I'll look at the backup and it |
| 14:48:09 | 18 | may tie in, but I looked at these a few days |
| 14:48:13 | 19 | ago and I just remember a different cover on |
| 14:48:15 | 20 | it. |
| 14:48:15 | 21 | Q.    Okay.  So you just don't know if |
| 14:48:17 | 22 | these are the projections, the March 2007 |
| 14:48:20 | 23 | projections that you relied upon? |
| 14:48:23 | 24 | A.    But if you give me a second I'll |
| 14:48:25 | 25 | look. |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 220

```
              1              MARIANNE DeMARIO
14:48:26      2         Q.    Feel free.
14:50:53      3         A.    I just checked 2008 and the
14:50:56      4    numbers appear to tie in.  But I didn't check
14:51:01      5    all of the numbers.
14:51:02      6         Q.    Okay.  Plainly, if you turn back
14:51:06      7    to your Exhibit B1 and B2, those numbers
14:51:13      8    reflected in these charts accurately reflect
14:51:19      9    the projections from March 2007 that you're
14:51:22     10    relying on?
14:51:23     11         A.    My Exhibits B1 and B2 accurately
14:51:27     12    you reflect the March 1, 2007 EMI projections.
14:51:30     13         Q.    Right. If you look at the bottom
14:51:32     14    of B1, for example, it says "Source EMI Group
14:51:36     15    Operating Model 3/1/2007."
14:51:39     16              Do you see that?
14:51:44     17         A.    Yes.
14:51:44     18         Q.    We just don't know.  What we
14:51:46     19    marked as DeMario Exhibit 11 is that operating
14:51:49     20    model?
14:51:50     21         A.    12.
14:51:50     22         Q.    12.  Sorry?
14:51:51     23         A.    I checked 2008 but that's
14:51:53     24    correct.  It doesn't look like the document I
14:51:58     25    reviewed a few days ago.
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 221

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 14:52:09 | 2 | Q.    Now if you stay with me in your |
| 14:52:14 | 3 | Exhibits. Turn to Exhibit C1.  What does that |
| 14:52:25 | 4 | reflect? |
| 14:52:28 | 5 | A.    This is my May 2007 DCF |
| 14:52:31 | 6 | calculation. |
| 14:52:40 | 7 | Q.    This is the data you arrive at in |
| 14:52:42 | 8 | employing your income method for the May 2007 |
| 14:52:46 | 9 | valuation? |
| 14:52:55 | 10 | A.    May I have that read back, |
| 14:52:56 | 11 | please. |
| 14:52:56 | 12 | (The pending question was read as |
| 14:52:56 | 13 | follows: |
| 14:52:40 | 14 | "Question:   This is the data you |
| 14:52:41 | 15 | arrive at in employing your income method |
| 14:52:44 | 16 | for the May 2007 valuation?") |
| 14:52:57 | 17 | A.    This is the data that I use for |
| 14:53:00 | 18 | my May 2007 income approach. |
| 14:53:02 | 19 | Q.    And if you turn the page to |
| 14:53:09 | 20 | Exhibit C2 where it says 8/2007 valuation.  Is |
| 14:53:16 | 21 | this the data that you use for your income |
| 14:53:20 | 22 | method calculations for your August 2007 |
| 14:53:24 | 23 | valuation under the income method? |
| 14:53:30 | 24 | A.    Yes. |
| 14:53:39 | 25 | MR. CARNEY:   Why don't we change |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 222

```
                    1              MARIANNE DeMARIO
14:53:40   2          the tape quickly right now.
14:53:43   3              VIDEOGRAPHER:  Here now marks the
14:53:45   4          end of tape 4 of deposition of
14:53:47   5          Ms. Marianne DeMario.  The time is 2:53
14:53:49   6          p.m.  We are now off the record.
14:53:51   7              (Recess taken.)
15:06:22   8              VIDEOGRAPHER:  Here now marks the
15:06:34   9          beginning of tape 5 of the deposition of
15:06:36  10          Marianne DeMario the time is 3:05 p.m. We
15:06:41  11          are back on the record.
15:06:42  12          EXAMINATION CONDUCTED BY MR. CARNEY:
15:06:42  13              Q.    Welcome back, Ms. DeMario.  Can
15:06:44  14      you turn to Exhibit M as in Mary of the Fischel
15:06:49  15      report.
15:07:18  16              This page is entitled Comparison
15:07:20  17      of EBITDA Projections.  It shows at the top
15:07:24  18      projections used in DeMario report.  There is a
15:07:26  19      footnote to your Exhibit C1, which was the data
15:07:31  20      you used for your May 2007 DCF analysis;
15:07:38  21      correct?
15:07:38  22              A.    Let me double-check --
15:07:39  23              Q.    Sure.
15:07:40  24              A.    -- whether the numbers are
15:07:41  25      accurate. Yes.  These agree to my Exhibit C1.
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 223

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 15:08:06 | 2 | Q.    And Dr. Fischel then makes a |
| 15:08:11 | 3 | comparison between your projections in C1 with |
| 15:08:15 | 4 | projections found in some of the other |
| 15:08:17 | 5 | documents that we've looked at today; do you |
| 15:08:19 | 6 | see that? |
| 15:08:23 | 7 | A.    Yes.  It's important to note that |
| 15:08:24 | 8 | he's for some reason only selected some of the |
| 15:08:29 | 9 | projections.  But he has selected three |
| 15:08:35 | 10 | projections here. |
| 15:08:38 | 11 | Q.    Then there is a fourth set of |
| 15:08:39 | 12 | projections at the bottom under Terra Firma EMI |
| 15:08:43 | 13 | presentation; is that correct? |
| 15:08:45 | 14 | A.    Yes.  The EMI presentation to |
| 15:08:47 | 15 | co-investors from September 2007. |
| 15:08:50 | 16 | Q.    Did you look at this chart when |
| 15:08:52 | 17 | you read the Fischel report? |
| 15:08:54 | 18 | A.    Yes. |
| 15:08:55 | 19 | Q.    Did you ask staff to pull the |
| 15:08:59 | 20 | documents that Professor Fischel refers to to |
| 15:09:03 | 21 | check his data? |
| 15:09:05 | 22 | A.    I asked staff to verify that the |
| 15:09:10 | 23 | EBITDA numbers were correct.  And to also pull |
| 15:09:14 | 24 | all the other EBITDA numbers that people were |
| 15:09:17 | 25 | using at or around this time. |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 224

```
                     1              MARIANNE DeMARIO
15:09:20   2              Q.     And as a result of that, with
15:09:22   3       respect to the first three comparisons that
15:09:24   4       Dr. Fischel makes in Exhibit M, did your staff
15:09:30   5       report back that the numbers were accurate?
15:09:33   6              A.     I don't recall them telling me
15:09:35   7       they were inaccurate. So I will assume that
15:09:38   8       they're accurate.
15:09:39   9              Q.     You have no reason to believe
15:09:41  10       those numbers are inaccurate?
15:09:42  11              A.     I do not.
15:09:51  12              Q.     And at the time, again, the time
15:09:52  13       you prepared your report, if you look at --
15:09:52  14       withdrawn.
15:09:56  15              Let's just take these three
15:09:58  16       quickly.  The first was Terra Firma projections
15:10:06  17       indicates presentation to the IAC meeting from
15:10:08  18       May 20, 2007.
15:10:10  19              We looked at that presentation
15:10:12  20       earlier.  It was marked as DeMario 3.  DeMario
15:10:27  21       3.  DeMario 3 is the IAC presentation from May
15:10:30  22       20, 2007.  You testified that you had not seen
15:10:32  23       that document at the time that you prepared
15:10:35  24       your report; correct?
15:10:37  25              A.     No.  I've seen that document.  I
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 225

|          | 1  | MARIANNE DeMARIO |
|----------|----|----|
| 15:10:39 | 2  | testified that I had seen that document. |
| 15:10:40 | 3  | Q.    You had seen that one at the time |
| 15:10:42 | 4  | you prepared your report? |
| 15:10:43 | 5  | A.    Yes. |
| 15:10:43 | 6  | Q.    Did you look at the projection |
| 15:10:49 | 7  | data included within that report? |
| 15:10:51 | 8  | A.    Yes. |
| 15:10:54 | 9  | Q.    And did you use that projection |
| 15:10:57 | 10 | data in your own income approach analysis for |
| 15:11:06 | 11 | the fair market valuation of EMI? |
| 15:11:09 | 12 | A.    I didn't use it to determine fair |
| 15:11:11 | 13 | market value.  As I've previously testified in |
| 15:11:14 | 14 | my opinion it is inappropriate to use that |
| 15:11:18 | 15 | information to determination fair market value. |
| 15:11:23 | 16 | Q.    That's because it reflects |
| 15:11:25 | 17 | specific expectations of Terra Firma at the |
| 15:11:28 | 18 | time? |
| 15:11:28 | 19 | MR. GRAVANTE:  Objection to the |
| 15:11:28 | 20 | form. |
| 15:11:28 | 21 | A.    It's because it reflects the |
| 15:11:32 | 22 | value that Terra Firma would bring to the |
| 15:11:34 | 23 | table.  Not the value that Terra Firma would |
| 15:11:36 | 24 | receive. |
| 15:11:39 | 25 | Q.    If you look back at Exhibit M, |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 226

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 15:11:40 | 2 | the next entry is the project Diaz memorandum |
| 15:11:47 | 3 | from May 17, 2007.  We looked at that before. |
| 15:11:51 | 4 | That document you had not considered at the |
| 15:11:53 | 5 | time that you prepared your report; is that |
| 15:11:56 | 6 | correct? |
| 15:11:56 | 7 | A.    That's correct. |
| 15:11:58 | 8 | Q.    The next entry is Project Earl |
| 15:12:00 | 9 | report that we also just looked at a minute |
| 15:12:03 | 10 | ago.  For that as well you did not consider |
| 15:12:05 | 11 | that document when you prepared your report? |
| 15:12:08 | 12 | A.    That's correct. |
| 15:12:08 | 13 | Q.    After looking at the data that |
| 15:12:16 | 14 | Dr. Fischel reflects here in Exhibit M, is |
| 15:12:22 | 15 | there anything that would cause you to change |
| 15:12:25 | 16 | any of the conclusions in your report? |
| 15:12:27 | 17 | A.    No. |
| 15:12:32 | 18 | Q.    You would agree that with respect |
| 15:12:33 | 19 | to all three of those entries that are |
| 15:12:37 | 20 | reflected in the first part of Exhibit M, that |
| 15:12:44 | 21 | the projections in the Terra Firma May 20 |
| 15:12:49 | 22 | presentation and the Project Dice memorandum |
| 15:12:52 | 23 | and in the Project Earl memorandum are all |
| 15:12:55 | 24 | greater than the projections used in your |
| 15:12:58 | 25 | report? |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 227

```
                1           MARIANNE DeMARIO
15:13:03        2           MR. GRAVANTE:  Objection to the
15:13:03        3      form.
15:13:03        4      A.    Mathematically they are greater.
15:13:05        5  But as I  explained before, they're measuring
15:13:09        6  different things than what I was measuring.
15:13:17        7      Q.    When you say they were measuring
15:13:18        8  different things, precisely what do you mean by
15:13:23        9  that answer?
15:13:24       10      A.    That these three EBITDA
15:13:26       11  projections are each prepared from the
15:13:32       12  perspective of a specific buyer and the
15:13:38       13  specific value that that specific buyer could
15:13:40       14  potentially bring.
15:13:45       15           And every time I talk about the
15:13:49       16  differences between what Terra Firma did, what
15:13:54       17  Cerberus did and what I did, I'm also taking
15:13:56       18  into account the fact that these did not have
15:14:00       19  access to all the relevant information.
15:14:04       20      Q.    And the projections that you used
15:14:06       21  for EBITDA in your report, are those done on a
15:14:09       22  stand-alone basis for EMI; is that correct?
15:14:14       23      A.    They are done on a stand-alone
15:14:17       24  basis as I previously defined stand-alone.
15:14:19       25      Q.    If you look at the bottom of this
```

Merrill Corporation - New York

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 228

```
                1              MARIANNE DeMARIO
15:14:21  2    chart there is a reference to the Terra Firma
15:14:23  3    EMI presentation to co-investors from September
15:14:25  4    2007.  Why don't we just mark that quickly.
15:14:30  5              MR. CARNEY:   Let's mark as DeMario
15:14:34  6         13 a multipage document entitled
15:14:40  7         Presentation to Co-investors September
15:14:43  8         2007.  It is Bates numbered TF 0000815815
15:14:49  9         through 846.
15:14:50 10                   (DeMario Exhibit 13 for
15:14:40 11         identification, Presentation to
15:14:40 12         Co-investors September 2007, production
15:14:44 13         numbers TF 0000815815 through 846.)
15:15:34 14         Q.    Please take a look at that.  Have
15:15:54 15    you seen this document before?
15:15:55 16         A.    Yes.
15:15:57 17         Q.    When did you first see this
15:15:58 18    document?
15:15:58 19         A.    I don't recall specifically when
15:15:59 20    I first saw it.
15:16:00 21         Q.    Had you seen it before you
15:16:02 22    prepared your report?
15:16:06 23         A.    Yes.
15:16:06 24         Q.    Do you recall why you looked at
15:16:10 25    this document?
```

A-12057

A-12058

A-12059

A-12060

Page 235

```
                   1            MARIANNE DeMARIO
15:22:21    2      be speculation for me to take that knowledge
15:22:23    3      and say they would have or would not have known
15:22:31    4      a specific piece of information.
15:22:39    5           Q.    The same would be true for Terra
15:22:42    6      Firma's knowledge of the channel stuffing and
15:22:44    7      Brazil problems that you referenced earlier?
15:22:49    8           A.    I specifically recall gaining
15:22:54    9      understanding that they did not understand the
15:22:56   10      extent of the channel stuffing until the March
15:23:00   11      2008 audit.
15:23:06   12           Q.    Now, in order to use your
15:23:08   13      discount approach, do you need to assign a
15:23:11   14      discount rate?
15:23:14   15           A.    In order to use the discounted
15:23:16   16      cash flow you need to have a discount rate.
15:23:19   17           Q.    Did you select a discount rate
15:23:21   18      for your discounted cash flow analysis?
15:23:24   19           A.    Yes.
15:23:24   20           Q.    Do you recall what that rate was?
15:23:27   21           A.    It is 10.7 percent.
15:23:31   22           Q.    Let's just confirm.  If we go
15:23:35   23      back to your table 3, which is on page 24.
15:23:59   24      Table 3 is entitled Weighted Average Cost of
15:24:06   25      Capital.  Do you see that?
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 236

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 15:24:08 | 2 | A.   Yes. |
| 15:24:08 | 3 | Q.   On the bottom WACC 10.7 percent. |
| 15:24:11 | 4 | Do you see that? |
| 15:24:16 | 5 | A.   Yes, I do. |
| 15:24:17 | 6 | Q.   Can you define for the jury what |
| 15:24:20 | 7 | weighted average cost of capital means? |
| 15:24:22 | 8 | A.   It is the cost of capital to the |
| 15:24:23 | 9 | firm overall.  So it is the weighted average of |
| 15:24:29 | 10 | the cost of equity and cost of debt. |
| 15:24:32 | 11 | Q.   Do you use -- withdrawn. |
| 15:24:33 | 12 | Is this 10.7 percent reflected in |
| 15:24:36 | 13 | table 3 the discount rate you used for your DCF |
| 15:24:41 | 14 | analysis? |
| 15:24:41 | 15 | A.   Yes. |
| 15:24:42 | 16 | Q.   What is the basis for your |
| 15:24:45 | 17 | selecting a rate at that level? |
| 15:24:50 | 18 | A.   Well as I explain in my report in |
| 15:24:52 | 19 | great detail, it is based on a standard capital |
| 15:24:59 | 20 | asset pricing model that looks at empirical |
| 15:25:01 | 21 | information concerning the risk free rate, the |
| 15:25:03 | 22 | equity risk premium, the specific premium as |
| 15:25:10 | 23 | measured by beta, size premium and the actual |
| 15:25:18 | 24 | cost of debt to the specific company. |
| 15:25:23 | 25 | Q.   Are you aware the 10.7 percent |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | MARIANNE DeMARIO                                   |
| 15:25:26 | 2  | rate that you selected was higher than the         |
| 15:25:30 | 3  | midpoint discount rate selected by other market    |
| 15:25:36 | 4  | participants that were doing valuations of EMI     |
| 15:25:39 | 5  | before the May 21 bid?                             |
| 15:25:42 | 6  | A.    May I have that read back,                   |
| 15:25:56 | 7  | please.                                            |
| 15:25:56 | 8  | (The pending question was read as                  |
| 15:25:56 | 9  | follows:                                           |
| 15:25:23 | 10 | "Question:   Are you aware the                     |
| 15:25:25 | 11 | 10.7 percent rate that you selected was higher     |
| 15:25:30 | 12 | than the midpoint discount rate selected by        |
| 15:25:36 | 13 | other market participants that were doing          |
| 15:25:38 | 14 | valuations of EMI before the May 21 bid?")         |
| 15:25:58 | 15 | MR. GRAVANTE:   I'm going to object                |
| 15:25:59 | 16 | to the form.                                       |
| 15:26:00 | 17 | A.    I am aware the discount rate that            |
| 15:26:01 | 18 | I'm using is higher than the discount rate used    |
| 15:26:08 | 19 | by other people, but it's something that I've      |
| 15:26:10 | 20 | looked at and I feel very comfortable with my      |
| 15:26:13 | 21 | discount rate.                                     |
| 15:26:14 | 22 | Q.    If you turn to Fischel Exhibit N            |
| 15:26:16 | 23 | as in Nancy, can you do that quickly.              |
| 15:26:43 | 24 | Again in this exhibit Dr. Fischel                  |
| 15:26:47 | 25 | draws a comparison between your 10.7 percent       |

A-12063

Page 238

| | | |
|---|---|---|
| | 1 | MARIANNE DeMARIO |
| 15:26:50 | 2 | rate as shown in about the middle of the page |
| 15:26:57 | 3 | and the range of discount rates used in the |
| 15:27:01 | 4 | Project Dice credit approval memo, the Project |
| 15:27:05 | 5 | Earl leveraged finance memo, and the Merrill |
| 15:27:09 | 6 | Lynch Cerberus Project Record deck. Do you see |
| 15:27:13 | 7 | that? |
| 15:27:14 | 8 | A.    Yes, I do. |
| 15:27:15 | 9 | Q.    And had you read this exhibit |
| 15:27:19 | 10 | when you first read the Fischel report? |
| 15:27:21 | 11 | A.    Yes. |
| 15:27:22 | 12 | Q.    Did you have staff confirm the |
| 15:27:26 | 13 | data reflected here? |
| 15:27:27 | 14 | A.    Again, I asked my staff to get |
| 15:27:32 | 15 | these documents and to also gather information |
| 15:27:36 | 16 | on the discount rates that were used at any |
| 15:27:41 | 17 | time to value EMI so we could understand why |
| 15:27:48 | 18 | people were selecting discount rates they were |
| 15:27:50 | 19 | using because, again, this is only a subset of |
| 15:27:55 | 20 | discount rates that people were using.  It is |
| 15:27:57 | 21 | unclear to me why he only picks certain |
| 15:27:59 | 22 | discount rates. |
| 15:28:04 | 23 | Q.    Of the three comparisons, the |
| 15:28:05 | 24 | four comparisons, if you include two entries |
| 15:28:08 | 25 | under the Merrill Lynch Cerberus entry, of the |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 239

1              MARIANNE DeMARIO

15:28:14  2   four comparisons, do you have any reason to

15:28:17  3   believe any of the data reflected in this chart

15:28:18  4   is inaccurate in any way.

15:28:23  5          A.    Are you asking me whether or not

15:28:24  6   I think Fischel picked up the wrong numbers?

15:28:26  7          Q.    Correct.

15:28:27  8          A.    I have no reason to believe that

15:28:28  9   to be true.

15:28:35 10          Q.    You reference instructing --

15:28:37 11          A.    Although I don't -- just to make

15:28:39 12   a point, I am not sure I would calculate the

15:28:43 13   weighted average the same way that he did.  But

15:28:47 14   that's a calculation.

15:28:48 15          Q.    And what are you referring to

15:28:49 16   there; his footnote 2?

15:28:51 17          A.    For the Merrill Lynch he has a

15:28:53 18   line weighted average of Merrill Lynch.  That

15:29:00 19   is footnote 3.

15:29:06 20          Q.    Yes.    Footnote 3.  What would you

15:29:08 21   do differently?

15:29:09 22          A.    I am not saying I would do it

15:29:10 23   differently, I'm just clarifying my answer.

15:29:14 24   This is a calculation and my answer was only

15:29:18 25   related to the accuracy of picking up the

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 240

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 15:29:21 | 2 | numbers. |
| 15:29:23 | 3 | Q.    But you would agree -- |
| 15:29:24 | 4 | A.    I may do it differently, I |
| 15:29:26 | 5 | haven't looked at it. |
| 15:29:27 | 6 | Q.    But you'd agree your 10.7 percent |
| 15:29:30 | 7 | discount rate is higher than the numbers that |
| 15:29:32 | 8 | Dr. Fischel identifies in this chart; correct? |
| 15:29:38 | 9 | MR. GRAVANTE:  Objection to the |
| 15:29:39 | 10 | form. |
| 15:29:39 | 11 | A.    That is correct. |
| 15:29:40 | 12 | Q.    Now, were there other valuation |
| 15:29:44 | 13 | documents that staff identified for you that |
| 15:29:47 | 14 | reflected other discount rates? |
| 15:29:51 | 15 | A.    Yes. |
| 15:29:51 | 16 | Q.    What were those documents? |
| 15:29:52 | 17 | A.    Many of the analyst reports have |
| 15:29:56 | 18 | discount rates in them.  There were valuations |
| 15:29:59 | 19 | performed by E&Y that included discount rates. |
| 15:30:09 | 20 | I believe that, I have to double-check in my |
| 15:30:11 | 21 | records, I believe that Greenhill may have had |
| 15:30:13 | 22 | some discount rates.  They may not have, they |
| 15:30:16 | 23 | may not have shown the discount rates since we |
| 15:30:18 | 24 | only have the presentations.  There may be |
| 15:30:20 | 25 | other discount rates.  That's what I can |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 241

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 15:30:22 | 2 | recall. |
| 15:30:22 | 3 | Q.    You don't recall any other |
| 15:30:24 | 4 | documents at this time? |
| 15:30:25 | 5 | A.    That's what I can recall at this |
| 15:30:27 | 6 | time. |
| 15:30:27 | 7 | Q.    Do you recall what specific |
| 15:30:32 | 8 | analyst report you looked at with respect to |
| 15:30:35 | 9 | discount rates? |
| 15:30:36 | 10 | A.    Well in my report I discuss the |
| 15:30:39 | 11 | analyst reports that I looked at in table 2. |
| 15:30:53 | 12 | Q.    Right. Table 2 reflects, I think |
| 15:30:56 | 13 | four different analyst reports? |
| 15:30:57 | 14 | A.    Yes.  So sitting here right now I |
| 15:31:00 | 15 | don't recall whether each of those analyst |
| 15:31:01 | 16 | reports separately identified the discount |
| 15:31:07 | 17 | rate.  But I do recall there were at least |
| 15:31:11 | 18 | three discount rates. There may have been four. |
| 15:31:14 | 19 | There may have been one from each. |
| 15:31:16 | 20 | Q.    Of all of the additional |
| 15:31:20 | 21 | documentation you asked staff to identify for |
| 15:31:21 | 22 | you, were any of the discount rates that you |
| 15:31:26 | 23 | identified higher than 10.7 percent? |
| 15:31:29 | 24 | A.    Well I'd first like to just |
| 15:31:31 | 25 | clarify that discount rate is a measurement of |

A-12067

A-12068

A-12070

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 248

|  | 1 | MARIANNE DeMARIO |
| --- | --- | --- |
| 15:39:56 | 2 | without taking into account the step down. |
| 15:39:57 | 3 | Q. And the numbers, the growth rate |
| 15:39:59 | 4 | that you're applying at an earlier points of |
| 15:40:02 | 5 | time ranges from 2 percent to 4 percent? |
| 15:40:04 | 6 | A. I'd have to double-check the |
| 15:40:06 | 7 | numbers, but they are higher than 1 percent. |
| 15:40:49 | 8 | Q. Turn to paragraph 57 of Professor |
| 15:40:51 | 9 | Fischel's report, please. In paragraph 57 |
| 15:41:22 | 10 | Dr. Fischel states, "Exhibit O reports the |
| 15:41:25 | 11 | enterprise value of EMI using the structure of |
| 15:41:28 | 12 | Ms. DeMario's DCF model, but replacing her |
| 15:41:31 | 13 | inputs with average value for projections, |
| 15:41:33 | 14 | discount rates and perpetuity growth rates from |
| 15:41:35 | 15 | DCF models prepared by first as part of the |
| 15:41:38 | 16 | auction process. The resulting estimate of |
| 15:41:40 | 17 | EMI's enterprise value of 4 .5 billion pounds |
| 15:41:44 | 18 | is approximately 71 percent higher than |
| 15:41:46 | 19 | Ms. DeMario's estimate of 2.6 billion pounds |
| 15:41:50 | 20 | and is greater than the 4.0 billion pound |
| 15:41:52 | 21 | transaction value paid by Terra Firma." |
| 15:41:55 | 22 | Do you see that? |
| 15:41:58 | 23 | A. Yes, I do. |
| 15:41:59 | 24 | Q. Do you agree with that statement |
| 15:42:00 | 25 | in paragraph 57? |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 249

MARIANNE DeMARIO

15:42:02  2      A.    I think it is a little silly.  I
15:42:04  3  mean it is not my DCF model, it is a standard
15:42:10  4  DCF model.  He is basically saying if you take
15:42:13  5  a standard DCF model and you put some different
15:42:18  6  numbers in you get different value.
15:42:20  7      Q.    Is there anything wrong with that
15:42:22  8  statement if you put in different numbers for
15:42:24  9  projections, discount rate and perpetuity
15:42:26 10  growth rate that in fact would you get
15:42:28 11  different numbers for enterprise value; is that
15:42:33 12  correct?
15:42:33 13      A.    Of course --
15:42:34 14      MR. GRAVANTE:   Objection.
15:42:35 15  Objection to the form.
15:42:35 16      A.    Of course you get different
15:42:36 17  numbers if you change the inputs to a DCF
15:42:39 18  model.
15:42:42 19      Q.    Your disagreement with
15:42:43 20  Dr. Fischel is on the nature of the inputs that
15:42:46 21  are input into that model?
15:42:48 22      MR. GRAVANTE:  Objection to the
15:42:50 23  form.
15:42:50 24      A.    That's correct.  I disagree with
15:42:52 25  the inputs he is putting in in Exhibit O.

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 250

1               MARIANNE DeMARIO

15:43:05  2        Q.    But you have no quarrel with his

15:43:06  3   conclusion if you use those inputs that he uses

15:43:09  4   in Exhibit O that the calculation under the DCF

15:43:16  5   approach is an accurate one?

15:43:18  6               MR. GRAVANTE:  Objection to the

15:43:19  7        form.

15:43:19  8        A.    Sitting here today I don't know

15:43:21  9   if my staff had time to redo Exhibit O.  Maybe

15:43:25  10  they did.  But we haven't had the report for

15:43:29  11  that long, and I don't -- I couldn't say

15:43:31  12  sitting here today whether or not they've had

15:43:33  13  time to do that.

15:43:34  14       Q.    So sitting here today you have no

15:43:36  15  reason to believe that the data in Exhibit O is

15:43:40  16  inaccurate in any way?

15:43:43  17       A.    I have no reason to believe that

15:43:45  18  the calculation in Exhibit O is inaccurate.  I

15:43:49  19  believe that the data is inaccurate to use in a

15:43:53  20  DCF model to calculate the fair market value

15:43:57  21  you of EMI.

15:43:58  22       Q.    Well is it inaccurate or simply

15:44:00  23  data you would not choose to use?

15:44:02  24               MR. GRAVANTE:  Objection to the

15:44:04  25       form.

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 251

|  |  |
|---|---|
| | 1 |
| 15:44:04 | 2 |
| 15:44:08 | 3 |
| 15:44:10 | 4 |
| 15:44:11 | 5 |
| 15:44:13 | 6 |
| 15:44:13 | 7 |
| 15:44:15 | 8 |
| 15:44:20 | 9 |
| 15:44:26 | 10 |
| 15:44:37 | 11 |
| 15:44:39 | 12 |
| 15:44:44 | 13 |
| 15:44:47 | 14 |
| 15:44:50 | 15 |
| 15:44:51 | 16 |
| 15:44:55 | 17 |
| 15:44:56 | 18 |
| 15:44:59 | 19 |
| 15:45:00 | 20 |
| 15:45:01 | 21 |
| 15:45:08 | 22 |
| 15:45:08 | 23 |
| 15:45:13 | 24 |
| 15:45:16 | 25 |

MARIANNE DeMARIO

A.    It's inaccurate.

Q.    It is your opinion it is
inaccurate because why?

MR. GRAVANTE:  Objection to the
form.

A.    It is my opinion that it's
inaccurate because it includes values to a
specific buyer and it did not properly address
the risk facing the EMI cash flows.

And I have to double-check, but
it's likely that the cash flows may be
overstated because it doesn't reflect all the
relevant information because not all of the
parties had access to all of the relevant
information.

Q.    Again, is the relevant
information to which you're referring that
information which we discussed earlier today?

A.    Yes.

MR. GRAVANTE:  Objection to the
form.

Q.    Is it your view, Ms. DeMario,
that the risk facing the EMI cash flow
justifies your discount rate of 10.7 percent?

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 252

1          MARIANNE DeMARIO

15:45:30  2          A.    May I have that read back to me,

15:45:32  3     please.

15:45:32  4               (The pending question was read as

15:45:32  5     follows:

15:45:08  6               "Question:   Is it your view,

15:45:09  7     Ms. DeMario, that the risk facing the EMI cash

15:45:15  8     flow justifies your discount rate of 10.7

15:45:18  9     percent?")

15:45:33  10         A.    Yes.  It is my opinion the 10.7

15:45:35  11    discount rate that I used appropriately

15:45:37  12    reflects the risk in the EMI cash flows that I

15:45:42  13    used.  If you use different cash flows you

15:45:46  14    would use a different discounts rate.

15:45:49  15         Q.    That's the case even though every

15:45:51  16    single comparison that Dr. Fischel relied upon

15:45:56  17    used a lower discount rate?

15:45:58  18              MR. GRAVANTE:  Objection to the

15:45:58  19    form.

15:46:01  20         A.    As I previously testified first,

15:46:04  21    the Fischel report I only selected certain

15:46:09  22    discount rates to include in that exhibit.

15:46:13  23              Second, the market and the other

15:46:18  24    folks making valuations were not aware of all

15:46:22  25    the risks.

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 253

|  | 1 | MARIANNE DeMARIO |
| 15:46:27 | 2 | If I can have the question read |
| 15:46:39 | 3 | back, I'll make sure I'm answering it. |
| 15:46:43 | 4 | (The pending question was read as |
| 15:46:43 | 5 | follows: |
| 15:45:49 | 6 | "Question:    That's the case |
| 15:45:49 | 7 | even though every single comparison that |
| 15:45:53 | 8 | Dr. Fischel relied upon used a lower discount |
| 15:45:57 | 9 | rate?") |
| 15:46:44 | 10 | A.    So given my previous answer, it's |
| 15:46:46 | 11 | my opinion my discount rate is the correct |
| 15:46:48 | 12 | discount rate. |
| 15:46:51 | 13 | Q.    As you sit here the only other |
| 15:46:56 | 14 | valuation you've seen that used a discount rate |
| 15:46:58 | 15 | at or above 10.7 percent is the E&Y document to |
| 15:47:04 | 16 | which you referred? |
| 15:47:15 | 17 | A.    Can I have that read back to me, |
| 15:47:17 | 18 | please. |
| 15:47:17 | 19 | (The pending question was read as |
| 15:47:17 | 20 | follows: |
| 15:46:51 | 21 | "Question:    As you sit here the |
| 15:46:52 | 22 | only other valuation you've seen that used a |
| 15:46:58 | 23 | discount rate at or above 10.7 percent is the |
| 15:47:02 | 24 | E&Y document to which you referred?") |
| 15:47:18 | 25 | A.    As I previously testified, I've |

A-12076

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 254

|  |  | MARIANNE DeMARIO |
|---|---|---|
| 15:47:19 | 2 | seen other documents that include a discount |
| 15:47:24 | 3 | rate at or around the mid 10.5 range. |
| 15:47:34 | 4 |      Q.   Those would be the E&Y report you |
| 15:47:36 | 5 | spoke of and potentially other analyst reports |
| 15:47:39 | 6 | but you don't recall which ones? |
| 15:47:41 | 7 |      A.   I don't recall -- |
| 15:47:42 | 8 |      MR. GRAVANTE:  Objection to the |
| 15:47:42 | 9 | form. |
| 15:47:42 | 10 |      A.   I don't recall if it was an |
| 15:47:43 | 11 | analyst report or if it was one of the other |
| 15:47:52 | 12 | consulting firms that were performing |
| 15:47:54 | 13 | valuations.  It definitely was the E&Y report. |
| 15:47:57 | 14 |      Q.   Okay. |
| 15:47:57 | 15 |      A.   But I know I've seen other |
| 15:48:01 | 16 | sources that include a discount rate in the |
| 15:48:05 | 17 | over 10 range. |
| 15:48:06 | 18 |      Q.   You can't identify them |
| 15:48:08 | 19 | specifically right now? |
| 15:48:09 | 20 |      A.   That's correct. |
| 15:48:12 | 21 |      Q.   Did E&Y have access to all the |
| 15:48:14 | 22 | information you claimed the other participants |
| 15:48:16 | 23 | did not have access to? |
| 15:48:20 | 24 |      A.   The E&Y valuation was performed |
| 15:48:23 | 25 | after 2007. |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 255

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 15:48:24 | 2 | Q.    And do you have any basis of |
| 15:48:27 | 3 | knowledge for your statement that -- withdrawn. |
| 15:48:29 | 4 | Do you have any basis to believe |
| 15:48:31 | 5 | that E&Y had any better access to the |
| 15:48:34 | 6 | information than any other participant, |
| 15:48:39 | 7 | including Terra Firma in September 2007? |
| 15:48:41 | 8 | MR. GRAVANTE:   Objection to the |
| 15:48:45 | 9 | form. |
| 15:48:45 | 10 | A.    My understanding is that E&Y |
| 15:48:46 | 11 | performed a valuation for EMI.  So I would |
| 15:48:49 | 12 | assume that they had access to all information. |
| 15:48:54 | 13 | Q.    You don't know when that |
| 15:48:56 | 14 | valuation was performed? |
| 15:48:57 | 15 | A.    It was post May 2007, but I don't |
| 15:49:00 | 16 | recall when. |
| 15:49:07 | 17 | Q.    You utilize a market approach |
| 15:49:09 | 18 | also to your valuation; do you not? |
| 15:49:10 | 19 | A.    Yes. |
| 15:49:13 | 20 | Q.    What's the market approach? |
| 15:49:17 | 21 | A.    The market approach, it is also |
| 15:49:18 | 22 | called a relative valuation.  When you |
| 15:49:23 | 23 | determine the value of a subject company in |
| 15:49:27 | 24 | relation to the trading value and the trading |
| 15:49:32 | 25 | multiples of guideline public companies. |

A-12078

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 256

```
                1              MARIANNE DeMARIO
15:49:41        2        Q.    Is it important in utilizing this
15:49:43        3    method to identify guideline public you
15:49:47        4    companies?
15:49:48        5              MR. GRAVANTE:  Objection to the
15:49:53        6         form.
15:49:53        7        A.    It is based on the relative
15:49:54        8    valuation in relationship to the guideline
15:49:57        9    trading companies.  So it is important to
15:50:00       10    identify guideline trading companies, guideline
15:50:05       11    companies.
15:50:07       12        Q.    Isn't it fair to say this market
15:50:08       13    approach is more appropriate when the company
15:50:11       14    being valued is not publically traded?
15:50:17       15        A.    I wouldn't say that.
15:50:23       16        Q.    Why not?
15:50:23       17        A.    Because everybody uses the
15:50:25       18    relative valuation approach.  Analysts use it
15:50:32       19    all the time.
15:50:45       20        Q.    Would you -- withdrawn.
15:50:50       21              Turn to paragraph 85, if you
15:50:52       22    would.
15:50:52       23        A.    Sorry, of my report?
15:50:54       24        Q.    Yes.  In paragraph 85 you say
15:51:15       25    "Guideline companies include those firms that
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 257

|         |    |                                           |
|---------|----|-------------------------------------------|
|         | 1  | MARIANNE DeMARIO                          |
| 15:51:17 | 2  | provide similar services as EMI and firms that |
| 15:51:20 | 3  | are economically similar."                |
| 15:51:25 | 4  | What are the services that EMI            |
| 15:51:26 | 5  | provides?                                 |
| 15:51:28 | 6  | A.    EMI has two segments, recorded      |
| 15:51:31 | 7  | music and music publishing.  So they are in the |
| 15:51:36 | 8  | entertainment industry and the publishing |
| 15:51:38 | 9  | industry.                                 |
| 15:51:38 | 10 | Q.    What other companies are also       |
| 15:51:45 | 11 | engaged in the business of recorded music and |
| 15:51:47 | 12 | music publishing?                         |
| 15:51:54 | 13 | A.    The best comparable company to      |
| 15:51:56 | 14 | EMI is Warner Music.  They are engaged both in |
| 15:52:01 | 15 | recorded music and music publishing.  They are |
| 15:52:04 | 16 | the only, if that's your standard for a   |
| 15:52:08 | 17 | guideline company, they would be the only |
| 15:52:10 | 18 | company that would meet that standard.    |
| 15:52:14 | 19 | Q.    In paragraph 88 of your report      |
| 15:52:16 | 20 | you select additional guideline companies as |
| 15:52:22 | 21 | well as Warner Music Group; isn't that correct? |
| 15:52:23 | 22 | A.    Yes, I do.                           |
| 15:52:24 | 23 | Q.    There are some 17 other companies    |
| 15:52:30 | 24 | identified in paragraph 88; correct?      |
| 15:52:33 | 25 | A.    Just give me a second to make       |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 258

| | 1 | MARIANNE DeMARIO |
|---|---|---|
| 15:52:35 | 2 | sure there are exactly 17. |
| 15:52:49 | 3 | There are 18 in addition to -- |
| 15:52:52 | 4 | there are 18 including Warner.  One of them |
| 15:52:56 | 5 | has, it is one company, but there are three |
| 15:52:59 | 6 | tracking stocks. |
| 15:53:02 | 7 | Q.    Of the companies listed here, |
| 15:53:03 | 8 | other than Warner, not a single one relies upon |
| 15:53:07 | 9 | music publishing and music recording as the |
| 15:53:10 | 10 | substantial part of its business; isn't that |
| 15:53:12 | 11 | true? |
| 15:53:13 | 12 | MR. GRAVANTE:  Objection to the |
| 15:53:24 | 13 | form. |
| 15:53:24 | 14 | A.    May I have that read back. |
| 15:53:26 | 15 | (The pending question was read as |
| 15:53:26 | 16 | follows: |
| 15:53:02 | 17 | "Question:   Of the companies listed |
| 15:53:03 | 18 | here, other than Warner, not a single one |
| 15:53:06 | 19 | relies upon music publishing and music |
| 15:53:08 | 20 | recording as the substantial part of its |
| 15:53:11 | 21 | business; isn't that true?") |
| 15:53:27 | 22 | A.    Well, if you -- are you asking me |
| 15:53:33 | 23 | recorded music and music publishing? |
| 15:53:35 | 24 | Q.    Correct. |
| 15:53:36 | 25 | A.    Those are the two segments that |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 259

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 15:53:37 | 2 | comprise the EMI business and you testified |
| 15:53:43 | 3 | that Warner Music Group also is similar in |
| 15:53:46 | 4 | performing, in engaging that type of business. |
| 15:53:53 | 5 | My question is do any of these |
| 15:53:55 | 6 | other companies listed in paragraph 88 rely |
| 15:53:59 | 7 | upon music publishing and recorded music for |
| 15:54:03 | 8 | even a substantial part of their business? |
| 15:54:05 | 9 | MR. GRAVANTE:  Objection to the |
| 15:54:07 | 10 | form. |
| 15:54:07 | 11 | A.    So if your question is whether |
| 15:54:10 | 12 | one of them, any of these others rely on both |
| 15:54:14 | 13 | music publishing and recorded music, my answer |
| 15:54:17 | 14 | would be no. |
| 15:54:27 | 15 | Q.    Turn to the paragraph 102. You |
| 15:54:44 | 16 | say in the second sentence "As the selected |
| 15:54:46 | 17 | companies are not pure comparables with the |
| 15:54:47 | 18 | exception of WMG, I reach a conclusion of |
| 15:54:50 | 19 | enterprise value by weighting the income |
| 15:54:52 | 20 | approach 75 percent and the market approach |
| 15:54:55 | 21 | 25 percent." |
| 15:54:56 | 22 | Do you see that? |
| 15:55:02 | 23 | A.    Yes. |
| 15:55:02 | 24 | Q.    Isn't it true the basis of your |
| 15:55:04 | 25 | 75 percent, 25 percent weighting is because the |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 260

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 15:55:07 | 2 | market approach is not particularly useful to |
| 15:55:10 | 3 | your exercise? |
| 15:55:14 | 4 | MR. GRAVANTE:  Objection to the |
| 15:55:15 | 5 | form. |
| 15:55:15 | 6 | A.    I would not say that at all.  If |
| 15:55:17 | 7 | I thought it was not particularly useful, I |
| 15:55:19 | 8 | would not have included it. |
| 15:55:20 | 9 | Q.    Well you agree, you state |
| 15:55:22 | 10 | yourself the selected companies that you rely |
| 15:55:25 | 11 | upon in paragraph 88, other than Warner are not |
| 15:55:28 | 12 | pure comparables; correct? |
| 15:55:31 | 13 | A.    That's correct. |
| 15:55:32 | 14 | Q.    And then you agree to only weigh |
| 15:55:35 | 15 | the market value conclusion reached under the |
| 15:55:41 | 16 | market approach by 25 percent; correct? |
| 15:55:44 | 17 | A.    I don't agree to do that.  It's |
| 15:55:46 | 18 | my opinion that that's the appropriate way to |
| 15:55:49 | 19 | do it. |
| 15:55:49 | 20 | Q.    It's your opinion that's the |
| 15:55:50 | 21 | appropriate way to do that? |
| 15:55:52 | 22 | A.    Yes. |
| 15:55:56 | 23 | Q.    You arrive at that weighting of |
| 15:55:58 | 24 | 75 percent and 25 percent because it's your |
| 15:56:00 | 25 | opinion that the income method provides a more |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 261

|  | 1 | MARIANNE DeMARIO |
| 15:56:04 | 2 | valid approach for determining fair market |
| 15:56:09 | 3 | value than the market method? |
| 15:56:14 | 4 | A.    I would take exception with your |
| 15:56:16 | 5 | use of the term valid. |
| 15:56:19 | 6 | Q.    Why do you weight the income |
| 15:56:22 | 7 | method 75 percent and the market approach 25 |
| 15:56:25 | 8 | percent? |
| 15:56:25 | 9 | A.    Because in recognizing, as I |
| 15:56:33 | 10 | clearly state here, that there is only one pure |
| 15:56:37 | 11 | comparable, Warner Music Group.  So my |
| 15:56:45 | 12 | confidence in the DCF method is higher. |
| 15:57:05 | 13 | Q.    Okay.  Let's switch gears again, |
| 15:57:07 | 14 | Ms. DeMario, if we could.  You offered damage |
| 15:57:11 | 15 | calculations under both New York and English |
| 15:57:14 | 16 | law; correct? |
| 15:57:15 | 17 | A.    Yes. |
| 15:57:15 | 18 | Q.    You were instructed to do that by |
| 15:57:17 | 19 | counsel? |
| 15:57:17 | 20 | A.    Yes. |
| 15:57:18 | 21 | Q.    And under New York law you |
| 15:57:22 | 22 | calculate both out-of-pocket damages and |
| 15:57:24 | 23 | consequential damages; is that correct? |
| 15:57:25 | 24 | A.    That's correct. |
| 15:57:28 | 25 | Q.    Define what you mean by |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 262

|  | 1 | MARIANNE DeMARIO |
| 15:57:29 | 2 | out-of-pocket damages? |
| 15:57:37 | 3 | A.   As I wrote in paragraph 117 |
| 15:57:45 | 4 | "out-of-pocket damages should be calculated as |
| 15:57:49 | 5 | the difference between the value of the |
| 15:57:51 | 6 | consideration paid by Plaintiffs and the actual |
| 15:57:53 | 7 | value of the property received by Plaintiffs." |
| 15:57:55 | 8 | Q.   In paragraph 121 you give a |
| 15:57:57 | 9 | definition of consequential damages under New |
| 15:57:59 | 10 | York law; is that correct? |
| 15:58:02 | 11 | A.   Yes. |
| 15:58:02 | 12 | Q.   How do you go about calculating |
| 15:58:09 | 13 | your consequential damages as set out in |
| 15:58:12 | 14 | paragraph 121 to 123, can you just describe |
| 15:58:23 | 15 | that for us? |
| 15:58:24 | 16 | A.   Sure.  I'm just trying to refresh |
| 15:58:25 | 17 | my recollection between New York law and |
| 15:58:30 | 18 | English law. |
| 15:58:30 | 19 | Q.   Why don't we just stick with New |
| 15:58:33 | 20 | York law now? |
| 15:58:33 | 21 | A.   I know. I don't want to confuse |
| 15:58:35 | 22 | them in my answer. |
| 15:58:36 | 23 | Q.   That's right.  That's right. |
| 15:58:37 | 24 | I'll let you answer. |
| 15:58:45 | 25 | A.   So consequential damages under |

A-12085

A-12087

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 267

|  |  |  |
|---|---|---|
| | 1 | MARIANNE DeMARIO |
| 16:04:23 | 2 | Q.    Yes.  On the tortious |
| 16:04:24 | 3 | interference. |
| 16:04:25 | 4 | A.    That's correct. |
| 16:04:28 | 5 | Q.    Then if you look at paragraph |
| 16:04:30 | 6 | 123, just to finish up, you conclude that |
| 16:04:32 | 7 | consequential damages are zero for the August |
| 16:04:36 | 8 | 2007 damages period; correct? |
| 16:04:38 | 9 | A.    Yes. |
| 16:04:39 | 10 | Q.    And that's because the value of |
| 16:04:41 | 11 | the Plaintiffs' interest in EMI increased to a |
| 16:04:45 | 12 | greater degree than, at least on a net basis |
| 16:04:50 | 13 | that their value in -- the value of Plaintiffs' |
| 16:04:54 | 14 | interest in EMI increased during that damages |
| 16:04:56 | 15 | period; correct? |
| 16:04:59 | 16 | A.    That's correct. |
| 16:05:17 | 17 | Q.    You also calculate damages under |
| 16:05:19 | 18 | English law as well; correct? |
| 16:05:21 | 19 | A.    Yes. |
| 16:05:25 | 20 | Q.    Do your calculations have three |
| 16:05:27 | 21 | components, make hold damages, consequential |
| 16:05:32 | 22 | damages and lost profit damages? |
| 16:05:33 | 23 | A.    Yes. |
| 16:05:34 | 24 | Q.    What are make hold damages?    Let |
| 16:05:36 | 25 | me ask a better question.  Do you define make |

A-12089

Page 268

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 16:05:38 | 2 | hold damages in paragraph 125? |
| 16:05:47 | 3 | A.    Yes. |
| 16:05:47 | 4 | Q.    You say in the second sentence |
| 16:05:49 | 5 | "With respect to fraudulent misrepresentation |
| 16:05:51 | 6 | claims involving the sale and purchase of |
| 16:05:53 | 7 | shares, damages are normally calculated as the |
| 16:05:56 | 8 | difference between the purchase price of the |
| 16:05:57 | 9 | shares and their actual value on the date of |
| 16:06:00 | 10 | acquisition.  However, in circumstances where |
| 16:06:02 | 11 | the Plaintiff is locked into the transaction by |
| 16:06:04 | 12 | reason of the fraud, damages are computed as of |
| 16:06:07 | 13 | the date of trial." |
| 16:06:08 | 14 | Do you see that? |
| 16:06:10 | 15 | A.    I do.  I just want to clarify my |
| 16:06:14 | 16 | earlier answer.  When you asked me if I define |
| 16:06:17 | 17 | it in 125 I am expressing here my understanding |
| 16:06:19 | 18 | of it.  I am not making it up. |
| 16:06:22 | 19 | Q.    You are expressing your |
| 16:06:23 | 20 | understanding based on the instructions you |
| 16:06:25 | 21 | were given? |
| 16:06:29 | 22 | A.    Correct. |
| 16:06:29 | 23 | Q.    With that caveat, you state in |
| 16:06:32 | 24 | the last sentence of paragraph 125 that "In |
| 16:06:34 | 25 | circumstances where the Plaintiff is locked |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 269

```
              1            MARIANNE DeMARIO
16:06:35      2    into the transaction by reason of the fraud,
16:06:37      3    damages are computed as of the date of the
16:06:40      4    trial."
16:06:41      5            Do you see that?
16:06:44      6        A.    Yes.
16:06:44      7        Q.    Now is it your opinion here the
16:06:46      8    Plaintiffs are locked into the transaction by
16:06:48      9    reason of the fraud?
16:06:51     10        A.    I would ask to assume that they
16:06:52     11    were locked into the transaction.  However,
16:07:02     12    given the interest in EMI as a 100 percent
16:07:08     13    interest in a non-marketable entity, it's
16:07:16     14    certainly reasonable to conclude that they're
16:07:21     15    locked into the transaction.  This isn't the
16:07:23     16    purchase of a share of IBM where could you turn
16:07:26     17    around the next day and sell it.
16:07:29     18        Q.    And your view -- let me ask, is
16:07:32     19    it your opinion EMI is a non-marketable entity?
16:07:38     20            MR. GRAVANTE:  Objection to the
16:07:51     21        form.
16:07:51     22        A.    I discuss on page 21 -- page 31,
16:07:56     23    paragraph 104 I say "100 percent interest in
16:07:59     24    the company, whether or not its shares are
16:08:01     25    publically traded is not readily marketable and
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 270

|          |    | MARIANNE DeMARIO |
|----------|----|------------------|
| 16:08:05 | 2  | is generally liquidated by a private sale or |
| 16:08:07 | 3  | public offering.  The current owners of EMI |
| 16:08:10 | 4  | will be unable to liquidate their interests |
| 16:08:12 | 5  | until a sale or offering occurs, it will incur |
| 16:08:15 | 6  | costs to liquidate their interests and price |
| 16:08:18 | 7  | uncertainty." |
| 16:08:23 | 8  | Q.   So is your definition of being |
| 16:08:24 | 9  | locked in, the inability to market the company |
| 16:08:38 | 10 | in some way to the public, is that your |
| 16:08:39 | 11 | opinion? |
| 16:08:43 | 12 | A.   I'm drawing the distinction |
| 16:08:44 | 13 | between the liquidity of a share of stock, such |
| 16:08:48 | 14 | as IBM which if you wanted to, you could sell, |
| 16:08:53 | 15 | depending upon the time of day -- I don't know |
| 16:08:55 | 16 | if the market is closed -- you could sell it |
| 16:08:57 | 17 | right now.  And at 100 percent interest in a |
| 16:09:04 | 18 | company which is relatively non-marketable in |
| 16:09:08 | 19 | comparison. |
| 16:09:09 | 20 | And, as I previously testified, I |
| 16:09:12 | 21 | was asked to calculate the make whole damages |
| 16:09:17 | 22 | using the June 2010 fair market value. |
| 16:09:21 | 23 | However, since you asked me my opinion, it |
| 16:09:26 | 24 | seems reasonable that to reach the conclusion |
| 16:09:28 | 25 | if they would be locked into the transaction |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 271

1          MARIANNE DeMARIO

16:09:31   2   and could not immediately turn around and

16:09:33   3   liquidate their investment.

16:09:38   4         Q.    So let me understand.  Are you

16:09:39   5   intending to offer an opinion at trial based on

16:09:44   6   your own independent work that EMI -- excuse

16:09:48   7   me, that the Plaintiffs are locked into the EMI

16:09:50   8   transaction?

16:09:52   9               MR. GRAVANTE:  Objection to the

16:09:55  10         form.

16:09:55  11         A.    As I previously testified, I was

16:09:57  12   asked to assume that and to use the June 2010

16:10:04  13   value you.  If between now and trial I'm asked

16:10:08  14   to look at that specific issue, it's possible

16:10:12  15   that I could.  But sitting here today I have

16:10:17  16   not been asked to do that.

16:10:17  17         Q.    I'm just exploring your other

16:10:18  18   answer that it is reasonable to come to the

16:10:22  19   conclusion that the Plaintiffs are locked into

16:10:26  20   the EMI investment.  So that's what I'm asking

16:10:29  21   about.

16:10:29  22               Have you studied that issue at

16:10:33  23   all?

16:10:33  24               MR. GRAVANTE:   Objection.

16:10:33  25         Q.    By you looking at evidence in

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 272

|  | 1 | MARIANNE DeMARIO |
| 16:10:34 | 2 | this case? |
| 16:10:35 | 3 | MR. GRAVANTE:  Objection to the |
| 16:10:35 | 4 | form.  I'm sorry for interrupting. |
| 16:10:39 | 5 | MR. CARNEY:   It's okay. |
| 16:10:39 | 6 | A.    In general I looked at |
| 16:10:41 | 7 | marketability, not just in this instance, but |
| 16:10:45 | 8 | in other instances.  So it would be inaccurate |
| 16:10:48 | 9 | for me to say no to the question have I studied |
| 16:10:51 | 10 | this because it really goes right to the heart |
| 16:10:55 | 11 | of marketability. |
| 16:11:00 | 12 | Q.    Well let me ask a predicate |
| 16:11:01 | 13 | question.  Is it your opinion that if Terra |
| 16:11:08 | 14 | Firma could sell 100 percent of EMI in a |
| 16:11:11 | 15 | private sale to another company, that it would |
| 16:11:17 | 16 | be locked in to the EMI investment? |
| 16:11:20 | 17 | MR. GRAVANTE:  Objection to the |
| 16:11:21 | 18 | form. |
| 16:11:21 | 19 | A.    I think that would require a |
| 16:11:22 | 20 | definition of the term locked in. |
| 16:11:25 | 21 | Q.    And do you have a definition of |
| 16:11:27 | 22 | the term locked in? |
| 16:11:27 | 23 | A.    I don't have a specific |
| 16:11:30 | 24 | definition as it applies to English law. |
| 16:11:33 | 25 | Q.    So, is it fair to say in order |

Merrill Corporation - New York

A-12094

A-12095

A-12096

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 284

```
                    1              MARIANNE DeMARIO
16:46:56    2    included all of them.  It's possible it didn't.
16:46:59    3    Sitting here today --
16:47:02    4         Q.    You don't recall any other
16:47:03    5    valuation that utilized all 18 guideline
16:47:08    6    companies in the manner in which you did.
16:47:11    7         A.    I think my answer is a little
16:47:12    8    different than I don't recall.  It is probably
16:47:18    9    not something I ever even looked at.  Because
16:47:20   10    of the approach that I took which I just
16:47:22   11    explained, but it's possible that one does.
16:47:32   12         Q.    I am not sure I understand in
16:47:33   13    your last answer.  It is possible that one
16:47:35   14    does.  What's possible that one does?
16:47:38   15         A.    It's possible that there is a
16:47:40   16    report that includes them all.
16:47:43   17         Q.    But you just don't recall as you
16:47:45   18    sit here any of those?
16:47:48   19              MR. GRAVANTE:   Objection.
16:47:49   20    Objection to the form.
16:47:52   21         A.    As I just said, sitting here
16:47:54   22    today I couldn't tell you one way or the other
16:47:56   23    whether or not, there of is one out there that
16:47:59   24    does that.
16:48:00   25         Q.    Do you recall if there is any
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 285

| | 1 | MARIANNE DeMARIO |
|---|---|---|
| 16:48:01 | 2 | specific analyst report that you're aware of |
| 16:48:03 | 3 | that uses all 18 companies as guideline |
| 16:48:08 | 4 | companies pursuant to a market methodology in |
| 16:48:14 | 5 | valuing EMI? |
| 16:48:16 | 6 | MR. GRAVANTE:   Objection to the |
| 16:48:16 | 7 | form. |
| 16:48:18 | 8 | A.    The analyst reports that I looked |
| 16:48:20 | 9 | at wouldn't have included all of them.  Based |
| 16:48:24 | 10 | on my prior answer I explained the series of |
| 16:48:28 | 11 | steps that I went through. |
| 16:48:33 | 12 | Q.    Let's switch gears.  If you can |
| 16:48:35 | 13 | turn to paragraph 129, please. |
| 16:48:41 | 14 | A.    Of which report, please. |
| 16:48:43 | 15 | Q.    Your report, thank you. |
| 16:48:57 | 16 | Beginning paragraph 129 you discuss your lost |
| 16:48:59 | 17 | profits damages calculations under English law; |
| 16:49:04 | 18 | is that correct? |
| 16:49:05 | 19 | A.    That's correct. |
| 16:49:06 | 20 | Q.    And you were instructed that lost |
| 16:49:08 | 21 | profits would be a component of damages under |
| 16:49:13 | 22 | English law; is that your understanding? |
| 16:49:15 | 23 | A.    That's correct. |
| 16:49:19 | 24 | Q.    Can you describe for me generally |
| 16:49:21 | 25 | how you went about calculating the lost profits |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 286

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 16:49:24 | 2 | damages? |
| 16:49:28 | 3 | A.    The first step was to measure the |
| 16:49:30 | 4 | internal rate of return that Terra Firma had |
| 16:49:34 | 5 | earned historically.  So to do that I looked at |
| 16:49:39 | 6 | the cash flows of the projects that had been |
| 16:49:50 | 7 | entered into by Terra Firma and by Terra Firma |
| 16:49:52 | 8 | management that were either fully realized or |
| 16:49:57 | 9 | partially realized as of June 2010. |
| 16:50:19 | 10 | Q.    In paragraph 130, the second |
| 16:50:20 | 11 | sentence says that "Terra Firma provided |
| 16:50:22 | 12 | information on its monthly cash inflows and |
| 16:50:26 | 13 | cash outflows by investment for all fully |
| 16:50:28 | 14 | realized and partially realized investments." |
| 16:50:32 | 15 | Do you see that? |
| 16:50:33 | 16 | A.    Sorry, what paragraph are you on? |
| 16:50:34 | 17 | Q.    Sorry, 130.  Second sentence. |
| 16:50:39 | 18 | A.    Yes. |
| 16:50:39 | 19 | Q.    Did you receive some data from |
| 16:50:43 | 20 | terra Firma about cash flows and historical |
| 16:50:45 | 21 | internal rates of return? |
| 16:50:49 | 22 | A.    Well I received information on |
| 16:50:50 | 23 | their cash flows, I calculated the historical |
| 16:50:53 | 24 | IRR. |
| 16:51:04 | 25 | MR. CARNEY:   Let's mark this |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 287

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 16:51:05 | 2 | document as 14.  This document was also |
| 16:51:08 | 3 | marked as Dolenec 34. |
| 16:51:08 | 4 | (DeMario Exhibit 14 for |
| 16:51:08 | 5 | identification, Spreadsheet, no production |
| 16:51:30 | 6 | numbers.) |
| 16:51:30 | 7 | A.    I am going to take a Hall's.  We |
| 16:51:32 | 8 | don't have to break or anything. |
| 16:51:58 | 9 | Q.    This document is a printout of an |
| 16:52:01 | 10 | spreadsheet, as I understand it.  Are you |
| 16:52:05 | 11 | familiar with the information reflected on |
| 16:52:08 | 12 | DeMario Exhibit 14? |
| 16:52:36 | 13 | A.    Yes. |
| 16:52:37 | 14 | Q.    Was that document provided to you |
| 16:52:38 | 15 | by someone at terra Firma? |
| 16:52:43 | 16 | A.    I think it was provided as a |
| 16:52:44 | 17 | spreadsheet. |
| 16:52:45 | 18 | Q.    Fair enough.  It was a |
| 16:52:46 | 19 | spreadsheet provided to you by someone at terra |
| 16:52:49 | 20 | Firma? |
| 16:52:49 | 21 | A.    Yes. |
| 16:52:50 | 22 | Q.    Who is that? |
| 16:52:55 | 23 | A.    It was provided to Mr. Fazzone. |
| 16:52:57 | 24 | I don't know who actually sent it to him. |
| 16:53:00 | 25 | Q.    Do you know if you or Mr. Fazzone |

A-12100

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 288

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 16:53:05 | 2 | were provided with any other data from terra |
| 16:53:07 | 3 | Firma to assist you in your calculation of |
| 16:53:13 | 4 | internal rate of return or lost profits |
| 16:53:16 | 5 | damages? |
| 16:53:20 | 6 | A.    I believe we received some |
| 16:53:21 | 7 | additional information about the partially |
| 16:53:27 | 8 | realized and the unrealized investments. |
| 16:53:30 | 9 | Q.    What's that information? |
| 16:53:35 | 10 | A.    I think we received certain |
| 16:53:36 | 11 | information about the current status of those |
| 16:53:44 | 12 | investments. |
| 16:53:52 | 13 | Q.    With respect to Exhibit 14 that |
| 16:53:54 | 14 | we marked, would you agree that Exhibit 14 |
| 16:54:00 | 15 | refers -- |
| 16:54:01 | 16 | A.    I'm sorry.  To add to my prior |
| 16:54:06 | 17 | answer we may have also received I think we did |
| 16:54:12 | 18 | receive additional information on a couple of |
| 16:54:15 | 19 | minor transactions that were not included on |
| 16:54:19 | 20 | this analysis. |
| 16:54:26 | 21 | Q.    This analysis that has been |
| 16:54:28 | 22 | marked as Exhibit 14 reflects cash flow |
| 16:54:31 | 23 | information stemming back to 1995; isn't that |
| 16:54:35 | 24 | true for certain investments? |
| 16:54:40 | 25 | A.    Yes, that's true. |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 289

|  |  |  |
|---|---|---|
| | 1 | MARIANNE DeMARIO |
| 16:54:41 | 2 | Q.    It reflects investments made by |
| 16:54:45 | 3 | Terra Firma Capital Partners 1 and 2; is that |
| 16:54:52 | 4 | correct? |
| 16:54:52 | 5 | A.    It reflects information for Terra |
| 16:54:57 | 6 | Firma Capital Partners 1 and 2 and the |
| 16:55:02 | 7 | management of Terra Firma as well. |
| 16:55:05 | 8 | Q.    Now, Fund I is not a Plaintiff in |
| 16:55:07 | 9 | this case; correct? |
| 16:55:09 | 10 | A.    That's my understanding. |
| 16:55:10 | 11 | Q.    This data reflects both realized |
| 16:55:16 | 12 | and partially realized investments; is that |
| 16:55:19 | 13 | correct? |
| 16:55:22 | 14 | A.    Yes. |
| 16:55:22 | 15 | Q.    What does that mean to be |
| 16:55:24 | 16 | realized or partially realized for benefit of |
| 16:55:26 | 17 | the jury? |
| 16:55:29 | 18 | A.    My understanding is if an |
| 16:55:31 | 19 | investment is characterized as realized that |
| 16:55:37 | 20 | Terra Firma is no longer invested in it, if it |
| 16:55:42 | 21 | is characterized as partially realized that |
| 16:55:44 | 22 | there has been cash out to some extent or |
| 16:55:51 | 23 | refinancing, some kind of cash out but they are |
| 16:55:53 | 24 | still invested in it. |
| 16:55:54 | 25 | Q.    They are still invested in that |

A-12102

Page 290

|          |    |                                            |
|----------|----|--------------------------------------------|
|          | 1  | MARIANNE DeMARIO                           |
| 16:55:56 | 2  | company, that portfolio company?           |
| 16:56:01 | 3  | A.    That's correct.                       |
| 16:56:04 | 4  | Q.    Does Terra Firma monitor              |
| 16:56:05 | 5  | unrealized investments as well?            |
| 16:56:11 | 6  | A.    What do you mean by monitor?          |
| 16:56:12 | 7  | Q.    Well do any of the Terra Firma        |
| 16:56:15 | 8  | funds have unrealized investments as well as |
| 16:56:18 | 9  | realized and partially realized investments? |
| 16:56:23 | 10 | A.    Yes.                                  |
| 16:56:23 | 11 | Q.    What is an unrealized investment?     |
| 16:56:27 | 12 | A.    My understanding that is an           |
| 16:56:29 | 13 | investment in which Terra Firma has increased |
| 16:56:33 | 14 | cash but has not cashed out any part of its |
| 16:56:39 | 15 | investment.                                 |
| 16:56:39 | 16 | Q.    Did you take account of any           |
| 16:56:41 | 17 | unrealized investment in determining historical |
| 16:56:48 | 18 | internal rate of return for Terra Firma?   |
| 16:56:49 | 19 | A.    I did not.                            |
| 16:56:50 | 20 | Q.    Why didn't you?                       |
| 16:56:55 | 21 | A.    I didn't because the internal        |
| 16:56:57 | 22 | rate of return is unknown on those investments? |
| 16:57:04 | 23 | Q.    It is incapable of being              |
| 16:57:08 | 24 | calculated, is that your testimony?         |
| 16:57:09 | 25 | MR. GRAVANTE:  Objection to the             |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 291

|            |    |                                              |
|------------|----|----------------------------------------------|
|            | 1  | MARIANNE DeMARIO                             |
| 16:57:14   | 2  | form.                                        |
| 16:57:14   | 3  | A.    It's currently unknown.  There is      |
| 16:57:17   | 4  | no -- there are only cash outflows, there are |
| 16:57:20   | 5  | no cash inflows.                             |
| 16:57:25   | 6  | Q.    So the internal rate of return         |
| 16:57:27   | 7  | for those investments are unknown; is that fair |
| 16:57:30   | 8  | to say at this point?                        |
| 16:57:31   | 9  | A.    They are unknown at this point,        |
| 16:57:33   | 10 | that is correct.                             |
| 16:57:41   | 11 | Q.    How did you go about calculating       |
| 16:57:43   | 12 | an internal rate of return based on this data |
| 16:57:45   | 13 | in Exhibit 14?                               |
| 16:57:51   | 14 | A.    What I did was summed up all of        |
| 16:57:53   | 15 | the data which is shown in column A, column A, |
| 16:58:00   | 16 | the column marked all.                       |
| 16:58:04   | 17 | Q.    That's on the far right side of        |
| 16:58:05   | 18 | the spreadsheet?                             |
| 16:58:05   | 19 | A.    Yes.  Last two pages.                   |
| 16:58:15   | 20 | Q.    Sorry, I didn't know if you were       |
| 16:58:16   | 21 | done.                                        |
| 16:58:16   | 22 | A.    Then using the Excel function to       |
| 16:58:18   | 23 | calculate IRR.  I applied it to the range of |
| 16:58:21   | 24 | values.                                      |
| 16:58:30   | 25 | Q.    You concluded based on this data       |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 292

```
                1           MARIANNE DeMARIO
16:58:32        2    that Terra Firma management's historical IRR
16:58:35        3    was 43.66 percent between August 1995 and
16:58:40        4    January 2010; is that correct?
16:58:46        5           A.    Let me just check the January,
16:58:47        6    what did you say January?
16:58:49        7           Q.    Yes.   I am reading from paragraph
16:58:50        8    131.
16:58:53        9           A.    Yes.   That's correct.
16:59:00       10           Q.    You say "It is Terra Firma
16:59:02       11    management's historical annual IRR."
16:59:06       12                 What does historical annual IRR
16:59:09       13    mean?
16:59:14       14           A.    It is the internal rate of return
16:59:16       15    measured on an annual basis.
16:59:22       16           Q.    Is it true your opinion is
16:59:23       17    measured historically Terra Firma achieved an
16:59:26       18    internal rate of review of 43.66 percent per
16:59:31       19    year for the years between August 1995 and
16:59:34       20    January 2010?
16:59:39       21           A.    I think you misspoke.
16:59:40       22           Q.    Okay.   Why do you think I
16:59:42       23    misspoke?
16:59:46       24           A.    You said something other than
16:59:48       25    internal rate of return.
```

A-12105

Page 293

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 16:59:52 | 2 | Q.    Is it true -- let me ask it |
| 16:59:54 | 3 | again. |
| 16:59:54 | 4 | Is it true your opinion is |
| 16:59:56 | 5 | measured -- is it true that your opinion is |
| 16:59:59 | 6 | that measured historically Terra Firma achieved |
| 17:00:02 | 7 | an internal rate of return of 43.66 percent per |
| 17:00:09 | 8 | year for the years between August 1995 and |
| 17:00:13 | 9 | January 2010? |
| 17:00:16 | 10 | A.    That's correct. |
| 17:00:16 | 11 | Q.    So that, just so I understand, so |
| 17:00:19 | 12 | that every year in that period, so for the year |
| 17:00:24 | 13 | 1996, for example, Terra Firma achieved an |
| 17:00:29 | 14 | annual internal rate of return of 43.66 |
| 17:00:32 | 15 | percent? |
| 17:00:36 | 16 | A.    On average.  So in a given year |
| 17:00:38 | 17 | it would be higher or lower. |
| 17:00:41 | 18 | Q.    So for the 43.66 percent is an |
| 17:00:46 | 19 | average figure, so in one year it could be 30, |
| 17:00:51 | 20 | one year it could be 50? |
| 17:00:53 | 21 | A.    That's correct. |
| 17:01:00 | 22 | Q.    Just so I understand your opinion |
| 17:01:01 | 23 | then it is your opinion based on this data in |
| 17:01:03 | 24 | Exhibit 14 that for every year between August |
| 17:01:08 | 25 | 1995 and January 2010, Terra Firma, on average |

A-12106

Page 294

|  |  |  |
|---|---|---|
| | 1 | MARIANNE DeMARIO |
| 17:01:14 | 2 | achieved a 43.66 percent internal rate of |
| 17:01:17 | 3 | return? Is that your testimony? |
| 17:01:21 | 4 | A.    With a year being measured as 12 |
| 17:01:23 | 5 | months.  I don't consider 1995 to be a year and |
| 17:01:27 | 6 | 2010 to be -- January 2010 to be a year.  If |
| 17:01:33 | 7 | that makes sense. |
| 17:01:43 | 8 | Q.    Have you looked at actual IRR |
| 17:01:48 | 9 | figures reported by Terra Firma? |
| 17:02:00 | 10 | A.    Exhibit 14 contains actual IRR |
| 17:02:04 | 11 | figures.  They are not calculated, but it is |
| 17:02:08 | 12 | the underlying data for the IRR calculations. |
| 17:02:11 | 13 | Q.    Have you seen IRR data reported |
| 17:02:16 | 14 | to Terra Firma from shareholders or prospective |
| 17:02:20 | 15 | investors? |
| 17:02:23 | 16 | A.    I don't recall seeing that |
| 17:02:24 | 17 | information.  It's possible that I have. |
| 17:02:29 | 18 | Q.    Is this a gross IRR number that |
| 17:02:31 | 19 | you're calculating here in paragraph 131? |
| 17:02:36 | 20 | A.    I don't know what you mean by |
| 17:02:38 | 21 | gross. |
| 17:02:52 | 22 | MR. CARNEY:   Let's mark as |
| 17:02:54 | 23 | Exhibit 15 a multipage document numbered |
| 17:02:58 | 24 | TF 000097183 through 282. |
| 17:03:05 | 25 | (DeMario Exhibit 15 for |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 295

| | 1 | MARIANNE DeMARIO |
|---|---|---|
| 17:03:05 | 2 | identification, Private Placement |
| 17:02:58 | 3 | Memorandum April 2006, production numbers |
| 17:02:58 | 4 | TF 000097183 through 282.) |
| 17:03:35 | 5 | Q.    Flip through this document, if |
| 17:03:37 | 6 | you would, Ms. DeMario, and let me know if you |
| 17:03:40 | 7 | seen that before. |
| 17:04:36 | 8 | A.    I don't recall having seen it. |
| 17:04:42 | 9 | Q.    This is entitled Terra Firma |
| 17:04:48 | 10 | Capital Partners III L.P. Private Placement |
| 17:04:51 | 11 | Memorandum April 2006.  Do you understand what |
| 17:04:52 | 12 | a Private Placement Memorandum is? |
| 17:04:54 | 13 | A.    Yes. |
| 17:04:54 | 14 | Q.    What is that? |
| 17:05:05 | 15 | A.    It's a document that a firm would |
| 17:05:06 | 16 | issue when it was soliciting funds. |
| 17:05:10 | 17 | Q.    Okay.  Do you understand that |
| 17:05:24 | 18 | Terra Firma Capital Partners III was a fund |
| 17:05:25 | 19 | that was formed after the Funds I and II you |
| 17:05:31 | 20 | referred to in Exhibit 14? |
| 17:05:38 | 21 | A.    That makes sense since it is |
| 17:05:41 | 22 | called Terra Firma Capital Partners III. Other |
| 17:05:44 | 23 | than that I have no understanding of when it |
| 17:05:46 | 24 | was formed in relation to the other funds. |
| 17:05:48 | 25 | Q.    Can you turn to page 7193, |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 296

|           |    |                                          |
|-----------|----|------------------------------------------|
|           | 1  | MARIANNE DeMARIO                         |
| 17:05:56  | 2  | please.  Look down at the bottom, there is a |
| 17:06:03  | 3  | chart that says Summary of Terra Firma's  |
| 17:06:05  | 4  | Investment Performance. It shows TCP I and TCP |
| 17:06:13  | 5  | II on the left side of the chart.        |
| 17:06:15  | 6  | You go over to the right side |
| 17:06:16  | 7  | there is a column for gross IRR reflects 46 |
| 17:06:21  | 8  | percent for TFCP I and 25 percent for TFCP II. |
| 17:06:29  | 9  | Do you see that?                         |
| 17:06:29  | 10 | A.    Yes.                               |
| 17:06:34  | 11 | Q.    Did you or your staff ask Terra    |
| 17:06:36  | 12 | Firma for IRR data that it was reporting to |
| 17:06:43  | 13 | prospective investors for purposes of doing |
| 17:06:45  | 14 | your lost profits analysis?              |
| 17:06:48  | 15 | A.    That's something my staff may      |
| 17:06:50  | 16 | have asked.  I don't recall asking it myself. |
| 17:06:53  | 17 | Q.    Looking at this column now,        |
| 17:06:54  | 18 | looking at this chart with the column Gross |
| 17:06:58  | 19 | IRR, do you understand that to mean that TFCP I |
| 17:07:06  | 20 | had an internal rate of return of 46 percent on |
| 17:07:13  | 21 | average for each year of its existence since |
| 17:07:15  | 22 | 1994?                                    |
| 17:07:25  | 23 | A.    I would be speculating if I was    |
| 17:07:27  | 24 | to tell you what I thought this meant.  Perhaps |
| 17:07:34  | 25 | if I read the document I could find a     |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 297

|  | 1 | MARIANNE DeMARIO |
|---|---|---|
| 17:07:37 | 2 | definition or an explanation of how it was |
| 17:07:40 | 3 | calculated. |
| 17:07:45 | 4 | Q.    Were you aware the gross IRR |
| 17:07:47 | 5 | being reported as of April 1, 2006 for TFCP II |
| 17:07:52 | 6 | was 25 percent? |
| 17:08:05 | 7 | A.    May I have that read back, |
| 17:08:06 | 8 | please. |
| 17:08:07 | 9 | (The pending question was read as |
| 17:08:07 | 10 | follows: |
| 17:07:45 | 11 | "Question:   Were you aware the |
| 17:07:46 | 12 | gross IRR being reported as of April 1, |
| 17:07:50 | 13 | 2006 for TFCP II was 25 percent?") |
| 17:08:08 | 14 | MR. GRAVANTE:  Objection to the |
| 17:08:09 | 15 | form. |
| 17:08:11 | 16 | A.    As I previously testified I don't |
| 17:08:15 | 17 | recall seeing any documents or any information |
| 17:08:17 | 18 | that showed what Terra Firma was reporting. |
| 17:08:23 | 19 | Q.    Looking at this chart is it |
| 17:08:25 | 20 | reasonable to interpret this chart as |
| 17:08:26 | 21 | reflecting the internal rate of return for Fund |
| 17:08:32 | 22 | I and Fund II over the life of each respective |
| 17:08:37 | 23 | fund? |
| 17:08:37 | 24 | MR. GRAVANTE:   Objection to the |
| 17:08:42 | 25 | form. |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 298

|          |    | MARIANNE DeMARIO |
|----------|----|------------------|
| 17:08:42 | 2  | A.    I think it's  very common for |
| 17:08:43 | 3  | people to use the term IRR to refer to an |
| 17:08:47 | 4  | annual number.  So I don't think that's a |
| 17:08:51 | 5  | reasonable assumption. |
| 17:08:52 | 6  | Again, if, perhaps if I studied |
| 17:08:55 | 7  | the document a little bit more I can determine |
| 17:08:59 | 8  | what they mean by that term gross IRR. |
| 17:09:01 | 9  | Q.    Would it help to have a |
| 17:09:03 | 10 | definition of gross IRR? |
| 17:09:05 | 11 | A.    It may. |
| 17:09:07 | 12 | Q.    Turn to page 7277, if you will. |
| 17:09:23 | 13 | Top of the page says "Methodology for |
| 17:09:25 | 14 | calculating gross IRR." |
| 17:09:28 | 15 | It goes on to say in the first |
| 17:09:29 | 16 | sentence "Gross IRRs have been calculated for |
| 17:09:32 | 17 | each investment from the month when the first |
| 17:09:34 | 18 | material cash flow of each investment occurs |
| 17:09:38 | 19 | before deduction of management fees and carried |
| 17:09:40 | 20 | interest." Do you see that? |
| 17:09:41 | 21 | A.    Yes. |
| 17:09:42 | 22 | Q.    From reading that sentence is it |
| 17:09:44 | 23 | fair to conclude that gross IRRs as used by |
| 17:09:48 | 24 | Terra Firma refers to the internal rate of |
| 17:09:51 | 25 | return over the life of the investment? |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 299

|  |  | MARIANNE DeMARIO |
|---|---|---|
| 17:09:55 | 2 | MR. GRAVANTE:  Objection to the |
| 17:09:58 | 3 | form. |
| 17:09:58 | 4 | A.   I don't think it changes my |
| 17:09:59 | 5 | answer that I would be speculating.  But, |
| 17:10:03 | 6 | again, it's possible if I read through this I |
| 17:10:05 | 7 | would have a better understanding of what they |
| 17:10:07 | 8 | mean. |
| 17:10:13 | 9 | Q.   Are you disputing the fact that |
| 17:10:16 | 10 | gross IRRs for purposes of this document are |
| 17:10:18 | 11 | calculated for each investment from the month |
| 17:10:20 | 12 | when the first material cash flow of each |
| 17:10:22 | 13 | investment occurs? |
| 17:10:25 | 14 | MR. GRAVANTE:   Objection to the |
| 17:10:25 | 15 | form.  Same objection. |
| 17:10:28 | 16 | A.   I'm not disputing that.  I'm |
| 17:10:32 | 17 | simply stating that that sentence does not |
| 17:10:34 | 18 | preclude the possibility that the gross IRR |
| 17:10:42 | 19 | number refers to an annual number.  Especially |
| 17:10:45 | 20 | given that I have the underlying data.  And I |
| 17:10:49 | 21 | calculated an annual IRR.  So... |
| 17:10:57 | 22 | Q.   So when it says in this |
| 17:10:59 | 23 | definition "gross IRRs have been calculated for |
| 17:11:02 | 24 | each investment from the month when the first |
| 17:11:03 | 25 | material cash flow of each investment occurs," |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 300

|  | 1 | MARIANNE DeMARIO |
| 17:11:07 | 2 | your testimony is that does not preclude an |
| 17:11:10 | 3 | interpretation of this sentence that would |
| 17:11:13 | 4 | provide that gross IRRs in fact mean average |
| 17:11:19 | 5 | annual IRRs? |
| 17:11:21 | 6 | MR. GRAVANTE:  Objection to the |
| 17:11:24 | 7 | form. |
| 17:11:24 | 8 | A.    It's common for the term IRR to |
| 17:11:29 | 9 | refer to an annual number the same way that |
| 17:11:31 | 10 | when people say interest rate everyone |
| 17:11:35 | 11 | understands that they mean an annual number. |
| 17:11:37 | 12 | Q.    So nowhere -- |
| 17:11:38 | 13 | A.    So it's possible that to a |
| 17:11:40 | 14 | financial professional they don't need to state |
| 17:11:42 | 15 | something that they consider to be obvious to |
| 17:11:49 | 16 | the reader. |
| 17:11:49 | 17 | Q.    Whether or not it's common, this |
| 17:11:51 | 18 | sentence does not refer to an average figure in |
| 17:11:55 | 19 | any way, shape or form; does it? |
| 17:11:58 | 20 | MR. GRAVANTE:  Objection to the |
| 17:12:02 | 21 | form. |
| 17:12:02 | 22 | A.    It doesn't use that term.  But, |
| 17:12:04 | 23 | again, to go back to my interest calculation, |
| 17:12:07 | 24 | my interest example, people don't necessarily |
| 17:12:10 | 25 | say hey this is the annual interest rate. |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 301

                    1              MARIANNE DeMARIO

17:12:15    2    Everybody understands an interest rate to be an

17:12:19    3    annual interest rate.

17:12:20    4         Q.    Under your calculation you also

17:12:21    5    don't take account of any costs incurred by the

17:12:29    6    Terra Firma management or the fund in managing

17:12:31    7    the investments; isn't that true?

17:12:32    8         A.    I don't take into account the

17:12:38    9    management fees.

17:12:39   10         Q.    Do you take account of any other

17:12:41   11    costs other than management fees?

17:12:47   12         A.    I take into account the ---

17:12:49   13              MR. GRAVANTE:  Objection to the

17:12:50   14    form.  Go ahead.

17:12:50   15         A.    I take into account the cash

17:12:52   16    inflows, but I don't take into account the

17:12:56   17    management fees.  I would expect the management

17:12:57   18    fees to cover all of the costs.

17:13:10   19         Q.    Now from your calculations you

17:13:21   20    make the determination, do you not, that an

17:13:27   21    average annual IRR of 43.66 percent should be

17:13:32   22    used in calculating lost profits damages; isn't

17:13:36   23    that true?

17:13:50   24         A.    Can I have that read back,

17:13:51   25    please.

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 302

|          | 1  | MARIANNE DeMARIO |
|----------|----|---|
| 17:13:52 | 2  | (The pending question was read as |
| 17:13:52 | 3  | follows: |
| 17:13:10 | 4  | "Question:  Now from your |
| 17:13:11 | 5  | calculations you make the determination, |
| 17:13:22 | 6  | do you not, that an average annual IRR of |
| 17:13:29 | 7  | 43.66 percent should be used in |
| 17:13:33 | 8  | calculating lost profits damages; isn't |
| 17:13:36 | 9  | that true?") |
| 17:13:52 | 10 | A.    It's my understanding that the |
| 17:13:54 | 11 | proper rate to use is the historical rate of |
| 17:13:56 | 12 | return.  And I calculate the historical rate of |
| 17:13:59 | 13 | return to be 43.66 percent.  That's the number |
| 17:14:08 | 14 | that I used. |
| 17:14:08 | 15 | Q.    And the historical rate of return |
| 17:14:10 | 16 | that you calculate is based upon cash flows |
| 17:14:14 | 17 | from investments made as early as 1995; isn't |
| 17:14:19 | 18 | that true? |
| 17:14:19 | 19 | A.    That's correct. |
| 17:14:20 | 20 | Q.    And you use your IRR calculated |
| 17:14:25 | 21 | figure to determine damages suffered between |
| 17:14:27 | 22 | the period of May 2007 and June 2010; isn't |
| 17:14:32 | 23 | that true? |
| 17:14:34 | 24 | A.    That's correct. |
| 17:14:37 | 25 | Q.    Why is Terra Firma's returns on |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 303

|          |    | MARIANNE DeMARIO |
| 17:14:39 | 2  | its investment from 1995 pertinent to the |
| 17:14:44 | 3  | returns they could have expected between May |
| 17:14:47 | 4  | 2007 and June 2010? |
| 17:14:49 | 5  | MR. GRAVANTE:  Objection to the |
| 17:14:52 | 6  | form. |
| 17:14:52 | 7  | A.    As I previously testified it's my |
| 17:14:54 | 8  | understanding that under English law the |
| 17:14:58 | 9  | appropriate rate of return to use is the |
| 17:15:01 | 10 | historical rate of return. |
| 17:15:04 | 11 | Q.    That's your understanding under |
| 17:15:05 | 12 | English law? |
| 17:15:06 | 13 | A.    Yes. |
| 17:15:07 | 14 | Q.    You were instructed that the |
| 17:15:10 | 15 | historical rate of return is the proper IRR |
| 17:15:15 | 16 | utilized in calculating lost profits damages? |
| 17:15:18 | 17 | A.    That's correct. |
| 17:15:18 | 18 | Q.    And does English law speak to how |
| 17:15:22 | 19 | far back in time one goes -- |
| 17:15:26 | 20 | MR. GRAVANTE:   Objection. |
| 17:15:26 | 21 | Q.    -- to establish an IRR? |
| 17:15:28 | 22 | MR. GRAVANTE:  Objection to the |
| 17:15:32 | 23 | form. |
| 17:15:32 | 24 | A.    I don't know if it specifically |
| 17:15:34 | 25 | speaks to that.  I know I calculated the |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 304

|   | 1 | MARIANNE DeMARIO |
| 17:15:37 | 2 | historical rate of return. |
| 17:15:38 | 3 | Q.    And were you told to take data |
| 17:15:39 | 4 | that stretches back to 1995? |
| 17:15:41 | 5 | A.    I was asked to calculate the |
| 17:15:46 | 6 | historical rate of return and I did based on |
| 17:15:48 | 7 | all of the information that was available to |
| 17:15:51 | 8 | me. |
| 17:15:51 | 9 | Q.    Based on the information that |
| 17:15:52 | 10 | Terra Firma provided you; correct? |
| 17:15:55 | 11 | MR. GRAVANTE:  Objection to the |
| 17:15:57 | 12 | form. |
| 17:15:57 | 13 | A.    My understanding is that this is |
| 17:15:59 | 14 | the full history of returns achieved by the |
| 17:16:04 | 15 | Terra Firma management.  It's certainly not my |
| 17:16:08 | 16 | understanding that they selected the |
| 17:16:11 | 17 | information or gave me information only for |
| 17:16:14 | 18 | certain periods. |
| 17:16:15 | 19 | I asked for all of the |
| 17:16:16 | 20 | information and I received all of the |
| 17:16:18 | 21 | information. |
| 17:16:19 | 22 | Q.    In calculating your historical |
| 17:16:22 | 23 | IRR, were you concerned at all that the |
| 17:16:26 | 24 | historical IRR would not provide a valid basis |
| 17:16:29 | 25 | for determining lost profits from investments |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 305

|  | 1 | MARIANNE DeMARIO |
| 17:16:34 | 2 | made between May 2007 and June 2010? |
| 17:16:38 | 3 | MR. GRAVANTE:  Objection to the |
| 17:16:39 | 4 | form. |
| 17:16:39 | 5 | A.   I don't understand that question. |
| 17:16:46 | 6 | Q.   Is it -- well in calculating your |
| 17:16:48 | 7 | internal rate of return, did you look at what |
| 17:16:51 | 8 | Terra Firma's actual internal rate of return |
| 17:16:56 | 9 | was for the period 2007 through 2010, the first |
| 17:17:01 | 10 | half of 2010, did you look at that data? |
| 17:17:05 | 11 | A.   Well to the extent that that data |
| 17:17:07 | 12 | is included in here, I looked at it. |
| 17:17:09 | 13 | Q.   Did you look at it on a |
| 17:17:12 | 14 | stand-alone basis? |
| 17:17:13 | 15 | A.   I think I instructed my staff to |
| 17:17:17 | 16 | do sensitivity analysis to look at the |
| 17:17:20 | 17 | different periods. |
| 17:17:20 | 18 | Q.   Did your staff come to the |
| 17:17:23 | 19 | conclusion that Terra Firma's internal rate of |
| 17:17:26 | 20 | return for the period 2007 to 2010 was anywhere |
| 17:17:31 | 21 | near 43 percent? |
| 17:17:32 | 22 | A.   I don't recall the results of the |
| 17:17:34 | 23 | analysis. |
| 17:17:34 | 24 | Q.   You don't recall at all. |
| 17:17:36 | 25 | Did your staff -- is it your |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 306

```
                 1            MARIANNE DeMARIO
17:17:39         2    testimony that your staff in terms of doing its
17:17:43         3    sensitivity analysis looked at actual returned
17:17:48         4    data for the period 2007 and 2010 and reported
17:17:51         5    that to you?
17:17:52         6            MR. GRAVANTE:  Objection to the
17:17:54         7        form.
17:17:54         8        A.    My testimony is that it's
17:17:56         9    something I asked my staff to do.  I believe
17:17:59        10    they did report it to me.  Sitting here today,
17:18:02        11    I don't recall what the numbers are.  I mean
17:18:05        12    it's simple math.  I'm not trying to hide
17:18:07        13    anything, but I don't recall what the numbers
17:18:09        14    are.
17:18:09        15        Q.    Do you recall if Terra Firma even
17:18:11        16    achieved a positive rate of return in that
17:18:13        17    period?
17:18:13        18        A.    I do not.
17:18:15        19        Q.    Is it possible that in fact there
17:18:18        20    was a negative rate of return in that period?
17:18:20        21        A.    I don't recall what the result of
17:18:24        22    the analysis was.
17:18:25        23        Q.    Well, Dr. Fischel looked at that,
17:18:27        24    did he not, in his report?
17:18:29        25        A.    I believe that he did.
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 307

```
            1              MARIANNE DeMARIO
17:18:31   2        Q.   And his conclusions were in fact
17:18:32   3    that Terra Firma did not achieve anywhere near
17:18:39   4    a 43 percent rate of return during that period;
17:18:42   5    isn't that fair?
17:18:43   6        A.   I would have to look at his
17:18:45   7    report again to refresh my recollection.
17:18:50   8        Q.   Sure.  Let's look at it again
17:18:52   9    quickly.  Turn to your Exhibit 6.  Let's begin
17:19:04  10    at paragraph 65.  Sorry, let's begin at
17:19:07  11    paragraph 64 let's start at of 65.  Feel free
17:19:20  12    to look at paragraph 65 and 66 of Fischel.
17:20:19  13              Just let me know when you're
17:20:21  14    ready.
17:20:37  15        A.   Okay.
17:20:38  16        Q.   In paragraph 65 Dr. Fischel
17:20:48  17    quotes a letter from Guy Hands in the 2008
17:20:52  18    fourth quarter letter to the funds which states
17:20:58  19    "We all know that 2008 was probably the most
17:21:00  20    challenging investment year of our professional
17:21:03  21    lives.  The dramatic global decline in stock
17:21:05  22    market values has destroyed more than five
17:21:08  23    years of growth in the value of listed
17:21:10  24    investments.  Indeed, UK valuations are
17:21:12  25    effectively back to 1997 levels without
```

# In The Matter Of:

## *TERRA FIRMA INVESTMENTS, et al. v. CITIGROUP, INC., et al.*

*Dolenec, Karen - Vol. 1 - 06/18/2010*
*June 18, 2010*

**MERRILL CORPORATION**

**LegaLink, Inc.**

25 West 45th Street
9th Floor
New York, NY 10036
Phone: 212.557.7400
Fax: 212.692.9171

A-12121

A-12122

Dolenec, Karen - 6/18/2010

| | | |
|---|---|---|
| 15:52:17 | 1 | (Break taken.) |
| 16:06:01 | 2 | THE VIDEOGRAPHER:  Here begins videotape 4, |
| 16:06:03 | 3 | Volume I in the videotaped deposition of Karen Dolenec. |
| 16:06:06 | 4 | Going back on the record.  The time is 16:06. |
| 16:06:14 | 5 | BY MR. BAUGHMAN: |
| 16:06:14 | 6 | Q.  You told me this morning that the summer of 2009 |
| 16:06:27 | 7 | you worked briefly on a project relating to EMI.  Do you |
| 16:06:35 | 8 | recall that? |
| 16:06:35 | 9 | A.  Yes, I do. |
| 16:06:36 | 10 | Q.  Can you just tell me a little bit more.  What were |
| 16:06:40 | 11 | you doing?  What was your assignment? |
| 16:06:49 | 12 | A.  It was to explore a possible bond transaction for |
| 16:06:53 | 13 | EMI Recorded Music. |
| 16:07:08 | 14 | Q.  Did you have communications with anyone at Citi in |
| 16:07:11 | 15 | connection with that project? |
| 16:07:16 | 16 | A.  I don't believe so. |
| 16:07:27 | 17 | Q.  Who did you work with on that project? |
| 16:07:30 | 18 | A.  Who did I work with at Terra Firma on that project? |
| 16:07:35 | 19 | To the best of my recollection I worked with Phillip Burns, |
| 16:07:41 | 20 | David Saunders.  Other people who were doing roles that were |
| 16:07:49 | 21 | connected to what I was doing were Ruth Prior, Jade Moore, |
| 16:07:54 | 22 | Andrew Chad.  Those are the people I can remember right now. |
| 16:08:06 | 23 | Q.  The acquisition of EMI closed at the end of |
| 16:08:09 | 24 | August 2007, right? |
| 16:08:12 | 25 | MR. SHERMAN:  Objection. |

Dolenec, Karen - 6/18/2010

Page 203

16:08:13   1      A.  If you say so.  I have no reason to disagree with
16:08:16   2   you.
16:08:17   3   BY MR. BAUGHMAN:
16:08:18   4      Q.  After the acquisition have you had any dealings
16:08:20   5   with anyone at Citigroup relating in any way to EMI?
16:08:27   6      A.  I don't believe so.
16:08:29   7   BY MR. BAUGHMAN:
16:08:31   8      Q.  Do you know someone named Ian Cockerill?
16:08:40   9      A.  The name sounds familiar, but I don't know him.
16:08:43  10      Q.  To the best of your knowledge have you ever had any
16:08:47  11   communications with Mr. Cockerill?
16:08:50  12      A.  To the best of my knowledge, no.
16:08:51  13      Q.  Do you know a woman named Leslie Ling?
16:08:55  14      A.  The name is familiar but I do not know her.
16:08:58  15      Q.  To the best of your recollection have you ever had
16:09:00  16   any communications with Leslie Ling?
16:09:04  17      A.  To the best of my knowledge, no.
16:09:06  18      Q.  Do you know a man named Chad Leet?
16:09:10  19      A.  Again, the name sounds familiar but I don't know
16:09:12  20   him.
16:09:12  21      Q.  To the best of your knowledge have you ever had any
16:09:15  22   communications with Mr. Leet?
16:09:17  23      A.  To the best of my knowledge, no.
16:09:38  24      Q.  Would you agree with the proposition that when
16:09:41  25   Terra Firma buys a company the goal is to make money?

A-12124

Dolenec, Karen - 6/18/2010

| | | |
|---|---|---|
| 16:09:49 | 1 | MR. SHERMAN:  Objection. |
| 16:09:54 | 2 | A.  The goal of Terra Firma Capital Partners is to |
| 16:09:57 | 3 | advise the GPs in transactions where we believe it will |
| 16:10:01 | 4 | be -- where we believe we will be doing -- we will be acting |
| 16:10:07 | 5 | in the best interests of investors in those funds. |
| 16:10:12 | 6 | BY MR. BAUGHMAN: |
| 16:10:13 | 7 | Q.  Isn't their best interest to make money? |
| 16:10:17 | 8 | MR. SHERMAN:  Objection. |
| 16:10:17 | 9 | A.  At a very high level we would be seeking to make |
| 16:10:22 | 10 | returns on the funds that they have invested with us. |
| 16:10:31 | 11 | BY MR. BAUGHMAN: |
| 16:10:31 | 12 | Q.  And the returns that come from different private |
| 16:10:35 | 13 | equity investments vary from deal to deal, right? |
| 16:10:41 | 14 | A.  That's correct. |
| 16:10:43 | 15 | Q.  And in your experience what are some of the factors |
| 16:10:46 | 16 | that determine the return on a private equity investment? |
| 16:10:54 | 17 | A.  Are you talking about generally speaking? |
| 16:10:57 | 18 | Q.  Yes, based on your experience in the industry. |
| 16:11:00 | 19 | A.  Based on my experience in the industry factors that |
| 16:11:02 | 20 | impact the returns that one makes on an investment are a |
| 16:11:07 | 21 | wide variety of factors but including the price at which |
| 16:11:13 | 22 | you've acquired the investment, the price at which you can |
| 16:11:16 | 23 | sell the investment at, financing conditions along the way, |
| 16:11:21 | 24 | whether or not you were able to re-finance along the way. |
| 16:11:27 | 25 | Those are then in turn impacted by a number of other issues. |

Dolenec, Karen - 6/18/2010

Page 205

| | | |
|---|---|---|
| 16:11:35 | 1 | Q.  Could you give me some examples? |
| 16:11:37 | 2 | A.  Examples are factors that would impact those other |
| 16:11:40 | 3 | factors that I mentioned earlier? |
| 16:11:42 | 4 | Q.  Yes. |
| 16:11:43 | 5 | A.  Okay.  So the price at which you can sell a |
| 16:11:46 | 6 | business for would be based on the performance -- the |
| 16:11:54 | 7 | historical performance of the company.  The future prospects |
| 16:11:59 | 8 | of the company.  The historical and future prospects of the |
| 16:12:04 | 9 | industry overall.  The financial wherewithal of potential |
| 16:12:07 | 10 | buyers.  What other opportunities those potential buyers |
| 16:12:13 | 11 | might have for investing their capital.  What the financing |
| 16:12:16 | 12 | markets look like.  What sort of debt financing is |
| 16:12:19 | 13 | available.  The level of interest rates.  The alternative |
| 16:12:30 | 14 | sources of capital overall.  What potential buyers feel |
| 16:12:35 | 15 | about their own businesses and their own needs for cash |
| 16:12:38 | 16 | going forward.  Is that enough?  Do you want me to continue? |
| 16:12:46 | 17 | Q.  Very helpful.  Simply put, every deal is different, |
| 16:12:50 | 18 | right? |
| 16:12:51 | 19 | A.  I would say that every deal has its own |
| 16:12:54 | 20 | characteristics, yes. |
| 16:12:56 | 21 | Q.  And the factors that determine whether or not you |
| 16:13:03 | 22 | make a particular return on deal A may or may not apply to |
| 16:13:09 | 23 | deal B, right? |
| 16:13:12 | 24 | A.  The specific factors may very well be different. |
| 16:14:37 | 25 | MR. BAUGHMAN:  Let's take a two minute break. |

Dolenec, Karen - 6/18/2010

Page 206

| | | |
|---|---|---|
| 16:14:40 | 1 | THE VIDEOGRAPHER: Going off the record. The time |
| 16:14:42 | 2 | is 16:14. |
| 16:14:49 | 3 | (Break taken.) |
| 16:22:32 | 4 | THE VIDEOGRAPHER: Going back on the record. The |
| 16:22:33 | 5 | time is 16:22. |
| 16:22:35 | 6 | BY MR. BAUGHMAN: |
| 16:22:37 | 7 | Q. Ms. Dolenec, I'm going to hand you what I've marked |
| 16:22:39 | 8 | Exhibit 34. I will represent for the record that this is a |
| 16:22:45 | 9 | printout of the document that we've produced -- it's a |
| 16:22:48 | 10 | spreadsheet that was produced as Bates number TF635801. |
| 16:22:54 | 11 | (Exhibit 34 marked for identification.) |
| 16:22:54 | 12 | But when it prints out the Bates number doesn't |
| 16:22:57 | 13 | appear. |
| 16:23:00 | 14 | MR. SHERMAN: Okay. |
| 16:23:00 | 15 | BY MR. BAUGHMAN: |
| 16:23:00 | 16 | Q. My first question is, have you ever seen that |
| 16:23:03 | 17 | before? |
| 16:23:03 | 18 | A. No, I have not. |
| 16:23:05 | 19 | Q. Do you know what it is? |
| 16:23:11 | 20 | A. No. |
| 16:23:12 | 21 | Q. Have you ever seen documents like that at |
| 16:23:14 | 22 | Terra Firma stored in the ordinary course of business? |
| 16:23:22 | 23 | MR. SHERMAN: Objection. |
| 16:23:27 | 24 | A. I haven't seen this exact document to the best of |
| 16:23:29 | 25 | my recollection, but it appears to be a document that's |

Dolenec, Karen - 6/18/2010

Page 207

| 16:23:35 | 1 | tracking the results of various investments so I have seen |
| 16:23:43 | 2 | that sort of document before. |
| 16:23:47 | 3 | BY MR. BAUGHMAN: |
| 16:23:48 | 4 | Q. At the top it says -- the first line says "Fund" |
| 16:23:53 | 5 | and then across the top at least of the first page it says, |
| 16:23:57 | 6 | "TFCP 1"?  What is TFCP 1? |
| 16:24:03 | 7 | A. TFCP 1 would in this context probably be the legacy |
| 16:24:08 | 8 | portfolio that we had with Nomura. |
| 16:24:28 | 9 | Q. What do I call it?  Is it fair to call it TFCP 1? |
| 16:24:33 | 10 | Is that the fund? |
| 16:24:33 | 11 | A. That's what we call it, I believe, in our marketing |
| 16:24:36 | 12 | materials. |
| 16:24:36 | 13 | Q. As far as you know is TFCP 1 involved in this |
| 16:24:39 | 14 | lawsuit in any way? |
| 16:24:43 | 15 | A. Not to the best of my knowledge. |
| 16:24:49 | 16 | Q. And then if you read across the top some of it says |
| 16:24:56 | 17 | "Realised" and then if you keep going, later on it will say |
| 16:25:00 | 18 | "Partially Realised" for some.  Do you see that? |
| 16:25:07 | 19 | A. Yes, I do. |
| 16:25:08 | 20 | Q. Do you have an understanding of what the difference |
| 16:25:10 | 21 | between a realized investment and a partially realized |
| 16:25:14 | 22 | investment is at Terra Firma? |
| 16:25:16 | 23 | A. My understanding of that terminology is that |
| 16:25:20 | 24 | realized means that that investment has been completely sold |
| 16:25:25 | 25 | and partially realized means that there has been some return |

Dolenec, Karen - 6/18/2010

Page 208

16:25:30  1   on the original investment but still a remaining stake in

16:25:34  2   that business.

16:25:42  3       Q.  The first one here -- I'm now at the next line

16:25:45  4   down.  It refers to Phoenix Inns.  Do you know what

16:25:50  5   Phoenix Inns was?

16:25:56  6           MR. SHERMAN:  What was the verb?  Phoenix Inns

16:25:56  7   "was" or "is"?

16:25:56  8   BY MR. BAUGHMAN:

16:25:56  9       Q.  Was or is.  What's Phoenix Inns?  Was that a

16:25:58  10  transaction done at Nomura?

16:26:02  11      A.  Phoenix Inns was an investment in a pub company.

16:26:07  12      Q.  That was made in 1995?

16:26:09  13      A.  I don't know.

16:26:12  14      Q.  Was it the purchase of a company?

16:26:24  15          MR. SHERMAN:  Was what the purchase of a company?

16:26:26  16  BY MR. BAUGHMAN:

16:26:26  17      Q.  Was the Phoenix Inns transaction the purchase of a

16:26:29  18  company?

16:26:33  19      A.  I'm not entirely sure what it was in terms of the

16:26:39  20  exact legal structure.  It was a portfolio of pubs, but it

16:26:42  21  may have been more than one company.

16:26:44  22      Q.  Do you know if those were acquired in an auction

16:26:47  23  situation?

16:26:49  24      A.  I do not know.

16:26:55  25      Q.  Was the structure of the Phoenix Inns transaction

Dolenec, Karen - 6/18/2010

Page 209

| | | |
|---|---|---|
| 16:26:58 | 1 | in any way similar to the EMI transaction? |
| 16:27:08 | 2 | A.  I'm not familiar with how the Phoenix Inns |
| 16:27:10 | 3 | transaction was structured nor am I particularly familiar |
| 16:27:13 | 4 | with how the EMI transaction is structured so I'm not sure |
| 16:27:17 | 5 | specifically what you're asking. |
| 16:27:24 | 6 | Q.  The next one says Angel Trains.  Do you know what |
| 16:27:26 | 7 | Angel Trains is? |
| 16:27:30 | 8 | A.  Angel Trains was what's called a rosco here which |
| 16:27:34 | 9 | is a train leasing company. |
| 16:27:38 | 10 | Q.  And was that -- was the rosco trains transaction |
| 16:27:43 | 11 | the purchase of a business? |
| 16:27:44 | 12 | A.  Was it the purchase of a business? |
| 16:27:46 | 13 | Q.  Yeah or a company? |
| 16:27:50 | 14 | A.  Again, I'm not sure.  I know it involved purchasing |
| 16:27:52 | 15 | a portfolio of trains.  I don't know what the exact legal |
| 16:27:55 | 16 | structure was of that transaction. |
| 16:28:00 | 17 | Q.  Are you aware of any similarities between the |
| 16:28:02 | 18 | Angel Trains transaction and the EMI transaction? |
| 16:28:09 | 19 | A.  Well, they were both investments made by the same |
| 16:28:13 | 20 | investment team so they would have shared some underlying |
| 16:28:16 | 21 | characteristics but I wasn't intimately involved -- or |
| 16:28:19 | 22 | I wasn't involved at all in Angel Trains and I, hopefully |
| 16:28:23 | 23 | you've discovered, wasn't particularly involved in the EMI |
| 16:28:27 | 24 | transaction either. |
| 16:28:34 | 25 | Q.  AT&T -- pardon me.  I think the next one says |

Dolenec, Karen - 6/18/2010

Page 210

```
16:28:38  1   AT&TC.  Do you know what that was?
16:28:41  2        A.  I believe that stands for AT&T Capital.
16:28:50  3        Q.  That was the purchase of a company or purchase of a
16:28:52  4   business?
16:28:53  5            MR. SHERMAN:  Objection.
16:28:54  6        A.  I don't know.
16:28:55  7   BY MR. BAUGHMAN:
16:28:55  8        Q.  Do you know if that was purchased in an auction
16:28:57  9   situation?
16:28:57 10        A.  No, I do not.
16:28:58 11        Q.  Do you know how many bidders there were for that
16:29:00 12   company?
16:29:01 13        A.  I don't know how we came to acquire that
16:29:03 14   investment.
16:29:08 15        Q.  William Hill, that's a bookmaker?
16:29:11 16        A.  Yes, it is.
16:29:15 17        Q.  And do you know if that was acquired in an auction
16:29:17 18   situation?
16:29:17 19        A.  I do not know that.
16:29:21 20        Q.  Based on your experience what are the similarities
16:29:27 21   between whether or not a bookmaker makes money and whether
16:29:31 22   or not a record company makes money?
16:29:37 23            MR. SHERMAN:  Objection.
16:29:46 24        A.  That's quite a broad question.  I don't know
16:29:48 25   specifically what you're asking.
```

Dolenec, Karen - 6/18/2010

Page 211

| | | |
|---|---|---|
| 16:29:50 | 1 | BY MR. BAUGHMAN: |
| 16:29:51 | 2 | Q. Based on your experience in the private equity |
| 16:29:54 | 3 | industry, do you believe it's reasonable to use the returns |
| 16:30:00 | 4 | on a private equity investment in a bookmaker as a predictor |
| 16:30:05 | 5 | of private equity returns in a record company? |
| 16:30:11 | 6 | MR. SHERMAN: Objection. |
| 16:30:14 | 7 | A. Well you're talking about investments that were |
| 16:30:16 | 8 | made by the same investment team. In the private equity |
| 16:30:21 | 9 | market potential investors in a private equity fund do look |
| 16:30:27 | 10 | at the previous track record of that particular group of |
| 16:30:30 | 11 | investors. |
| 16:30:36 | 12 | BY MR. BAUGHMAN: |
| 16:30:36 | 13 | Q. Ever heard the phrase "past results are no |
| 16:30:43 | 14 | predictor of future performance"? |
| 16:30:45 | 15 | A. I have heard of that, yes. |
| 16:30:47 | 16 | Q. And that's something that Terra Firma tells |
| 16:30:50 | 17 | potential investors, isn't it? |
| 16:30:52 | 18 | MR. SHERMAN: Objection. |
| 16:30:53 | 19 | A. I can imagine that we do have that as a disclaimer. |
| 16:30:56 | 20 | BY MR. BAUGHMAN: |
| 16:30:56 | 21 | Q. And you agree that that's true, right? |
| 16:31:03 | 22 | A. Well, I agree that that's true because nothing is |
| 16:31:06 | 23 | really a guarantee of future performance. |
| 16:31:19 | 24 | Q. Hyder Plc. Do you know what Hyder was? |
| 16:31:23 | 25 | A. No. |

A-12132

Dolenec, Karen - 6/18/2010

Page 212

| | | |
|---|---|---|
| 16:31:25 | 1 | Q. Do you know anything about the structure of the |
| 16:31:27 | 2 | Hyder transaction? |
| 16:31:28 | 3 | A. I do not. |
| 16:31:31 | 4 | Q. Inn Partnership, do you know what that transaction |
| 16:31:32 | 5 | was? |
| 16:31:34 | 6 | A. That was a pub company. |
| 16:31:35 | 7 | Q. Do you know anything about the structure of that |
| 16:31:37 | 8 | transaction? |
| 16:31:38 | 9 | A. Not that I can immediately recall. |
| 16:31:42 | 10 | Q. Voyager, do you know what that transaction was? |
| 16:31:49 | 11 | A. That was a pub company as well. |
| 16:31:50 | 12 | Q. Do you know anything about the structure of that |
| 16:31:51 | 13 | transaction? |
| 16:31:53 | 14 | A. I probably know a little bit about it. It depends |
| 16:31:55 | 15 | on what you need to know about that structure. |
| 16:32:00 | 16 | Q. Can you identify for me any similarities between |
| 16:32:03 | 17 | the voyager transaction and the EMI transaction, other than |
| 16:32:07 | 18 | the people involved? |
| 16:32:11 | 19 | MR. SHERMAN: Objection. |
| 16:32:20 | 20 | A. I'm a bit confused by your line of questioning. |
| 16:32:23 | 21 | Are you trying to understand what the strategic rationale is |
| 16:32:27 | 22 | for the various investments that have been made by the |
| 16:32:30 | 23 | Terra Firma Investments professionals historically and why |
| 16:32:34 | 24 | those specific investments have been made as part of a |
| 16:32:36 | 25 | generalist private equity fund? |

Dolenec, Karen - 6/18/2010

Page 213

| | | |
|---|---|---|
| 16:32:48 | 1 | BY MR. BAUGHMAN: |
| 16:32:49 | 2 | Q. No. I believe that you testified earlier that you |
| 16:32:51 | 3 | suspected that what this document showed was the returns |
| 16:32:54 | 4 | achieved on certain investments, right? |
| 16:32:57 | 5 | MR. SHERMAN: Objection: mischaracterizes. |
| 16:33:01 | 6 | A. I think what it looks like it shows are cash |
| 16:33:04 | 7 | inflows and cash outflows, or I think that's what it is. It |
| 16:33:09 | 8 | appears to me. I don't know. There aren't really any |
| 16:33:12 | 9 | labels. |
| 16:33:28 | 10 | BY MR. BAUGHMAN: |
| 16:33:28 | 11 | Q. My question is -- here's what I'm trying to get at. |
| 16:33:32 | 12 | Is there any relationship between the cash inflows and |
| 16:33:35 | 13 | outflows shown in the column under Phoenix Inns and the cash |
| 16:33:41 | 14 | inflows and outflows shown under the column for |
| 16:33:44 | 15 | Angel Trains? |
| 16:33:47 | 16 | MR. SHERMAN: Objection. |
| 16:33:48 | 17 | A. What do you mean by a relationship? |
| 16:33:50 | 18 | BY MR. BAUGHMAN: |
| 16:33:50 | 19 | Q. Does one have anything to do with the other? |
| 16:33:54 | 20 | A. Well, for those two transactions they were -- I'm |
| 16:33:59 | 21 | assuming that they were funded by the same investor. Is |
| 16:34:05 | 22 | that a relationship? |
| 16:34:42 | 23 | Q. On the right is Thorn. Do you know what the Thorn |
| 16:34:44 | 24 | transaction was? |
| 16:34:48 | 25 | A. Not particularly. |

Dolenec, Karen - 6/18/2010

Page 214

| | | |
|---|---|---|
| 16:34:50 | 1 | Q.  If you go to the third page of the exhibit, the |
| 16:34:55 | 2 | next column is something called Unique.  Do you know what |
| 16:35:00 | 3 | the Unique transaction was? |
| 16:35:02 | 4 | A.  That was a portfolio of pubs. |
| 16:35:07 | 5 | Q.  Thresher, do you know what the Thresher transaction |
| 16:35:11 | 6 | was? |
| 16:35:11 | 7 | A.  That was a portfolio of off-license shops. |
| 16:35:33 | 8 | Q.  Was the Thresher transaction a profitable |
| 16:35:36 | 9 | transaction for Terra Firma? |
| 16:35:42 | 10 | A.  I can't specifically remember because I think it |
| 16:35:45 | 11 | was sold as part of a portfolio, but my general impression |
| 16:35:50 | 12 | overall is that it was not a particularly successful one. |
| 16:36:01 | 13 | Q.  Do you know what some of the factors are that made |
| 16:36:04 | 14 | the Thresher transaction not successful? |
| 16:36:10 | 15 | MR. SHERMAN:  Objection. |
| 16:36:11 | 16 | A.  At a very high level, not having been specifically |
| 16:36:15 | 17 | involved in the business, I believe that one of the |
| 16:36:17 | 18 | contributing factors was the increased competition from the |
| 16:36:21 | 19 | supermarkets. |
| 16:36:25 | 20 | BY MR. BAUGHMAN: |
| 16:36:25 | 21 | Q.  That would be a factor that would not apply to |
| 16:36:28 | 22 | anything having to do with EMI, right? |
| 16:36:34 | 23 | A.  Well, I don't know.  Supermarkets sell music. |
| 16:36:38 | 24 | Q.  Is it your understanding that EMI is facing |
| 16:36:40 | 25 | competition from supermarkets? |

Dolenec, Karen - 6/18/2010

Page 215

| | | |
|---|---|---|
| 16:36:42 | 1 | A. No, I'm just saying I don't know -- |
| 16:36:44 | 2 | MR. SHERMAN: Objection. |
| 16:36:45 | 3 | A. I don't know that much about the EMI business plan, |
| 16:36:47 | 4 | but I'm not sure I could sit here today and say that |
| 16:36:49 | 5 | supermarkets have nothing at all to do with EMI's business. |
| 16:36:55 | 6 | BY MR. BAUGHMAN: |
| 16:36:55 | 7 | Q. The next one here is Meridien. What was the |
| 16:36:59 | 8 | Meridien transaction? |
| 16:37:01 | 9 | A. Meridien was a portfolio of hotels. |
| 16:37:03 | 10 | Q. Was that a profitable transaction for Terra Firma? |
| 16:37:06 | 11 | A. Meridien was not a profitable transaction for |
| 16:37:09 | 12 | Terra Firma. |
| 16:37:11 | 13 | Q. Do you have any understanding of any of the reasons |
| 16:37:13 | 14 | why Meridien was not a profitable transaction? |
| 16:37:18 | 15 | A. Again, I was not intimately involved in the |
| 16:37:22 | 16 | Meridien transaction. The Meridien transaction was made, as |
| 16:37:28 | 17 | you can see here, in early 2001 and as you probably know the |
| 16:37:34 | 18 | hotel industry went into a downturn, a severe downturn |
| 16:37:39 | 19 | following September 11. |
| 16:37:45 | 20 | Q. Deutsche Annington, what was that transaction? |
| 16:37:49 | 21 | A. Deutsche Annington was initially a portfolio of |
| 16:37:53 | 22 | residential houses in Germany. |
| 16:37:55 | 23 | Q. Was that a profitable transaction for Terra Firma? |
| 16:38:01 | 24 | A. We actually still manage a fund which has Deutsche |
| 16:38:08 | 25 | Annington in it. |

Dolenec, Karen - 6/18/2010

Page 216

| 16:38:10 | 1 | Q. At the top here it says realized? |
| 16:38:14 | 2 | A. Yes. |

16:38:15  3      Q. So could you explain how it's listed as realized if

16:38:19  4  you still own it?

16:38:20  5      A. I assume the reason that it says realized is

16:38:23  6  because the Deutsche Annington transaction was originally

16:38:26  7  made when we were part of Nomura and when Deutsche

16:38:34  8  Annington -- basically my understanding of that transaction

16:38:37  9  is that Nomura sold part of its stake in Deutsche Annington

16:38:45  10  into a fund which Terra Firma Capital Partners still

16:38:49  11  advises?

16:38:50  12      Q. What is that fund, the buyer?

16:38:53  13          MR. SHERMAN: Objection.

16:38:56  14      A. I believe it's --

16:38:58  15          MR. SHERMAN: Withdraw the objection.

16:38:59  16      A. I believe it's called Terra Firma Deutsche

16:39:01  17  Annington.

16:39:02  18  BY MR. BAUGHMAN:

16:39:02  19      Q. Was the Deutsche Annington transaction a profitable

16:39:06  20  transaction for Terra Firma Capital Partners 1?

16:39:10  21          MR. SHERMAN: Objection.

16:39:13  22      A. I don't know.

16:39:22  23  BY MR. BAUGHMAN:

16:39:23  24      Q. The next one under column 13 is HBS. Do you know

16:39:26  25  what the HBS transaction is?

Dolenec, Karen - 6/18/2010

Page 217

| | | |
|---|---|---|
| 16:39:30 | 1 | A. HBS stands for Hyder Business Services. I believe |
| 16:39:33 | 2 | it was some sort of government servicing business. |
| 16:39:42 | 3 | Q. Do you know whether that was a profitable |
| 16:39:45 | 4 | transaction for Terra Firma? |
| 16:39:47 | 5 | MR. SHERMAN: Objection. |
| 16:39:47 | 6 | A. I believe HBS was sold in the same portfolio with |
| 16:39:51 | 7 | Thresher so I don't know the answer to your question. |
| 16:39:55 | 8 | BY MR. BAUGHMAN: |
| 16:39:56 | 9 | Q. Are you aware of any -- do you have any |
| 16:39:58 | 10 | understanding of any particular factors that made the HBS |
| 16:40:01 | 11 | transaction a success or not a success? |
| 16:40:07 | 12 | A. Not particularly, no. |
| 16:40:09 | 13 | Q. Inntrepreneur. What was the Inntrepreneur |
| 16:40:13 | 14 | transaction? |
| 16:40:13 | 15 | A. Inntrepreneur was also a pub company. |
| 16:40:17 | 16 | Q. Was that a profitable transaction for Terra Firma? |
| 16:40:19 | 17 | A. I believe that it was. |
| 16:40:20 | 18 | Q. And do you have an understanding of any of the |
| 16:40:29 | 19 | factors that made that a profitable transaction? |
| 16:40:39 | 20 | A. Not specifically to that particular investment. |
| 16:40:42 | 21 | Q. You've been involved in several pub transactions, |
| 16:40:45 | 22 | right? |
| 16:40:45 | 23 | A. Yes. |
| 16:40:46 | 24 | Q. And the pub transactions have generally been |
| 16:40:49 | 25 | successful transactions for Terra Firma; correct? |

Dolenec, Karen - 6/18/2010

Page 218

| | | |
|---|---|---|
| 16:40:52 | 1 | A. That's correct. |
| 16:40:53 | 2 | Q. Based on that experience can you identify for me |
| 16:40:56 | 3 | any of the factors that you believe contributed to the |
| 16:40:58 | 4 | success of the pub transactions? |
| 16:41:02 | 5 | A. To the success of the pub transactions overall, not |
| 16:41:05 | 6 | this specific one? |
| 16:41:07 | 7 | Q. Yes. |
| 16:41:08 | 8 | MR. SHERMAN: Objection. |
| 16:41:14 | 9 | A. Some of the things that contributed to the success |
| 16:41:17 | 10 | of the pub transactions is buying the pubs at a time when |
| 16:41:25 | 11 | pubs were basically being run as distribution outlets of |
| 16:41:31 | 12 | breweries and weren't recognized as a business in their own |
| 16:41:35 | 13 | right. And putting pub companies together, sharing best |
| 16:41:41 | 14 | practices across the pub companies, developing an industry |
| 16:41:45 | 15 | leading lease model for the tenants, being able to work with |
| 16:41:50 | 16 | the financing markets to get them to understand the |
| 16:41:53 | 17 | underlying dynamics of a tenanted pub business as |
| 16:41:58 | 18 | differentiated from a distribution arm of a brewery are some |
| 16:42:05 | 19 | of the factors that I believe contributed to the success of |
| 16:42:08 | 20 | those investments. |
| 16:42:11 | 21 | Q. The next one is Annington Homes. Do you know what |
| 16:42:13 | 22 | the Annington Homes transaction is? |
| 16:42:16 | 23 | A. Annington Homes is a portfolio of residential |
| 16:42:20 | 24 | properties in the UK. |
| 16:42:24 | 25 | Q. Do you know whether that portfolio was acquired in |

Dolenec, Karen - 6/18/2010

Page 219

| | | |
|---|---|---|
| 16:42:29 | 1 | an auction situation? |
| 16:42:33 | 2 | A.  That portfolio was acquired from the government. |
| 16:42:38 | 3 | Q.  Were there multiple bidders for the portfolio? |
| 16:42:45 | 4 | A.  I don't remember -- I wasn't here when that |
| 16:42:47 | 5 | transaction was done. |
| 16:42:50 | 6 | Q.  Do you know whether that was a profitable |
| 16:42:51 | 7 | transaction for Terra Firma Capital Partners 1? |
| 16:42:58 | 8 | MR. SHERMAN:  Objection. |
| 16:42:58 | 9 | A.  It's only partially realized, but it has been |
| 16:43:01 | 10 | profitable. |
| 16:43:01 | 11 | BY MR. BAUGHMAN: |
| 16:43:02 | 12 | Q.  What are some of the factors that made that a |
| 16:43:04 | 13 | profitable transaction? |
| 16:43:07 | 14 | A.  Some of the factors so far that have made that a |
| 16:43:10 | 15 | profitable transaction is recognizing -- well is building -- |
| 16:43:21 | 16 | working with the management team to build a well-run |
| 16:43:29 | 17 | business that can manage a vast portfolio of properties as |
| 16:43:35 | 18 | efficiently as possible.  There are also market factors in |
| 16:43:39 | 19 | that house price inflation ended up being higher than |
| 16:43:43 | 20 | expected. |
| 16:43:49 | 21 | Q.  By that you mean as house prices rose that made the |
| 16:43:52 | 22 | asset that Terra Firma had acquired more valuable? |
| 16:43:56 | 23 | A.  Yes, because it was a portfolio of houses. |
| 16:44:08 | 24 | Q.  And that was something that was not anticipated at |
| 16:44:11 | 25 | the time of the acquisition; is that correct? |

Dolenec, Karen - 6/18/2010

Page 220

| | | |
|---|---|---|
| 16:44:14 | 1 | A.  I think the house prices have increased faster than |
| 16:44:18 | 2 | expectation. |
| 16:44:18 | 3 | Q.  So sometimes you would agree the return on |
| 16:44:21 | 4 | investment depends in part on luck? |
| 16:44:25 | 5 | MR. SHERMAN:  Objection. |
| 16:44:27 | 6 | A.  Yes, of course. |
| 16:44:32 | 7 | BY MR. BAUGHMAN: |
| 16:44:32 | 8 | Q.  The next one here is Infinis.  What was the Infinis |
| 16:44:36 | 9 | transaction? |
| 16:44:37 | 10 | A.  Infinis is actually a business that was created out |
| 16:44:39 | 11 | of the acquisition of the waste recycling group.  The waste |
| 16:44:44 | 12 | recycling group was a portfolio of landfill sites and |
| 16:44:47 | 13 | Infinis is the landfill gas business that was created out of |
| 16:44:51 | 14 | the waste recycling group. |
| 16:44:55 | 15 | Q.  So it was created by Terra Firma after acquiring |
| 16:44:59 | 16 | some other assets.  Do I understand correctly? |
| 16:45:02 | 17 | A.  That's correct, Infinis was a company that was |
| 16:45:04 | 18 | created by Terra Firma. |
| 16:45:07 | 19 | Q.  And has the Infinis transaction been a successful |
| 16:45:10 | 20 | one? |
| 16:45:10 | 21 | MR. SHERMAN:  Objection. |
| 16:45:15 | 22 | A.  We still own Infinis, but it is likely to be a |
| 16:45:18 | 23 | successful one given that it was a company that was created. |
| 16:45:44 | 24 | BY MR. BAUGHMAN: |
| 16:45:44 | 25 | Q.  The next one is -- you've got to go two pages. |

Dolenec, Karen - 6/18/2010

---

Page 221

| | | |
|---|---|---|
| 16:45:49 | 1 | It's Odeon/UCI.  What's that transaction? |
| 16:45:55 | 2 | A.  That's two cinema chains. |
| 16:45:58 | 3 | Q.  Were they purchased together or separately? |
| 16:46:01 | 4 | A.  They were two separate transactions that were |
| 16:46:03 | 5 | done -- that were agreed to be done on the same day. |
| 16:46:11 | 6 | Q.  Was the acquisition of Odeon an auction situation? |
| 16:46:22 | 7 | A.  I'm not entirely sure, but I believe so. |
| 16:46:24 | 8 | Q.  How many companies submitted bids for Odeon? |
| 16:46:28 | 9 | A.  I have no idea. |
| 16:46:29 | 10 | Q.  Who were the competitors? |
| 16:46:30 | 11 | A.  I have no idea. |
| 16:46:32 | 12 | Q.  UCI, was that an auction situation? |
| 16:46:39 | 13 | A.  I don't know. |
| 16:46:40 | 14 | Q.  Have Odeon and UCI been combined into a single |
| 16:46:47 | 15 | company? |
| 16:46:48 | 16 | A.  They have subsequently been combined, yes. |
| 16:46:50 | 17 | Q.  And that was done by Terra Firma? |
| 16:46:53 | 18 | A.  Yes. |
| 16:46:54 | 19 | Q.  Has the Odeon/UCI transaction been a successful |
| 16:46:57 | 20 | transaction? |
| 16:46:57 | 21 | A.  Well we still own that transaction.  We still own |
| 16:47:00 | 22 | that business. |
| 16:47:03 | 23 | Q.  And what is your understanding of the expectation |
| 16:47:05 | 24 | as to whether that will be successful or not? |
| 16:47:08 | 25 | A.  My expectation is that we will make a return on |

Dolenec, Karen - 6/18/2010

Page 222

| | | |
|---|---|---|
| 16:47:10 | 1 | that investment, yes. |
| 16:47:11 | 2 | Q. And what is your understanding of some of the |
| 16:47:13 | 3 | factors that will lead Terra Firma to make a return on that |
| 16:47:17 | 4 | investment? |
| 16:47:19 | 5 | MR. SHERMAN: Objection. |
| 16:47:22 | 6 | A. Some of the factors involved in what will |
| 16:47:26 | 7 | ultimately make that a successful transaction or not will be |
| 16:47:30 | 8 | what the market conditions and pricing for those sorts of |
| 16:47:33 | 9 | assets are at the time that we sell that company compared to |
| 16:47:37 | 10 | what they were at the time that we acquired those |
| 16:47:39 | 11 | businesses. |
| 16:47:45 | 12 | BY MR. BAUGHMAN: |
| 16:47:45 | 13 | Q. That's in the cinema market? |
| 16:47:47 | 14 | A. In the market for a cinema or other assets that a |
| 16:47:49 | 15 | potential buyer would consider to be similar to cinemas. |
| 16:47:55 | 16 | Q. Would you consider a music business to be similar |
| 16:47:58 | 17 | to cinemas? |
| 16:48:05 | 18 | MR. SHERMAN: Objection. |
| 16:48:05 | 19 | A. You've asked a number of times about whether these |
| 16:48:08 | 20 | various businesses are similar to each other or similar to |
| 16:48:15 | 21 | the music business and I would say as a response to that |
| 16:48:17 | 22 | that they are in different -- many of them are in different |
| 16:48:18 | 23 | industries, but there are some underlying characteristics |
| 16:48:20 | 24 | which is why Terra Firma has invested in these particular |
| 16:48:23 | 25 | businesses as opposed to other businesses. |

Dolenec, Karen - 6/18/2010

Page 223

| 16:48:26 | 1 | Q. What are those underlying characteristics? |
| 16:48:29 | 2 | A. Well, some of the trades that we typically look for |
| 16:48:33 | 3 | in an investment are businesses that have strong asset |
| 16:48:37 | 4 | backing but also quite substantial opportunities for |
| 16:48:41 | 5 | improvements in the underlying businesses. |
| 16:48:52 | 6 | Q. BGCL, what was that transaction? |
| 16:48:56 | 7 | MR. SHERMAN: Objection. |
| 16:49:07 | 8 | A. It doesn't actually have any numbers against it. |
| 16:49:09 | 9 | Q. That was my next question. |
| 16:49:16 | 10 | A. I'm not exactly sure, but my understanding is that |
| 16:49:22 | 11 | BGCL and ESH, which is East Surrey Holdings, were together a |
| 16:49:28 | 12 | group of utilities that were acquired which the only |
| 16:49:31 | 13 | business which we still own today from that transaction, if |
| 16:49:34 | 14 | my understanding is correct, is Phoenix natural gas. |
| 16:49:40 | 15 | Q. Do you have an understanding of whether or not or |
| 16:49:43 | 16 | an expectation as to whether or not the Phoenix natural gas |
| 16:49:46 | 17 | transaction will be a successful transaction? |
| 16:49:50 | 18 | A. My current expectation would be yes. |
| 16:49:53 | 19 | Q. And are there any factors you can identify that you |
| 16:49:57 | 20 | believe will contribute to the success of the Phoenix |
| 16:49:59 | 21 | natural gas transaction? |
| 16:50:00 | 22 | A. Again, part of it will depend on what the market is |
| 16:50:05 | 23 | for that asset at the time of disposal versus what it was at |
| 16:50:09 | 24 | the time of acquisition. Specific to that business one of |
| 16:50:14 | 25 | the things that might impact the success of that business is |

Dolenec, Karen - 6/18/2010

Page 224

| | | |
|---|---|---|
| 16:50:17 | 1 | the growth of the natural gas market in Northern Ireland. |
| 16:50:26 | 2 | Q. Have you ever heard of a woman named |
| 16:50:28 | 3 | Marianne DeMario? |
| 16:50:32 | 4 | A. Could you repeat that please? |
| 16:50:33 | 5 | Q. Marianne DeMario? |
| 16:50:36 | 6 | A. I can't recall that name right now. |
| 16:50:38 | 7 | Q. Don't recall ever meeting anyone named |
| 16:50:40 | 8 | Marianne DeMario? |
| 16:50:42 | 9 | A. I cannot recall that name right now. |
| 16:50:47 | 10 | MR. BAUGHMAN: Why don't we take a break. Give me |
| 16:50:49 | 11 | five minutes and then we may be done. |
| 16:50:53 | 12 | MR. SHERMAN: Can you give me the Bates number |
| 16:50:55 | 13 | again for the thing you just went through? |
| 16:50:59 | 14 | MR. BAUGHMAN: 635801. |
| 16:51:02 | 15 | THE VIDEOGRAPHER: Going off the record. The time |
| 16:51:03 | 16 | is 16:51. |
| 16:51:07 | 17 | (Break taken.) |
| 16:57:25 | 18 | THE VIDEOGRAPHER: Going back on the record. The |
| 16:57:27 | 19 | time is 16:57. |
| 16:57:31 | 20 | MR. BAUGHMAN: Ms. Dolenec, I don't have any |
| 16:57:32 | 21 | further questions for you. Thank you very much for your |
| 16:57:34 | 22 | patience and your time. |
| 16:57:37 | 23 | MR. SHERMAN: Thank you. |
| 16:57:39 | 24 | THE VIDEOGRAPHER: Going off the record. The time |
| 16:57:41 | 25 | is 16:57. End of tape 4, Volume I. This is the end of the |

Dolenec, Karen - 6/18/2010

Page 225

16:57:47   1   videotaped deposition of Karen Dolenec.

16:57:52   2         (Whereupon, the deposition concluded at

16:58:04   3   16:58 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO.:  09-CV-10459 (JSR)

_____

TERRA FIRMA INVESTMENTS (GP) 2 LIMITED
(for and on behalf of the six limited
partnerships constituting the Terra
Firma Capital Partners II Fund), and
TERRA FIRMA INVESTMENTS (GP) 3 LIMITED
(for and on behalf of Terra Firma
Capital Partners III, L.P.),

                    Plaintiffs,

     v.

CITIGROUP, INC., CITIBANK, N.A.
CITIGROUP GLOBAL MARKETS LIMITED, and
CITIGROUP GLOBAL MARKETS, INC.,

                    Defendants.

_____

          *** C O N F I D E N T I A L ***

          Wednesday, June 30, 2010

                    - - -

VIDEOTAPED deposition of MR JOHN GILDERSLEEVE,
taken pursuant to notice, was held at the law
offices of Clyde & Co., London, UK, commencing
at 9.16 am on the above date, before
Marie L Brown, ACR, MBIVR

                    - - -

          MAGNA LEGAL SERVICES
        1200 Avenue of the Americas
         New York, New York 10036
              (866) 624-6221

A-12147

```
 1              GILDERSLEEVE - CONFIDENTIAL
 2       A.   Not specifically, no.
 3       Q.   Do you have any general recollections
 4  about this conversation -- about this topic?
 5       A.   That Warner probably should be allowed
 6  in in order to give comfort both to our
 7  shareholders and avoid any media comment about it
 8  not being an open process, in general terms.
 9       Q.   The top email is an email from you,
10  responding to a number of the original recipients;
11  correct?
12       A.   It is.
13       Q.   Do you recall writing this email?
14       A.   I do not.
15       Q.   Apart from this email and the
16  conversations you have just -- the general
17  recollection you have just described, do you
18  recall anything else about Warner participating in
19  the potential bid process?
20       A.   I do not.
21       Q.   If I can get you to flip back to
22  Exhibit 7 --
23       A.   Yes.
24       Q.   And if I can get you to turn to page 7?
25       A.   Yes.
```

Page 129

```
 1              GILDERSLEEVE - CONFIDENTIAL
 2        Q.    This is -- this section of the
 3   minutes -- these are minutes, we have already
 4   discussed these are minutes of the EMI board.
 5        The section starts on page 5 and it's titled
 6   "... MULBERRY", still about Project Mulberry;
 7   correct?
 8        A.    Agreed.
 9        Q.    And the second paragraph on page 7
10   starts with the sentence:
11        "In discussion, the Board noted that any
12   offer at or above 260p per share would be one the
13   Board would have to consider seriously."
14        A.    Agreed.
15        Q.    Do you recall any discussions about that
16   topic?
17        A.    I do not.
18        Q.    Do you recall any discussions about any
19   other level of any other -- or of any bid that the
20   board would have to consider seriously?
21        A.    I do not.
22        Q.    We discussed earlier that EMI moved up
23   the bidding deadline; correct?
24        A.    We did.
25        Q.    Do you recall why EMI moved up the
```

Page 130

```
 1              GILDERSLEEVE - CONFIDENTIAL
 2   bidding deadline?
 3         A.   As I told you before, no.
 4         Q.   Do you have any views on whether or
 5   not -- strike that.
 6         The board meeting that we are -- strike
 7   that.
 8         Do you recall when there was a board meeting
 9   to approve Terra Firma's bid?
10         A.   I do not.
11         Q.   Do you recall the decision that EMI
12   would accept Terra Firma's bid?
13         A.   No, I don't.
14         Q.   Do you recall any conversations with
15   anyone about whether EMI would accept Terra
16   Firma's bid?
17         A.   Not specifically, no.
18         Q.   Do you recall generally?
19         A.   No.
20         [Gildersleeve Exhibit 20, EMI Group plc,
21   minutes of board meeting on May 21st, 2007,
22   TF0000992834 through 842, marked for
23   identification]
24         THE WITNESS:  Yes.
25   BY MR. JACKSON:
```

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK.

INDEX NO.: 09 CIV 10459 (JSR)

---

TERRA FIRMA INVESTMENTS (GP) 2 LIMITED
(for and on behalf of the six limited
partnerships constituting the
Terra Firma Capital Partners II Fund), and
TERRA FIRMA INVESTMENTS (GP) 3 LIMITED
(for and on behalf of Terra Firma Capital
Partners III, L.P.),

                              Plaintiffs,

         v.


CITIGROUP INC., CITYBANK, N.A.,
CITIGROUP GLOBAL MARKETS LIMITED and
CITIGROUP GLOBAL MARKETS INC.,

                              Defendants.

---

                *** CONFIDENTIAL ***

                Monday, July 5, 2010

                    - - -

VIDEOTAPED deposition of MR. ERIC NICOLI,
taken pursuant to notice, was held at the law
offices of CLYDE & CO LLP, commencing at
09.18 a.m., on the above date, before Melanie Ball,
a Court Reporter.

                    - - -

            MAGNA LEGAL SERVICES
         1200 Avenue of the Americas
          New York, New York 10036

            (866) 624-6221

            E. NICOLI - CONFIDENTIAL

1

2          A.   Charles Ashcroft.

3          Q.   Did you generally find Mr Ashcroft to be

4    accurate in recording those minutes?

5          A.   Exceedingly.

6          Q.   Mr Ashcroft -- he is somebody who is taken to

7    be very precise?

8          A.   Yes.

9          Q.   Okay.   Now the attendees at this meeting

10   include certain directors including yourself.   Correct?

11         A.   Yes.

12         Q.   And some advisers were in for a piece of the

13   meeting.   Correct?

14         A.   One adviser.

15         Q.   Mr Borrows?

16         A.   Yes.

17         Q.   Do the minutes reflect Mr Wormsley attending

18   the meeting on April 209?

19         A.   No, it does not.

20         Q.   Do you remember, do you have a recollection of

21   Mr Wormsley complaining that he was not invited to this

22   meeting?

23         A.   I cannot recall if he was unhappy specifically

24   about not attending this meeting.   I can recall more

25   generally that he was somewhat unhappy at not being needed

Page 187

```
 1                E. NICOLI - CONFIDENTIAL

 2   by them.

 3            Q.  And that that role had been taken over by

 4   Greenhill?

 5            A.  By Greenhill.

 6            Q.  Now, sir, does this document, Nicoli

 7   exhibit 22, refresh your recollection that Mr Wormsley was

 8   not present at the April 20th board meeting discussed in

 9   paragraph 100 of the complaint?

10            A.  Yes, it does.

11            Q.  Would you turn, please to page 7 of these

12   minutes, exhibit 22, Nicoli exhibit 22.  Again, you can read

13   any part you'd like but I am focusing on the paragraph --

14   the second full paragraph on page 7.  The first sentence

15   begins:

16            "In discussion the board noted that any offer at

17   or above 260p per share would be one the board would have to

18   consider seriously."

19            Do you see that, sir?

20            A.  Yes.

21            Q.  Good.  Is this the meeting, to the best of

22   your recollection, at which the board established a floor

23   for a minimally acceptable bid at 260p?

24            A.  Yes, to the best of my recollection.  It was

25   an iterative process over several weeks, but this I believe
```

```
 1            E. NICOLI - CONFIDENTIAL
 2   was the board meeting at which it was decided to pursue
 3   a process and any bid over 260 would be taken seriously.
 4        Q.  And from time to time in the course of your
 5   answers to Mr Duffy's questions this morning you referred to
 6   a floor price or a minimum price.  Was that 260p?
 7        A.  Yes.
 8        Q.  Would you like look at paragraph 101 of the
 9   complaint also referenced in paragraph 9 of your witness
10   statement?  This says:
11        "Upon information and belief Mr Nicoli informed
12   Mr Wormsley of the matters discussed at the meeting of EMI
13   Board of Directors in order to enquire whether Terra Firma
14   remained interested in acquiring EMI.  Upon information and
15   belief Mr Nicoli kept Mr Wormsley apprised of the amounts
16   of, and provided detailed status reports on, the indications
17   of interest received by EMI, the auction process and of the
18   identity of the bidders."
19        Do you see that, sir?
20        A.  Yes.
21        Q.  Did you keep Mr Wormsley apprised of and
22   provide detailed status reports on the indications of
23   interest received on EMI?
24        MR DUFFY:  Object to form.
25        A.  He was a member of the steering committee that
```

Page 189

                    E. NICOLI - CONFIDENTIAL

1

2    was later formed.  So Mr Wormsley was not singled out for

3    being kept informed.  He was one of our retained advisers

4    and clearly in order to perform that function he needed to

5    be aware of who the bidders were and -- and indeed at what

6    level the board would consider pursuing any approach.

7              Q.  Did you provide detailed status reports on the

8    bids to Mr Wormsley?

9              A.  I didn't provide detailed status reports to

10   anybody.  It's possible that status reports were circulated

11   to members of the steering committee.

12             Q.  Now was there actually a formal steering

13   committee set up in connection with this process that began

14   in April?

15             A.  I can't recall when that committee was set up.

16             Q.  Okay, and I think you testified in response to

17   some of Mr Duffy's questions that you recalled a steering

18   committee being established in connection with the Permira

19   bid.  Do you recall that?

20             A.  Yes.

21             MR DUFFY:  Object to form.

22             A.  I recall that.

23             MR COHEN:  Okay.  Was a similar steering committee

24   actually established in the spring of 2007 in the process

25   that Mr Gildersleeve was in charge of as chair of the board.

# In The Matter Of:

*TERRA FIRMA INVESTMENTS*
*v.*
*CITIGROUP INC.*

---

*Punja, Riaz - 07/28/2010*
*July 28, 2010*

---

## *CONFIDENTIAL*

**MERRILL CORPORATION**

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

A-12159

Case: 11-126    Document: 85    Page: 261    04/25/2011    273010    401

A-12160

Page 134

| | | |
|---|---|---|
| 13:14:12 | 1 | BY MR. COHEN: |
| 13:14:18 | 2 | Q. Do you recall that Cerberus contacted Terra Firma |
| 13:14:19 | 3 | the day after the bid to see if it could participate in the |
| 13:14:21 | 4 | transaction? |
| 13:14:27 | 5 | MR. SHERMAN: Objection. |
| 13:14:27 | 6 | A. I recall Guy asking me to see somebody at Cerberus. |
| 13:14:28 | 7 | BY MR. COHEN: |
| 13:14:30 | 8 | Q. Do you remember when that was? |
| 13:14:33 | 9 | A. It was after the recommended bid. |
| 13:14:33 | 10 | Q. Can you place that in time for me any more |
| 13:14:35 | 11 | precisely? |
| 13:14:40 | 12 | A. No, I can't. |
| 13:14:46 | 13 | Q. Let's mark this Exhibit 16, an e-mail from |
| 13:14:53 | 14 | David Melvin to Mr. Hands and Mr. Punja, Ms. Dolenec and |
| 13:15:15 | 15 | it's dated Tuesday, May 22, 2007 and it bears Terra Firma |
| 13:15:16 | 16 | production number 151034. |
| 13:15:18 | 17 | (Exhibit 16 marked for identification.) |
| 13:15:37 | 18 | Why don't you have a look at that and let me know |
| 13:15:38 | 19 | when you're ready? |
| 13:15:40 | 20 | A. Okay. |
| 13:15:41 | 21 | Q. Do you know Mr. Melvin? |
| 13:15:46 | 22 | A. Yes, I do. |
| 13:15:48 | 23 | Q. And by whom was he employed in 2007? |
| | 24 | A. I believe Merrill Lynch. |
| | 25 | Q. And do you know whether Merrill Lynch was advising |

CONFIDENTIAL
Punja, Riaz - 7/28/2010

Page 135

13:15:55  1    any of the prospective bidders for EMI?

13:15:58  2        A.  No, I don't.

13:16:01  3        Q.  Do you recall seeing this e-mail on or about

13:16:06  4    May 22, 2007?

13:16:09  5        A.  No, I don't.

13:16:15  6        Q.  Does this e-mail refresh your recollection that the

13:16:20  7    day after the bid Cerberus was seeking a way to participate

13:16:22  8    in Terra Firma's transaction?

13:16:24  9            MR. SHERMAN:  Objection.

13:16:25  10       A.  This e-mail does not.

13:16:30  11   BY MR. COHEN:

13:16:33  12       Q.  Are you aware -- did you become aware after May 21,

13:16:34  13   2007 that Cerberus was seeking to participate in a

13:16:36  14   transaction?

13:16:39  15           MR. SHERMAN:  Same objection.

13:16:42  16       A.  I had a note to speak to somebody at Cerberus and

13:16:42  17   I had a meeting with that person.

13:16:44  18   BY MR. COHEN:

13:16:47  19       Q.  Who did you meet with at Cerberus?

13:16:50  20       A.  A Guy called David somebody.

13:16:52  21       Q.  David Teitelbaum?

13:16:56  22       A.  Sounds familiar, but I can't remember.

13:16:58  23       Q.  When did that meeting take place?

          24       A.  I don't have the precise dates.

          25       Q.  Where was the meeting?

Case: 11-126   Document: 85   Page: 263   04/25/2011   273010   401

A-12162

Page 136

| | | |
|---|---|---|
| 13:17:14 | 1 | A.  I believe it was at Terra Firma's -- one of |
| 13:17:22 | 2 | Terra Firma's offices. |
| 13:17:25 | 3 | Q.  Would you go back to Exhibit 2, please.  It's the |
| 13:17:35 | 4 | e-mails that we looked at, one of which was from |
| 13:17:40 | 5 | Mr. Alexander.  Thank you, Mr. Sherman.  If you'd look at |
| 13:17:45 | 6 | the e-mail on the third page from Mr. Seymour to Mr. Hands |
| 13:17:45 | 7 | in which you're copied dated September 24, 2007 Mr. Seymour |
| 13:17:49 | 8 | says: |
| 13:17:53 | 9 | "Riaz and I met with David Teitelbaum from |
| 13:17:57 | 10 | Cerberus in June - a very preliminary discussion after |
| 13:18:00 | 11 | receipt of their proposed term sheet for a PIK |
| 13:18:01 | 12 | investment - though to my recollection Ames did not |
| 13:18:02 | 13 | come up at this time." |
| 13:18:03 | 14 | Do you see that, sir? |
| 13:18:05 | 15 | A.  Yes, I do. |
| 13:18:07 | 16 | Q.  So we understand and have a clear record, was |
| 13:18:08 | 17 | Mr. Seymour a member of your team in 2007? |
| 13:18:11 | 18 | A.  Yes, he was. |
| 13:18:12 | 19 | Q.  And did he work on the EMI transaction? |
| 13:18:17 | 20 | A.  Yes, he did. |
| 13:18:17 | 21 | Q.  And is a PIK investment a payment in kind preferred |
| 13:18:18 | 22 | investment? |
| 13:18:20 | 23 | A.  Typically, yes. |
| | 24 | Q.  And what does that mean? |
| | 25 | MR. SHERMAN:  Objection. |

CONFIDENTIAL
Punja, Riaz - 7/28/2010

Page 137

| 13:18:30 | 1 | A. Well, it's usually a piece above equity. |
| 13:18:33 | 2 | BY MR. COHEN: |
| 13:18:38 | 3 | Q. And does this document refresh your recollection |
| 13:18:41 | 4 | the person you met with from Cerberus was David Teitelbaum? |
| 13:18:43 | 5 | A. I don't remember the name Teitelbaum but, yes, |
| 13:18:45 | 6 | David I remember the name. |
| 13:18:48 | 7 | Q. Can you tell me, as best you can recall -- |
| 13:18:52 | 8 | withdrawn. Was there one meeting with Cerberus or more than |
| 13:18:53 | 9 | one where you participated? |
| 13:18:55 | 10 | A. I only recall one. |
| 13:18:56 | 11 | Q. Do you know whether other people from Terra Firma |
| 13:18:57 | 12 | had other meetings? |
| 13:19:00 | 13 | A. I don't know. |
| 13:19:03 | 14 | Q. Did you meet with Merrill Lynch in connection with |
| 13:19:04 | 15 | Cerberus' possible participation in a transaction? |
| 13:19:06 | 16 | A. No, I didn't. |
| 13:19:07 | 17 | MR. SHERMAN: Let him finish his question. |
| 13:19:09 | 18 | BY MR. COHEN: |
| 13:19:10 | 19 | Q. Tell me everything you recall about the meeting |
| 13:19:12 | 20 | with David from Cerberus? |
| 13:19:15 | 21 | MR. SHERMAN: Objection. |
| 13:19:18 | 22 | A. I thought it was Francois and I, but it may have |
| 13:19:29 | 23 | been Stephen and I. I can't remember. Stephen Seymour that |
| | 24 | is. We met David who said to me that -- I can't remember |
| | 25 | the exact words, but basically they would like to continue |

CONFIDENTIAL
Punja, Riaz - 7/28/2010

Page 138

| | | |
|---|---|---|
| 13:19:41 | 1 | to participate in the EMI transaction since they had spent |
| 13:19:44 | 2 | so much time and work on it and therefore would be |
| 13:19:48 | 3 | interested in what I would call the mezzanine piece.  And |
| 13:19:52 | 4 | I recall going through it in very broad terms with him of |
| 13:19:58 | 5 | what kind of returns they would be looking for from the |
| 13:19:59 | 6 | equity kicker if you like and not being too impressed by it. |
| 13:19:59 | 7 | That's all I remember. |
| 13:20:03 | 8 | BY MR. COHEN: |
| 13:20:05 | 9 | Q.  Did you have any discussion with Cerberus about |
| 13:20:07 | 10 | whether or not they had actually bid? |
| 13:20:09 | 11 | A.  No, I did not. |
| 13:20:17 | 12 | Q.  Was there any discussion about bid prices? |
| 13:20:21 | 13 | A.  No, there wasn't. |
| 13:20:27 | 14 | Q.  Did you ever raise with Mr. Hands the question of |
| 13:20:29 | 15 | how Mr. Wormsley would've learned of the price at which |
| 13:20:30 | 16 | Cerberus was preparing to bid? |
| 13:20:34 | 17 | A.  No, I didn't. |
| 13:20:38 | 18 | Q.  Did Mr. Hands ever tell you how Mr. Wormsley |
| 13:20:39 | 19 | learned that Cerberus was intending to bid 2.62? |
| 13:20:40 | 20 | A.  No, he didn't. |
| 13:20:46 | 21 | Q.  Did anyone ever tell you that? |
| 13:20:52 | 22 | A.  No. |
| 13:20:57 | 23 | Q.  Do you recall that in the summer of 2007 the bid |
| | 24 | that Terra Firma made was conditional upon a certain |
| | 25 | percentage of shareholder approval? |

CONFIDENTIAL
Punja, Riaz - 7/28/2010

Page 139

| | | |
|---|---|---|
| 13:21:02 | 1 | A. Yes. |
| 13:21:03 | 2 | Q. Do you recall what that percentage was? |
| 13:21:07 | 3 | A. 90 percent. |
| 13:21:10 | 4 | Q. And do you recall what the period was for which the |
| 13:21:12 | 5 | offer was initially open? |
| 13:21:14 | 6 | A. I think it was 60 days. |
| 13:21:15 | 7 | Q. Do you recall whether there were any extensions of |
| 13:21:19 | 8 | the deadline? |
| 13:21:21 | 9 | A. I believe there was a postal strike and there was a |
| 13:21:24 | 10 | couple of days extension. |
| 13:21:26 | 11 | Q. Do you recall whether there were any intermediary |
| 13:21:26 | 12 | extensions? |
| 13:21:28 | 13 | MR. SHERMAN: Objection. |
| 13:21:29 | 14 | A. Please define what you mean? |
| 13:21:31 | 15 | BY MR. COHEN: |
| 13:21:35 | 16 | Q. It depends on your understanding. Is it your |
| 13:21:42 | 17 | understanding that the bid that was made by Terra Firma had |
| 13:21:45 | 18 | to be kept open for 60 days after it was posted? |
| 13:21:48 | 19 | A. You mean if we got the acceptances? |
| 13:21:57 | 20 | Q. If you did not get the acceptances. My question is |
| 13:21:57 | 21 | whether you recall whether the 60 day period was in fact -- |
| 13:21:58 | 22 | A. Was mandatory? |
| 13:21:58 | 23 | Q. Yes. |
| | 24 | MR. SHERMAN: Let him finish. Now I don't |
| | 25 | understand the question. |

A-12166

A-12167

A-12168

CONFIDENTIAL
Punja, Riaz - 7/28/2010

Page 143

13:26:31  1    to authorize the purchase of shares at up to 285p?

13:26:33  2        MR. SHERMAN:  Objection.

13:26:34  3    A.  No, I did not.

13:26:36  4    BY MR. COHEN:

13:26:42  5    Q.  Do you recall anyone at Terra Firma suggesting in

13:26:46  6    May of 2007 that intervening in the market at up to 285p was

13:26:47  7    too high a price to pay for EMI?

13:26:50  8        MR. SHERMAN:  Objection.

13:26:52  9    A.  Everyone who would have made the decision would

13:26:53  10   have had this table in front of them.

13:26:55  11   BY MR. COHEN:

13:26:56  12   Q.  Everyone who made the decision to go up to 285p in

13:27:01  13   the market?

13:27:04  14   A.  I assume the investment committee, I assume, but

13:27:06  15   conjecture on my part.

13:27:08  16       MR. COHEN:  Is that an objection or are we just

13:27:10  17   issuing instructions now?

13:27:11  18       MR. SHERMAN:  No, he turned to me and I said "go

13:27:14  19   ahead".

13:27:15  20   A.  They would have been looking at this same chart

13:27:16  21   presumably.

13:27:22  22   BY MR. COHEN:

13:27:32  23   Q.  Could you go back to Exhibit 3 again, the May 18th

          24   Investment Advisory Committee meeting.  I want to go through

          25   a couple more pages and ask you if you're familiar with

CONFIDENTIAL
Punja, Riaz - 7/28/2010

Page 144

| | | |
|---|---|---|
| 13:27:44 | 1 | them.  First let me ask you to return your attention to -- |
| 13:28:02 | 2 | turn your attention to the page that bears the Bates number |
| 13:28:06 | 3 | 81412 "Reduce Fixed Cost Base" on top.  Was this work with |
| 13:28:06 | 4 | respect to incremental cost savings at EMI, was this done by |
| 13:28:08 | 5 | your team? |
| 13:28:12 | 6 | MR. SHERMAN:  Objection. |
| 13:28:13 | 7 | A.  It'd have been done by the greater team. |
| 13:28:15 | 8 | BY MR. COHEN: |
| 13:28:21 | 9 | Q.  And who was in charge of estimating the reduction |
| 13:28:23 | 10 | in cost base at EMI? |
| 13:28:25 | 11 | MR. SHERMAN:  Objection: foundation. |
| 13:28:25 | 12 | A.  Who would have led that? |
| 13:28:28 | 13 | BY MR. COHEN: |
| 13:28:30 | 14 | Q.  Yes, who led the effort for the analysis of the |
| 13:28:32 | 15 | reduction in the costs of EMI? |
| 13:28:33 | 16 | A.  That would be the operational side. |
| 13:28:35 | 17 | Q.  Is that Mr. Alexander? |
| 13:28:36 | 18 | A.  And/or Michael. |
| 13:28:38 | 19 | Q.  Michael who, sir? |
| 13:28:40 | 20 | A.  Hedegaard. |
| 13:28:41 | 21 | Q.  Did Mr. Hedegaard report to Mr. Alexander? |
| 13:28:43 | 22 | A.  Yes. |
| 13:28:46 | 23 | Q.  Was Mr. Hedegaard a managing director at the time? |
| | 24 | A.  No, he wasn't. |
| | 25 | Q.  Was Mr. Alexander the senior operational managing |

Case: 11-126   Document: 85   Page: 271   04/25/2011   273010   401

A-12170

Page 145

| | | |
|---|---|---|
| 13:28:52 | 1 | director? |
| 13:28:53 | 2 | A. Yes, he was. |
| 13:28:54 | 3 | MR. SHERMAN: Note my objection to the last |
| 13:28:54 | 4 | question. |
| 13:29:00 | 5 | BY MR. COHEN: |
| 13:29:19 | 6 | Q. Could you turn to page 140 of this document which |
| 13:29:19 | 7 | bears the Bates number 81513. Are you there? |
| 13:29:27 | 8 | A. Yes. |
| 13:29:36 | 9 | Q. Have you ever seen broker estimates for EMI? |
| 13:29:37 | 10 | A. I would have done, yes. |
| 13:29:37 | 11 | Q. Was this information collected by the financial |
| 13:29:38 | 12 | team? |
| 13:29:39 | 13 | MR. SHERMAN: Objection. |
| 13:29:39 | 14 | A. Most likely. |
| 13:29:43 | 15 | BY MR. COHEN: |
| 13:29:46 | 16 | Q. And do you see that there's a column that says: |
| 13:29:46 | 17 | "Standalone Target Price." |
| 13:29:57 | 18 | A. Yep. |
| 13:30:01 | 19 | Q. Do you know what that refers to? |
| 13:30:05 | 20 | A. I'm not sure. |
| 13:30:08 | 21 | Q. Have you ever seen a broker or analyst report |
| 13:30:10 | 22 | relating to EMI? |
| 13:30:16 | 23 | A. I would have read a few, probably. |
| | 24 | Q. Are analysts -- do analysts project stand-alone |
| | 25 | target prices for companies? |

CONFIDENTIAL
Punja, Riaz - 7/28/2010

Page 146

13:30:32  1      A.  When you say -- well again, stand-alone probably

13:30:36  2  means the company operating as it currently is, is how

13:30:39  3  I would read it, but I can't be sure.

13:30:46  4      Q.  And can you tell me why the Investment Advisory

13:30:50  5  Committee recommended to the partners an offer of 265 pence

13:30:57  6  per share for EMI when the stand-alone target price reported

13:31:00  7  by brokers was between 190 and 240 pence?

13:31:03  8          MR. SHERMAN:  Objection.

13:31:08  9      A.  You're not going to get a company at a discount in

13:31:12  10  the market.  You have to create value.  So all our analysis

13:31:13  11  was about creating value and creating a higher value for the

13:31:13  12  company.

13:31:16  13  BY MR. COHEN:

13:31:18  14      Q.  Was that unique to the EMI transaction, the need to

13:31:18  15  pay a premium over the share price?

13:31:19  16          MR. SHERMAN:  Objection.

13:31:19  17      A.  No.

13:31:24  18  BY MR. COHEN:

13:31:30  19      Q.  And why not?

13:31:33  20      A.  Again, I'm not an expert on public to privates, but

13:31:35  21  typically no shareholder will sell at a discount to the

13:32:01  22  share price.

13:32:08  23      Q.  Would you put that document aside, please.

         24  Exhibit 17 is an IAC update, dated 31 May, 2007 and it bears

         25  Terra Firma production numbers 97006 through 97011.

CONFIDENTIAL
Punja, Riaz - 7/28/2010

Page 147

| | | |
|---|---|---|
| 13:32:30 | 1 | (Exhibit 17 marked for identification.) |
| 13:32:42 | 2 | MR. SHERMAN: Take your time and look at the |
| 13:32:42 | 3 | document, if you'd like to. |
| 13:32:45 | 4 | BY MR. COHEN: |
| 13:33:06 | 5 | Q. Let me know when you've had a chance to look at |
| 13:33:12 | 6 | that, sir. Again, I'm most interested in this document on |
| 13:33:44 | 7 | page 4 entitled "Revised Returns", but you can read anything |
| 13:33:47 | 8 | you'd like. |
| 13:33:53 | 9 | A. Okay. |
| 13:33:56 | 10 | Q. Can you tell me why a presentation was made to the |
| 13:34:03 | 11 | Investment Advisory Committee on May 31, 2007 that was |
| 13:34:05 | 12 | looking at returns on offer prices between 265p and 305p? |
| 13:34:09 | 13 | MR. SHERMAN: Objection: document speaks for |
| 13:34:12 | 14 | itself; foundation. |
| 13:34:12 | 15 | A. I have no idea. |
| 13:34:15 | 16 | BY MR. COHEN: |
| 13:34:22 | 17 | Q. Were you expecting somebody to bid somewhere |
| 13:34:23 | 18 | between 265 and 305p on May 31, 2007? |
| 13:34:25 | 19 | MR. SHERMAN: Objection. |
| 13:34:26 | 20 | A. I don't recall. |
| 13:34:29 | 21 | BY MR. COHEN: |
| 13:34:33 | 22 | Q. Was this document prepared by your team? |
| 13:34:35 | 23 | MR. SHERMAN: Objection. |
| | 24 | A. I have no reason to believe it wasn't. |
| | 25 | BY MR. COHEN: |

Merrill Corporation - New York

1-800-325-3376                                    www.merrillcorp.com/law

CONFIDENTIAL
Punja, Riaz - 7/28/2010

Page 148

13:34:42  1      Q.  And as you sit here today you don't have any

13:34:44  2   understanding as to why your team was running models and

13:34:47  3   presenting models to the Investment Advisory Committee at

13:34:51  4   prices up to 305p?

13:34:55  5         MR. SHERMAN:  Objection: foundation, among others.

13:34:56  6      A.  They may have been instructed to do so.

13:34:56  7   BY MR. COHEN:

13:34:57  8      Q.  By you?

13:34:59  9      A.  No.

13:35:02  10     Q.  Who would've instructed them?

13:35:02  11     A.  Not necessarily me.  It could be anybody in the

13:35:06  12  team.

13:35:08  13     Q.  Well, who on the team had the authority to instruct

13:35:09  14  the people who were responsible for these models?

13:35:14  15        MR. SHERMAN:  Objection.

13:35:18  16     A.  Well, Stephen Alexander, Michael Hedegaard,

13:35:18  17  Guy Hands.  We were a large team.

13:35:21  18  BY MR. COHEN:

13:35:27  19     Q.  Did you have any discussions with anyone in May of

13:35:30  20  2007 that you can remember about increasing the bid price

13:35:35  21  above 265 pence?

13:35:37  22     A.  I don't recall doing that.

13:35:43  23     Q.  Did anyone tell you in May 2007 that there was an

24  intention to increase the bid price for EMI?

25     A.  I don't recall anyone telling me.

Merrill Corporation - New York

A-12174

CONFIDENTIAL
Stokes, Ian - 8/6/2010

Page 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - -
IN THE MATTER OF                             )
                                            )
TERRA FIRMA INVESTMENTS (GP) LIMITED        )
(for and on behalf of the six limited       )
constituting the Terra Firma Capital        )
Partners II Fund), and TERRA FIRMA          )
INVESTMENTS (GP) 3 LIMITED (for and         )
on behalf of Terra Firma Capital            )
Partners III, L.P.),                        )
                    Plaintiffs,             )    INDEX NO.
            v.                              )    603737/2009
                                            )
CITIGROUP INC., CITIBANK N.A.,              )
CITIGROUP GLOBAL MARKETS LIMITED            )
and CITIGROUPGLOBAL MARKETS, INC.,          )
                    Defendants.             )
- - - - - - - - - - - - - - - - - - -

CONFIDENTIAL VIDEOTAPED DEPOSITION OF IAIN STOKES

VOLUME I

Friday, August 6, 2010

AT:  9:02 a.m.

Taken at:

Paul Weiss
Alder Castle
10 Noble Street
London, EC2V 7JX
United Kingdom

Court Reporter:

Leanne Shipp
Accredited Real-time Reporter

CONFIDENTIAL
Stokes, Ian - 8/6/2010

Page 147

1   what the document does, which all the questions in this

2   series, so same objection.

3   BY MR. BAUGHMAN

4           Q.   You can answer.

5           MS. DYER:  You can answer.

6           A.   Would you repeat the question, please?

7   BY MR. BAUGHMAN

8           Q.   As a director, did you believe you were

9   exercising your fiduciary duty, authorizing a bid up to 285p

10  when the only information you had was that Cerberus was

11  going to bid less than 265?

12          MS. DYER:  Objection to form.  And Jack, if you

13  can read the recommendation in the question, that's one

14  thing, but it's with the ability to increase this offer to

15  285 pence per share.

16          MR. BAUGHMAN:  Please don't coach the witness.

17  You can object --

18          MS. DYER:  No, you're mischaracterizing the

19  document.

20          MR. BAUGHMAN:  I'm not -- I'm not referring to the

21  document.  I'm asking a question.  I'm perfectly entitled to

22  ask whatever questions I want.

23          MS. DYER:  Well, you've mischaracterized the

24  document for about ten times.

25          A.   And I'm sorry, but can I ask you to repeat

CONFIDENTIAL
Stokes, Ian - 8/6/2010

Page 148

1    the question, please?

2    BY MR. BAUGHMAN

3         Q.    You had information that Cerberus was going

4    to bid less than 265, correct?

5         A.    Yes.

6         Q.    Did you have any information that anyone else

7    was going to bid at any price?

8         A.    Um ... not --

9         Q.    Okay, so why --

10        A.      -- specifically.

11        Q.      -- did you consider making a bid at any price

12    higher than 265?

13        MS. DYER:  Ob -- objection to form.

14        A.    It was to -- it was to -- to allow us the

15    head room.  It was to -- to use an expression, to line up

16    our ducks, at this stage we're actually lining up our ducks,

17    so should a -- an escalation of the bid occur, then the

18    board had considered that possibility and had allowed any --

19    any counter bid to be -- to be responded to.

20    BY MR. BAUGHMAN

21        Q.    When you voted to authorize a bid of 265p,

22    did you believe that you were paying fair market value for

23    EMI?

24        MS. DYER:   Objection to form.

25        A.    Um ... as part of the process leading up to

CONFIDENTIAL
Stokes, Ian - 8/6/2010

Page 149

1   this meeting, the board had considered that the assets of

2   Dice could support a price of 265 and subsequently felt

3   that, you know, it could, if needs be, go up to 285, but

4   there was never any need to go higher than the 265.

5   BY MR. BAUGHMAN

6          Q.   In bidding 265p, did you feel that you were

7   bidding more than the assets of the company were worth?

8          MS. DYER:  Objection to form.  You can answer.

9          A.   We felt as a board that the assets were a --

10  supportable at that price.  That -- that -- that it could

11  support the capital structure that was required at that

12  price.

13  BY MR. BAUGHMAN

14         Q.   I'm going to mark as the next Exhibit 18

15  a document with the Bates Nos. TF97070 to 97146.

16         (Stokes Exhibit 18 marked for identification)

17         Q.   Exhibit 17 is a document marked,

18  "Project Dice presentation to the IAC", dated May 2007.  Do

19  you see that?

20         A.   Exhibit 18.

21         Q.   I'm sorry, sir, thank you.  Now, is this the

22  presentation that you reviewed as part of the meeting at the

23  airplane hangar on April 20 -- May 20, 2007?

24         MS. DYER:  Objection to form.

25         A.   Um ... I can't specifically recall that it

CONFIDENTIAL
Stokes, Ian - 8/6/2010

Page 150

1   was -- it was this one, but it's not unreasonable.

2   BY MR. BAUGHMAN

3           Q.   Okay.  Well, the minutes, Exhibit 15, refer

4   to ... um ... a presentation dated May 20, 2007, right?

5           A.   Yes, they do.

6           Q.   Okay.  And I've given you a document that

7   says "Project Dice" and it's May 20, 2007.  Are you aware of

8   any other presentation?

9           A.   No.  No, I'm not.  And as I said earlier,

10  it's reasonable to presume that this was the document that

11  was tabled.

12          Q.   Okay.  When you use the word "tabled", you

13  mean brought forward for discussion, right?

14          A.   There was -- there was the -- it was

15  a document -- there was a document in any discussion, yes.

16          Q.   I'm not trying to be tricky.  It's a total

17  British/American --

18          A.   That's fine.

19          Q.   -- usage --

20          A.   Fine.

21          Q.   -- thing.

22          A.   Okay.

23          Q.   In America, to table something means to stop

24  talking about it.

25          A.   No.

A-12180

*Contains Confidential Information*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                             :

TERRA FIRMA INVESTMENTS (GP) 2 LIMITED (for   :
and on behalf of the six limited partnerships constituting the   :
Terra Firma Capital Partners II Fund), and   :
TERRA FIRMA INVESTMENTS (GP) 3 LIMITED (for   :   09-CV-10459 (JSR)
and on behalf of Terra Firma Capital Partners III, L.P.),   :
                                             :

                               Plaintiffs,   :

        v.   :

CITIGROUP INC., CITIBANK, N.A., DE12F8909   :
CITIGROUP GLOBAL MARKETS LIMITED and   :
CITIGROUP GLOBAL MARKETS INC.,   :
                             Defendants.   :
------------------------------------------------------------------ X

### DECLARATION OF KAREN C. DYER IN SUPPORT OF
### PLAINTIFFS' TERRA FIRMA INVESTMENTS (GP) 2 LTD's. AND TERRA FIRMA
### INVESTMENTS (GP) 3 LTD's MEMORANDA IN OPPOSITIONS TO DEFENDANTS'
### MOTIONS *IN LIMINE*

Karen C. Dyer, declares, pursuant to 28 U.S.C. § 1746:

1.      I am admitted to appear *pro hac vice* in this Court, and I am a member of the law

firm of Boies, Schiller & Flexner LLP, counsel for plaintiffs Terra Firma Investments (GP) 2

Limited (for and on behalf of the six limited partnerships constituting the Terra Firma Capital

Partners II Fund), and Terra Firma Investments (GP) 3 Limited (for and on behalf of Terra Firma

Capital Partners III, L.P.) (collectively, "Terra Firma").

2.      I submit this Declaration in support of (1) Terra Firma's Opposition to

Defendants' Motion to Exclude the Testimony of David J. Teece ("Opp. No. 1"); (2) Terra

Firma's Opposition to Defendants' Motion to Exclude the Testimony of Marianne DeMario

("Opp. No. 2"); and (3) Terra Firma's Opposition to Defendants' Motion to Exclude the

Testimony of Darrell L. Williams ("Opp. No. 3").

*Contains Confidential Information*

DOCUMENTS

      3.      Attached herewith as <u>Exhibit 1</u> is a true and correct copy of the July 27, 2007 Wise Men Committee meeting minutes, bearing bates numbers CITI-TF 317744-745. (Cited in Opp. No. 1 at 6; Opp. No. 2 at 3, 13).

      4.      Attached herewith as <u>Exhibit 2</u> is a true and correct copy of a May 22, 2007 email from M. Smith to D. Hill, bearing bates numbers Citi-TF 1389214. (Cited in Opp. No. 1 at 7).

      5.      Attached herewith as <u>Exhibit 3</u> is a true and correct copy of a May 22, 2007 email from M. Smith to J. Skarbek, bearing bates numbers CITI-TF 1175259–260. (Cited in Opp. No. 1 at 7).

      6.      Attached herewith as <u>Exhibit 4</u> is a true and correct copy of a May 21, 2007 email from A. Bichara to M. Smith et al., bearing bates numbers CITI-TF 1389174– 175. (Cited in Opp. No. 1 at 7).

      7.      Attached herewith as <u>Exhibit 5</u> is a true and correct copy of a May 21, 2007 email from M. Smith to R. Swannel, bearing bates numbers CITI-TF 1175171. (Cited in Opp. No. 1 at 7).

      8.      Attached herewith as <u>Exhibit 6</u> is a true and correct copy of a July 17, 2007 email from M. Simonian to M. Smith, bearing bates numbers CITI-TF 1180584–586. (Cited in Opp. No. 1 at 7).

      9.      Attached herewith as <u>Exhibit 7</u> is a true and correct copy of a July 11, 2007 email from P. Bell to J. Gildersleeve, et al., marked as Bell Ex. 46 and represented as bearing bates numbers Greenhill_0013863. (Cited in Opp. No. 1 at 7).

2

*Contains Confidential Information*

10.     Attached herewith as <u>Exhibit 8</u> is a true and correct copy of the July 28, 2007 Project Mulberry Timeline of Events, bearing bates numbers Greenhill_0029162–163 and marked as Bell Ex. 45.  (Cited in Opp. No. 1 at 8).

11.     Attached herewith as <u>Exhibit 9</u> is a true and correct copy of a September 12, 2005 Citi presentation entitled "Review of Strategic Options", bearing bates numbers CITI-TF 1514227–267.  (Cited in Opp. No. 1 at 8).

12.     Attached herewith as <u>Exhibit 10</u> is a true and correct copy of a March 2007 Citi presentation entitled Tank & Rast Update, bearing bates numbers CITI-TF 941795–941812. (Cited in Opp. No. 1 at 11).

13.     Attached herewith as <u>Exhibit 11</u> is a true and correct copy of Citi's February 12, 2008 "Project Poker Discussion Materials", bearing bates numbers CITI-TF 1547761–816. (Cited in Opp. No. 1 at 11).

14.     Attached herewith as <u>Exhibit 12</u> is a true and correct copy of Citi's February 12, 2009 Mergers & Acquisitions presentation for Cambridge University, bearing bates numbers CITI-TF 832290–832341.  (Cited in Opp. No. 1 at 11).

15.     Attached herewith as <u>Exhibit 13</u> is a true and correct copy of Citi's June 30, 2008 "Presentation to Howard Schultz", bearing bates numbers CITI-TF 1200825–865.  (Cited in Opp. No. 1 at 11).

16.     Attached herewith as <u>Exhibit 14</u> is  true and correct copy of the May 17, 2007 "Project Record Valuation Considerations" prepared by Merrill Lynch for Cerberus, bearing bates numbers LAZ_TF_0011970–990.  (Cited in Opp. No. 2 at 2).

*Contains Confidential Information*

17.     Attached herewith as <u>Exhibit 15</u> is a true and correct copy of Citi's May 17, 2007 Project Dice Credit Approval Memorandum, bearing bates numbers CITI-TF 562437–530. (Cited in Opp. No. 2 at 3).

18.     Attached herewith as <u>Exhibit 16</u> is a true and correct copy of a Citi's May 21, 2007 "Fairness Committee Materials", bearing bates numbers CITI-TF 01389016–021.  (Cited in Opp. No. 2 at 15).

19.     Attached herewith as <u>Exhibit 17</u> is a true and correct copy of excerpts from American Society of Appraisers, *ASA Business Valuation Standards* (2009).  (Cited in Opp. No. 2 at 5, 9).

20.     Attached herewith as <u>Exhibit 18</u> is a true and correct copy of the May 21, 2007 "Project Mulberry Valuation Materials", bearing bates numbers Greenhill_0022349–357.  (Cited in Opp. No. 2 at 17).

21.     Attached herewith as <u>Exhibit 19</u> is a true and correct copy of a March 2, 2007 email from M. Barak to T. Reid et al., bearing bates numbers TF 2022084–86.  (Cited in Opp. No. 2 at 18).

22.     Attached herewith as <u>Exhibit 20</u> is a true and correct copy of a July 19, 2007 letter from S. Borrows to E. Nicoli, bearing bates number Greenll_00017682.  (Cited in Opp. No. 2 at 21).

23.     Attached herewith as <u>Exhibit 21</u> is a true and correct copy of a June 28, 2007 Financial Dynamics Business Communications press cutting, bearing bates number TF 211050. (Cited in Opp. No. 2 at 21).

*Contains Confidential Information*

DEPOSITION EXCERPTS

24.     Attached herewith as <u>Exhibit 22</u> is a true and correct copy of excerpts of the deposition of Peter Bell, which took place on June 22, 2010.  (Cited in Opp. No. 2 at 12-13).

25.     Attached herewith as <u>Exhibit 23</u> is a true and correct copy of excerpts from the deposition of Simon Borrows, which took place on June 25, 2010.  (Cited in Opp. No. 2 at 13, 19, 20, 21).

26.     Attached herewith as <u>Exhibit 24</u> is a true and correct copy of excerpts of the deposition of Marianne DeMario, which took place on July 19, 2010.  (Cited in Opp. No. 2 at 4, 7, 9, 19, 22, 23).

27.     Attached herewith as <u>Exhibit 25</u> is a true and correct copy of excerpts of the deposition of Daniel Fischel, which took place on July 28, 2010.  (Cited in Opp. No. 2 at 9).

28.     Attached herewith as <u>Exhibit 26</u> is a true and correct copy of excerpts of the deposition of Guy Hands, which took place on July 15, 2010.  (Cited in Opp. No. 1 at 10; Opp. No. 2 at 13; Opp. No. 3 at 8).

29.     Attached herewith as <u>Exhibit 27</u> is a true and correct copy of excerpts from the deposition of Guy Hayward-Cole, which took place on July 27, 2010.  (Cited in Opp. No. 2 at 13).

30.     Attached herewith as <u>Exhibit 28</u> is a true and correct copy of excerpts of the deposition of John Loveridge, which took place on July 30, 2010.  (Cited in Opp. No. 1 at 10; Opp. No. 2 at 13, 17; Opp. No. 3 at 8).

31.     Attached herewith as <u>Exhibit 29</u> is a true and correct copy of excerpts of the deposition of Eric Nicoli, which took place on July 5, 2010.  (Cited in Opp. No. 1 at 12).

*Contains Confidential Information*

32.    Attached herewith as Exhibit 30 is a true and correct copy of excerpts of the

deposition of Iain Stokes, which took place on August 6, 2010.  (Cited in Opp. No. 1 at 4, 6, 17,

18; Opp. No. 2 at 13; Opp. No. 3 at 8).

33.    Attached herewith as Exhibit 31 is a true and correct copy of excerpts from the

deposition of David J. Teece, taken July 30, 2010.  (Cited in Opp. No. 1 at 17).

34.    Attached herewith as Exhibit 32 is a true and correct copy of excerpts from the

deposition of Darrell L. Williams, taken July 21, 2010.  (Cited in Opp. No.  3 at 1, 3, 6, 9, 10, 11,

13).

ENGLISH CASES

35.    Attached herewith as Exhibit 33 is  true and correct copy of *Livingstone v.*

*Rawyards Coal Co.* [1880] 5 Appeal Cases 25.  (Cited in Opp. No. 2 at 2).

36.    Attached herewith as Exhibit 34 is  true and correct copy of *Smith New Court Sec.*

*Ltd. V. Citibank N.A.* [1997] A.C. 254.  (Cited in Opp. No. 2 at 7).


I declare under penalty of perjury that the foregoing is true and correct.

Executed:    October 12, 2010
             New York, New York



_____
Karen C. Dyer
*Attorney for Plaintiffs Terra Firma Investments*
*(GP) 2 Limited and Terra Firma Investments*
*(GP) 3 Limited*

A-12186

**WISE MEN COMMITTEE**

Minutes of a telephone meeting held on Monday 23 July 2007

| | |
|---|---|
| **Present:** | Sir Win Bischoff, in the chair |
| | Jim Cowles |
| | Brad Gans |
| | Tom King |
| | David Kirshenbaum |
| | Michael Klein |
| | Richard Moore |
| | Robert Swannell |
| | Mark Watson |
| **In attendance:** | Chad Leat |
| | Simon Lindsay |
| | Scott Miller |
| | Paul Simpkin |
| | Andrew Gaulter, Secretary |

**EMI/Terra Firma**

Following the call held on 18 July, there had been major developments on the transaction through press coverage in the London press that day. These had centred on the need for Terra Firma to obtain 90 per cent acceptances for its bid by this coming Sunday, 29 July, which is a condition precedent of the financing of US$5/6 billion to which Citi has committed without support (it was discussed that BarCap and Deutsche would join the syndicate, but they have declined and Terra Firma has been unsuccessful at bringing them back to the table). Press speculation is that Citi will not waive that condition, as is customary in the London market, at least where acceptances are in excess of 75 per cent. Market intelligence is that there is a 60/40 chance of the 90 per cent acceptance figure being reached, and certainly the figure will be higher than 75 per cent by Sunday.

The Committee debated the issue at length. The possible economic loss from standing behind the financing was estimated at being in the region of US$100 million, owing to current adverse market conditions. It was also estimated that the EMI share price would drop from the current deal price of £2.65 to under £2.00 if the Terra Firma bid collapsed. The point was made that there are many leverage loan commitments in the market place where clients are holding us strictly to our commitments and it was suggested that we should do the same in this instance in order to obtain current market terms. However, set against that were the likely reputational, legal and franchise risks from being perceived by EMI's board and shareholders, the FSA and the UK Takeover Panel and press as having 'pulled the plug' on the transaction. Citi is both adviser and corporate broker to EMI and the corporate broker has the responsibility for 'getting out the vote'. There were also likely to be major economic consequences for future business and financial loss arising from possible attempts by shareholders in EMI to recoup losses they had suffered from the offer not proceeding. These could potentially be a multiple of the losses set out above.

Views differed between those who felt that the reputational issue was paramount, so that we should in short order make it clear to EMI and Terra Firma that we remain committed to the financing without condition and will waive the 90 per cent condition if necessary (potentially only down to 75 per cent), and others who considered that we should seek to have Terra Firma agree to more stringent financing arrangements as a condition of waiving the 90 per cent threshold. Confirming to Terra Firma that we would waive down to 75 per cent would put the ball in their court as whether to go forward with the transaction or not. Many felt that the issue as between Citi and Terra Firma is who will bear public responsibility for the failure of this transaction to close. It was common ground

A-12187

between these opinions that the deal now appears to be marginal to Terra Firma, so that our overriding consideration should to avoid the perception of Citi being principally to blame for the transaction being pulled.

The London-based participants on the call expressed their view that the reputational, regulatory and economic and financial consequences arising from a non-waiver were of the most severe kind and strongly advised against such action. Others, mostly outside London, felt that a legal condition was just that and should not be waived in circumstances where there had been a major change in financial markets and the almost certainty of significant financial loss. Terra Firma, they felt, should be forced to renegotiate, although it was understood that the likelihood of it being willing to do so were exceedingly small. In the meantime, publicity surrounding this transaction would get worse for Citi.

In conclusion, it was agreed that in light of the two differing opinions at the meeting, the amount of economic exposure and the impact any decision will have on the M&A/leverage loan franchise, both in the UK and Europe, the matter should be elevated to the highest level within Citi for a decision as to the waiver. Accordingly, both Chuck Prince and Bob Druskin should be briefed as an urgent priority. Once a clear conclusion had been reached, it should be promulgated as soon as possible to EMI, Terra Firma and then to the wider public.

CITI-TF 00317745

A-12188



CONFIDENTIAL

LAZ_TF_0011970

CONFIDENTIAL

LAZ_TF_0011971

UK002ElG auk002ElG.ppt 16/05/2007 12.15.16 (2)



**Valuation Considerations**
Current Top 30 Holders

| Holding | Geog. | Current % | 1 month ago % | Change | 6 Month Change | 12 Month Change |
|---|---|---|---|---|---|---|
| Fidelity | | 6.05 | 4.88 | 1.17 | 0.61 | (5.32) |
| Deutsche (MM) | | 5.64 | 5.64 | - | 5.50 | 5.64 |
| M&G | | 4.68 | 4.69 | (0.01) | 1.15 | 3.39 |
| Capital International | | 4.28 | 4.28 | - | 1.45 | 1.88 |
| Insight | | 4.21 | 4.81 | (0.60) | (2.14) | 1.27 |
| Wellington Management | | 4.11 | 4.11 | - | (5.35) | (5.75) |
| L&G | | 3.87 | 3.72 | 0.15 | 0.45 | 0.38 |
| Aberdeen AM | | 3.74 | 3.80 | (0.06) | 1.56 | 2.06 |
| Lehman Brothers | | 3.60 | 3.60 | - | 3.60 | 3.60 |
| GAM London | | 3.35 | 3.35 | - | 1.23 | 1.27 |
| Barclays | | 3.18 | 3.50 | (0.32) | 1.27 | 1.30 |
| Morley | | 2.95 | 2.86 | 0.09 | 1.63 | 2.74 |
| Goldman Sachs (MM) | | 2.63 | 2.63 | - | 2.22 | 2.63 |
| Credit Suisse Asset Management | | 2.55 | 2.55 | - | 0.70 | 1.21 |
| CM CIC Asset Management | | 1.99 | 1.99 | - | 1.99 | 1.99 |
| Lehman Brothers (MM) | | 1.97 | 1.97 | - | 1.84 | 1.97 |
| Bluecrest | | 1.93 | 0.10 | 1.84 | 1.80 | 1.79 |
| Universities Super. Scheme | | 1.89 | 1.89 | - | 1.79 | 1.89 |
| Bank of New York (SL) | | 1.82 | 1.82 | - | 1.82 | 1.82 |
| Eminence Capital | | 1.81 | 1.81 | - | (0.63) | (0.80) |
| Credit Suisse Equities (MM) | | 1.80 | 1.80 | - | 1.77 | 1.78 |
| State Street | | 1.78 | 1.96 | (0.19) | 0.53 | 1.45 |
| Schroders | | 1.77 | 1.91 | (0.14) | (0.33) | (3.56) |
| JPMorgan AM | | 1.69 | 1.81 | (0.12) | (0.73) | (0.06) |
| UBS Global Asset Management | | 1.64 | 1.64 | - | (0.29) | 0.11 |
| Magnetar | | 1.53 | - | 1.53 | 1.53 | 1.53 |
| SRM Global | | 1.36 | - | 1.36 | 1.36 | 1.36 |
| Eton Park | | 1.11 | - | 1.11 | 1.11 | 1.11 |
| Artemis Investment Management | | 1.10 | 1.10 | - | 0.39 | 0.37 |
| Sarasin Chiswell | | 1.10 | 1.10 | - | 0.85 | 1.08 |
| **Total Top 30** | | **81.13** | **75.33** | **5.80** | **28.67** | **30.13** |

*Source: Citywatch, updated to reflect Rule 8 disclosures     Note: MM denotes market maker position; SL denotes stock loan*

**Significant hedge fund presence, with 5 well known funds amongst the Top 30, accounting for 7.7% (Bluecrest, Eminence Capital, Eton Park, Magnetar, SRM Global)**

**Most hedge fund buying has been over the past month, but long term holders, notably Fidelity has also increased its position**

A-12189

1

CONFIDENTIAL

LAZ_TF_0011972

A-12190

UK002E1G auk002E1G.ppt 16/05/2007 12.15.16 (3)

 CERBERUS

# Valuation Considerations
## Shareholder Perspectives

## Key Themes

- Long term shareholders have been disappointed by the group's performance and frustrated that a corporate solution has not been achieved
- Cognisant that the Board has rejected previous offers, which in retrospect look attractive and would not wish to pass up a similar opportunity today
- General acceptance that an offer at these levels is no longer realistic
- Sense that most fund managers are now looking to exit the stock for cash and would treat favourably an offer which was recommended by the Board
- However, a significant hedge fund presence has emerged in recent months – their behaviour of is more difficult to predict
    - Will need to be convinced that the Board has run a competitive auction, and that an interloper at a higher price will not emerge
    - Looking to make a quick turn on their investment, and ultimately are likely to tender their shares

## Individual Feedback

| | |
|---|---|
| **Top 5 Shareholder** | ■ The Board changes earlier this year were very helpful; they had always been against having an Executive Chairman<br>■ They have a high regard for Gildersleeve and feel he will do the right thing; their inclination would be to support any Board Recommendation<br>■ They would have liked a Warner solution with all its synergies but understand this is very difficult, and that historic prices offered are probably unrealistic and see that a standalone offer cannot be as high<br>■ They are very open minded to any solution that the Board puts to them |
| **Top 5 Shareholder** | ■ They have been very frustrated at the lack of a solution<br>■ Their initial holding was built because they believed EMI would be a beneficiary of the digital switchover and in a sense, have been hoping for a corporate solution for years now<br>■ They believe that most fund managers want out of the stock for cash and that the management are themselves keen on finding an end game sooner rather than later |
| **Top 10 Shareholder** | ■ The market is "fed up with this, as are we"<br>■ Would expect the Board to generate a value creating process - if they do this, would back their judgement |





2

CONFIDENTIAL

A-12191

LAZ_TF_0011973



UK002E1G auk002E1G.ppt 16/05/2007 12.15.16 (4)

## Valuation Considerations
### Financial Benchmarking – Division

The Cerberus case is in line with the research on revenues

However it is significantly above consensus on an EBITA basis



**Benchmark Analysis: Growth Rates**

| | FY 07-10 CAGR | | | |
|---|---|---|---|---|
| | Cerberus | Consensus | Max | Min |
| Recorded Revenues | 0.0% | 0.5% | 0.2% | 0.3% |
| Recorded EBITA | 90.2% | 58.1% | 157.1% | 49.0% |
| Publishing Revenue | 2.7% | 2.6% | 3.2% | 2.5% |
| Publishing EBITA | 8.5% | 6.8% | 6.8% | 6.7% |



Source: Broker research and Cerberus case

3

CONFIDENTIAL

LAZ_TF_0011974

A-12192





UK002E1G auk002E1G.ppt 16/05/2007 12.15.16 (5)

## Valuation Considerations
### Financial Benchmarking - Group

The Cerberus case is in line with the research on revenues

However it is significantly above consensus on an EBITA basis due to incremental cost savings

**Revenues** (£m)

1,830  1,791  1,779  1,807  1,866  1,845  1,782  1,700

**EBITA** (£m)

148  271  393  427  137  210  253  251

**Capex** (£m)

(35)  (33)  (46)  (47)  (32)  (31)  (36)

**EBITA-Capex** (£m)

113  237  346  380  104  178  218  215

| Benchmark Analysis: Growth Rates | | | | |
|---|---|---|---|---|
| | FY 07-10 CAGR | | | |
| | Cerberus | Consensus | Max | Min |
| Sales | 0.7% | 1.0% | 0.9% | 0.7% |
| EBITA | 42.5% | 22.9% | 27.3% | 21.9% |
| Capex | 10.5% | 1.2% | (7.6%) | 10.1% |
| EBITA-Capex | 50.0% | 27.5% | 40.0% | 25.3% |

— Cerberus Case    ▒ Broker Forecast Range    ∞ Consensus

*Source: Broker research and Cerberus case*



4

CONFIDENTIAL

UK002E1G auk002E1G.ppt 16/05/2007 12.15.16 (6)

CERBERUS

Greenhill as financial advisor to EMI will likely look at a range of valuation methodologies including, those indicated here, in order for the EMI Board to assess at what levels the bid is recommendable

Focus would be on research consensus numbers and an assumed upside case (to equate to a financial sponsor business plan)

The Cerberus management case is being used here as a proxy for an upside business plan case

# Valuation Considerations

## Valuation Summary

| Methodology | Commentary | Valuation Range (GBp) — Current 244[1] |
|---|---|---|
| Trading Range | Last 12 Months | 211 – 314 |
| | Last 6 Months | 211 – 300 |
| | Last 3 Months | 211 – 252 |
| | Last 1 Month | 215 – 248 |
| Brokers' Research | Target Price and SOTP Consensus | 180 – 280 (228 SOTP Consensus[2]) |
| Trading Comparables[6] | Consensus Base Case 2008E EBITDA £238m (9.1x – 10.1x) | 115 – 141 |
| | Cerberus Management Case 2008E EBITDA £297m (9.1x – 10.1x) | 174 – 206 |
| LBO Valuation *(Target IRR 20-25%)* | Consensus Case 2011E Exit at 11.0x EBITDA | 150 – 157 |
| | Cerberus Management Case 2011E Exit at 11.0x EBITDA | 260 – 285 |
| DCF | Perpetuity Growth: Recorded 1.5% – 2.5%, Publishing 2.5% – 3.5%[3] | 123 – 176; 282 – 365 |
| | EBITDA Exit: Recorded 9.0x - 10.0x, Publishing 14.5x – 15.5x[4] | 172 – 198; 337 – 381 |
| Precedent Transactions | Consensus Base Case 2008E EBITDA £238m (14.0x – 15.0x) | 242 – 268 |
| | Cerberus Management Case 2008E EBITDA £297m (14.0x – 15.0x) | 333 – 365 |
| UK Takeover Premia | Premium to unaffected share price of 220p (30 – 40%)[5] | 286 – 308 |

Cerberus Case   Adj. SOTP Consensus

100 150 200 250 300 350 400

(1) *Share price as of 15 May 2006*
(2) *Adjusted consensus using net debt of £1,108m*
(3) *Recorded Music DCF using a WACC range of 9.0% – 10.0%*
(4) *Music Publishing DCF using a WACC range of 8.0% – 9.0%*
(5) *Based on share price as at Monday April 16, 2007, assumed to be unaffected (as in indicative offer letter). Precedents based on UK PTP transactions in 2006-07*
(6) *P/E Multiples excluded from trading comparable analysis due to distortion of key peer WMG through high leverage structure*

A-12193

LAZ_TF_0011975





CONFIDENTIAL

LAZ_TF_0011976

A-12194



UK002E1G auk002E1G.ppt 16/05/2007 12.15.16 (7)

## Valuation Considerations
### Consensus Case: LBO Analysis at Various Prices

**Based on consensus broker numbers, assuming a hurdle IRR of c.20% - 25% implies a valuation range of c. 150p – 157p assuming an exit multiple of c.11.0x**

| Offer Value | | 1.30 | 1.35 | 1.40 | 1.45 | 1.50 | 1.55 | 1.60 | 1.65 | 1.70 |
|---|---|---|---|---|---|---|---|---|---|---|
| Premium (%) [1] | | (40.9%) | (38.6%) | (36.4%) | (34.1%) | (31.8%) | (29.5%) | (27.3%) | (25.0%) | (22.7%) |
| Equity Value | | 1,191 | 1,237 | 1,282 | 1,328 | 1,374 | 1,420 | 1,466 | 2,702 | 1,557 |
| Net Debt [2] | | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,440 | 1,417 |
| Enterprise Value | | 2,608 | 2,654 | 2,700 | 2,745 | 2,791 | 2,837 | 2,883 | 4,142 | 2,974 |
| Fees [3] | | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 117 | 112 |
| Transaction Value | | 2,720 | 2,766 | 2,812 | 2,858 | 2,904 | 2,949 | 2,995 | 4,259 | 3,087 |

| EV / EBITDA [4] | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007PF | 130.5 | 20.0x | 20.3x | 20.7x | 21.0x | 21.4x | 21.7x | 22.1x | 31.8x | 22.8x |
| | 2008PF | 237.5 | 11.0x | 11.2x | 11.4x | 11.6x | 11.8x | 11.9x | 12.1x | 17.4x | 12.5x |
| | 2009PF | 277.8 | 9.4x | 9.6x | 9.7x | 9.9x | 10.0x | 10.2x | 10.4x | 14.9x | 10.7x |
| | 2007A | 158.3 | 16.5x | 16.8x | 17.1x | 17.4x | 17.6x | 17.9x | 18.2x | 26.2x | 18.8x |
| | 2008E | 237.5 | 11.0x | 11.2x | 11.4x | 11.6x | 11.8x | 11.9x | 12.1x | 17.4x | 12.5x |
| | 2009E | 277.8 | 9.4x | 9.6x | 9.7x | 9.9x | 10.0x | 10.2x | 10.4x | 14.9x | 10.7x |

**EV/EBITDA**

| IRR Exit Year 2011E [5] | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10.0x | 42.7% | 31.6% | 23.6% | 17.9% | 13.2% | 9.3% | 6.0% | 13.7% | 0.6% |
| 10.5x | 52.2% | 40.4% | 32.1% | 25.6% | 20.8% | 16.6% | 13.1% | 16.1% | 7.3% |
| 11.0x | 60.3% | 47.9% | 39.1% | 32.5% | 27.2% | 22.8% | 19.1% | 18.4% | 13.0% |
| 11.5x | 67.3% | 54.3% | 45.2% | 38.3% | 32.7% | 28.1% | 24.2% | 20.6% | 17.9% |
| 12.0x | 73.5% | 60.0% | 50.6% | 43.4% | 37.6% | 32.9% | 28.9% | 22.7% | 22.3% |

| C-o-C Exit Year 2011E [5] | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10.0x | 4.1x | 3.0x | 2.4x | 1.9x | 1.6x | 1.4x | 1.3x | 1.7x | 1.0x |
| 10.5x | 5.4x | 3.9x | 3.0x | 2.5x | 2.1x | 1.8x | 1.6x | 1.8x | 1.3x |
| 11.0x | 6.6x | 4.8x | 3.7x | 3.1x | 2.6x | 2.3x | 2.0x | 2.0x | 1.6x |
| 11.5x | 7.8x | 5.7x | 4.4x | 3.7x | 3.1x | 2.7x | 2.4x | 2.1x | 1.9x |
| 12.0x | 9.1x | 6.6x | 5.1x | 4.2x | 3.6x | 3.1x | 2.8x | 2.3x | 2.2x |

IRR > 20% and CoC > 2.0x

Note: Based on Cerberus / management forecasts
(1) To the closing share price on Monday April 16, 2007, as quoted in the indicative offer letter
(2) Based on assumed net debt of £1,192 million (assuming £131 million cash) adjusted for RE4 restructuring charges of £81 million, pension deficit of £60 million, minority interest of £1 million and bond premium of £79 million and breakage costs for securitisation of £4 million
(3) Includes transaction expenses of £50 million and financing fees of £63 million
(4) Pro forma numbers are adjusted for run rate synergies
(5) Exit year 4



CONFIDENTIAL

LAZ_TF_0011977

A-12195

 CERBERUS

UK002E1G a uk002E1G.ppt 16/05/2007 12.15.16 (8)

# Valuation Considerations
## Cerberus Management Case: LBO Analysis at Various Prices

| Offer Value | | 2.20 | 2.60 | 2.62 | 2.65 | 2.70 | 2.75 | 2.80 | 2.85 | 2.90 | 2.95 | 3.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Premium (%) [1] | | 0.0% | 18.2% | 19.1% | 20.5% | 22.7% | 25.0% | 27.3% | 29.5% | 31.8% | 34.1% | 36.4% |
| Equity Value | | 2,015 | 2,382 | 2,400 | 2,428 | 2,473 | 2,519 | 2,565 | 2,611 | 2,657 | 2,702 | 2,748 |
| Net Debt [2] | | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 |
| Enterprise Value | | 3,433 | 3,799 | 3,817 | 3,845 | 3,891 | 3,936 | 3,982 | 4,028 | 4,074 | 4,142 | 4,165 |
| Fees [3] | | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 |
| Transaction Value | | 3,545 | 3,911 | 3,930 | 3,957 | 4,003 | 4,049 | 4,094 | 4,140 | 4,186 | 4,269 | 4,278 |

| EV/EBITDA [4] | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007PF | 381.6 | 9.0x | 10.0x | 10.0x | 10.1x | 10.2x | 10.3x | 10.4x | 10.6x | 10.7x | 10.9x | 10.9x |
| 2008PF | 407.4 | 8.4x | 9.3x | 9.4x | 9.4x | 9.5x | 9.7x | 9.8x | 9.9x | 10.0x | 10.2x | 10.2x |
| 2009PF | 431.8 | 7.9x | 8.8x | 8.8x | 8.9x | 9.0x | 9.1x | 9.2x | 9.3x | 9.4x | 9.6x | 9.6x |
| 2007A | 175.0 | 19.6x | 21.7x | 21.8x | 22.0x | 22.2x | 22.5x | 22.8x | 23.0x | 23.3x | 23.7x | 23.8x |
| 2008E | 296.8 | 11.6x | 12.8x | 12.9x | 13.0x | 13.1x | 13.3x | 13.4x | 13.6x | 13.7x | 14.0x | 14.0x |
| 2009E | 421.5 | 8.1x | 9.0x | 9.1x | 9.1x | 9.2x | 9.3x | 9.4x | 9.6x | 9.7x | 9.8x | 9.9x |

EV/EBITDA

| IRR Exit Year 2011E [5] | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10.0x | | 30.9% | 26.5% | 20.2% | 19.5% | 18.5% | 17.6% | 16.7% | 15.8% | 15.0% | 13.7% | 13.4% |
| 10.5x | | 33.7% | 23.2% | 22.7% | 22.1% | 21.1% | 20.1% | 19.2% | 18.3% | 17.4% | 16.1% | 15.8% |
| 11.0x | | 36.3% | 25.6% | 25.2% | 24.5% | 23.5% | 22.5% | 21.6% | 20.6% | 19.6% | 18.4% | 18.1% |
| 11.5x | | 38.8% | 27.9% | 27.5% | 26.8% | 25.8% | 24.8% | 23.8% | 22.9% | 22.0% | 20.6% | 20.3% |
| 12.0x | | 41.2% | 30.1% | 29.6% | 29.0% | 27.9% | 26.9% | 25.9% | 25.0% | 24.0% | 22.7% | 22.3% |

| CoC Exit Year 2011E [5] | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10.0x | | 2.6x | 2.1x | 2.1x | 2.1x | 2.0x | 1.9x | 1.9x | 1.8x | 1.7x | 1.7x | 1.7x |
| 10.5x | | 2.8x | 2.3x | 2.3x | 2.2x | 2.2x | 2.1x | 2.0x | 2.0x | 1.9x | 1.8x | 1.9x |
| 11.0x | | 3.5x | 2.5x | 2.5x | 2.4x | 2.3x | 2.2x | 2.2x | 2.1x | 2.1x | 2.0x | 1.9x |
| 11.5x | | 3.7x | 2.7x | 2.6x | 2.6x | 2.5x | 2.4x | 2.3x | 2.2x | 2.2x | 2.1x | 2.1x |
| 12.0x | | 4.0x | 2.9x | 2.8x | 2.8x | 2.6x | 2.5x | 2.4x | 2.4x | 2.3x | 2.3x | 2.2x |

**Based on Cerberus Management assumptions, it is assumed an indicative valuation range of c. 260p – 285p is implied, (assuming an exit multiple of c.11.0x)**

IRR > 20% and CoC > 2.0x

Note: Based on Cerberus / management forecasts
(1) To the closing share price on Monday April 16, 2007, as quoted in the indicative offer letter
(2) Based on assumed net debt of £1,192 million (assuming £131 million cash) adjusted for RE4 restructuring charges of £81 million, pension deficit of £60 million, minority interest of £1 million and bond premium of £79 million and breakage costs for securitisation of £4 million
(3) Includes transaction expenses of £50 million and financing fees of £63 million
(4) Pro forma numbers are adjusted for run rate synergies
(5) Exit year 4



7

CONFIDENTIAL

UK002E1G auk002E1G.ppt 16/05/2007 12.15.16 (9)

CERBERUS

# Valuation Considerations

## Relative Share Price Performance

### LTM Share Price Movements

| | Share Price Performance | |
|---|---|---|
| | EMI | WMG |
| 1 Week | (1.6%) | [illegible] |
| 1 Month | 8.0% | [illegible] |
| 3 Months | (0.5%) | [illegible] |
| 6 Months | (10.7%) | [illegible] |
| 1 Year | (12.5%) | [illegible] |
| 3 Year | 3.4% | n/a |
| 5 Year | (15.6%) | n/a |

Source: FactSet, Factiva

A-12196

LAZ_TF_0011978



CONFIDENTIAL

LAZ_TF_0011979

UK002E1G auk002E1G.ppt 16/05/2007 12.15.16 (10)

# CERBERUS

## Valuation Considerations
### Broker Views

### Consensus History Report

Brokers' price target range is currently 180p – 280p with an average target price of 243p

Following significant and repeated M&A speculation, brokers consider EMI fully valued



### Current Broker Recommendations

| Brokers | Recommendation | Reviewed Date | Target Price |
|---|---|---|---|
| ABN AMRO Global Research | Buy | 16-Feb-07 | 245.00 |
| Credit Suisse | Outperform | 23-Feb-07 | 280.00 |
| JPMorgan Securities Equities | Hold | 15-Feb-07 | 231.00 |
| Numis Securities | Hold | 18-Apr-07 | 260.00 |
| Oriel Securities | Buy | 19-Feb-07 | 280.00 |
| Panmure Gordon | Sell | 16-Feb-07 | 180.00 |
| Societe Generale | Sell | 15-Feb-07 | 190.00 |
| Teather & Greenwood Ltd. | Hold | 16-Nov-06 | 275.00 |
| Average | | | 243p |
| Premium/(Discount) to current | | | 0.4% |

### Target Price Evolution

Source: Factset, Reuters consensus estimates
(1)   As at 15 May 2007 close

A-12197

9

CONFIDENTIAL

LAZ_TF_0011980

A-12198



UK002E1G sub002E1G.ppt 16/05/2007 12.15.16 (11)

## CERBERUS

### Valuation Considerations
Consensus Sum of the Parts Analysis

EMI is currently trading above Broker SOTP valuations

Adjusted SOTP gives an implied share price of 228p

17.2% discount

(£m)

| | Recording | Publishing | EV |
|---|---|---|---|
| ML | 1,259.0 | 1,287.0 | 2,396.0 |
| MS | 1,350.0 | 1,700.0 | 3,050.0 |
| JPM | 1,508.0 | 1,760.0 | 3,268.0 |
| UBS | 1,134.0 | 1,998.0 | 3,132.0 |
| Citi | 926.0 | 1,858.0 | 2,938.0 |
| Average | 1,235.4 | 1,720.6 | 2,956.8 |
| EV/EBITDA | | | |
| 2008E | 13.0x | 15.0x | 14.1x (12.5X[4]) |
| 2009E | 9.4x | 14.2x | 11.7x (10.6X[4]) |

Source: Broker research, FactSet, Company Filings, Note FYE March
(1) As at 31/03/07 as per PWC, excludes convertible which is assumed to be converted into shares
(2) As per data room
(3) Market data as at 15/03/07
(4) EV/EBITDA

10



CONFIDENTIAL

LAZ_TF_0011981

UK002E1G auk002E1G.ppt 16/05/2007 12.15.16 (12)

**A-12199**

# CERBERUS

## Valuation Considerations
### Trading Comparables

On a headline EV/EBITDA basis EMI trades at a significant premium to Warner

However, adjusted for the announced management restructuring plan EMI trades in line with Warner

| | Trading | | | Broker SOTP | |
|---|---|---|---|---|---|
| | EMI | | warner music group | UNIVERSAL MUSIC GROUP | SONY BMG MUSIC ENTERTAINMENT |
| | Current (£) | Offer (£) | £ | £ | £ |
| Share Price as of 5/15/07 | £2.44 | £2.62 | £8.62 | | |
| Fully Diluted Shares O/S | 915 | 916 | 150 | | |
| *Proceeds from options* | 1.8 | 5.0 | | | |
| Equity Value | £2,231 | £2,366 | £1,293 | | |
| Net Debt | 1,108 | 1,108 | 960 | | |
| Firm Value | £3,339 | £3,493 | £2,253 | £6,107 | £1,822 |
| **Implied 2007E EBITDA Multiples:** | | | | | |
| Research | 21.1x | 22.1x | 9.4x | 10.3x | |
| Sponsor: | | | | | |
| With Management Cost Saves[1] | 12.7x | 13.3x | – | – | – |
| With Management & Sponsor Cost Saves[2] | 8.3x | 8.6x | – | – | – |
| **Implied 2008E EBITDA Multiples:** | | | | | |
| Research | 14.1x | 14.7x | 9.6x | 9.6x | 7.9x |
| Sponsor: | | | | | |
| With Management Cost Saves[1] | 9.4x | 9.8x | – | – | – |
| With Management & Sponsor Cost Saves[2] | 6.7x | 7.0x | – | – | – |
| **08 P/E Multiple** | | | | | |
| Research | 25.5x | 27.3x | 57.5x | | |

(1)  In FY 07 includes a further £105m of cost savings from Jan 07 restructuring plan of £110m (£5m of cost savings implemented during FY07). In FY 08 includes a further £40m as assumes £70m realised as per 18 April 2007 trading update
(2)  Includes an incremental £141m of sponsor cost savings

11

CONFIDENTIAL

LAZ_TF_0011982

A-12200

UK002E1G sub002E1G.p.pt 16/05/2007 12.15.16 (13)

## CERBERUS

# Valuation Considerations
## Consensus Case: Recorded Music DCF Valuation

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Normalised |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 1,376 | 1,338 | 1,347 | 1,395 | 1,423 | 1,452 | 1,481 | 1,510 | 1,510 |
| *Growth* | 7.2% | (2.7%) | 0.7% | 3.6% | 2.0% | 2.0% | 2.0% | 2.0% | 166 |
| EBITDA | 47 | 116 | 150 | 145 | 157 | 160 | 163 | 166 | 166 |
| *Margin* | 3.4% | 8.7% | 11.2% | 10.4% | 11.0% | 11.0% | 11.0% | 11.0% | 11.0% |
| Less D&A | (16) | (21) | (19) | (23) | (21) | (22) | (22) | (23) | (22) |
| *Depreciation / Capex* | 61.3% | 87.1% | 78.4% | 83.5% | 96.4% | 96.2% | 97.4% | 99.2% | 98.0% |
| *Depreciation / Sales* | 1.2% | 1.6% | 1.4% | 1.6% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% |
| EBIT | 31 | 95 | 132 | 122 | 135 | 138 | 141 | 143 | 144 |
| Less Tax Paid | (9) | (28) | (40) | (37) | (41) | (41) | (42) | (43) | (43) |
| Effective Tax Rate | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% |
| Tax-Effected EBIT | 22 | 66 | 92 | 86 | 95 | 97 | 98 | 100 | 101 |
| Plus: Change in WC | 0 | (7.5) | (7.5) | (7.5) | (7.5) | (7.5) | (7.5) | (7.5) | (7.5) |
| *As a % of Sales* | 0.0% | (0.6%) | (0.6%) | (0.5%) | (0.5%) | (0.5%) | (0.5%) | (0.5%) | (0.5%) |
| Plus: D&A | 16 | 21 | 19 | 23 | 21 | 22 | 22 | 23 | 22 |
| Less: Capex | (27) | (24) | (24) | (27) | (22) | (23) | (23) | (23) | (23) |
| *Capex / Sales* | 1.9% | 1.8% | 1.8% | 2.0% | 1.6% | 1.6% | 1.5% | 1.5% | 1.5% |
| **Unlevered FCF** | 11 | 56 | 80 | 74 | 86 | 88 | 90 | 93 | 93 |
| *Growth* | | 391.5% | 42.9% | (7.7%) | 17.5% | 2.1% | 2.5% | 2.6% | |

*Perpetuity Growth Method*

**Terminal EBITDA Multiple Method**

| Discount Rate (WACC) | Discounted Cash Flows | PV of Terminal Value at a Perpetual Growth Rate of | | |
|---|---|---|---|---|
| | | 1.50% | 2.00% | 2.50% |
| 9.00% | 398 | 829 | 874 | 733 |
| 9.25% | 394 | 586 | 543 | 693 |
| 9.50% | 391 | 569 | 610 | 667 |
| 9.75% | 387 | 542 | 575 | 622 |
| 10.00% | 384 | 516 | 551 | 591 |

| | | BV | | |
|---|---|---|---|---|
| | | 1.50% | 2.00% | 2.50% |
| | | 1,027 | 1,076 | 1,131 |
| | | 993 | 1,037 | 1,088 |
| | | 960 | 1,001 | 1,048 |
| | | 929 | 967 | 1,010 |
| | | 900 | 935 | 975 |

| Discount Rate (WACC) | Discounted Cash Flows | PV of Terminal Value at an EV/EBITDA multiple of | | |
|---|---|---|---|---|
| | | 8.0x | 9.0x | 10.0x |
| 9.00% | 398 | 750 | 790 | 834 |
| 9.25% | 394 | 737 | 778 | 819 |
| 9.50% | 391 | 723 | 764 | 804 |
| 9.75% | 387 | 710 | 750 | 789 |
| 10.00% | 384 | 698 | 736 | 775 |

| | | BV | | |
|---|---|---|---|---|
| | | 8.0x | 9.0x | 10.0x |
| | | 1,148 | 1,190 | 1,232 |
| | | 1,131 | 1,172 | 1,213 |
| | | 1,114 | 1,156 | 1,196 |
| | | 1,098 | 1,137 | 1,177 |
| | | 1,082 | 1,120 | 1,159 |

| Discount Rate (WACC) | Discounted Cash Flows | EV/EBITDA 08 | | |
|---|---|---|---|---|
| | | 1.50% | 2.00% | 2.50% |
| 9.00% | 398 | 9.9x | 9.3x | 9.8x |
| 9.25% | 394 | 8.6x | 9.0x | 9.4x |
| 9.50% | 391 | 8.3x | 8.6x | 9.0x |
| 9.75% | 387 | 8.0x | 8.3x | 8.7x |
| 10.00% | 384 | 7.8x | 8.1x | 8.4x |

| | | EV/EBITDA 09 | | |
|---|---|---|---|---|
| | | 1.50% | 2.00% | 2.50% |
| | | 6.9x | 7.2x | 7.6x |
| | | 6.6x | 6.9x | 7.2x |
| | | 6.4x | 6.7x | 7.0x |
| | | 6.2x | 6.4x | 6.7x |
| | | 6.0x | 6.2x | 6.5x |

| Discount Rate (WACC) | Discounted Cash Flows | EV/EBITDA 08 | | |
|---|---|---|---|---|
| | | 8.0x | 9.0x | 10.0x |
| 9.00% | 398 | 9.9x | 10.3x | 10.5x |
| 9.25% | 394 | 9.0x | 10.1x | 10.5x |
| 9.50% | 391 | 8.6x | 10.0x | 10.3x |
| 9.75% | 387 | 9.5x | 9.8x | 10.2x |
| 10.00% | 384 | 9.3x | 9.7x | 10.0x |

| | | EV/EBITDA 09 | | |
|---|---|---|---|---|
| | | 8.0x | 9.0x | 10.0x |
| | | 7.9x | 7.9x | 8.3x |
| | | 7.7x | 7.8x | 8.1x |
| | | 7.4x | 7.7x | 7.9x |
| | | 7.3x | 7.6x | 7.8x |
| | | 7.2x | 7.8x | 7.7x |

*Note: Based upon broker consensus forecasts*

12

CONFIDENTIAL

A-12201

UK002E1G suk002E1G.ppt 16/05/2007 12.15.16 (14)



## Valuation Considerations
### Consensus Case: Music Publishing DCF Valuation

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Normalised |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 416 | 422 | 435 | 450 | 463 | 477 | 491 | 506 | 506 |
| Growth | 7.2% | 1.5% | 2.9% | 3.5% | 3.0% | 3.0% | 3.0% | 3.0% | |
| EBITDA | 111 | 122 | 127 | 136 | 139 | 143 | 147 | 152 | 152 |
| Margin | 26.7% | 28.8% | 29.3% | 30.3% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% |
| Less D&A | (5) | (7) | (8) | (7) | (7) | (7) | (7) | (8) | (7) |
| Depreciation / Capex | 61.3% | 87.1% | 78.4% | 83.5% | 96.4% | 96.2% | 97.4% | 99.2% | 98.0% |
| Depreciation / Sales | 1.2% | 1.6% | 1.4% | 1.6% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% |
| EBIT | 106 | 115 | 122 | 129 | 132 | 136 | 140 | 144 | 144 |
| | | | | | | | | | |
| Less Tax Paid | (32) | (34) | (36) | (39) | (40) | (41) | (42) | (43) | (43) |
| Effective Tax Rate | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% |
| Tax-Effected EBIT | 74 | 80 | 85 | 90 | 92 | 95 | 98 | 101 | 101 |
| | | | | | | | | | |
| Plus: Change in WC | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| As a % of Sales | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Plus: D&A | 5 | 7 | 6 | 7 | 7 | 7 | 7 | 8 | 7 |
| Less: Capex | (8) | (8) | (8) | (9) | (7) | (7) | (8) | (8) | (8) |
| Capex / Sales | 1.9% | 1.8% | 1.8% | 2.0% | 1.6% | 1.6% | 1.5% | 1.5% | 1.5% |
| Unlevered FCF | 71 | 79 | 83 | 89 | 92 | 95 | 98 | 101 | 101 |
| Growth | | 11.8% | 4.9% | 6.5% | 3.7% | 3.0% | 3.1% | 3.1% | |

**Perpetuity Growth Method**

| Discount Rate (WACC) | Discounted Cash Flows | PV of Terminal Value at a Perpetual Growth Rate of | | | | EV | | |
|---|---|---|---|---|---|---|---|---|
| | | 2.54% | 3.04% | 3.54% | 2.54% | 3.04% | 3.54% |
| 8.00% | 468 | 1,014 | 1,123 | 1,254 | 1,484 | 1,591 | 1,722 |
| 8.25% | 464 | 954 | 1,050 | 1,166 | 1,418 | 1,514 | 1,630 |
| 8.50% | 460 | 897 | 984 | 1,087 | 1,358 | 1,444 | 1,548 |
| 8.75% | 456 | 846 | 924 | 1,017 | 1,302 | 1,380 | 1,473 |
| 9.00% | 452 | 798 | 868 | 953 | 1,251 | 1,321 | 1,406 |

| Discount Rate (WACC) | Discounted Cash Flows | EV/EBITDA 99 | | | EV/EBITDA 99 | | |
|---|---|---|---|---|---|---|---|
| | | 2.54% | 3.04% | 3.54% | 2.54% | 3.04% | 3.54% |
| 8.00% | 468 | 12.2x | 13.1x | 14.2x | 11.6x | 12.5x | 13.5x |
| 8.25% | 464 | 11.7x | 12.5x | 13.4x | 11.1x | 11.9x | 12.7x |
| 8.50% | 460 | 11.2x | 11.9x | 12.7x | 10.9x | 11.3x | 12.1x |
| 8.75% | 456 | 10.7x | 11.3x | 12.1x | 10.2x | 10.8x | 11.6x |
| 9.00% | 452 | 10.3x | 10.9x | 11.6x | 9.8x | 10.4x | 11.0x |

**Terminal EBITDA Multiple Method**

| Discount Rate (WACC) | Discounted Cash Flows | PV of Terminal Value at an EV/EBITDA multiple of | | | | EV | | |
|---|---|---|---|---|---|---|---|---|
| | | 14.5x | 15.0x | 15.5x | 14.5x | 15.0x | 15.5x |
| 8.00% | 468 | 1,192 | 1,231 | 1,272 | 1,658 | 1,699 | 1,740 |
| 8.25% | 464 | 1,169 | 1,208 | 1,248 | 1,632 | 1,672 | 1,713 |
| 8.50% | 460 | 1,146 | 1,186 | 1,225 | 1,607 | 1,646 | 1,686 |
| 8.75% | 456 | 1,125 | 1,164 | 1,203 | 1,582 | 1,620 | 1,660 |
| 9.00% | 452 | 1,105 | 1,143 | 1,181 | 1,557 | 1,595 | 1,633 |

| Discount Rate (WACC) | Discounted Cash Flows | EV/EBITDA 99 | | | EV/EBITDA 99 | | |
|---|---|---|---|---|---|---|---|
| | | 14.5x | 15.0x | 15.5x | 14.5x | 15.0x | 15.5x |
| 8.00% | 468 | 13.8x | 14.2x | 14.3x | 13.5x | 13.9x | 14.3x |
| 8.25% | 464 | 13.4x | 13.8x | 14.1x | 12.8x | 13.1x | 13.4x |
| 8.50% | 460 | 13.1x | 13.5x | 13.9x | 12.5x | 12.8x | 13.2x |
| 8.75% | 456 | 13.0x | 13.3x | 13.6x | 12.4x | 12.7x | 13.0x |
| 9.00% | 452 | 12.8x | 13.1x | 13.4x | 12.2x | 12.5x | 12.8x |

*Note: Based upon broker consensus forecasts*



13

CONFIDENTIAL

LAZ_TF_0011984

A-12202





**CERBERUS**

UK002E1G mk002E1G.ppt 16/05/2007 12.15.16 (15)

## Valuation Considerations
### Transaction Comparables

| Transaction Size (US$m): | 10,972 | 112 | 2,600 | 2,085 |
|---|---|---|---|---|

EV/EBITDAx

**Significant range of transaction multiples with in-market consolidation and scarcity driving premium multiples**

Chart: EV/EBITDAx — 10.8x, 16.2x, 11.3x, 20.1x. Average: 14.6x

| Announcement | 1998 | 2003 | 2003 | 2006 |
|---|---|---|---|---|
| Buyer | Seagram | Hg Capital | Bronfman/Bain Capital/ Lee Partners/Providence | Vivendi |
| Asset | Polygram | Boosey & Hawkes | Warner Music | BMG |
| Key Facts | ■ With the acquisition of PolyGram, Seagram now owned and operated the largest music operation, capturing an estimated 24% of domestic markets in 1998, with a dominant position in the international marketplace | ■ Boosey & Hawkes owned the rights to classical composers including Rachmaninov, Stravinsky and Prokofief ■ Hg Capital topped an offer from Regent Street Music in a competitive process | ■ Warner Music had a 12% global share in recorded music ■ Warner retained the option to buy up to 15% of the company at any time during the three-year period following closing ■ Warner used the proceeds to repay debt | ■ Created world's largest music publishing company ■ Improved UMG business mix by increasing exposure to high margin, less volatile music publishing segment ■ Acquired catalog of over one million copyrights and a roster of chart-topping artists |

Source: Company documents, broker research, Factiva



14

CONFIDENTIAL

UK002E1G suk002E1G.ppt 16/05/2007 12.15.16 (16)


CERBERUS

## Valuation Considerations
### UK Bid Premia Analysis

## Competitive Public-to-Private UK Offers

| Date | Target | Acquiror | Acquiror Country | Consideration | Equity Value (£m) | 1 Day Premium | 4 Week Premium |
|------|--------|----------|------------------|---------------|-------------------|---------------|----------------|
| Apr-07 | Alliance Boots plc | AB Acquisitions Ltd | UK | Cash | 11,108 | 39.8% | 41.5% |
| Apr-07 | La Tasca Group plc | Kaupthing Holdings UK Limited | UK | Cash | 104 | 21.2% | 27.0% |
| Mar-07 | ICM Computer Group plc | Fawkes Limited | UK | Cash | 92 | 59.8% | 69.6% |
| Mar-07 | Countrywide plc | Castle Holdco 4, Ltd | UK | Cash/Shares | 1,008 | 28.0% | 40.1% |
| Oct-06 | John Laing plc | Henderson | Germany | Cash | 1,004 | 47.0% | 45.6% |
| Sep-06 | Retail Decisions plc | Palamon Capital Partners LP | UK | Cash | 168 | 57.7% | 54.5% |
| Aug-06 | McCarthy & Stone PLC | Mother Bidco Limited | UK | Cash | 1,100 | 36.5% | 39.7% |
| Jun-06 | De Vere Group PLC | AHG Venice Limited | UK | Cash | 745 | 13.3% | 21.7% |
| Jun-06 | BAA plc | Airport Development and Investment Limited | Spain | Cash | 10,110 | 47.6% | 49.1% |
| Feb-06 | Chorion Plc | Planet Acquisitions Limited | UK | Cash | 111 | 23.2% | 27.1% |

| | 1 Day Premium | 4 Week Premium |
|---|---|---|
| MIN | 13.3% | 21.7% |
| MEDIAN | 38.1% | 40.8% |
| AVERAGE | 37.4% | 41.6% |
| MAX | 59.8% | 69.6% |

*Source: Company filings, Factset*

A-12203

LAZ_TF_0011985

15

CONFIDENTIAL

LAZ_TF_0011986



Given the relatively lower levels of W net income on a standalone basis (due to higher leverage), EPS accretion/(dilution) not seen as relevant metric

At an offer of £2.70 pro forma FYE Sept-07 leverage is 8.5x

UX:002E1G ssk002E1G.ppt 16/05/2007 12.15.16 (17)

## Valuation Considerations
### W Acquisition of E Including £150m ($347m) of Incremental Synergies pa[1]

**Financed 100% Debt**

| E Offer Value (£) | | 2.60 | 2.65 | 2.70 | 2.75 | 2.80 | 2.85 | 2.90 | 2.95 | 3.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| Diluted Equity Value | | 2,383 | 2,429 | 2,476 | 2,522 | 2,569 | 2,616 | 2,663 | 2,710 | 2,756 |
| Refinance Net Debt | | 1,192 | 1,192 | 1,192 | 1,192 | 1,192 | 1,192 | 1,192 | 1,192 | 1,192 |
| Minority Interest | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Enterprise Value (£m) | | 3,576 | 3,622 | 3,669 | 3,716 | 3,762 | 3,809 | 3,856 | 3,903 | 3,949 |
| Pension Cost | | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Adj. Enterprise Value (£m) | | 3,636 | 3,682 | 3,729 | 3,776 | 3,822 | 3,869 | 3,916 | 3,963 | 4,009 |
| *Adj. Enterprise Value (€m)* | | *7,213* | *7,306* | *7,398* | *7,491* | *7,584* | *7,677* | *7,769* | *7,862* | *7,955* |
| Other Fees[4] | | 228 | 230 | 231 | 232 | 234 | 235 | 237 | 238 | 240 |
| Total Uses (€m) | | 3,804 | 3,852 | 3,900 | 3,948 | 3,996 | 4,045 | 4,093 | 4,141 | 4,189 |
| | 15-May | 2.44 | 6.6% | 8.6% | 10.7% | 12.7% | 14.8% | 16.8% | 18.9% | 20.9% | 23.0% |
| | 1 Month Average | 2.36 | 10.3% | 12.4% | 14.5% | 16.6% | 18.7% | 20.9% | 23.0% | 25.1% | 27.2% |
| Offer Premium | 3 Month Average | 2.34 | 11.3% | 13.4% | 15.5% | 17.7% | 19.8% | 22.0% | 24.1% | 26.2% | 28.4% |
| | 6 Month Average | 2.49 | 4.5% | 6.6% | 8.6% | 10.6% | 12.6% | 14.6% | 16.6% | 18.6% | 20.6% |
| | 12 Month Average | 2.60 | 0.0% | 2.4% | 4.3% | 6.2% | 8.2% | 10.1% | 12.0% | 14.0% | 15.9% |
| | | E EBITDA (£m) | | | | | | | | | |
| EV / | 2007E | 202.8 | 18.8x | 19.0x | 19.3x | 19.5x | 19.7x | 20.0x | 20.2x | 20.5x | 20.7x |
| EBITDA | 2008E | 256.2 | 14.3x | 14.5x | 14.7x | 14.8x | 15.0x | 15.2x | 15.4x | 15.5x | 15.7x |
| | 2009E | 287.2 | 12.8x | 13.0x | 13.1x | 13.3x | 13.4x | 13.6x | 13.8x | 13.9x | 14.1x |
| | | W Standalone | | | | | | | | | |
| Net Income | 2008E | 23.2 | 105.4 | 95.4 | 85.4 | 75.3 | 65.2 | 55.2 | 45.1 | 35.0 | 25.0 |
| (US$m) | 2009E | 35.2 | 115.4 | 106.4 | 101.3 | 94.2 | 87.1 | 80.0 | 72.9 | 65.8 | 58.7 |
| Accretion / | 2007E | | 353.5% | 310.4% | 267.2% | 223.9% | 180.6% | 137.3% | 94.0% | 50.7% | 7.4% |
| (Dilution) | 2008E | | 225.5% | 205.5% | 185.6% | 165.6% | 145.5% | 125.5% | 105.5% | 85.5% | 65.4% |
| Sponsor Equity | New Sponsor Equity | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| (US$m)[2] | Pro Forma Ownership | 73.7% | 73.7% | 73.7% | 73.7% | 73.7% | 73.7% | 73.7% | 73.7% | 73.7% | 73.7% |
| PF Net Debt | 2007PF | 1,747.6 | 9,413.6 | 9,509.1 | 9,604.5 | 9,700.1 | 9,795.6 | 9,891.4 | 9,987.1 | 10,082.7 | 10,178.3 |
| (US$m) | 2008E | 1,457.3 | 9,707.1 | 9,812.4 | 9,917.8 | 10,023.5 | 10,129.2 | 10,234.9 | 10,340.6 | 10,446.3 | 10,552.0 |
| | 2009E | 1,195.0 | 9,465.0 | 9,577.4 | 9,689.9 | 9,802.7 | 9,915.5 | 10,028.3 | 10,141.1 | 10,253.9 | 10,366.7 |
| LTM Net Debt / | 2007PF | 4.6x | 8.3x | 8.4x | 8.5x | 8.6x | 8.7x | 8.7x | 8.8x | 8.9x | 9.0x |
| EBITDA | 2008E | 3.2x | 7.3x | 7.4x | 7.5x | 7.5x | 7.6x | 7.6x | 7.7x | 7.8x | 7.9x |
| | 2009E | 2.6x | 6.8x | 6.8x | 6.9x | 7.0x | 7.1x | 7.2x | 7.2x | 7.3x | 7.4x |

Note: Calendarised to W FYE, September 30
(1) In addition to announced E and W standalone cost savings plans. Assumed cost of £228m (€451m) to implement (1.3x)
(2) Source: E trading update (April 18, 2007) assumes convertible is converted
(3) Debt fees (2% of debt), equity fees (1% of equity), M&A fees (1% of TV), E and W debt break costs of (€95m)
(4) Assumes pro forma interest rate of 10%, and tax rate of 35% with 30% of taxable income offsettable against NOL's
(5) Assumes acquisition is 100% debt financed

A-12204

16



CONFIDENTIAL

LAZ_TF_0011987

A-12205



UK002E1G mzk002E1G.ppt 16/05/2007 12.15.16 (18)

## Valuation Considerations
### W Acquisition of E Including £175m ($347m) of Incremental Synergies pa[1]

### Financed 75% Debt/25% Sponsor Equity

| E Offer Value (£) | | | 2.60 | 2.65 | 2.70 | 2.75 | 2.80 | 2.85 | 2.90 | 2.95 | 3.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diluted Equity Value | | | 2,383 | 2,429 | 2,476 | 2,522 | 2,569 | 2,616 | 2,663 | 2,710 | 2,756 |
| Refinance Net Debt | | | 1,192 | 1,192 | 1,192 | 1,192 | 1,192 | 1,192 | 1,192 | 1,192 | 1,192 |
| Minority Interest | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Enterprise Value (£m) | | | 3,576 | 3,622 | 3,669 | 3,716 | 3,762 | 3,809 | 3,856 | 3,903 | 3,949 |
| Pension Cost | | | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Adj. Enterprise Value (£m) | | | 3,636 | 3,682 | 3,729 | 3,776 | 3,822 | 3,869 | 3,916 | 3,963 | 4,009 |
| Adj. Enterprise Value (£m) | | | 7,213 | 7,306 | 7,398 | 7,491 | 7,584 | 7,677 | 7,769 | 7,862 | 7,966 |
| Other Fees[3] | | | 218 | 220 | 221 | 222 | 224 | 225 | 226 | 227 | 229 |
| Total Uses (£m) | | | 3,794 | 3,842 | 3,890 | 3,938 | 3,986 | 4,034 | 4,082 | 4,130 | 4,178 |
| Offer Premium | 15-May | 2.44 | 6.6% | 8.6% | 10.7% | 12.7% | 14.8% | 16.8% | 18.9% | 20.9% | 23.0% |
| | 1 Month Average | 2.38 | 10.3% | 12.4% | 14.5% | 16.6% | 18.7% | 20.9% | 23.0% | 25.1% | 27.2% |
| | 3 Month Average | 2.34 | 11.3% | 13.4% | 15.5% | 17.7% | 19.8% | 22.0% | 24.1% | 26.2% | 28.4% |
| | 6 Month Average | 2.49 | 4.5% | 6.5% | 8.6% | 10.6% | 12.6% | 14.6% | 16.6% | 18.6% | 20.6% |
| | 12 Month Average | 2.59 | 0.5% | 2.4% | 4.3% | 6.2% | 8.2% | 10.1% | 12.0% | 14.0% | 15.9% |
| EV/ EBITDA | 2007E | E EBITDA (£m) 285.5 | 18.7x | 19.0x | 19.2x | 19.5x | 19.7x | 19.9x | 20.2x | 20.4x | 20.6x |
| | 2008E | 266.2 | 14.3x | 14.4x | 14.6x | 14.8x | 15.0x | 15.2x | 15.3x | 15.5x | 15.7x |
| | 2009E | 287.2 | 12.8x | 12.9x | 13.1x | 13.3x | 13.4x | 13.6x | 13.7x | 13.9x | 14.1x |
| Net income (US$m)[4] | 2008E | W Standalone 23.2 | 308.7 | 301.2 | 293.7 | 286.2 | 278.7 | 271.1 | 263.6 | 256.1 | 248.5 |
| | 2009E | 36.5 | 258.9 | 253.6 | 248.3 | 242.9 | 237.6 | 232.3 | 227.0 | 221.7 | 216.4 |
| Accretion/ (Dilution) | 2007E | | 659.9% | 637.5% | 615.4% | 593.4% | 571.6% | 550.0% | 528.7% | 507.6% | 486.7% |
| | 2008E | | 317.7% | 307.0% | 296.4% | 285.8% | 275.4% | 265.1% | 254.9% | 244.8% | 234.9% |
| Sponsor Equity (US$m) | New Sponsor Equity | | 1,911.6 | 1,935.4 | 1,959.1 | 1,983.0 | 2,006.8 | 2,030.7 | 2,054.5 | 2,078.4 | 2,102.2 |
| | Pro Forma Ownership | 73.1% | 84.9% | 85.0% | 85.1% | 85.2% | 85.2% | 85.3% | 85.4% | 85.5% | 85.5% |
| PF Net Debt (US$m) | 2007PF | 1,747.5 | 7,482.5 | 7,563.8 | 7,625.2 | 7,695.7 | 7,768.2 | 7,839.8 | 7,911.3 | 7,982.9 | 8,054.4 |
| | 2008E | 1,467.3 | 7,572.5 | 7,651.3 | 7,730.1 | 7,809.2 | 7,888.2 | 7,967.3 | 8,046.4 | 8,125.5 | 8,204.6 |
| | 2009E | 1,156.0 | 7,187.0 | 7,271.1 | 7,355.2 | 7,439.6 | 7,524.0 | 7,608.4 | 7,692.8 | 7,777.2 | 7,861.6 |
| LTM Net Debt / EBITDA | 2007PF | 4.6x | 6.6x | 6.7x | 6.7x | 6.8x | 6.9x | 6.9x | 7.0x | 7.1x | 7.1x |
| | 2008E | 3.6x | 5.7x | 5.8x | 5.8x | 5.9x | 5.9x | 6.0x | 6.0x | 6.1x | 6.2x |
| | 2009E | 2.8x | 5.1x | 5.2x | 5.3x | 5.3x | 5.4x | 5.4x | 5.5x | 5.6x | 5.6x |

Fro forma FYE Sep 2007 leverage is 6.7x at £2.70 (with further $2.0bn of sponsor equity required), increasing to 7.1x at £3.00 (with $2.1bn sponsor equity required)

Note: Calendarised to W FYE, September 30
(1)   In addition to announced E and W standalone cost savings plans. Assumed cost of £228m ($451m) to implement (1.3x)
(2)   Source: E trading update (April 18, 2007) assumes convertible is converted
(3)   Debt fees (2% of debt), equity fees (1% of equity), M&A fees (1% of TV), E and W debt break costs of (£55m)
(4)   Assumes pro forma interest rate of 10%, and tax rate of 35%
(5)   Assumes acquisition is 75% debt financed and 25% new equity for sponsors issued at current market value

17



UNSMELG-maktMDELG.ppt 16/05/2007 12.15.16 (19)

# Appendix

CERBERUS



CONFIDENTIAL

LAZ_TF_0011988

CONFIDENTIAL

LAZ_TF_0011989

A-12207

 CERBERUS

UK00E1G suk00E1G.ppt 16/05/2007 12.15.16 (20)

## Valuation Considerations
### Current Top US Holders

| Holding | Current % | 1 month ago % | Change | 6 Month Change | 12 Month Change |
|---|---|---|---|---|---|
| Wellington Management | 4.11 | 4.11 | - | (5.35) | (5.75) |
| Bank of New York (SL) | 1.82 | 1.82 | - | 1.82 | 1.82 |
| Eminence Capital | 1.81 | 1.81 | - | (0.63) | (0.60) |
| State Street | 1.78 | 1.96 | (0.19) | 0.53 | 1.45 |
| SRM Global | 1.36 | - | 1.36 | 1.36 | 1.36 |
| TPG-Axon Capital | 1.05 | - | 1.05 | 1.05 | 1.05 |
| Janus Capital | 0.86 | 0.86 | - | (0.09) | (1.10) |
| Goldman Sachs | 0.62 | 0.62 | - | 0.52 | 0.62 |
| First Pacific Advisors | 0.32 | 0.32 | - | (0.05) | (0.05) |
| Morgan Stanley Securities | 0.24 | 0.02 | 0.22 | 0.16 | 0.17 |
| Millgate Partners | 0.22 | 0.22 | - | (1.95) | (1.96) |
| TIAA CREF IM | 0.10 | 0.10 | - | 0.01 | 0.01 |
| Kinetics AM | 0.09 | 0.09 | - | (0.00) | 0.09 |
| Merrill Lynch & Co | 0.08 | 0.08 | - | 0.03 | 0.03 |
| Numeric Investors | 0.06 | 0.06 | - | (0.00) | 0.06 |
| BlackRock IM | 0.05 | 0.05 | - | 0.04 | 0.05 |
| Northern Trust | 0.05 | 0.05 | - | (0.00) | 0.05 |
| World AM | 0.04 | 0.04 | - | (0.00) | (0.00) |
| Vanguard Management | 0.04 | 0.04 | - | (0.01) | (0.00) |
| Capital Guardian Trust | 0.04 | 0.04 | - | (0.02) | 0.02 |
| Harvard Management Co | 0.03 | 0.03 | - | (0.00) | (0.01) |
| Mastholm AM | 0.03 | 0.03 | - | (0.02) | 0.01 |
| UBS Financial Services | 0.02 | 0.02 | - | (0.03) | (0.03) |
| Arrowstreet Capital | 0.02 | 0.02 | - | (0.02) | (0.02) |
| Nordia Securities | 0.02 | 0.02 | - | (0.01) | (0.01) |
| Fidelity Management & Research | 0.02 | 0.02 | - | (0.01) | (0.67) |
| Mellon Capital Management | 0.01 | 0.01 | - | (0.01) | (0.00) |
| Alabama Retirement Systems | 0.01 | 0.01 | - | (0.00) | 0.01 |
| Teachers Retirement System of Ohio | 0.01 | 0.01 | - | (0.01) | 0.01 |
| Teachers Retirement System of Alab. | 0.01 | 0.01 | - | 0.00 | 0.01 |
| **Total Top 30** | **14.95** | **12.51** | **2.44** | **(2.69)** | **(3.54)** |

Source: Citywatch, updated to reflect Rule 8 disclosures    Note: SL denotes stock loan

Key US shareholder is Wellington Management, a long only fund which has sold down over the past year

Newcomers to the register include SRM Global and TPG-Axon which are both hedge funds

18

CONFIDENTIAL



UK002E1G mik002E1G.ppt 16/05/2007 12.15.16 (21)

## Disclaimers

Merrill Lynch prohibits (a) employees from, directly or indirectly, offering a favorable research rating or specific price target, or offering to change such rating or price target, as consideration or inducement for the receipt of business or for compensation, and (b) Research Analysts from being compensated for involvement in investment banking transactions except to the extent that such participation is intended to benefit investor clients.

This proposal is confidential, for your private use only, and may not be shared with others (other than your advisors) without Merrill Lynch's written permission, except that you (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the proposal and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and tax structure. For purposes of the preceding sentence, tax refers to U.S. federal and state tax. This proposal is for discussion purposes only. Merrill Lynch is not an expert on, and does not render opinions regarding, legal, accounting, regulatory or tax matters. You should consult with your advisors concerning these matters before undertaking the proposed transaction.

A-12208

LAZ_TF_0011990

A-12209

**Confidential**

# Project Dice

CREDIT APPROVAL MEMORANDUM

May 17, 2007

| | | |
|---|---|---|
| Committee: | **European Leveraged Finance** | |
| | Chad Leat | Dick Trask |
| | Richard Zogheb | Richard Basham |
| | | Philippa Nesbit |
| CC: | Scott Miller | |
| Committee: | **Securitization** | |
| | Raheel Malik | Dick Trask |
| | David Basra | Nancy Rochford |
| | Jeff Perlowitz | |
| CC: | Marcus Giancaterino | Jerry Sison |
| | Serban Manolache | Mark Mathieson |
| | Joseph Keener | Valentin Ehmer |
| | Francesca Curtin | |
| Deal Team: | **Securitization** | **Leveraged Finance** |
| | David Dubin | Paul Simpkin |
| | Mark Lorkin | Ricardo Coats |
| | Peter Rawlings | Jeffrey Heh |
| | Kunal Govindia | |
| | **TMT IBD** | **IBD FEG** |
| | Stuart Poyser | Kamal Tabet |
| | Sajjad Vakilian | Manuel Blanco Garcia |
| | Owain Parry | Tarek Bayazid |

CITI-TF 00562437

# Table of Contents

1   EXECUTIVE SUMMARY

2   KEY CREDIT CONSIDERATIONS

3   FINANCIAL PROJECTIONS

APPENDIX
A.   Company and Industry Overview
B.   Leverage Comparables
C.   Valuation Back-up
D.   RAC Checklists
E.   Franchise & Related Risk Review
F.   Debt Rating Model (DRM) and RORC Calculation

| At A Glance | Project Dice |
|---|---|
| | 17 May 2007 |
| **Purpose:** | The purpose of this memo is to request approval to issue a financing commitment to support Terra Firma ("**TF**") in its proposed acquisition of EMI Group ("**EMI**" or the "**Company**"), a publicly listed UK company engaged in the recorded music and music publishing businesses. |

We are requesting approval to underwrite 100% of a £2,985m financing package (£2,485m funded, £500m unfunded) for TF's acquisition of EMI, consisting of the following:

- £1,400m 1-year securitization bridge at the EMI publishing unit
- £400m 7-year Revolving Credit Facility at the EMI
- £100m 7-year Acquisition Facility at the EMI publishing unit
- £725m 8-year TLB at the EMI recording unit
- £365m 1-year Bridge Facility at the EMI recording unit

Total expected leverage at closing is 3.3x senior, 4.9x total cash-pay at the recording unit and 11.8x bridge to securitization at the publishing unit, all based on pro forma FY2007 EBITDA (March year-end) of £341.7m ("**Deal EBITDA**"), of which £222.9m is recording EBITDA and £118.9m of publishing EBITDA.

**Sources & Uses**

| Sources (£ in million) | | Uses (£ in million) | |
|---|---|---|---|
| Total senior debt | 725 | Purchase of Equity | 2,408 |
| HY Bridge / Notes | 365 | Repayment of Debt | 1,173 |
| Securitization Bridge | 1,400 | Fees & Expenses | 61 |
| Total funded debt | 2,490 | Liquid Assets | 0 |
| | | | |
| Shareholders' equity | 1,153 | **Total Uses** | 3,643 |
| | | | |
| **Total Sources** | 3,643 | | |

| *Pro Forma Capitalisation* | **Combined Group Structure** | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | £ in mm | x 2007PF EBITDA | x2007PF EBITDA - Capex | x 2007 EBITDA | x 2008E EBITDA | % of Total | Cash | Tenor |
|---|---|---|---|---|---|---|---|---|
| Securitization Bridge[1] | 1,400.0 | 4.1x | 4.5x | 8.0x | 4.5x | 38.4% | L + 2.00% | |
| Term Loan B | 725.0 | 2.1x | 2.4x | 4.2x | 2.3x | 19.9% | L + 2.50% | 8 years |
| Senior Debt | 2,125.0 | 6.2x | 6.9x | 12.2x | 6.9x | 58.3% | | |
| HY Bridge / Notes[2] | 365.0 | 1.1x | 1.2x | 2.1x | 1.2x | 10.0% | L + 4.50% | 10 years |
| Total Debt | 2,490.0 | 7.3x | 8.1x | 14.3x | 8.1x | 68.4% | | |
| Shareholder's Equity | 1,153.0 | 3.4x | 3.7x | 6.6x | 3.7x | 31.6% | | |
| Total Capitalization | 3,643.0 | 10.7x | 11.8x | 20.9x | 11.8x | 100.0% | | |
| | | | | | | | | |
| Deal EBITDA / Reported EBITDA | 341.7 | 308.1 | 174.3 | 308.9 | [3] | | | |

Notes:  (1) Securitization Bridge interest rate steps up 25bps every six months until reaching a cap of L+300bps.
(2) High Yield Bridge interest rate steps up 50bps every three months bridge is outstanding.  Caps of 10.5% cash and 11.5% total.
(3) EBITDA excludes that projected from acquisitions in FY2008

**Pro Forma Capitalisation (Recorded Music Business)**

| | £ in mm | x 2007PF EBITDA | x2007PF EBITDA - Capex | x 2007 EBITDA | x 2008E EBITDA | % of Total | Cash | Tenor |
|---|---|---|---|---|---|---|---|---|
| Term Loan B | 725.0 | 3.3x | 3.7x | 11.7x | 4.0x | 42.9% | L + 2.50% | 8 years |
| Senior Debt | 725.0 | 3.3x | 3.7x | 11.7x | 4.0x | 42.9% | | |
| HY Bridge / Notes[1] | 365.0 | 1.6x | 1.9x | 5.9x | 2.0x | 21.6% | L + 4.50% | 10 years |
| Total Debt | 1,090.0 | 4.9x | 5.6x | 17.6x | 5.9x | 64.5% | | |
| Shareholder's Equity[2] | 601.0 | 2.7x | 3.1x | 9.7x | 3.3x | 35.5% | | |
| Total Capitalization | 1,691.0 | 7.6x | 8.7x | 27.3x | 9.2x | 100.0% | | |
| | | | | | | | | |
| Deal EBITDA / Reported EBITDA | 222.9 | 195.1 | 61.9 | 183.5 | | | | |

Notes:  (1) High Yield Bridge interest rate steps up 50bps every three months bridge is outstanding.  Caps of 10.5% cash and 11.5% total.
(2) Allocated between two business based on implied split from Broker reports.

**Pro Forma Capitalisation (Publishing Business)**

| | £ in mm | x 2007PF EBITDA | x2007PF EBITDA - Capex | x 2007 EBITDA | x 2008E EBITDA | % of Total | Cash | Tenor |
|---|---|---|---|---|---|---|---|---|
| Securitization Bridge[1] | 1,400.0 | 11.8x | 12.4x | 12.5x | 11.2x | 72.8% | L + 2.00% | |
| Total Debt | 1,400.0 | 11.8x | 12.4x | 12.5x | 11.2x | 72.8% | | |
| Shareholder's Equity[2] | 522.0 | 4.4x | 4.6x | 4.6x | 4.2x | 27.2% | | |
| Total Capitalization | 1,922.0 | 16.2x | 17.0x | 17.1x | 15.3x | 100.0% | | |
| | | | | | | | | |
| Deal EBITDA / Reported EBITDA | 118.8 | 112.9 | 112.4 | 125.4 | [2] | | | |

Notes:  (1) Securitization Bridge interest rate steps up 25bps every six months until reaching a cap of L+300bps.
(2) Allocated between two business based on implied split from Broker reports.
(3) EBITDA excludes that projected from acquisitions in FY2008.

---

| *Citi Commitment (Leveraged Finance)* | *Leveraged Finance (100% of total) Assumes we hold 50% of bridge and 10% of RCF based on a 2-handed deal* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| in millions | FRR | Maturity | Total Facilities GBP | Total Facilities USD | Commitment GBP | Commitment USD | Expected Hold GBP | Expected Hold USD | Obligor Limit USD | Exception USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RCF | 6+ | 7 years | 400 | 792 | 400 | 792 | 40 | 79 | 50 | 29 |
| Term Loan B | 6+ | 8 years | 725 | 1,436 | 725 | 1,436 | 0 | 0 | | |
| Interest Rate PSLE | 6+ | 3 years | 8 | 15 | 8 | 15 | 8 | 15 | 50 | |
| Total Senior Facilities | | | 1,125 | 2,228 | 1,125 | 2,228 | 40 | 79 | | |
| | | | | | | | | | | |
| HY Bridge Facility | 6- | 1 year | 365 | 723 | 365 | 723 | 183 | 361 | 60 | 301 |
| | | | | | | | | | | |
| Total Facilities | | | 1,490 | 2,951 | 1,490 | 2,951 | 223 | 441 | | 331 |
| GBP / USD FX Rate | 1.98042 | | | | | | | | | |

A-12213

CITI-TF 00562441

## Summary of Key Credit Case – Terra Firma Case Projections (Consolidated EMI)

| (£ in millions) | 2005 | 2006 | 2007 | 2Q-4Q 2008 | 2008PF | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | | |
| Sales | 2,031.1 | 2,079.6 | 1,751.6 | 1,353.0 | 1,804.1 | 1,831.1 | 1,860.1 | 1,885.2 | 1,911.5 | 1,938.4 | 1,968.2 | 2,004.3 | 2,047.9 | 2,095.8 | 2,144.8 |
| Sales growth | | 2.9% | (15.8)% | | 2.9% | 1.5% | 1.6% | 1.4% | 1.4% | 1.4% | 1.9% | 1.8% | 2.2% | 2.3% | 2.3% |
| EBITDA | 273.2 | 276.6 | 174.3 | 238.1 | 318.8 | 434.8 | 457.6 | 463.4 | 461.9 | 489.0 | 477.2 | 497.6 | 500.7 | 515.2 | 527.2 |
| EBITDA margin | 13.7% | 13.2% | 10.0% | 17.7% | 17.7% | 23.7% | 24.6% | 24.6% | 24.2% | 24.2% | 24.2% | 24.3% | 24.5% | 24.6% | 24.6% |
| **DEAL EBITDA** | | | | 341.7 | | | | | | | | | | | |
| Senior cash interest | | | | 47.1 | 73.9 | 70.9 | 72.6 | 62.8 | 62.3 | 62.3 | 62.3 | 62.3 | 16.7 | 1.5 | 1.5 |
| Senior + 2nd lien interest | | | | 47.1 | 73.9 | 70.9 | 72.6 | 62.8 | 62.3 | 62.3 | 62.3 | 62.3 | 16.7 | 1.5 | 1.5 |
| Total cash interest | | | | 157.2 | 217.7 | 217.7 | 219.4 | 209.6 | 209.1 | 209.1 | 209.1 | 209.1 | 209.1 | 153.5 | 148.3 | 120.9 |
| **CASH FLOW STATEMENT** | | | | | | | | | | | | | | | |
| EBITDA | | | | 238.1 | 318.8 | 434.8 | 457.6 | 463.4 | 461.9 | 489.0 | 477.2 | 497.6 | 500.7 | 515.2 | 527.2 |
| Change in net working capital | | | | (0.6) | (0.8) | (0.9) | 0.0 | 0.2 | 0.5 | 0.6 | 0.9 | 1.1 | 1.5 | 1.8 | (0.7) |
| Other operating cash flows | | | | (26.6) | (37.0) | (41.9) | (14.1) | | | | | | | | |
| Income taxes paid | | | | (1.2) | (1.7) | (26.8) | (38.0) | (45.0) | (47.6) | (51.2) | (55.3) | (63.3) | (78.0) | (92.2) | (93.3) |
| Operating cash flow | | | | 210.4 | 279.3 | 365.4 | 405.9 | 417.6 | 414.9 | 416.4 | 423.7 | 427.4 | 429.6 | 436.7 | 433.3 |
| Capital expenditures | | | | (24.1) | (32.1) | (29.5) | (28.5) | (27.5) | (26.6) | (25.9) | (25.2) | (24.9) | (24.0) | (23.5) | (24.1) |
| % of sales | | | | 1.8% | 1.8% | 1.6% | 2% | 1.5% | 1.4% | 1.3% | 1.3% | 1.2% | 1.2% | 1.1% | 1.1% |
| Capex facility drawdown | | | | | | | | | | | | | | | |
| Publishing Acquisitions | | | | (136.9) | (138.9) | (142.1) | | | | | | | | | |
| Cash flow available for debt service | | | | 47.9 | 108.7 | 193.4 | 375.5 | 390.2 | 389.2 | 392.6 | 392.6 | 402.9 | 399.6 | 413.2 | 409.2 |
| Net cash interest paid | | | | (157.3) | (209.5) | (217.7) | (219.4) | (236.4) | (199.1) | (199.6) | (180.5) | (160.3) | (112.4) | (118.6) | (76.0) |
| Cash flow available for debt repayment | | | | (109.4) | (100.8) | (24.3) | 157.0 | 181.7 | 189.1 | 192.6 | 217.5 | 233.6 | 287.2 | 294.6 | 332.4 |
| Cumulative cash flow available for debt repayment | | | | (109.4) | | (133.7) | 23.3 | 205.1 | 394.2 | 596.8 | 814.3 | 1,047.9 | 1,335.0 | 1,629.6 | 1,962.0 |
| **DEBT SCHEDULE** | | | | At Closing | | | | | | | | | | | |
| Draw capex facility | | | | | | | | | | | | | | | |
| Draw revolver | | | | | 109.7 | 133.7 | | | | | | | | | |
| Term loan A | | | | | | | | | | | | | | | |
| Term loan B (Average Life 8 years) | | | | 725.0 | 725.0 | 725.0 | 725.0 | 725.0 | 725.0 | 725.0 | 725.0 | 725.0 | | | |
| Term loan C | | | | | | | | | | | | | | | |
| Securitisation Bridge | | | | 1,400.0 | 1,400.0 | 1,400.0 | 1,400.0 | 1,400.0 | 1,400.0 | 1,400.0 | 1,400.0 | 1,400.0 | 1,400.0 | 1,400.0 | 1,400.0 |
| Total senior debt | | | | 2,125.0 | 2,234.7 | 2,258.7 | 2,125.0 | 2,125.0 | 2,125.0 | 2,125.0 | 2,125.0 | 2,125.0 | 1,400.0 | 1,400.0 | 1,400.0 |
| 2nd lien | | | | | | | | | | | | | | | |
| Total senior debt thru 2nd lien | | | | 2,125.0 | 2,234.7 | 2,258.7 | 2,125.0 | 2,125.0 | 2,125.0 | 2,125.0 | 2,125.0 | 2,125.0 | 1,400.0 | 1,400.0 | 1,400.0 |
| Mezzanine | | | | 365.0 | 365.0 | 365.0 | 365.0 | 365.0 | 365.0 | 365.0 | 365.0 | 365.0 | 365.0 | 365.0 | |
| HY bridge / Notes | | | | | | | | | | | | | | | |
| HY bonds / RNs | | | | | | | | | | | | | | | |
| Other existing debt | | | | | | | | | | | | | | | |
| Total cash-pay debt | | | | 2,490.0 | 2,599.7 | 2,623.7 | 2,490.0 | 2,490.0 | 2,490.0 | 2,490.0 | 2,490.0 | 2,490.0 | 1,765.0 | 1,765.0 | 1,400.0 |
| PIK | | | | | | | | | | | | | | | |
| Total debt thru PIK | | | | 2,490.0 | 2,599.7 | 2,623.7 | 2,490.0 | 2,490.0 | 2,490.0 | 2,490.0 | 2,490.0 | 2,490.0 | 1,765.0 | 1,765.0 | 1,400.0 |
| Cash | | | | | 0.3 | | 23.3 | 205.1 | 394.2 | 596.8 | 814.3 | 1,047.9 | 610.0 | 904.6 | 972.0 |
| Senior net debt | | | | 2,125.0 | 2,234.4 | 2,258.7 | 2,101.7 | 1,919.9 | 1,730.8 | 1,528.2 | 1,310.7 | 1,077.1 | 790.0 | 495.4 | 528.0 |
| Senior + 2nd lien net debt | | | | 2,125.0 | 2,234.4 | 2,258.7 | 2,101.7 | 1,919.9 | 1,730.8 | 1,528.2 | 1,310.7 | 1,077.1 | 790.0 | 495.4 | 528.0 |
| Total net cash-pay debt | | | | 2,490.0 | 2,599.4 | 2,623.7 | 2,466.7 | 2,284.9 | 2,095.8 | 1,893.2 | 1,675.7 | 1,442.1 | 1,155.0 | 860.4 | 528.0 |
| Total net debt thru PIK | | | | 2,490.0 | 2,599.4 | 2,623.7 | 2,466.7 | 2,284.9 | 2,095.8 | 1,893.2 | 1,675.7 | 1,442.1 | 1,155.0 | 860.4 | 528.0 |
| **CREDIT RATIOS** | | | | At Closing | | | | | | | | | | | |
| EBITDA / Senior cash interest | | | | 7.3x | 4.5x | 6.1x | 6.3x | 7.4x | 7.4x | 7.5x | 7.7x | 7.8x | 30.0x | 349.4x | 351.5x |
| EBITDA / Senior + 2nd lien interest | | | | 7.3x | 4.5x | 6.1x | 6.3x | 7.4x | 7.4x | 7.5x | 7.7x | 7.8x | 30.0x | 349.4x | 351.5x |
| EBITDA / Total cash interest | | | | 2.3x | 1.5x | 2.0x | 2.1x | 2.2x | 2.3x | 2.3x | 2.3x | 2.3x | 3.1x | 3.5x | 4.4x |
| EBITDA / Capex / Net cash interest | | | | 2.0x | 1.4x | 1.9x | 2.0x | 2.1x | 2.2x | 2.3x | 2.5x | 2.7x | 4.2x | 4.1x | 6.5x |
| Total senior debt / EBITDA | | | | 6.2x | 7.0x | 5.2x | 4.5x | 4.6x | 4.5x | 4.5x | 4.5x | 4.4x | 2.6x | 2.7x | 2.7x |
| Total senior + 2nd lien debt / EBITDA | | | | 6.2x | 7.0x | 5.2x | 4.5x | 4.6x | 4.6x | 4.5x | 4.5x | 4.4x | 2.6x | 2.7x | 2.7x |
| Senior net debt / EBITDA | | | | 7.3x | 8.2x | 6.0x | 5.4x | 5.4x | 5.4x | 5.3x | 5.2x | 5.1x | 3.4x | 2.7x | 2.7x |
| Senior net debt / EBITDA | | | | 6.2x | 7.0x | 5.2x | 4.6x | 4.7x | 3.7x | 3.3x | 3.7x | 2.2x | 1.6x | 1.0x | 1.0x |
| Senior + 2nd lien net debt / EBITDA | | | | 6.3x | 7.0x | 6.2x | 4.6x | 4.1x | 3.7x | 3.3x | 3.7x | 2.2x | 1.6x | 1.0x | 1.0x |
| Total net cash-pay debt / EBITDA | | | | 7.3x | 8.2x | 6.0x | 5.4x | 4.9x | 4.5x | 4.0x | 3.5x | 3.0x | 2.3x | 1.7x | 1.0x |
| Total net debt thru PIK / EBITDA | | | | 7.3x | 8.2x | 6.0x | 5.4x | 4.9x | 4.5x | 4.0x | 3.5x | 3.0x | 2.3x | 1.7x | 1.0x |
| Senior net debt / EBITDA - capex | | | | 6.7x | 7.9x | 5.6x | 4.9x | 4.4x | 4.0x | 3.4x | 2.9x | 2.3x | 1.7x | 1.0x | 1.0x |
| Senior + 2nd lien net debt / EBITDA - capex | | | | 6.7x | 7.9x | 5.6x | 4.9x | 4.4x | 4.0x | 3.4x | 2.9x | 2.3x | 1.7x | 1.0x | 1.0x |
| Total net cash-pay debt / EBITDA - capex | | | | 11.8x | 9.1x | 6.5x | 5.7x | 5.2x | 4.6x | 4.1x | 3.7x | 3.1x | 2.4x | 1.8x | 1.0x |
| Total net debt thru PIK / EBITDA - capex | | | | 7.8x | 9.1x | 6.5x | 5.7x | 5.2x | 4.6x | 4.3x | 3.7x | 3.1x | 2.4x | 1.8x | 1.0x |
| Fixed charge coverage ratio | | | | | | 1.0x | 1.1x | 1.0x | 2.3x | 2.1x | 2.2x | 2.4x | 0.5x | 3.5x | 0.9x |
| Total debt / Total capital | | | | 99.9% | 69.2% | 68.0% | 64.9% | 62.6% | 60.4% | 58.2% | 56.0% | 53.6% | 42.6% | 40.5% | 32.6% |
| % of net cash-pay debt outstanding | | | | 100% | 104% | 105% | 99% | 92% | 84% | 76% | 67% | 58% | 46% | 35% | 21% |
| % of original cash-pay debt / EBITDA multiple | | | | 107% | 112% | 93% | 74% | 68% | 62% | 55% | 48% | 41% | 32% | 23% | 14% |

* Term Loan A repayment schedule based on a minimum fixed charge coverage ratio of 1.1x.

**A-12214**

<table>
<tr><td colspan="2" align="center">**APPROVAL SUMMARY OF TERMS**<br>PROJECT DICE<br>May 17, 2007</td></tr>
<tr><td>*Sponsoring Officer*</td><td>Paul Simpkin</td></tr>
<tr><td>*Sponsor*</td><td>**Terra Firma**</td></tr>
<tr><td>*Customer*</td><td>**EMI Group plc** is one of the four music majors – alongside Universal, Sony BMG and Warner Music Group ("WMG"). It owns the number two music publishing company in the world and the third-largest recorded music business employing over 6,300 people through direct operations in 50 countries and licenses in a further 20. It has an equity value today of approximately £2.3bn and net debt of approximately £1.1bn. For the twelve months ended 31 March 2007, EMI Group will report turnover of £1,751.6mn and EBITDA of £174.1mn. Pro Forma EBITDA for the year is £341.7mn</td></tr>
<tr><td>*Transaction*</td><td>Over the last few years, EMI has been the subject of various failed attempts to merge with WMG in order to create the leading music player globally, which will benefit from significant synergies. Following the ruling by EU last year to overturn its decision to allow the Sony-BMG merger and launch a detailed review of the merger, all merger discussions with WMG collapsed. EMI has been the subject of interest from various private equity parties since then. As a result EMI has decided to conduct an unofficial auction process, which we understand includes several private equity. Citi, Deutsche Bank and Greenhill are acting as financial advisors to EMI's board in the context of the contemplated transaction.

Citi has been cleared to provide financing to potential bidders in the context of a potential transaction on the basis of segregated teams and chinese walls. Citi was approached by Terra Firma on 10 May to provide indicative financing terms for a potential transaction. The financing terms have been requested on the basis of a transaction structure involving a securitisation of the music publishing assets. Terra Firma approached Citi again on 15 May stating that they would like Citi to be one of its two banks moving forward in the process with the understanding that full commitment will be needed by the 18th of May.

The purpose of this memo is to seek approval to issue commitment papers on a certain funds basis to Terra Firma to support its bid for EMI Group.

Terra Firma is seeking a package that would include a bridge to securitization at its music publishing unit combined with a traditional leveraged finance transaction including senior and HY/Bridge at its recorded music unit.

Total expected leverage at closing is 3.3x senior, 4.9x total cash-pay at the recording unit and 11.8x bridge to securitization at the publishing unit. Minimum equity is 30% of funded debt plus fees and expenses at both the recording and publishing units.

The second bank Terra Firma will include in this process is Deutsche Bank.</td></tr>
<tr><td>*Risk Ratings (Combined Company / Recording)*</td><td>**Combined Company ORR:** 6<br><br>**Recorded Music ORR:** 6<br><br>**Recorded Music FRR:** 6+ senior; 6- HY Bridge<br><br>**External:** N/A</td></tr>
<tr><td>*Risk Acceptance Criteria (RAC)*</td><td>**Senior:** We are requesting approval for the following 3 senior debt RAC exceptions:
- *Ratios* – not met based on size and leverage of facilities
- *Covenants* – not met based on size and leverage of facilities
- *Amortization* – non amortizing structure</td></tr>
</table>

CITI-TF 00562442

| | | | Total Facilities | | Commitment | | Expected Hold | | Obligor Limit | Exception |
|---|---|---|---|---|---|---|---|---|---|---|
| in millions | FRR | Maturity | GBP | USD | GBP | USD | GBP | USD | USD | USD |
| RCF | 6+ | 7 years | 400 | 792 | 400 | 792 | 40 | 79 | 50 | 29 |
| Term Loan B | 6+ | 8 years | 725 | 1,436 | 725 | 1,436 | 0 | 0 | | |
| Interest Rate PSLE | 6+ | 3 years | 8 | 15 | 8 | 15 | 8 | 15 | 50 | |
| **Total Senior Facilities** | | | 1,125 | 2,228 | 1,125 | 2,228 | 40 | 79 | | |
| HY Bridge Facility | 6- | 1 year | 365 | 723 | 365 | 723 | 183 | 361 | 60 | 301 |
| **Total Facilities** | | | 1,490 | 2,951 | 1,490 | 2,951 | 223 | 441 | | 331 |
| GBP / USD FX Rate | 1.98042 | | | | | | | | | |

| | |
|---|---|
| ***Leveraged Finance Approval Request*** | ***Music Recording Leverage Finance:*** We are seeking approval to underwrite 100% of the following facilities.<br><br>We are requesting a hold position of £40m ($79m) on the senior facilities, including the RCF. We are requesting an expected hold position of £183m ($361m) of the HY bridge. We are also requesting approval for a $15m Interest rate hedging line.<br><br>The bridge and RCF expected hold assumes a 2 handed deal in which Citi holds 10% of the RCF and 50% of the bridge. The resulting total hold amounts to a $331m short-term OLE. Given the 12-month tenor of the bridge facility we expect this OLE to be down to $29m within one year. During the first year we intend to sell down our RCF exposure in the secondary market to completely eliminate the OLE. |
| ***Flex*** | Senior Facilities: [   ]% weighted average; HY Bridge: [   ]% |
| ***Conditions Precedents & Other Protections*** | We are requesting approval to issue commitment papers on a certain funds basis. |
| ***Obligor Exceptions*** | The resulting total hold amounts to a $331m short-term OLE. Given the 12-month tenor of the bridge facility we expect this OLE to be down to $29m within one year. During the first year we intend to sell down our RCF exposure in the secondary market to completely eliminate the OLE. |
| ***Documentation Exceptions*** | We are requesting the following documentation exceptions for the term sheet and interim facility:<br><br>*Term Sheet:*<br>• MAC conditionality (business or market) – not included<br>• Material litigation rep – not included at each new money drawdown, but is included at closing<br>• Indemnity – the actual complete wording for the indemnity has not yet been provided<br>• Tax provisions – contains a definition of Qualifying lender that must be approved by Citi tax department<br><br>*Interim Facility Agreement:*<br>• Borrower does not need to submit audited statements or open books upon request to lenders – we are ok with this as the borrower will be a newly formed company and the duration of the interim facility is less than one year<br>• No cross-default or cross-acceleration – we are ok as the borrower is a newco with no existing indebtedness and no right to incur any other indebtedness other than that of the facility<br>• MAC conditionality (business or market) – not included<br>• Material litigation rep – not included |
| ***Approval Facilities*** | **Senior Revolving Credit Facility: £400 million**<br>*Borrower:* Bidco<br>*Purpose:* Working capital purposes<br>*Interest Rate:* L+2.00% (subject to margin ratchet)<br>*Security:* Substantially all assets and stock of subsidiaries that can be pledged under local law<br>*Ranking:* Senior<br>*Guarantors:* All the subsidiaries of Bidco, including the Target<br>*Currency:* British Pound Sterling, $ and €<br>*Placement Fee:* 1.5%<br>*Maturity:* 7 years from closing<br>*Covenants:* Leverage ratio based on pro forma EBITDA, only when the RCF is drawn<br>*Law:* English Law<br><br>**Senior Acquisition Facility: £100 million**<br>*Borrower:* Bidco<br>*Purpose:* Future acquisitions |

CITI-TF 00562443

A-12216

*Interest Rate*: L+2.00% (subject to margin ratchet)
*Security*: Substantially all assets and stock of subsidiaries that can be pledged under local law
*Ranking*: Senior
*Guarantors*: All the subsidiaries of Bidco, including the Target
*Currency*: British Pound Sterling, $ and €
*Placement Fee*: 1.5%
*Maturity*: 7 years from closing
*Covenants*: Leverage ratio based on pro forma EBITDA, only when the RCF is drawn
*Law*: English Law

**Senior Term Loan B: £725 million**
*Borrower*: Bidco
*Purpose*: Finance the Acquisition (including fees and expenses)
*Interest Rate*: L+2.50% (subject to margin ratchet)
*Security*: Substantially all assets and stock of subsidiaries that can be pledged under local law
*Ranking*: Senior
*Guarantors*: All the subsidiaries of Bidco, including the Target
*Currency*: British Pound Sterling, $ and €
*Placement Fee*: 1.5%
*Maturity*: 8 years from closing
*Covenants*: Leverage ratio based on pro forma EBITDA, only when RCF is drawn
*Law*: English Law

**HY Bridge Loan: £365 million**
*Borrower*: Bidco
*Purpose*: Finance the Acquisition (including fees and expenses)
*Interest Rate*: L+4.50% , increasing by 0.50% p.a. per quarter. Applicable Interest Rate is subject to caps of 10.5% cash interest / 11% total. Should the final rating be [CCC] or worse an additional 0.50% margin will be added.
*Ranking*: Subordinate to Senior credit facilities
*Guarantors*: All the subsidiaries of Bidco, including the Target
*Currency*: British Pound Sterling, $ and €
*Placement Fee*: 1.5% subject to the following rebates to be determined
*Maturity*: 12 months from closing
*Covenants*: Leverage ratio based on pro forma EBITDA, only when RCF is drawn
*Law*: English Law

| | |
|---|---|
| ***Other Citi Roles*** | Citigroup is M&A co-advisor for the sale of the business representing EMI. |
| ***Total Fees*** | Total financing fees to Citigroup (including both Leveraged Finance and Securitization) are estimated to be at $61.2m ($32.5 Lev Fin, $28.7 securitization) assuming Citi as Sole arranger. It is likely that the actual transaction will end up as a 2-3 handed deal. |
| ***Deal EBITDA*** | Pro forma FY2007 EBITDA (March year-end) is £341.7m ("**Deal EBITDA**"), of which £222.9m is recording EBITDA and £118.9m of publishing EBITDA. |

| | | | |
|---|---|---|---|
| ***RORC:*** | Lifetime RORC: | 0.37% | The RORC is below the Citigroup hurdle rate of 30% for leveraged finance transactions. We are requesting approval for the below-hurdle rate, as (a) we believe that this transaction is important to enable us to further our leveraged finance relationship with Terra Firma and (b) RORC will increase significantly once we include fees from the HY and securitization take-outs (which will greatly reduce assets on our books). |
| | 1-year RORC: | 6.97% | |

CITI-TF 00562444

A-12217

| Loan to Value | Senior LTV (Recorded Music) | 55.9% |
| | Total LTV (Recorded Music) | 74.1% |
| | Total LTV (Publishing) | 76.3% |
| | Senior LTV (Combined) | 66.0% |
| | Total LTV (Combined) | 75.2% |

*Recorded Music:* Based on mid-point of valuation range of £2,010m (see appendix C for full valuation analysis) for the Recorded Music segment on a standalone basis. All figures assume fully drawn RCF.

*Publishing:* Based on mid-point of valuation range of £1,966m (see appendix C for full valuation analysis) for the Publishing segment on a standalone basis. All figures assume fully drawn Acquisition facility.

*Combined EMI:* Based on mid-point of valuation range of £3,976m (see appendix C for full valuation analysis) for the combined total EMI business. All figures assume fully drawn RCF and Acquisition facility.

| Syndication | **Difficult** |
| | We believe syndication will be difficult given the volatility of the recorded music business, and to some extent of restructuring execution risk at high leverage. We believe that syndication will be supported by the relatively large equity cushion, and the nature of cost-cuts (2/3rds of which have already been actioned, and which are principally headcount and related reductions. |
| | We have structured this transaction to enable a largely institutional syndication. We plan on targeting institutions to selected accounts from the universe of approximately 50 accounts in Europe that invest in LBO paper, including CLOs, hedge funds and other credit funds. |
| | In order to syndicate 50% of the £400m RCF and £100m committed acquisition facility (both expected to be undrawn at closing), we will use fees to attract both existing lenders as well as new banks to participate. There is also a possibility that we will be able to entice some of the institutions into taking some RCF in exchange for a preferred allocation on the TLB. We are currently assuming that we will need to pay away 150bps on the unfunded RCF and AF facilities to sell them down assuming that the TLB is sold together with RCF. |
| | We believe that the early redemption of over £1bn of securities, including £425m of high yield securities, will support demand for the £365m high yield bridge take-out. |

| Key Risks | • Music Publishing volatility |
| | • High Operating Leverage of Music Recording |
| | • Physical Recorded Music decline and digital growth |
| | • Piracy impact |

| Approvers | **Sr. Business Manager** | Chad Leat |
| | **Bridge Risk/OLE/CCO Designee** | Dick Trask |
| | **2 SCOs** | Dick Trask, Philippa Nesbit |
| | **2 SSOs** | Richard Zogheb, Richard Basham |
| | **High Yield Debt Capital Markets** | Paul Simpkin |
| | **Sponsoring SCO** | Paul Simpkin |

| Approval Conditions: | |

| Initials | |

CITI-TF 00562445

A-12218

# 1    EXECUTIVE SUMMARY

CITI-TF 00562446

A-12219

# Executive Summary

## PURPOSE

The purpose of this memo is to request approval to issue a financing commitment to support Terra Firma ("**TF**") in its proposed acquisition of EMI Group ("**EMI**" or the "**Company**"), a publicly listed UK company engaged in the recorded music and music publishing businesses.

We are requesting approval to underwrite 100% of a £2,985m financing package (£2,485m funded, £500m unfunded) for TF's acquisition of EMI, consisting of the following:

- £1,400m 1-year securitization bridge at the EMI publishing unit
- £400m 7-year Revolving Credit Facility at the EMI
- £100m 7-year Acquisition Facility at the EMI publishing unit
- £725m 8- year TLB at the EMI recording unit
- £365m 1- year Bridge Facility at the EMI recording unit

Total expected leverage at closing is 3.3x senior, 4.9x total cash-pay at the recording unit and 11.8x bridge to securitization at the publishing unit., all based on pro forma FY2007 EBITDA (March year-end) of £341.7m ("**Deal EBITDA**"), of which £222.9m is recording EBITDA and £118.9m of publishing EBITDA.

## TRANSACTION BACKGROUND

EMI Group plc is one of the four music majors – alongside Universal, Sony BMG and Warner Music Group ("WMG"). It owns the number two music publishing company in the world and the third-largest recorded music business employing over 6,300 people through direct operations in 50 countries and licenses in a further 20. It has an equity value today of approximately £2.3bn and net debt of approximately £1.1bn. For the twelve months ended 31 March 2007, EMI Group will report turnover of £1,751.6mn and EBITDA of £174.1mn. Pro Forma EBITDA for the year is £341.7mn, the calculation is explained below. Over the last few years, EMI has been the subject of various failed attempts to merge with WMG in order to create the leading music player globally, which will benefit from significant synergies.

Following the ruling by EU last year to overturn its decision to allow the Sony-BMG merger and launch a detailed review of the merger, all merger discussions with WMG collapsed. EMI has been the subject of interest from various private equity parties since then. As a result EMI has decided to conduct an unofficial auction process, which we understand includes several private equity. Citi, Deutsche Bank and Greenhill are acting as financial advisors to EMI's board in the context of the contemplated transaction.

Citi has been cleared to provide financing to potential bidders in the context of a potential transaction on the basis of segregated teams and chinese walls. Citi was approached by Terra Firma on 10 May to provide indicative financing terms for a potential transaction. The financing terms have been requested on the basis of a transaction structure involving a securitisation of the music publishing assets. Terra Firma approached Citi again on 15 May stating that they would like Citi to be one of its two banks moving forward in the process with the understanding that full commitment will be needed by the 18th of May.

Terra Firma is contemplating a transaction structure which will involve a securitisation of the publishing assets and a traditional leverage finance transaction at the recording business.

Binding offers for EMI are due from all interested parties by Friday, 18 May. Terra Firma has asked a number of debt financing banks (RBS, Deutsche Bank, UBS, Barclays Capital and Citi) to provide their indicative financing terms by Tuesday, 15 May, with a view to providing final commitment letters by Friday, 18 May. As mentioned above, Terra Firma has given Citi the right to match and offer it has already received and would like to move forward with Citi and one other bank, (Deutsche Bank). Any potential offer by Terra Firma will be subject to a 75% acceptance threshold.

1

A-12220

# Executive Summary

### KEY CHANGES SINCE GREENLIGHT

Since greenlight on 16 May, we have conducted greater analysis of the latest existing capital structure of EMI, and our model now incorporates the additional equity value from conversion of EMI's $240m convertible bond. Further, we have modeled a take-out share price of £2.60 (vs. current trading price of £2.44) based on discussions with Terra Firma. This has substantially increased the relative contribution of equity in the pro forma capital structure.

We have had further discussions with Terra Firma, their strategy for the recorded music business and the view of potential cost reductions. On the basis of further conversations they have had with EMI, they are comfortable with a further £50m cost reductions to take recorded music deal EBITDA to £222.9m. This is corroborated by EMI's recorded music original plan to put in place a £158m cost restructuring plan, implying £50m of achievable additional cost cuts, and McKinsey's analysis which shows a further £45m to £85m of cost cuts are achievable. These cost cuts do not take into account reductions in marketing expenditures, which has not reduced from £270m per year over the last 3 years, in spite of reducing revenues and a changing business model, nor does it factor in an outright shut down of the North America rock & pop business which TF estimates will lose £40m EBITDA this year, and which has lost £300m of EBITDA (globally) over the past 2 years.

Terra Firma have identified and described to us £80-£110m of additional cost savings, of which they have included £50m in the model (and the deal EBITDA).

We should point out that McKinsey benchmarking against Warner shows EMI's EBITDA margin per full time employee at £14 and £47 by 2010, compared to £130 for Warner.

On the basis of EBITDA of £222.9m pro forma leverage for recording music would be 4.9x through the high yield and 3.3x across the TLB.

### SPONSOR OVERVIEW

Terra Firma was created in 2002 as the independent successor to Nomura International plc's Principal Finance Group which was established by Guy Hands in 1994. The existing portfolio of investments that Nomura had made through PFG since 1994 was transferred to TFCP I and Terra Firma continues to manage those investments for Nomura, which is a cornerstone investor in TFCP II. Terra Firma has offices in London and Frankfurt. The UK and Germany will remain the primary focus for TFCP III, but Terra Firma will continue to pursue appropriate investment opportunities elsewhere in Europe.

Since 1994, Terra Firma has consistently applied an investment strategy that focuses on identifying and capturing value from companies in out-of-favour sectors that are often overlooked or undervalued by the financial community. Terra Firma focuses on opportunities to deliver superior returns. It targets large, asset-rich, basic service businesses in unfashionable and often regulated sectors that have complex or structural issues, where the target will benefit from strategic, operational or management change. It is by focusing on these attributes rather than on any specific sector that determines where Terra Firma will invest.

Since its inception in 1994, Terra Firma has invested almost €8 billion of equity capital in businesses.

2

# Executive Summary

### RATIONALE FOR PROPOSED CAP STRUCTURE

The following tables outline the structure at recorded music, music publishing and the combined group.

**Whole Group Structure**

| | £ in mm | x 2007PF EBITDA | x2007PF EBITDA - Capex | x 2007 EBITDA | x 2008E EBITDA | % of Total | Cash | Tenor |
|---|---|---|---|---|---|---|---|---|
| Securitization Bridge[1] | 1,400.0 | 4.1x | 4.5x | 8.0x | 4.5x | 38.4% | L + 2.00% | |
| Term Loan B | 725.0 | 2.1x | 2.4x | 4.2x | 2.3x | 19.9% | L + 2.50% | 8 years |
| **Senior Debt** | **2,125.0** | **6.2x** | **6.9x** | **12.2x** | **6.9x** | **58.3%** | | |
| HY Bridge / Notes[2] | 365.0 | 1.1x | 1.2x | 2.1x | 1.2x | 10.0% | L + 4.50% | 10 years |
| **Total Debt** | **2,490.0** | **7.3x** | **8.1x** | **14.3x** | **8.1x** | **68.4%** | | |
| Shareholder's Equity | 1,153.0 | 3.4x | 3.7x | 6.6x | 3.7x | 31.6% | | |
| **Total Capitalization** | **3,643.0** | **10.7x** | **11.8x** | **20.9x** | **11.8x** | **100.0%** | | |
| Deal EBITDA / Reported EBITDA | | 341.7 | 308.1 | 174.3 | 308.9 [3] | | | |

Notes:   (1) Securitization Bridge interest rate steps up 25bps every six months until reaching a cap of L+300bps.
(2) High Yield Bridge interest rate steps up 50bps every three months bridge is outstanding.  Caps of 10.5% cash and 11.5% total.
(3) EBITDA excludes that projected from acquisitions in FY2008.

**Pro Forma Capitalisation (Recorded Music Business)**

| | £ in mm | x 2007PF EBITDA | x2007PF EBITDA - Capex | x 2007 EBITDA | x 2008E EBITDA | % of Total | Cash | Tenor |
|---|---|---|---|---|---|---|---|---|
| Term Loan B | 725.0 | 3.3x | 3.7x | 11.7x | 4.0x | 42.9% | L + 2.50% | 8 years |
| **Senior Debt** | **725.0** | **3.3x** | **3.7x** | **11.7x** | **4.0x** | **42.9%** | | |
| HY Bridge / Notes[1] | 365.0 | 1.6x | 1.9x | 5.9x | 2.0x | 21.6% | L + 4.50% | 10 years |
| **Total Debt** | **1,090.0** | **4.9x** | **5.6x** | **17.6x** | **5.9x** | **64.5%** | | |
| Shareholder's Equity[2] | 601.0 | 2.7x | 3.1x | 9.7x | 3.3x | 35.5% | | |
| **Total Capitalization** | **1,691.0** | **7.6x** | **8.7x** | **27.3x** | **9.2x** | **100.0%** | | |
| Deal EBITDA / Reported EBITDA | | 222.9 | 195.1 | 61.9 | 183.5 | | | |

Notes:   (1) High Yield Bridge interest rate steps up 50bps every three months bridge is outstanding.  Caps of 10.5% cash and 11.5% total.
(2) Allocated between two business based on implied split from Broker reports.

**Pro Forma Capitalisation (Publishing Business)**

| | £ in mm | x 2007PF EBITDA | x2007PF EBITDA - Capex | x 2007 EBITDA | x 2008E EBITDA | % of Total | Cash | Tenor |
|---|---|---|---|---|---|---|---|---|
| Securitization Bridge[1] | 1,400.0 | 11.8x | 12.4x | 12.5x | 11.2x | 72.8% | L + 2.00% | |
| **Total Debt** | **1,400.0** | **11.8x** | **12.4x** | **12.5x** | **11.2x** | **72.8%** | | |
| Shareholder's Equity[2] | 522.0 | 4.4x | 4.6x | 4.6x | 4.2x | 27.2% | | |
| **Total Capitalization** | **1,922.0** | **16.2x** | **17.0x** | **17.1x** | **15.3x** | **100.0%** | | |
| Deal EBITDA / Reported EBITDA | | 118.8 | 112.9 | 112.4 | 125.4 [3] | | | |

Notes:   (1) Securitization Bridge interest rate steps up 25bps every six months until reaching a cap of L+300bps.
(2) Allocated between two business based on implied split from Broker reports.
(3) EBITDA excludes that projected from acquisitions in FY2008.

3

CITI-TF 00562449

# Executive Summary

### DEAL EBITDA

EMI has already put in place cost-reduction programmes ("RE3" and "RE4", explained in more detail in the financials section), which have reduced and will reduce overheads going forward. These represent the main adjustments for the deal EBITDA. In addition, Deloitte & Touche identified in their VDD report an additional adjustment of £32.3m relating to overspend in marketing and promotion costs in FY07. We have ignored this adjustment for our purposes.

**DEAL EBITDA ANALYSIS**

**Whole Group**

| | £m |
|---|---|
| FY 2007 Reported EBITDA | 174.1 |
| *Normalisation & Exceptional Items:* | |
| Corporate: | |
| Legal costs incurred in Bertelsmann case | 4.6 |
| Recovery of Bertelsmann Costs | (7.6) |
| Pension credit in Japan | (1.4) |
| Royalties to the Beatles | (0.9) |
| **Total** | **(5.3)** |
| Music Recording | 16.0 |
| Music Publishing | (8.1) |
| FY 2007 Normalised EBITDA | 176.7 |
| RE3 Adjustments | 10.0 |
| RE4 Adjustments | 105.0 |
| McKinsey Identified Additional Cost Savings | 50.0 |
| FY 2007 Deal EBITDA | 341.7 |

**Recorded Music**

| | £m |
|---|---|
| FY 2007 Reported EBITDA | 78.3 |
| Overhead costs allocation | (16.6) |
| FY 2007 Adjusted EBITDA | 61.7 |
| *Normalisation & Exceptional Items:* | |
| Excess Returns | 15.0 |
| Kazaa Settlement | (8.0) |
| Brazil impact | 9.0 |
| **Total** | **16.0** |
| Allocation of Corporate adjustments | (4.1) |
| FY 2007 Normalised EBITDA | 73.6 |
| RE3 Adjustments | 10.0 |
| RE4 Adjustments | 89.3 |
| McKinsey Identified Additional Cost Savings | 50.0 |
| FY 2007 Deal EBITDA | 222.9 |

**Whole Group Adjustments:**

► **Normalisation & Exceptional items**: Adjustments identified in Deloitte & Touche VDD report and KPMG accounting report relating to legal costs and pension credits

► **RE3 Adjustments**: Adjustment to reflect £30m annual cost savings implemented during 2006 relating to the completed RE3 programme of which only £20 came through in FY2007

► **RE4 Adjustments**: Of the planned £110m annualised cost savings, only £5m was achieved in FY2007

► **McKinsey Identified Additional Cost Savings**: Based on detailed cost savings report prepared by Mckinsey, all attributed to the recording business

**Recorded Music Adjustments:**

► **Overhead costs allocation**: Allocation of Central EMI overhead costs based on Terra Firma assumptions

► **Normalisation & Exceptional items**: Adjustments identified in D&T VDD report and KPMG accounting report relating to legal costs and Brazil issues. In addition proportion of corporate adjustments have been applied, based on revenue split between recording and publishing

► **RE3 and RE4 adjustments**: All of the RE3 cost savings and proportion of RE4 cost savings have been attributed to the recording business, based on D&T VDD report and Terra Firma Estimates

► **McKinsey Identified Additional Cost Savings**: Based on detailed cost savings report prepared by Mckinsey, all attributed to the recording business

4

A-12223

# Executive Summary

DEAL EBITDA ANALYSIS (Continued)

**Publishing Music**

| | £m |
|---|---|
| **FY 2007 Reported EBITDA** | 117.4 |
| Overhead costs allocation | (5.1) |
| **FY 2007 Adjusted EBITDA** | 112.3 |
| _Normalisation & Exceptional Items:_ | |
| Sale of MGM copyrights | (6.8) |
| Loss of earnings from sale of MGM | (1.3) |
| Total | (8.1) |
| Allocation of Corporate adjustments | (1.2) |
| **FY 2007 Normalised EBITDA** | 103.0 |
| RE3 Adjustments | 0.0 |
| RE4 Adjustments | 15.8 |
| **FY 2007 Deal EBITDA** | 118.8 |

**Publishing Music Adjustments:**

► **Overhead costs allocation:** Allocation of Central EMI overhead costs based on Terra Firma assumptions

► **Normalisation & Exceptional items:** Adjustments identified in Deloitte & Touche VDD report and KPMG accounting report relating to sale of MGM copyrights. In addition proportion of corporate adjustments have been applied, based on revenue split between recording and publishing

► **RE3 and RE4 adjustments:** None of the RE3 cost savings and only £16m of RE4 cost savings have been attributed to the recording business, based on D&T VDD report and Terra Firma Estimates

## COST CUTTING SUMMARY

RE4 originally identified £158 million of annual cost savings, of which £110 million was announced to ensure an achievable set of figures to the public markets. £90 million of the reduction relates to fixed costs, and all of the individuals and properties being cut have been specifically identified. Of this, £60m worth of cuts have been actioned i.e. redundancies issued, leases terminated. Additional areas already identified for incremental cut-backs within the £158m include:

► Industry organisation costs (expect to save ~30% of various annual membership fees that total £14m)

► Improved procurement (£11-15m savings identified by EMI. In a report for Terra Firma, McKinsey identified a £25 million low estimate)

► Back office integration, in particular finance and IT. £10m+ savings identified from several key projects in the UK, Europe and US

► Locations (the real estate programme has not yet been completed. For example music publishing collection is still headquartered in Manhattan)

EMI has undertaken numerous cost saving initiatives (know as "RE"s) since 2003, aimed at saving a total of £180 million from overheads.

► RE1 (2003), restructured Recorded Music, mainly in continental Europe;

► RE2 (2004), primarily the outsourcing of physical CD production in the US and Europe; and

► RE3 (2006), restructuring of the Japanese music business

In overall terms, however, the £150m savings from RE1 and RE2 were offset by overhead increases in other areas, including digital expansion and inflation; RE3 has delivered cost savings without overhead increases occurring in other areas

5

CITI-TF 00562451

# Executive Summary

On top of the cost-focused programmes, a broader range of options exists around where and how EMI operates. EMI is currently present on the ground in 50 countries. As well as managing distribution and marketing of international product, local offices are responsible for developing and signing local talent. In geographies where local music is not a key component of the recorded music market (Belgium, Austria, etc.), EMI is already considering a range of alternative means of being present, including JVs, or licensing its international product to a local operator. In such markets, the lower margin on revenue streams from licensing would be at least offset by the reduced overheads.

Breakdown of RE4 Cost Savings on Annualised Basis



Terra Firma has included in the Sponsor Model an additional fixed annual saving of £50mn spread over FY 2008 and FY 2009, on top of RE4, including £10m plc costs and £20m of additional central savings primarily procurement related, and £30m of regional savings.

While EMI management has stated to us that it will be developing this strategy, Terra Firma has articulated a set of strategic priorities once the business is under its control:

1) Look to divest Recorded Music in Japan. International music is of reduced relative importance in Japan and EMI does not have a strong position with the local music producers. Given that EMI's Japan Recorded Music business generates approximately £25 million of EBITDA after £30 million of overheads, Terra Firma believes this would be an extremely attractive asset to the other international and local recorded music companies in Japan. EMI's buyout of the minority investor in EMI Japan, implied multiple of 9.0x EBITDA. Applying same multiple to EBITDA for whole business implies a valuation from £200m (no credit for overhead synergies) to £350m (50% credit for overhead synergies. In any event, a sale would be a deleveraging event, while leaving the growth profile of the remaining assets unchanged.

2) Exit smaller markets where local music is unimportant - Austria, Belgium, etc. Each of these jurisdictions carries overhead (£3m in Austria for example), and international sales could be carried out on a licensed basis - this action would be taken in those markets where the overhead savings more than compensate for the reduced margin on licensed international sales. Terra Firma confirmed they will seek to exit 2-4 countries.

3) Steady retreat from the US recorded music new release business. Terra Firma confirmed that they will be looking to maintain the smaller, profitable niche labels (Christian, bluetone, etc.) while steadily de-risking the business, and milking the profitable recorded catalogue.

4) The acquisition facility is intended to be used to acquire other smaller music publishing catalogues, migrating them onto the EMI platform to extract synergies. This a recognised strategy, one which EMI management have confirmed they would be pursuing today if they had been less capital constrained.

6

CITI-TF 00562452

# Executive Summary

**RECORDED MUSIC: SUMMARY ANALYSIS, RISKS AND DOWNSIDE PROTECTION**

Recorded Music Reported EBITDA fell from £186m to £78m (pre central overheads) in FY2007 and is forecast to return to £185m in FY2008, primarily as a result of the cost savings described above. The key concerns around this expected profit recovery are:

i) will announced cost cuts be achieved, and what impact will they have on revenue?

ii) what additional cost cuts are available, and how will they affect the future operation of the business?

iii) what will be the profitability profile of the new release business?

iv) what will be the relative rate of decline of physical sales vs. digital growth?

Evidence presented by the company and in the consultants' reports provided, lead us to believe that both the announced cost cuts and additional savings are achievable without impacting topline trajectory. In addition, observing the experience of WMG would indicate that considerable further adjustments could be made to frontline labels. The graphs below illustrate the composition of the Recorded Music cost-base and the proportion of RE4 that is benefiting the Recorded Music group.



Source: McKinsey



Source: Company Information.



Source: Company Information.

CITI-TF 00562453

# Executive Summary

To sense check the ability to cut costs, we have compared the revenue per head at the EMI and WMG's recorded music divisions. While acknowledging that WMG is a more US-centric business, it operates at a revenue per head far in excess of that achieved by EMI. Also in the table below are listed WMG's cost-cutting measures implemented and McKinsey's assessment of how much EMI has employed the same measures to date.



**EMI Recorded Music Revenue Per Employee Evolution**

Source: McKinsey

**WMG Cost Saving Initiatives**

| Initiative | Key Actions | Extent to which EMI has implemented these initiatives (1) |
|---|---|---|
| Rationalise Local Offices | ▶ Strategic decision to redesign existing global network to reduce presence in minor, unprofitable countries | |
| Reduced the Complexities in Label Structure | ▶ While Elektra and Atlantic Records still continue to operate as two separate labels, their legal business affairs, finance and label sale functions were merged, resulting in a 20% reduction in headcount | |
| Improved Marketing ROI | ▶ Marketing expenditure reallocated to a smaller number of "higher potential" acts, in order to create greater returns for the invested capital | |
| Rationalised Number of Artists | ▶ IRR analysis applied to all major artists' signings and rosters leading to a 30% reduction in WMG's artist roster | |
| Renegotiated Retailer Arrangements | ▶ "In 2004 approximately 20-30% of the marketing spend was going on ineffective retailer discounts" – *Industry Analyst* | ? |

(1) Source: McKinsey

The graph of Recorded Music EBITDA by region above illustrates the extent to which the US is a major drag on profitability. The key loss-maker within Recorded Music and in the US in particular is New Releases (as opposed to back catalogue, compilations and other revenue streams). Globally, New Releases made £200m of gross margin in FY2006 and £90m in FY2007, but carried an overhead of ~£300 million in both years. In the US, the Capitol Records label new release business has lost $300m over the last two years. The smaller, Classic, Jazz and Bluetone record labels are profitable, with lower risks taken to achieve lower

8

CITI-TF 00562454

A-12227

# Executive Summary

required sales. EMI has begun to address this through reviews of new release marketing, which has continued to be designed in a formulaic manner, targeted at driving physical sales, despite the fact that digital sales now account for over 20% of sales in the US. In part, new releases have also suffered from historical recording contracts that have paid major artists advances and guaranteed marketing budgets far in excess of what they merit. As part of a balance sheet "clean up" in March, EMI has written off all advances that are not expected to recoup their investment in today's market. The forecasts for Recorded Music assume some success in doing this, but we have focused here on the downside protection offered by the stable catalogue business, which has a far higher gross margin than new release (50% vs. 20-25%) much lower risk profile, and stands to benefit the most from the availability of digital.

EMI could conceivably transform its Music Recording business into a pure catalogue business, which would essentially represent a business model very similar to Music Publishing given the stable nature of the catalogue business.

Catalogue sales are defined as sales of albums that are older than 5 years old. The proportion of catalogue sales that are represented by more recent additions (i.e. new releases from 2 years ago) is around 10% and only 50% of catalogue sales come from Top 500 sales. This indicates that a loss of new releases is likely to have minimal a small predictable impact on the catalogue business.

Hence we have modeled below the Recording business, assuming that it no longer has revenue from new releases, and only generates revenue from its catalogue sales, as well as sales of classic and jazz. Revenue is assumed to decline by 10% spread over 3 years (effectively equivalent to the impact of the loss of new releases on catalogue sales). This should effectively represent a much more stable business, similar to publishing. Assuming a gross margin of 50% (similar to historical levels for the catalogue business) and assuming overhead costs equivalent to the music publishing business (£60m), we have been able to derive an EBITDA for the business and taking into account taxes, derived a free cash flow figure to value the business. We have also assumed one-off costs relating to overhead closures of around £250m. These concepts and broad figures were directly discussed with EMI management, but neither they nor Terra Firma have specifically validated the numbers below.

**EMI Recording Business – Pure Catalogue Business**

| (£ millions) | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|
| Music Revenue (excl New Release) | 625 | 604 | 584 | 584 | 584 | 584 | 584 | 584 |
| *Growth / (Decline)* | *(3)%* | *(3)%* | *(3)%* | *0%* | *0%* | *0%* | *0%* | *0%* |
| Gross Margin | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| Gross Profit | 312 | 302 | 292 | 292 | 292 | 292 | 292 | 292 |
| Overheads | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| EBITDA | 252 | 242 | 232 | 232 | 232 | 232 | 232 | 232 |
| | | | | | | | | |
| Tax | 63 | 61 | 58 | 58 | 58 | 58 | 58 | 58 |
| *Tax Rate* | *25%* | *25%* | *25%* | *25%* | *25%* | *25%* | *25%* | *25%* |
| One-off Costs | 250 | | | | | | | |
| FCF | (61) | 182 | 174 | 174 | 174 | 174 | 174 | 174 |
| WACC | 8.5% | | | | | | | |
| Growth Rate | 0.0% | | | | | | | |
| NPV | £1,753 | | | | | | | |

Source: Citi.

**9**

# Executive Summary

### LONG-TERM DIGITAL BENEFITS

The Industry Section below contains details on the relative historical and projected growth of physical and digital music sales. The exact relative pace of these changes inevitably remains unknowable, however, a strong case can be made that the final outcome will be a recorded music industry that is more profitable overall, once the cost-base has been resized and A&R practices brought into line with a near-fully digital age. The gross margin on a digital sale is currently 48%, vs. 33% for a physical one, and is expected to improve as volumes grow. Digital sales mean the whole catalogue can be monetised (currently only 30% of the catalogue is active): for EMI, in particular, the Beatles catalogue, will boost sales when it is made available digitally for the first time this year. Digitalisation also means that music is available for purchase at all times, either via computer or enabled phone, vs. physical sales which are only available in specific stores or via mail delivery.

### PIRACY

Piracy is one of the reasons for the recent decline in sales. Physical piracy (also called counterfeiting), which is the unauthorised reproduction of recordings and live performances for commercial sale, exists throughout the world and has been a growing problem for the music industry. Legitimate sales of recorded music in certain territories are very difficult to achieve, and some territories are virtually closed to legitimate record companies due to the dominance of pirated products. Internet piracy is also a significant issue, it is estimated that in 2005 over 20 billion songs were illegally downloaded. Internet piracy has many forms:

- ► Illegal websites that generally offer music for free or at very low prices. E.g.: allofmp3.com

- ► P2P Networks that facilitate file-sharing between individual users allowing distribution of music file to millions of others. E.g.: Grokster, Kazaa and Razorback

- ► File sharing technology designed to distribute a large amount of data between users without consuming costly server and bandwidth resources. E.g.: Bit Torrent

Part of the industry's response to this has been to distribute music online as well, for a small fee (e.g. fixed price per download), in addition, the Recording Industry Association of America (RIAA) has also issued lawsuits against individuals who illegally distribute copyrighted songs. These actions have started to combat the growing piracy industry, with a recent independent survey showing that litigation (the threat of) caused a dramatic reduction in illegal downloading in US during 2003.

Statistical evidence suggests that in the developed markets (US, Europe, Japan), the impact of piracy on the recorded music business is peaking. However, it is expected to remain a major impediment to profitability in emerging markets, even as these geographies make the leap to mobile digital delivery over the next few years.

Research in the US indicates that in 2006 approximately 50% of music is acquired for free (i.e., P2P, ripped or burned).

CITI-TF 00562456

A-12229

# Executive Summary



Source: NPD MusicWatch Digital.

However, evidence in the US and Europe indicates that online piracy has peaked. As the graph below shows, fee-based downloads have made massive inroads into the file-sharing user base. Evidence from the same survey indicated that 12-17 year-olds were the most likely age cohort to pay for digital downloads. In Europe illegal music downloads have been decreasing in absolute and relative terms as a result of stepped-up enforcement efforts.





Source: Ipsos Tempo: In-Depth Downloader Survey, Q4 2006.

Source: Jupiter, PwC, RIAA.

10

CITI-TF 00562457

# Executive Summary



Source: Jupiter, PwC, RIAA.

Digitalisation is helping reduce the relative impact of piracy, and conversely the prevalence of piracy actually means that digital sales are not cannibalising as much physical sales.



Source: Odyssey, L.E.K. Research and Analysis.
Note:

(1) Percentages vary over time; split based on Abated versus Unabated Pirate (50–50 split based on percent of downloaders who consume fee-based downloads.

**11**

CITI-TF 00562458

A-12231

# Executive Summary

As a result LEK projects minimal incremental impact of piracy over the next 7 years, in both the US and Europe:

**Sources of Change US Music Market (2006–2013)**

**Sources of Change EU 3 (UK DE, FR) Music Market (2006–2013)**

CITI-TF 00562459



# Executive Summary

LEK is one of the most conservative forecasters of the music market as indicated by these graphs below:







Source: Ipsos Tempo: In-Depth Downloader Survey, Q4 2006.

Source: Jupiter, PwC, RIAA.

CITI-TF 00562460

# Executive Summary

**STRUCTURE**

Although the structure is still being finalised, the following diagram represents our understanding of the structure of the Company at closing. Once the securitization bridge take-out occurs, the ultimate structure is planned to split the Recorded Music and Music Publishing. The final securitization facility will rest at publishing while the proposed TLB and HY will sit at the Recorded Music entity. It is unclear at this point where the proposed RCF and Acquisition facility will sit.



A-12234

# Executive Summary

## DUE DILIGENCE SUMMARY

Key points to highlight from the draft due diligence reports are as follows:

| Topic | Author | Comments / Observations |
|---|---|---|
| **Accounting** | Deloitte & Touche | ▶ Report mainly focuses on analysis of the business at a divisional level<br>▶ Primary focus is P&L; also information on historical cash flow and balance sheet (incl. working capital)<br>▶ Focused on key accounting issues, including:<br>  • Historical pro forma financial results for FY2005-FY2007<br>  • Quality of earnings and pro forma EBITDA analysis (i.e. determination of Deal EBITDA)<br>▶ No forecasts provided<br>▶ Detailed review of restructuring programmes and assessment of where these are coming from |
| | KPMG | ▶ Identifies further and rejects some of normalisation adjustments identified in the accounting report<br>▶ Identify significant exposure to other currencies (80% of earnings in currencies other than in Sterling)<br>▶ Provisions against advances are deemed judgemental and a change in provisioning methodology can have a significant EBITDA impact<br>▶ Annual cash advance payments of £272m will have to be funded in addition to the working capital |
| **Taxation** | KPMG | ▶ No significant unprovided corporate tax exposures identified – auditors believe overprovided in terms of tax provision to the amount of £30m<br>▶ The Company is considered low risk for HMRC audit purposes in the UK, supporting the view that no significant planning or unreasonable filling positions have been taken<br>▶ Significant tax losses in UK and US, and limited tax payable in France and Spain due to losses brought forward<br>▶ All entities are up to date in terms of tax compliance<br>▶ EMI has provided for £33.3m as of March 2007 for potential liabilities arising from ongoing audits in the material jurisdictions, with £21m relating to two cases in Brazil<br>▶ In addition, a specific tax provision of £19m has been made in respect of a potential Japanese transfer pricing risk |

**13**

CITI-TF 00562462

# Executive Summary

| Topic | Author | Comments / Observations |
|---|---|---|
| **Market** | LEK | ▶ Key findings were:<br>  • Current downturn is not the first in the market, when adjusting for inflation and population growth, with previous decline in 1978-83 and nearing cyclical low of spending in music market<br>  • High usage rates for broadband users – on average of 2 hours a day and $23 a month on music<br>  • Rapidly growing online sales, particularly in the US<br>  • People who consume digital music also spend on physical music<br>  • Emergence of new platforms (Mobile phones, MP3, Satellite Radio) will create opportunity for growth<br>  • Significant interest in music on mobile phones<br><br>▶ Identified numerous upside scenarios including:<br>  • Increase label participation in other artist/music revenue streams (touring, marketing deals, merchandise)<br>  • Music revenue via mobile platform and new subscription model<br>  • Broaden user base beyond traditional buyers due to ease of use<br>  • More tiered pricing model for songs<br>  • Physical revenue stablises as retail shrinkage stabilise and older users continue to buy<br>  • Cooperation with ISPs on anti-piracy initiatives |
| **Legal** | Weil, Gotshal | ▶ Defined Benefit Pension schemes are expected to be fully funded and so no defined repayment schedule is required<br><br>▶ No significant change of control clauses, except with regards to EMI Music Publishing, resulting in a penalty payment of US$7m<br><br>▶ Make-whole costs of redeeming outstanding bonds will be in region of £51.6m<br><br>▶ Material claims for audits carried out on royalty payments totalled £67.6m |
| **Consulting** | McKinsey | ▶ Detailed review of cost saving opportunities and likelihood of achievability<br><br>▶ Identified further areas for cost savings on recorded music beyond what management have identified, consisting of:<br>  • Improve marketing ROI: with marketing spend too focused on physical sales<br>  • Rationalise A&R: Spend too high, especially when compared to WMG<br>  • Reduce overhead spending: consolidating functions and labels, as well as exiting unprofitable geographies<br><br>▶ Limited Revenue upside cases have also been identified (above the current business plan):<br>  • Geographic expansion: digital revenue expansion in emerging markets, as well music publishing in those markets<br>  • Business model transformation: Increase use of differential offerings and pricing across different distribution channels, digital transformation reducing cost base for unprofitable releases and exploit the long tail<br>  • Expansion into adjacent revenue streams: exploiting broader rights such as Merchandise and new web-enabled sources of music publishing revenues (e.g. YouTube) |

14

CITI-TF 00562463

# Executive Summary

## MANAGEMENT ASSESSMENT

In January this year, significant changes to the Board and senior management of EMI were announced. Alain Levy, who had been Chairman and Chief Executive Officer of EMI Music since October 2001, stepped down from the Board. Both he and David Munns, Vice President of EMI Music, left the Company on the 12th January 2007.

Following this announcement, Eric Nicoli, who had been Executive Chairman of EMI Group since July 1999, became Chief Executive Officer of EMI Group and, as part of this role, took responsibility for the management of EMI Music. Martin Stewart continued as Chief Financial Officer of EMI Group and John Gildersleeve, formerly a Senior Non-executive director, became Non-executive Chairman of EMI Group.

The resulting management team has a largely blue-chip background and has experience of managing much larger businesses. The current structure consists of a global CEO and CFO and two parallel management teams for EMI Music and EMI Music Publishing, respectively.

Key members of the current senior management team include:

- ▶ **Eric Nicoli**, *CEO* – joined EMI as non-executive director in EMI 1983 and was appointed chairman in 1999 before assuming current role; previously with United Biscuits and Rowntree Mackintosh, Eric has also holds non-executive chairman positions at both The Tussauds Group and Vue Entertainment.

- ▶ **Martin Stewart**, *CFO* – joined EMI as CFO in 2005; previously with CFO of British Sky Broadcasting Group PLC.

- ▶ **Jean-Francois Cecillon** *Chairman and CEO, EMI Music International* – promoted to current position in January 2007, Cecillon has over 20 years' experience in the entertainment industry working for Polydor, Sega Europe and as a Media advisor for Accenture; and

- ▶ **Roger Faxon**, *Chairman and CEO, EMI Music Publishing* – joined EMI in 1994 as CFO of EMI Music Publishing and promoted in January 2007; previously with Lucasfilm, Tri-Star and Columbia pictures.

Stuart Poyser (TMT IBD) and Paul Simpkin and Ricardo Coats (Lev Fin) had the opportunity to meet members of management at the management presentation and were impressed by their knowledge of the business and the market. We have not had the opportunity to meet the other US or UK managers.

Following the recent reorganisation Terra Firma believe, in the medium term that the global CEO and CFO are equipped to deliver the strategic reforms necessary to achieve their business plan. Unlike the previous management, who were heavily focused on making inroads into the US "pop and rock" markets unsuccessfully, the new management has focused on efficiency and streamlining of central costs. They have also identified further opportunities for cost reduction and are confident of achieving them.

Terra Firma plan to monitor closely the performance of the divisional heads below Eric and Martin, to ensure they are sufficiently adept at implementing the strategic changes envisioned.

**15**

A-12237

# Executive Summary

## SUMMARY FINANCIALS

### Basis of Preparation

The Company consolidated financial statements are reported under IFRS. The fiscal year end is 31 March.

The commentary on the financials for 2006 is based on the company's Annual Reports and the Sponsor model. 2007 is based on the D&T VDD report and management's comments at the Q&A session. Commentary for the years 2008 through 2012 is based on projections in the Sponsor model and Citigroup assumptions.

### Summary Financials

| FY end 31 March (£m) | Actual | | Projections | | | | | 06-'07 CAGR | 07-'12 CAGR |
|---|---|---|---|---|---|---|---|---|---|
| | 2006A | 2007A | 2008 | 2009 | 2010 | 2011 | 2012 | | |
| **REVENUE** | | | | | | | | | |
| Recorded Music | | | | | | | | | |
| Digital | 61 | 97 | 144 | 196 | 245 | 283 | 314 | 58.7% | 26.4% |
| Mobile | 31 | 49 | 73 | 100 | 125 | 144 | 160 | 58.7% | 26.4% |
| Physical | 1,403 | 1,114 | 983 | 893 | 832 | 784 | 746 | (20.6%) | (7.7%) |
| Subtotal | 1,496 | 1,261 | 1,200 | 1,189 | 1,202 | 1,210 | 1,219 | (15.7%) | (0.7%) |
| Royalty and licensing | 102 | 85 | 84 | 83 | 83 | 82 | 82 | (16.8%) | (0.7%) |
| Neighbouring rights | 63 | 69 | 72 | 76 | 79 | 83 | 88 | 9.1% | 5.0% |
| Total Recorded Music | 1,660 | 1,414 | 1,356 | 1,348 | 1,364 | 1,376 | 1,388 | (14.8%) | (0.4%) |
| Total Publishing Revenue | 420 | 416 | 428 | 440 | 452 | 465 | 477 | (0.9%) | 2.8% |
| Total Central and Other Revenue | - | (78) | (2) | (2) | (2) | (2) | (2) | NA | NA |
| Publishing Acquisition | - | - | 22 | 45 | 46 | 47 | 48 | NA | NA |
| Consolidated Revenue | 2,080 | 1,752 | 1,804 | 1,831 | 1,860 | 1,886 | 1,911 | (15.8%) | 1.8% |
| Recorded Music EBITDA | 186 | 78 | 185 | 264 | 281 | 282 | 274 | (58.1%) | 28.6% |
| Publishing EBITDA | 113 | 118 | 139 | 157 | 162 | 167 | 173 | 4.1% | 7.9% |
| Central & Other EBITDA | (24) | (22) | (16) | (16) | (17) | (17) | (18) | (8.3%) | (3.9%) |
| Incremental Central and Other Restructuring | - | - | 10 | 30 | 31 | 32 | 33 | NA | NA |
| Total EBITDA | 276 | 174 | 319 | 435 | 458 | 463 | 462 | NA | 21.6% |
| Recorded Music EBITDA (post central costs allocation) | 168 | 62 | 184 | 282 | 300 | 301 | 294 | (63.1%) | 36.9% |
| Publishing EBITDA (post central costs allocation) | 108 | 112 | 135 | 153 | 158 | 163 | 168 | 3.7% | 8.4% |
| Total EBITDA | 276 | 174 | 319 | 435 | 458 | 463 | 462 | (37.0%) | 21.6% |
| Revenue Growth | - | (15.8%) | 3.0% | 1.5% | 1.6% | 1.4% | 1.4% | | |
| Recorded Music EBITDA Margin (post central costs allocation) | 10.1% | 4.4% | 13.5% | 20.9% | 22.0% | 21.9% | 21.2% | | |
| Publishing EBITDA Margin (post central costs allocation) | 25.7% | 26.9% | 31.6% | 34.8% | 34.9% | 35.0% | 35.1% | | |
| Total EBITDA Margin | 13.3% | 9.9% | 17.7% | 23.7% | 24.6% | 24.6% | 24.2% | | |

Source: Company reports and Sponsor model.

16

# Executive Summary

**HISTORICAL FINANCIALS (2006A-2007A)**

**Sales**

Total revenues have declined by £328m from £2,080m in 2006A to £1,752m in 2007A a drop of 15.8%, primarily driven by a fall in Physical sales within the Recorded Music division and a negative impact of currency exchange rates, this was only partially offset by a moderate increase in revenues in the Publishing division over the same period.



Source: Company reports and Sponsor model.

► **Recorded Music:** Overall division results declined by c. £246m from £1,660m in 2006A to £1,414m in 2007A, a drop of 14.8%, largely driven by a decline in Physical sales that have only been partially offset by sales increases in the new Digital and Mobile business lines.

- **Physical sales** (i.e. sales of compact discs and other hard formats): The division's largest product group representing c.70% of total revenues, experienced a strong decline in sales from £1,403m in 2006A to £1,114m in 2007A (down 20.6%) primarily driven by consumers shifting from "hard" to digital formats. This reflects a broad industry trend that has been fuelled by the proliferation of digital music players, most notably the Apple iPod and iTunes store.

- **Digital sales:** have increased significantly from £61m in 2006A to £97m in 2007A, (up 58.7%), mainly driven by strong performance of the North American market where use of digital music players in most prevalent. Legal downloads are growing strongly as a proportion.

- **Mobile sales:** (i.e. sales of mobile ring tones), which were only established in 2006A, have rapidly expanded from £31m in 2006A to £49m in 2007A (up 58.7%).

CITI-TF 00562466

# Executive Summary

- **Royalty & Licensing:** revenues decreased £17m from £102m to £85m at a negative growth rate of 16.8%. EMI's management have not quantified the extent to which previous sales and the success of new releases impacts sales in this segment.

- **Neighbouring Rights:** revenue increased at a rate of 9.1% from £63m to £69m. Growth in this space is attributed to increased advertising spending, growth in demand for live performances, and increased penetration of venues legally committed to pay for use of music.





Source: Company Information.                    Source: Company Information.

- **Publishing:** The Publishing division experienced minor revenue declines with an overall negative CAGR of 0.9% from £420m in 2006A to £416m in 2007A. The relative stability of the Publishing division may be partially explained by the composition of the division's musical library which contains a large portion of "classic" artists who tend to attract an older consumer group who have not changed their habits of buying hard albums.



Source: Company Information.

**17**

CITI-TF 00562467

# Executive Summary

**EBITDA**

EBITDA declined by £102m from £276m in 2006A to £174m in 2007A at a rate of 37.0%, mainly due to the sharp decline in Physical sales in 2007 and by margin erosion brought about by increased competition and costs associated with combating piracy and developing international standards for protection of Intellectual Property. The overall EBITDA decline was partially offset by the good performance of the Publishing division which represents in 2007A c.65% of the company's EBITDA despite representing only c.23% of total sales.



Source: Company reports and Sponsor model.

► **Recorded Music:** After a relatively stable performance from 2005A to 2006A, EBITDA suffered a strong decline from £168m in 2006A to £62m in 2007A largely driven by the decline in Physical sales and significant margin erosion. EBITDA margins in the Recorded Music division declined sharply from 10.1% in 2006A to 4.4% in 2007A mainly as a result of the widespread industry trend of consumers shifting away from physical sales which has led to increased price competition, however, management also identified significant over-spend on marketing due to early commitment and poor response times.

► **Publishing:** Overall Publishing EBITDA remained robust, growing at a 3.7% from £108m in 2006A to an estimated £112m in 2007A, with margins increasing from 25.7% in 2006A to 26.9% in 2007A. Unlike the Recorded Music business, the Publishing business is much less exposed to the shift from physical to digital format sales.

**Cash Flows**

Operational cash flows have reduced from £223.5m in 2006A to £72.3m in 2007A as a result of the challenging trading environment and lower levels of period end cash management at 31 March 2007.

18

CITI-TF 00562468

A-12241

**2**    KEY CREDIT CONSIDERATIONS

CITI-TF 00562469

# Key Credit Considerations

## CREDIT HIGHLIGHTS

▲ **Highly Leverageable Publishing Assets:**
- **Music publishing generates stable and predictable revenues** with high margins and an annuity-like cash flow profile
- Music publishing benefits from **diversified sources of revenue** generated from numerous products (i.e. individual songs) and no reliance on individual artists or songs
- In addition to not being exposed to economic trends, the music publishing industry is still **growing above GDP**. It has grown at a steady pace in the past (c.3% annually from 1995 – 2005) and is expected to grow by c.4% annually between 2006 and 2013, partly from the upside from new channels mentioned below but also from continued improvements in the speed, cost and accuracy in the collection of royalties
- Strong demand for **catalogue music exploitation**, especially via new revenue streams (e.g. digital)

▲ **Underlying Stability of Recording Assets:**
- **Stable recorded music catalogue**, with catalogue sales accounting for 31% of total units sold. The strong line up of artists ensures continuous demand for these artists.
- **Profitable and market-leading recorded music niches** (Jazz, Bluetone, Christian), which are characterised by lower risk in terms of demand and lower marketing requirements and hence costs, given the nature of the customer base
- **Flexibility of new release profitability** – new release sales are driven by A&R and marketing spend resulting in negative impact on margin if new releases not successful. However there is flexibility in the medium term with regards to these costs and thus ability to reduce and even stop them if necessary.

▲ **Strong Free Cash Flow Generation:** Capex and working capital requirements are typically low in the music industry in general resulting in high cash flow conversion.

▲ **Unique and Diverse Catalogue of Artists and Songs:** EMI has a strong market position with a diverse catalogue of songs and artists in both the music publishing and recording businesses. In Music Publishing its catalogue of best selling songs include *Bohemian Rhapsody*, *I Heard It Through The Grapevine*, *New York, New York*, *Over the Rainbow*, the *James Bond theme*, *Singin' In The Rain*, *Santa Claus is Comin' to Town*, *Wild Thing*, *We Will Rock You*, *Angels*, and *Daydream Believer* and is home to many of the world's best songwriters including *Guy Chambers, Cathy Dennis, Eminem, Alicia Keys, Kanye West, Usher, Arctic Monkeys* and *James Blunt*. In Music Recording, of recorded music ever assembled with over three million individual tracks. The company's roster includes music legends such as *The Beatles, the Rolling Stones, Pink Floyd* and *Mstislav Rostropovich* and global superstars like *Norah Jones, Robbie Williams, Gorillaz, Coldplay, Keith Urban* and *Joss Stone*. It currently is #2 and #3 in the music publishing and music recording sectors respectively. Revenues are diversified both geographically and by artists, ensuring that performance is not related to any individual or a small number of artists.

CITI-TF 00562470

A-12243

# Key Credit Considerations

▲ **Upside from New Channels:** Growth in digital technology will stimulate catalogue exploitation and provide new venues to monetise music values by offering improved search capabilities and reducing requirement for physical storage, enabling better exploitation of the back catalogue for the music publishing business. Digital downloads are expected to grow by at a 25% compound annual rate reaching $10,425bn digital revenues by 2010, and this will help offset the decline in traditional physical recorded sales, and maintain music recording revenues. This will be driven by broadband penetration increases and improvements in technology reducing the price and attractiveness of digital music players. Similarly, Mobile-based contributions are expected to increase – expected growth rate for ring tone revenues c. 50% per year for next three years.

▲ **Significant Scope for Cost Cutting Remains:** In January 2007, EMI announced a fourth-generation cost-cutting programme ("RE4"), targeted primarily on the United States operations, which had been relatively immune to earlier programmes. RE4 targeted an additional £110m of annual savings, including £90m of fixed costs. All of the £90m of fixed costs has been identified (specific names of individuals to be made redundant and properties to be terminated) and £60m has been actioned (notice issued, leases terminated, etc.). Management has identified a large number of additional areas where cost savings can be made in addition to RE4.

▲ **Strong Management Team:** EMI is now led by a management team that while experienced is differentiated from prior EMI management and others in the industry. While many of the team have been with company for some years, they are from the non-talent spotting side of the business and are focused on stripping management layers and instilling traditional consumer marketing disciplines. Eric Nicoli was made CEO in 2007, and Martin Stewart became CFO in 2005.

**20**

# Key Credit Considerations

## RISKS AND MITIGANTS

▼  **High Operating Leverage of Music Recording:**

Given the high fixed cost base of the music recording businesses (mainly from A&R and marketing costs), downturns in revenue have significant impact on cash flow.

_**Mitigant:**_ Move towards digital should reduce this fixed cost base. In addition, many of these costs are fixed in the short term but remain variable in the medium to long run. Poor performance in the new release sales could result in company pursuing a Catalogue focused music recording business, which would represent a very attractive business from credit perspective. For further information, see "Recorded Music" section in the Executive Summary.

▼  **Potential Challenges to Stability of Revenue Stream from Music Publishing:**

The high leverage and valuation multiple accorded to the business (and industry) are based on its stability, predictability and high cash conversion for the music publishing business. The market dynamic might change in the future with technological changes and other unforeseeable events.

_**Mitigant:**_ No indication of this occurring or any trends to suggest any significant adverse effects on the market. In fact, technological changes are likely to result in an increase in the music publishing market, as more avenues for monetizing the revenue stream are opened up and better measurement of usage allows greater royalty generation.

▼  **Physical Recorded Music Decline:**

The recorded music industry declined by a CAGR of 4.1% from 2001-2005 and is expected to continue to decline over the next few years including double-digit physical declines in some key markets. This will both affect the music recording business and music publishing business (as it represents one of its revenue streams).

_**Mitigant:**_ It is expected that digital revenues will offset further declines in recorded music. In addition, given the lower cost base of digital music, the shift to digital is expected to result in higher margins and cash flows.



Music Market Evolution (US, UK, FR and DE)

Source: LEK

**21**

CITI-TF 00562472

# Key Credit Considerations

▼ **Digital Cannibalisation and Unbundling:**

While sales of digital music carry a far higher margin than physical recorded music, revenue per sale is far lower, and unbundling allows users to "cherry-pick", and buy only the tracks that interest them, which may add up to less than the sale of an album which they would previously have had to buy. The creation of playlists is also seriously impacting the marketing of compilation albums.

*Mitigant:* However, there is mounting evidence that the increase in the universe of people who at any one time can buy music (anyone at a computer or with an enabled mobile phone, vs. someone who is physically in a retail outlet that sells CDs) is growing overall track sales.

▼ **Copyright Portfolio:**

The Company is dependent on its intellectual property – music composition copyrights - and a key focus of diligence will be to confirm the quality of the portfolio including duration and extent of copyrights/contracts, cost to replace expiring rights, strength of underlying contracts, diversity across performer, genre, geography, etc.

*Mitigant:* Based on due diligence, no issues were identified the Company.

▼ **Tariffs and margin pressure:**

Publishing royalties are affected by tariffs and collection society commissions. Pressure on the publishing market may be exerted as tariffs are challenged. Disputes in key countries suggest there may be some future downward pressure on physical mechanical tariffs. Specifically, in the US, tariffs on mechanical royalties are calculated at a penny rate per song vs. a percent of the wholesale price in other countries. As CD prices decline, and recorded music companies face margin pressure, they have been pushing for renegotiation of tariff calculations to the European model of proportion of sale price.

*Mitigant:* While this is likely to happen at some point, this is likely to have very limited impact on business. In addition, most of counterparties in these negotiations are represented by one of the major 4 recording companies and hence any significant reduction is likely to result in a similar impact on their respective publishing assets and hence not in their best interest.

▼ **Legal/regulatory:**

Potential issues / changes in legislation or regulations on music publishing and recording might impact stability of EMI's revenue streams.

*Mitigant:* We are not aware of any changes significant changes currently under discussion or contemplated.

▼ **Foreign Currency Exposure:**

Given high revenue generation from US (31% of FY06 revenues), significant exposure to US$ movements which will have impact on revenue.

*Mitigant:* Reducing exposure to US planned following relative poor performance in the market, which should reduce exposure to foreign exchange movements.

▼ **Digital Piracy:**

Impact of increasing piracy on value of revenue stream need to be assessed.

*Mitigant:* Recent attempts to reduce this (increase in legal offerings and legal cases against illegal websites) have proved successful. Number of illegal users in the market appears to have stabilized and increase in use of legal websites. Please refer to "Piracy" section.

22

# Key Credit Considerations

▼   **Impact of Further Cost Cutting on Business:**

Following four rounds of cost cutting, it may be that further cuts will begin to impact the performance of businesses which are currently profitable.  Further cost cutting may have to be more radical in nature: outsourcing of larger back-office divisions, merger of record labels, withdrawal from and licensing to entire geographies.

**_Mitigant:_** Assessment by McKinsey suggests that cost cuttings can be achieved with minimal impact on the revenue side, identifying significant areas of operations inefficiencies, especially when compared to WMG. Please refer to "Cost Savings" section.

23

A-12247

**3**    FINANCIAL PROJECTIONS

CITI-TF 00562475

# Financial Projections

**FINANCING SCENARIOS**

**SPONSOR CASE**

**Sales**

Total sales are forecast to increase from £1,752m in 2007A to £1,911m in 2012 as the industry adjusts to the shift from physical to digital sales.



Source: Company reports and Sponsor model.

► *Recorded Music:* Despite the expected strong growth in the Digital and Mobile sales, overall divisional sales are expected to decline from £1,414m in 2007A to £1,388m in 2012F largely driven by expected declines in Physical sales and the impact of widespread digital piracy, the "unbundling" of albums (i.e. selling digital songs individually rather than as an album), and the reduced physical presence of music retailers.

  • *Physical:* Sales are expected to decline steadily from £1,114m in 2007A to £746m in 2012F at a 7.7% negative CAGR mainly due to an expected sharp decline in sales driven by a strong trend of switching towards digital products on the US market.

  • *Digital:* Sales are expected to expand significantly from £97m in 2007A to £314m in 2012F at a 26.4% CAGR.

  • *Mobile:* Sales are expected to grow steadily from £49m in 2007A to £160m in 2012F at a 26.4% CAGR.

► *Publishing:* Revenue is expected to grow steadily from £416m in 2007A to £477m in 2012F at a CAGR of 2.8% mainly driven by the Performance and Synchronization business lines. The emphasis on classic artists rather than the more volatile sales of new/current artists is behind the relatively stable sales outlook. Furthermore, as the company refines technology to track usage of its music in public forums and make collections, potentially lost revenue will be claimed.

24

CITI-TF 00562476

# Financial Projections

**EBITDA**

Total EBITDA is forecast to rise significantly from £174m in 2007A to £462m in 2012F at a CAGR of 21.6% mainly driven by (i) significant margins improvements in the Recorded Music division, primarily as a result of cost savings initiatives and (ii) steady sales and margin increases in the Publishing division. As a result the Recorded Music division is expected to reach a 64% of the total business EBITDA in 2012 (similar to the levels in 2005A).



Source: Company reports and Sponsor model.

**Cost Savings**

EMI has undertaken numerous cost saving initiatives (know as "RE"s) since 2003, aimed at saving a total of £180 million from overheads.

▶ RE1 (2003), restructured Recorded Music, mainly in continental Europe;

▶ RE2 (2004), primarily the outsourcing of physical CD production in the US and Europe; and

▶ RE3 (2006), restructuring of the Japanese music business

In overall terms, however, the £150m savings from RE1 and RE2 were offset by overhead increases in other areas, including digital expansion and inflation; RE3 has delivered cost savings without overhead increases occurring in other areas however

RE4, the cost-saving programme announced in January 2007, is the first programme primarily to target the US, where the company has the greatest lost-making areas (in particular the rock/pop segment of new releases). The graph below illustrates the composition of the £110 million run-rate annual savings targeted by RE4.

CITI-TF 00562477

# Financial Projections



A company-wide cost savings plan is expected to boost overall margins, particularly in the Recorded Music Division. Expected savings go from £101m in 2008F to £167.7m in 2012F. Terra Firma has included an additional fixed annual saving of £27mn spread over FY 2008 and FY 2009, on top of RE4.

► **Recorded Music:** EBITDA is expected to increase drastically from £62m in 2007A to £282m in 2009A (4.6 times 2007A EBITDA) and thereafter is expected to further increase to reach £294m in 2012F, mainly on the back of significant margin improvements from a low of 4.4% in 2007A to 21.2% in 2012F. Margin expansion is primarily due to a number of cost savings initiatives.



Source: Sponsor model.

CITI-TF 00562478

# Financial Projections

▶ **Publishing:** EBITDA is expected to grow from £112m in 2007A to £168m in 2012F driven by steady sales and margin expansion. Margins are expected to grow from 26.9% in 2007A to 35.1% in 2012F

▶ due mainly to the less intense price competition when dealing with classic artist sales and the fact that prices for this division do not fluctuate seasonally.

*Cash Flows*

Capex is forecast to increase significantly in 2008 and 2009 due to acquisitions of the Publishing division which are expected to represent £139m and £142m in 2008 and 2009 respectively. Otherwise maintenance capex is expected to decrease slightly as a percentage of sales from c. 2% in 2007A to c.1.4% in 2012F.

Working capital is forecast to remain stable as a percentage of sales.

CITI-TF 00562479

A-12252

# Financial Projections

## CASE COMPARISON

A comparison of the two scenarios benchmarked against broker consensus is presented below:

The Downside case was constructed comprising of three main parts to reflect the major risks to the business plan:

▶ Haircut to forecasts for Recorded Music sales:
  - Significant reduction in growth forecasts for digital music, especially in the US and UK, reducing from 50% and 30% growth in 2008 to 30% and 20% respectively
  - Even greater reduction in growth of mobile forecasts, to display growth levels even below digital revenue rates, unlike the base case where they were equivalent
  - Increase in declining rates for physical sales by 5% points per annum in initial few years
  - These forecasts bring the EMI growth rates for digital and physical below the most pessimistic third-party forecasts for the market, in each year over the 2008-2012 period

▶ **Reduction in forecasts for Music Publishing:**
  - Fall in Mechanical revenue to increase from 3 to 1.5% per annum
  - Performance revenue growth at 5% rather than 5.8%
  - Haircut to Synchronisation revenue growth, to increase at a constant 5% rather than starting from 9% and falling
  - Despite, reduced performance, assumed Terra Firma still makes £281m of additional publishing acquisitions

▶ **Additional Cost Savings**: Terra Firma's additional cost savings of £30m per annum are no longer assumed in the downside case. No adjustment has been made to the fixed costs.

25

CITI-TF 00562480

A-12253

# Financial Projections





CITI-TF 00562481

A-12254

# Financial Projections





CITI-TF 00562482

A-12255

# Financial Projections





CITI-TF 00562483

A-12256

# Financial Projections





CITI-TF 00562484

# Financial Projections





CITI-TF 00562485

# Financial Projections





CITI-TF 00562486

# Terra Firma Case – Combined Company Summary

CITI-TF 00562487

# Downside Case – Combined Company Summary

27

CITI-TF 00562488

# Terra Firma Case – Recorded Music Summary

**Financial Data & Ratios**

28

CITI-TF 00562489

A-12262

# Downside Case – Recorded Music Summary

**Financial Data & Ratios**
*($ in millions)*

CITI-TF 00562490

# Terra Firma Case – Publishing Summary

CITI-TF 00562491

# Downside Case – Publishing Summary

CITI-TF 00562492

APPENDIX

CITI-TF 00562493

**A.**    Company and Industry Overview

CITI-TF 00562494

# Company and Industry Overview

## COMPANY OVERVIEW

EMI Group plc is one of the four music majors – alongside Universal, Sony BMG and WMG. It owns the number one music publishing company in the world and the third-largest recorded music business employing over 6,300 people through direct operations in 50 countries and licenses in a further 20. It has a market capitalisation today of approximately £2.0bn and average net debt of approximately £1.0bn. For the twelve months ended 31 March 2007, EMI Group reported turnover of £1,751.6mn and EBITDA of £174.1mn.

EMI Group's operating activities are split into two divisions:

▶ EMI Music ("Music"), a recorded music business; and

▶ EMI Music Publishing ("Publishing"), a music publishing business.

EMI Music, the recorded music business, accounted for the majority of turnover in 2007, approximately 77%. However, due to significantly better margins in the music publishing business, EMI Music Publishing accounted for approximately 60% of EMI Group's EBITDA.



FY07 Turnover by Division — Publishing 23%, Music 77%

FY07 EBITDA by Division — Music 40%, Publishing 60%

Source: Management Information.
Note: These charts are based on the aggregated results of the two divisions, and the EBITDA analysis excludes central overheads.

EMI Group is led by chief executive officer Eric Nicoli, who, as part of his role, has direct responsibility for the management of EMI Music. Martin Stewart is EMI Group's chief financial officer and EMI Music Publishing is led by Roger Faxon.

▶ MUSIC

Music consists of the exploitation of EMI's back catalogue of music recordings ("Catalogue") and a new releases businesses, signing, releasing and marketing new artists. Music has one of the most extensive catalogues of recordings, with over 3mn individual tracks. Of these tracks, approximately 600,000 are currently in active release on nearly 60,000 albums. Music has a well-balanced portfolio of current recording artists with all styles of music, from pop, rock, R&B, country, urban, Christian, Latin and techno to classical, jazz and world music.

30

# Company and Industry Overview

## Current Recording Artists

| Labels | Major Artists | |
| --- | --- | --- |
| Angel | The Beatles | Trace Adkins and D |
| Astralwerks | The Rolling Stones | Radja |
| Blue Note | Pink Floyd | Raphael |
| Capitol | Mstislav Rostropov | Diam's |
| Capitol Nash | Norah Jones | RBD |
| EMI | Robbie Williams | Corinne Bailey Rae |
| EMI Classics | Gorillaz | The Kooks |
| EMI CMG | Coldplay | Lily Allen |
| EMI Televisa | Keith Urban | Magic Numbers |
| Mute | LeToya | Nigel Kennedy |
| Parlophone | Cherish | Simon Rattle |
| Virgin | 30 Seconds To Mars | Itzhak Perlman |
| | Dem Franchize Boyz | Angela Gheorghiu |

Source: Company Website.

For the year ended 31 March 2007, Music generated revenue of £1,413.8mn and EBITDA of £78.2m (pre-central overhead allocation).



Source: Company Information.



Source: Company Information.

31

CITI-TF 00562496

# Company and Industry Overview

Music operates through a network of offices throughout the world, with its headquarters and Continental European regional office in London. The majority of these offices are held through lease arrangements.



FY07 Music Turnover by Geography

RoW 7%
Latin 5%
Japan 12%
UK 18%
US 26%
Europe 32%

Source: Company Information.



FY07 EBITDA by Geography

Source: Company Information.
Note: A number of elimination adjustments are made to the aggregated regional results to arrive at the consolidated Music EBITDA.



FY07 Music Turnover Split by Physical & Digital

Digital 10%
Physical 90%

Source: Company Information.



FY07 Market Share by Geography

N. America 10.3%, UK 20.1%, Europe 17.0%, Japan 7.7%, Asia 11.1%, Australasia 19.7%, Latin 18.2%, Global 13.1%

Source: Company Information.

Please refer to Industry section for a more detailed overview of the revenue streams to a recorded music business.

▶ PUBLISHING

EMI Music Publishing is the world's leading music publisher in terms of turnover; it represents songwriters and their work and owns the copyright to the best performing catalogue of songs in the world. It acquires, protects, administers and exploits rights in musical compositions and earns revenue from licensing the right to use these songs. EMI's publishing catalogues include SBK (CSB Songs, MGM and United Artists), Filmtrax (Columbia Pictures and Television) and Virgin.

32

# Company and Industry Overview

### Catalogue Overview

EMI's content bank is a long-term asset protected under copyright laws for up to 70 years after the death of the creator. That content bank includes:

| Representative Songs | Representative Song Writers / Composers | |
| --- | --- | --- |
| A Groovy Kind of Love | ABBA | John Lennon |
| Bohemian Rhapsody | Louis Armstrong | Nirvana |
| Chariots of Fire | James Blunt | Sean Paul |
| Every Breath You Take | Phil Collins | Prodigy |
| Firestarter | Sean Combs | Queen |
| I'll Be Missing You | Duran Duran | Simply Red |
| Imagine | Eminem | Rod Stewart |
| The James Bond Theme | Marvin Gaye | Sting |
| Lose Yourself | Mick Jagger | Rob Thomas |
| Smells Like Teen Spirit | Jamiroquai | Usher |
| Smooth | Billy Joel | Stevie Wonder |
| We Are The Champions | Norah Jones | Lionel Richie |

Source: Company Website.

For the year ended 31 March 2007, EMI Music Publishing generated turnover of £415.8mn and EBITDA of £117.5mn (pre-central overhead allocation).





Source: Company Information.    Source: Company Information.

EMI Music Publishing has its worldwide headquarters in New York. In addition, it operates through regional and local offices, most of which are held on leasehold arrangements.



Source: Company Information.

33

CITI-TF 00562498

# Company and Industry Overview

## INDUSTRY OVERVIEW

The global recorded music market was worth an estimated US$39.6bn in 2005, down 1.5% from 2004. The industry has been affected by piracy, competition from other entertainment options (e.g. mobile telephony, computer games, DVDs) and weak consumer markets in key territories such as Germany and Japan. In addition, legal downloads in digital format have offered consumers music in unbundled form.



Source: Enders Analysis. Industry size based on retail prices.

However, this decline is being reversed through the successful combating of piracy, up-tick from digital downloads and ringtones and a move towards a standardised format.

The Music industry may be sub-divided into the Recorded Music industry and the Music Publishing industry. The Recorded Music industry is the business of acquiring and developing rights to the recordings of performances by artists and exploiting these performances through record sales. Music Publishing is the business of acquiring, administering and exploiting rights in musical compositions on behalf of both the composer of the score and the writer of the lyrics. Recorded Music businesses sell songs by an artist, whereas Publishing businesses sell compositions.

34

# Company and Industry Overview



Note: Performance royalties for sound recordings in the US are limited to digital performance via webcast.

## Recorded Music

The recorded music market is dominated by the four majors, Universal, Sony BMG, EMI and Warner, who together account for over 70% of the industry's turnover; the remainder being made up of smaller independent record labels. The top five geographies by market share account for 76% of the total industry's turnover.



Source: IFPI and Numis Research.

35

CITI-TF 00562500

# Company and Industry Overview

The period between 1985 and 1995 saw a period of rapid growth in the industry driven largely by the CD replacing earlier formats at a premium price. More recently, however, growth in music sales has slowed dramatically, with the industry seeing progressive declines over the past five years, even as the formats for music distribution have multiplied.





| | | 96% | - - - - - - → | | 65% |
|---|---|---|---|---|---|
| CD | 83 | 79 | 74 | 71 | 66 | 44 |
| MC/LP/Singles | 4 | 4 | 4 | 3 | 3 | 2 |
| DVD | 11 | 13 | 15 | 15 | 16 | 18 |
| Download | 1 | 1 | 2 | 2 | 5 | 17 |
| Subscription | 0 | 0 | 1 | 1 | 2 | 4 |
| Ring tone | 1 | 3 | 4 | 4 | 8 | 14 |
| | | 4% | - - - - - - → | | 35% |

Source: Enders Analysis.

Recorded music sales fell by nearly 3% in 2005; the net effect of a 75% volume increase in units of singles sales (digital and physical) globally and a decrease in physical format sales (6.7% in value and 8% in volume). This decline in recorded music sales is due to a number of factors: Piracy, fragmentation of audiences, shifts in retail channels from specialised music retailers to large superstores and the corresponding decline in sales of catalogue and mainstream titles; the shift from music to other forms of entertainment, such as video games.



Source: Morgan Stanley Research.

36

CITI-TF 00562501

# Company and Industry Overview

Digital music is an area however, where sales are increasing at an exponential rate. Analysts estimate that consumers are now reacting to the ease of downloading by buying substantially more music. In general, although illegal piracy is showing signs of diminishing, the process of migration to digital, unbundling of the album format and the historically weak growth record of the music sector suggest that the recovery in overall growth will be slow.



Source: Ipsos Tempo: In-Depth Downloader Survey, Q4 2006.



Source: Jupiter, PwC, RIAA.

## Music Publishing

Music publishing is a US$6.4bn global business that deals in the marketing and commercial exploitation of music copyrights. Music publishers acquire or license songs created by writers and are paid a share of the royalty turnover when those songs are used in records, films, commercials, dramatic plays or other media performed publicly or broadcast via film, television, radio or the internet, or use in consumer products and merchandise.

The four main global publishing houses control nearly two thirds of the professional music publishing market, including the more fragmented US market. The recent acquisition of BMG Music Publishing by Universal has further consolidated the industry.



Source: Enders Analysis.

37

# Company and Industry Overview

There are four main categories of turnover:

| Royalty Type | Music Publishing Market | Description |
|---|---|---|
| **Music Publishing Royalty Sources** | | |
| **Mechanical Royalties** |  | • Royalties collected when a Music Publisher grants the right to use a song for physical recording, internet and wireless downloads.<br>• The record company and internet / mobile distributors receive a license from the Music Publisher to record and / or distribute a song for a specified amount (e.g. CDs, records, downloads).<br>• Typically licensed by Music Publisher or Mechanical Society. |
| **Performance Royalties** |  | • Royalty collected when the composition is performed publicly.<br>• Examples of public performance include songs performed to the general public, through TV, cable and radio broadcasts, live performances, stage productions, broadcasts at sports events, bars and restaurants and internet wireless streaming.<br>• Typically licensed by Performing Rights Organizations. |
| **Synchronization Royalties** |  | • Royalty collected for use of music in "timed synchronization" with visual images.<br>• Typical examples are the use of songs synchronized in movies, TV programs, DVDs, video games and commercials.<br>• Typically licensed directly by the Music Publisher. |
| **New Media & Other** |  | • Fees for the use of a song in new media (e.g. mobile phone ringtones), stage productions (grand rights), rental of orchestral scores, Printed Music publications, toys or novelty items and other.[1]<br>• Typically licensed directly by Music Publisher. |

Note: Assumes total market size of €6.4bn.
Source: Enders Analysis and BMP management (2005).
(1) Royalties from downloads are included in Mechanical and not New Media.

Revenues in the industry are very stable and predictable and diversified across a very wide number of song titles. The wide diversification across numerous products (i.e. individual songs) and the low dependence on the few hit songs drive the stability of revenues in the industry.

Out of the per song royalties received by the publisher, the publisher typically pays about 50% to the composer(s) and song writer(s) or their heirs on songs that are used for public performance (after deducting royalty collection costs paid to collection agencies). There could also be a fee payable to a co-publisher. Other types of song usage could have different revenue sharing arrangements between the publisher and the songwriter(s).

Music publishers typically have a high and stable EBITDA margin in the range of 25-30%. There are essentially only two types of costs in the music publishing business: 1) costs of composers and lyricists contracts and 2) costs of marketing and promotion (A&R). Costs of marketing and promotion include costs of maintaining relationships with songwriters to add new songs to the catalogue as well as costs of marketing the catalogue to the end users (recorded music companies, entertainment companies, event planners, etc).

38

# Company and Industry Overview

Music publishing is a relatively small but extremely profitable segment of the music industry; the margins in the music publishing business are 3-4x as high as those in recorded music. Music publishing also represents a more consistent revenue stream with above average growth prospects, growing at c. 3-5% in the past 2 years, while recorded music has been declining in difficult industry conditions.

Mechanical revenues represented 25% of the total music publishing market in 2006

▶ Modest growth is expected as the continuing decline in the sale of physical records is offset by high growth in digital downloads

▶ Overall revenue from mechanical royalties expected to increase by a CAGR of 0.8% from 2006 to 2013

▶ Decline in physical sales offset by the growth in digital downloads, expected to grow at a CAGR of 33.1% from 2006-2013

▶ Performance revenues represented 33% of the total music publishing market in 2006 and is expected to continue to grow due to the increase in the number of media outlets and growth of digital channels such as the internet Expected to grow at a CAGR of 5.0% from 2006-2013, not accounting for potential increase in performance royalties from digital media and potential upside following the negotiation of royalty rates for these new services

Synchronization revenues accounted for 19% of the total music publishing market in 2006

▶ Synchronization royalties have grown significantly in the past few years due to the increase in number of cable channels, corresponding need for additional content as well as increased use of production libraries and catalogs for television, films, advertising and movie trailers

▶ Growth in synchronization royalties has been aided by web-enable music catalogs that facilitate the process of buying rights and reduce the associated costs. The segment is expected to grow by a CAGR of 4.0% from 2006-2013

Print and other revenue represented 23% of the total music publishing market in 2006

▶ Print is driven by increased accessibility of print music online. This segment is expected to grow by a CAGR of 5.8% from 2006-2013



Music Publishing Industry Projections ($ in m)

Source: Enders Analysis, 2006

CITI-TF 00562504

# Company and Industry Overview

### Competition

The recorded music industry is comprised of major international recorded music companies like EMI, WMG, Universal Music Group, Sony BMG, and a significant number of independent music companies such as the Ministry of Sound, V2, Beggars Banquet/XL, Dreamworks and Sanctuary.

The music publishing industry is generally more fragmented than recorded music and comprises a significant number of music publishers like Warner Chappell, EMI Music Publishing, Sony/ATV Music, Universal Music Publishing, Chrysalis, Edel, Carlin Music, Peermusic, Music Sales, Famous Music, MPL Communications and Windswept Pacific, as well as a number of songwriters who publish their own works.

Both the recorded music and music publishing industries are characterised by intense competition. This tends to manifest itself in competition to contract key artistic talent – rather than in pricing competition between players. The recorded music industry, in particular, faces competition form other forms of entertainment and leisure activities, such as cable and satellite television, pre-recorded films on DVD, the Internet and computer video games. Other products, like mobile phones and iPods are also competing for the disposable income of consumers.

Most significantly, the Sony BMG transaction in 2004 appeared to alter the industry landscape, as the EU granted permission for the merger of their music division. This regulatory clearance appeared to pave the way for further industry consolidation. However, in early 2006, the EU overturned its initial ruling and nullified the merger, commencing a long investigation, the outcome of which is yet to be determined and will have significant impact on the potential for further consolidation.

40

**B.**   Leverage Comparables

CITI-TF 00562506

# Leverage Comparables – Credit Profile of Warner Music Group

| Date | Feb-04 | Apr-04 | Dec-04 | May-05 | Mar-07 |
|---|---|---|---|---|---|
| PF Financials Date | 30/11/2003 | 30/11/2003 | 30/09/2004 | 31/12/2004 | 31/03/2007 |
| Event | Initial Acquisition of WMG | Bond Deal to Redeem Bridge and Equity | Holdco Bond Deal for Div & Pfd Stock Redemption | IPO and Bank Amendment for Holdco Note Redemption and Div | Current |
| **Cash and Cash Equivalents** | $140 | $140 | $213 | $100 | $362 |
| **Operating Company Debt:** | | | | | |
| Revolver | -- | -- | -- | -- | -- |
| Term Loans | $1,150 | $1,200 | $1,194 | $1,441 | $1,405 |
| **Total Sr. Secured Debt** | $1,150 | $1,200 | $1,194 | $1,441 | $1,405 |
| Sr. Sub Bridge Loan | $500 | -- | -- | -- | -- |
| 7.375% USD Sr. Sub Notes | -- | $465 | $465 | $465 | $465 |
| 8.125% GBP Sr. Sub Notes | -- | 185 | 181 | 193 | 196 |
| **Total OpCo Debt** | $1,650 | $1,850 | $1,840 | $2,099 | $2,066 |
| **Holding Company Debt:** | | | | | |
| Floating Rate Sr. Notes | -- | -- | $250 | -- | $200 |
| 9.5% Sr. Discount Notes | -- | -- | 250 | $163 | -- |
| Floating Rate Sr. PIK Notes | -- | -- | 196 | -- | -- |
| **Total HoldCo Debt** | -- | -- | $696 | $163 | $200 |
| **Total Debt** | $1,650 | $1,850 | $2,536 | $2,262 | $2,266 |
| EBITDA | $314 | $314 | $335 | $408 | $451 |
| Interest Expense | 103 | 118 | 199 | 185 | 180 |
| Senior Secured Net Debt / EBITDA | 3.2x | 3.4x | 2.9x | 3.3x | 2.3x |
| Total Opco Net Debt / EBITDA | 4.8 | 5.4 | 4.9 | 4.9 | 3.8 |
| Total Net Debt / EBITDA | 4.8 | 5.4 | 6.9 | 5.3 | 4.2 |
| Interest Coverage | 3.0 | 2.7 | 1.7 | 2.2 | 2.5 |
| **Credit Ratings:** | | | | | |
| Family Rating | B1 / B+ | B1 / B+ | B1 / B+ | B1 / B+ | Ba3/BB- |
| Senior Secured | B1 / B+ | B1 / B+ | B1 / B+ | B1 / B+ | Ba2/BB- |
| Sr. Sub Opco Notes | B3 / B- | B3 / B- | B3 / B- | B3 / B- | B2/B |
| Holdco Notes | Ca2 / B- | Ca2 / B- | Ca2 / B- | Ca2 / B- | B2/B |
| **Corporate Rating Outlook:** | | | | | |
| S&P | Stable | Stable | Negative | Stable Positive | Watch Negative Positive |
| Moody's | -- | -- | -- | | |

A-12279

**C.**    Valuation Back-up



CITI-TF 00562508

# Valuation Back-up



Valuation Overview – EMI Group

Notes: Share price as at 15 May 2007.
(1) Based on current WMG Trading Multiples.
(2) Based on SOTP Precedent Valuation, by applying appropriate multiples to the Recording and Publishing businesses.
(3) DCF based on Terra Firma financials, assuming 8.8% WACC, 30.0% tax rate and an exit multiple of 10.5x EBITDA, implying a 2.3% perpetuity growth rate.
(4) Based on Numis, 04 May 2007, UBS, 13 Apr 2007, Oriel, 19 Feb 2007, ABN Amro, 16 Feb 2007, Societe Generale, 15 Feb 2007.



Valuation – EMI Music

(1) Based on broker valuation of EMI recording business.
(2) Based on precedent transaction FV/EBITDA multiples.
(3) Based on 10 year DCF, assuming WACC of 8.8% and terminal EBITDA multiple of 9.0x, implying a perpetuity growth of 1.4%.



Valuation – EMI Music Publishing

(1) Based on broker valuation of EMI publishing business.
(2) Based on FV/EBITDA multiples for Universal/BMG transaction.
(3) Based on 10 year DCF, assuming WACC of 7.5% and terminal EBITDA multiple of 15.0x, implying a perpetuity growth of 2.8%.



CITI-TF 00562509

A-12282

# Valuation Back-up





(1) Based on broker valuation of EMI recording business.
(2) Based on precedent transaction FV/EBITDA multiples.
(3) Based on 10 year DCF, assuming WACC of 8.8% and terminal EBITDA multiple of 9.0x, implying a perpetuity growth of 1.4%.

(1) Based on broker valuation of EMI publishing business.
(2) Based on FV/EBITDA multiples for Universal/BMG transaction.
(3) Based on 10 year DCF, assuming WACC of 7.5% and terminal EBITDA multiple of 15.0x, implying a perpetuity growth of 2.8%.

## Comparable Companies

For comparable companies we looked at the closest comparable, Warner Music Group. The range for EMI Group is based on 8.5x 2007E CY EBITDA (£324.5mn) at the lower end and at the top end 8.3x 2008E EBITDA (£405.8mn), which implies a midpoint valuation for the Group of £3,067mn (excluding premium).

### Comparable Companies

| ($ in millions, except per share data) | Stock Price as of 5/15/07 | Equity Value [a] | Firm Value [b] | Firm Value / EBITDA [c] 2007E | 2008E | Equity Value / FCF [c] 2007E | 2008E | Net Debt / LTM EBITDA | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|
| EMI Group | $4.84 | $4,484 | $8,737 | 15.0x | 11.7x | 27.0x | 15.6x | 4.6x | Ba1 / BB+ |
| Warner Music Group | 17.10 | 2,591 | 4,494 | 8.5 | 8.3 | 9.2 | 9.0 | 3.7 | NR / NR |

Note: Balance sheet data updated as of 12/31/06 for Warner Music; as of 30/3/07 for EMI Group.
(a) Equity Value = Recent Price x Fully Diluted Shares Outstanding - Option Proceeds.
(b) Firm Value = Market Capitalization + Net Debt + Preferred Stock + Minority Interest - Unconsolidated Investments.
(c) Multiples based on calendarized results; for all companies with fiscal years ending on dates other than Dec 31, operating results are calendarized.



A-12283

# Valuation Back-up

### Precedent Transactions

We have focused on relevant precedent transactions in the music recording and music publishing sectors. Based on BMG Universal, we applied a range of 18.1x – 20.1x on the EMI Music Publishing 2007E FY EBITDA (£118.8mn), implying a midpoint valuation of £2,269.1mn. Based on the Music Recording precedent transactions we applied a 10.2x-12.4x multiple range on EMI Music's 2007E FY EBITDA (£222.9mn), implying a midpoint valuation of £2,518.8mn.

**Precedent Transactions – EMI Music Publishing**

($ in millions)

| Date Announced | Target Name | Acquiror Name | Firm Value | Firm Value / LTM EBITDA |
|---|---|---|---|---|
| Sep-06 | BMG Music Publishing | Vivendi Universal | $2,100 | 20.1x |

**Precedent Transactions – EMI Music Recording**

($ in millions)

| Date Announced | Target Name | Acquiror Name | Firm Value | Firm Value / LTM EBITDA |
|---|---|---|---|---|
| Dec-05 | Festival Mushroom Records | Warner Music Group | -- | NA |
| Mar-05 | VI Music LLC | Universal Music Group | -- | NA |
| Apr-04 | PRISA | Universal Music Group | -- | NA |
| Feb-04 | Warner Music Group | Sponsors | $2,595 | 13.7x |
| May-02 | Mute Ltd | EMI Group | -- | NA |
| Mar-02 | Tommy Boy Records | Warner Music Group | 17 | NA |
| Apr-01 | Poko Rekords Oy | EMI Group | -- | NA |
| Dec-00 | Dino Music BV (75%) | EMI Group | -- | NA |
| Dec-98 | Polygram | Seagram | $10,198 | 8.9x |
| **Mean** | | | | **11.3x** |
| **Median** | | | | **11.3x** |

39



A-12284

# Valuation Back-up

For the Group DCF – Terra Firma Case, we assumed an exit multiple of 10.5x EBITDA and a WACC of 8.8%, implying a perpetuity growth rate of 2.3%.

### Group DCF – Terra Firma Case

| (£ in millions) | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 1,804.1 | 1,831.1 | 1,860.1 | 1,885.2 | 1,911.5 | 1,938.4 | 1,968.2 | 2,004.3 | 2,047.9 | 2,095.8 |
| Growth (%) | 3.0% | 1.5% | 1.6% | 1.4% | 1.4% | 1.4% | 1.5% | 1.8% | 2.2% | 2.3% |
| EBITDA | 318.8 | 434.9 | 457.6 | 463.4 | 461.9 | 469.0 | 477.2 | 487.6 | 506.7 | 515.2 |
| Margin (%) | 17.7% | 23.7% | 24.6% | 24.6% | 24.2% | 24.2% | 24.2% | 24.3% | 24.5% | 24.6% |
| Growth (%) | (4.0%) | 36.4% | 5.2% | 1.3% | (0.3%) | 1.5% | 1.8% | 2.2% | 2.7% | 2.9% |
| Depreciation | (17.4) | (17.5) | (17.8) | (18.1) | (18.4) | (18.6) | (18.9) | (19.3) | (19.7) | (20.1) |
| As % of Revenues | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| EBITA | 301.4 | 417.3 | 439.8 | 445.3 | 443.5 | 450.4 | 458.3 | 468.3 | 481.1 | 495.8 |
| Unlevered Cash Tax | (90.4) | (125.2) | (131.9) | (133.6) | (133.1) | (135.1) | (137.5) | (140.5) | (144.3) | (148.5) |
| Effective Tax Rate (%) | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% |
| Earnings Before Interest, After Tax | 211.0 | 292.1 | 307.9 | 311.7 | 310.5 | 315.3 | 320.8 | 327.8 | 336.8 | 346.5 |
| Depreciation | 17.4 | 17.5 | 17.8 | 18.1 | 18.4 | 18.6 | 18.9 | 19.3 | 19.7 | 20.1 |
| Δ W/C | 0.8 | 0.8 | (0.0) | (0.2) | (0.5) | (0.6) | (0.8) | (1.1) | (1.5) | (1.8) |
| Capital Expenditures | (170.8) | (172.0) | (28.5) | (27.5) | (26.6) | (25.9) | (25.2) | (24.6) | (24.0) | (23.9) |
| As % of Revenues | 9.5% | 9.4% | 1.5% | 1.5% | 1.4% | 1.3% | 1.3% | 1.2% | 1.2% | 1.1% |
| Unlevered Free Cash Flow | 58.5 | 138.4 | 297.1 | 302.1 | 301.6 | 307.3 | 313.8 | 321.4 | 330.9 | 341.3 |
| Terminal EBITDA | | | | | | | | | | 515.2 |
| Terminal Adjusted Free Cash Flow | | | | | | | | | | 344.7 |

| | Terminal EBITDA Multiple Range | | | | |
|---|---|---|---|---|---|
| | 9.5x | 10.0x | 10.5x | 11.0x | 11.5x |
| | | Terminal Value | | | |
| | 4,894 | 5,152 | 5,409 | 5,667 | 5,924 |

| WACC | Firm Value as of May 15, 2007 | | | | |
|---|---|---|---|---|---|
| 7.8% | 4,323 | 4,456 | 4,588 | 4,720 | 4,852 |
| 8.3% | 4,180 | 4,307 | 4,434 | 4,561 | 4,688 |
| 8.8% | 4,042 | 4,164 | 4,286 | 4,408 | 4,530 |
| 9.3% | 3,910 | 4,027 | 4,144 | 4,261 | 4,378 |
| 9.8% | 3,784 | 3,896 | 4,009 | 4,121 | 4,233 |

| WACC | Implied Perpetuity Growth Rate | | | | |
|---|---|---|---|---|---|
| 7.8% | 0.7% | 1.0% | 1.3% | 1.6% | 1.9% |
| 8.3% | 1.2 | 1.5 | 1.8 | 2.1 | 2.3 |
| 8.8% | 1.6 | 2.0 | 2.3 | 2.6 | 2.8 |
| 9.3% | 2.1 | 2.4 | 2.8 | 3.0 | 3.3 |
| 9.8% | 2.6 | 2.9 | 3.2 | 3.5 | 3.8 |



# Valuation Back-up

For the Music Recording DCF – Terra Firma Case, we assumed an exit multiple of 9.0x EBITDA and a WACC of 8.8%, implying a perpetuity growth rate of 1.4%.

**Music Recording DCF – Terra Firma Case**

| (£ in millions) | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 1,356.3 | 1,348.0 | 1,364.3 | 1,376.2 | 1,388.4 | 1,400.3 | 1,415.0 | 1,434.8 | 1,461.2 | 1,490.8 |
| Growth (%) | (4.1%) | (0.6%) | 1.2% | 0.9% | 0.9% | 0.9% | 1.0% | 1.4% | 1.8% | 2.0% |
| EBITDA | 183.5 | 281.6 | 299.9 | 300.8 | 294.1 | 295.7 | 298.3 | 302.7 | 309.3 | 315.8 |
| Margin (%) | 13.5% | 20.9% | 22.0% | 21.9% | 21.2% | 21.1% | 21.1% | 21.1% | 21.2% | 21.3% |
| Growth (%) | (13.5%) | 53.4% | 6.5% | 0.3% | (2.2%) | 0.5% | 0.9% | 1.5% | 2.2% | 2.4% |
| Depreciation | (14.4) | (14.4) | (14.6) | (14.8) | (15.0) | (15.2) | (15.3) | (15.6) | (15.9) | (16.2) |
| As % of Revenues | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| EBITA | 169.2 | 267.2 | 285.2 | 285.9 | 279.1 | 280.5 | 283.0 | 287.1 | 293.5 | 300.6 |
| Unlevered Cash Tax | (50.7) | (80.2) | (85.6) | (85.8) | (83.7) | (84.2) | (84.9) | (86.1) | (88.0) | (90.2) |
| Effective Tax Rate (%) | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% |
| Earnings Before Interest, After Tax | 118.4 | 187.0 | 199.6 | 200.2 | 195.4 | 196.4 | 198.1 | 201.0 | 205.4 | 210.5 |
| Depreciation | 14.4 | 14.4 | 14.6 | 14.8 | 15.0 | 15.2 | 15.3 | 15.6 | 15.9 | 16.2 |
| Δ WIC | 0.6 | 0.6 | (0.0) | (0.2) | (0.4) | (0.5) | (0.6) | (0.8) | (1.1) | (1.3) |
| Capital Expenditures | (25.6) | (23.2) | (21.7) | (20.4) | (19.4) | (18.5) | (17.5) | (16.7) | (15.9) | (15.2) |
| As % of Revenues | 1.9% | 1.7% | 1.6% | 1.5% | 1.4% | 1.3% | 1.2% | 1.2% | 1.1% | 1.0% |
| Unlevered Free Cash Flow | 107.8 | 178.8 | 192.5 | 194.4 | 190.6 | 192.6 | 195.3 | 199.0 | 204.3 | 210.2 |
| Terminal EBITDA | | | | | | | | | | 315.8 |
| Terminal Adjusted Free Cash Flow | | | | | | | | | | 209.2 |

| | **Terminal EBITDA Multiple Range** | | | | |
|---|---|---|---|---|---|
| | 8.0x | 8.5x | 9.0x | 9.5x | 10.0x |
| | | | **Terminal Value** | | |
| | 2,535 | 2,693 | 2,852 | 3,010 | 3,168 |

| **WACC** | **Firm Value as of May 15, 2007** | | | | |
|---|---|---|---|---|---|
| 7.8% | 2,593 | 2,674 | 2,755 | 2,837 | 2,918 |
| 8.3% | 2,513 | 2,591 | 2,669 | 2,747 | 2,825 |
| 8.8% | 2,437 | 2,512 | 2,587 | 2,662 | 2,737 |
| 9.3% | 2,364 | 2,436 | 2,508 | 2,580 | 2,652 |
| 9.8% | 2,293 | 2,363 | 2,432 | 2,501 | 2,570 |

| **WACC** | **Implied Perpetuity Growth Rate** | | | | |
|---|---|---|---|---|---|
| 7.8% | (0.4%) | 0.0% | 0.4% | 0.8% | 1.1% |
| 8.3% | 0.0 | 0.5 | 0.9 | 1.3 | 1.6 |
| 8.8% | 0.5 | 1.0 | 1.4 | 1.7 | 2.1 |
| 9.3% | 1.0 | 1.4 | 1.8 | 2.2 | 2.5 |
| 9.8% | 1.4 | 1.9 | 2.3 | 2.7 | 3.0 |



# Valuation Back-up

For the Music Publishing DCF – Terra Firma Case, we assumed an exit multiple of 15.0x EBITDA and a WACC of 7.5%, implying a perpetuity growth rate of 2.8%.

**Music Publishing DCF – Terra Firma Case**

| (£ in millions) | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 447.8 | 483.1 | 495.8 | 509.0 | 523.0 | 538.1 | 553.3 | 569.4 | 585.7 | 605.0 |
| Growth (%) | 32.6% | 7.9% | 2.6% | 2.7% | 2.7% | 2.9% | 2.8% | 2.9% | 3.0% | 3.1% |
| EBITDA | 135.3 | 153.2 | 157.8 | 162.6 | 167.7 | 173.3 | 178.9 | 184.9 | 191.4 | 198.3 |
| Margin (%) | 30.2% | 31.7% | 31.8% | 31.9% | 32.1% | 32.2% | 32.2% | 32.5% | 32.6% | 32.8% |
| Growth (%) | 12.6% | 13.3% | 3.0% | 3.1% | 3.2% | 3.3% | 3.2% | 3.4% | 3.5% | 3.6% |
| Depreciation | (3.0) | (3.1) | (3.2) | (3.3) | (3.4) | (3.5) | (3.6) | (3.7) | (3.8) | (3.9) |
| As % of Revenues | 0.7% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| EBITA | 132.3 | 150.1 | 154.6 | 159.3 | 164.4 | 169.8 | 175.3 | 181.3 | 187.6 | 194.4 |
| Unlevered Cash Tax | (39.7) | (45.0) | (46.4) | (47.8) | (49.3) | (50.9) | (52.6) | (54.4) | (56.3) | (58.3) |
| Effective Tax Rate (%) | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% |
| Earnings Before Interest, After Tax | 92.6 | 105.1 | 108.2 | 111.5 | 115.1 | 118.9 | 122.7 | 126.9 | 131.3 | 136.1 |
| Depreciation | 3.0 | 3.1 | 3.2 | 3.3 | 3.4 | 3.5 | 3.6 | 3.7 | 3.8 | 3.9 |
| Δ WIC | 0.2 | 0.2 | (0.0) | (0.1) | (0.1) | (0.2) | (0.2) | (0.3) | (0.4) | (0.5) |
| Capital Expenditures | (145.1) | (148.8) | (6.9) | (7.0) | (7.2) | (7.4) | (7.7) | (7.9) | (8.1) | (8.4) |
| As % of Revenues | 32.4% | 30.8% | 1.4% | 1.4% | 1.4% | 1.4% | 1.4% | 1.4% | 1.4% | 1.4% |
| Unlevered Free Cash Flow | (49.3) | (40.4) | 104.5 | 107.7 | 111.0 | 114.7 | 118.4 | 122.4 | 126.6 | 131.1 |
| Terminal EBITDA | | | | | | | | | | 198.3 |
| Terminal Adjusted Free Cash Flow | | | | | | | | | | 135.6 |

| | Terminal EBITDA Multiple Range | | | | |
|---|---|---|---|---|---|
| | 14.0x | 14.5x | 15.0x | 15.5x | 16.0x |
| | | | Terminal Value | | |
| | 2,776 | 2,876 | 2,975 | 3,074 | 3,173 |

| WACC | Firm Value as of May 15, 2007 | | | | |
|---|---|---|---|---|---|
| 6.5% | 2,149 | 2,206 | 2,262 | 2,319 | 2,376 |
| 7.0% | 2,068 | 2,122 | 2,177 | 2,231 | 2,285 |
| 7.5% | 1,990 | 2,042 | 2,094 | 2,146 | 2,199 |
| 8.0% | 1,915 | 1,965 | 2,016 | 2,066 | 2,116 |
| 8.5% | 1,844 | 1,892 | 1,940 | 1,988 | 2,036 |

| WACC | Implied Perpetuity Growth Rate | | | | |
|---|---|---|---|---|---|
| 6.5% | 1.5% | 1.7% | 1.9% | 2.0% | 2.1% |
| 7.0% | 2.0 | 2.2 | 2.3 | 2.5 | 2.6 |
| 7.5% | 2.5 | 2.7 | 2.8 | 3.0 | 3.1 |
| 8.0% | 3.0 | 3.1 | 3.3 | 3.4 | 3.6 |
| 8.5% | 3.4 | 3.6 | 3.8 | 3.9 | 4.1 |

40



# Valuation Back-up

## CASE COMPARISON

A comparison of the two scenarios benchmarked against broker consensus is presented below:

Group – Turnover (GBP)

Group – EBITDA (GBP)

Music Recording – Turnover (GBP)

Music Recording – EBITDA (GBP)

Music Publishing – Turnover (GBP)

Music Publishing – EBITDA (GBP)

Note: Consensus estimates based on Citi (15-Feb-07), Lehman Brothers (15-Feb-07), Merrill Lynch (19-Apr-07) and Morgan Stanley (19-Apr-07).



# Valuation Back-up

For the Group DCF – Downside Case, we assumed an exit multiple of 10.5x and a WACC of 8.8%, implying a perpetuity growth rate of 2.4%.

**Group DCF – Downside Case**

| (£ in millions) | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 1,724.3 | 1,677.7 | 1,648.8 | 1,625.6 | 1,624.9 | 1,626.5 | 1,639.7 | 1,657.8 | 1,681.7 | 1,708.5 |
| Growth (%) | (1.6%) | (2.7%) | (1.7%) | (1.4%) | (0.0%) | 0.1% | 0.8% | 1.1% | 1.4% | 1.6% |
| EBITDA | 276.6 | 340.4 | 338.5 | 324.5 | 311.3 | 305.2 | 302.8 | 301.9 | 303.1 | 305.1 |
| Margin (%) | 16.0% | 20.3% | 20.5% | 20.0% | 19.2% | 18.8% | 18.5% | 18.2% | 18.0% | 17.9% |
| Growth (%) | (16.7%) | 23.1% | (0.6%) | (4.1%) | (4.1%) | (2.0%) | (0.8%) | (0.3%) | 0.4% | 0.6% |
| Depreciation | (16.8) | (16.4) | (16.2) | (15.9) | (16.0) | (16.0) | (16.2) | (16.4) | (16.6) | (16.9) |
| As % of Revenues | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| EBITA | 259.8 | 324.0 | 322.3 | 308.5 | 295.3 | 289.2 | 286.6 | 285.5 | 286.5 | 288.2 |
| Unlevered Cash Tax | (78.0) | (97.2) | (96.7) | (92.6) | (88.6) | (86.8) | (86.0) | (85.7) | (86.0) | (86.5) |
| Effective Tax Rate (%) | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% |
| Earnings Before Interest, After Tax | 181.9 | 226.8 | 225.8 | 216.0 | 206.7 | 202.4 | 200.6 | 199.9 | 200.6 | 201.7 |
| Depreciation | 16.8 | 16.4 | 16.2 | 15.9 | 16.0 | 16.0 | 16.2 | 16.4 | 16.6 | 16.9 |
| Δ WC | 0.8 | 0.8 | (0.0) | (0.2) | (9.5) | (0.6) | (0.8) | (1.1) | (1.5) | (1.8) |
| Capital Expenditures | (31.3) | (28.7) | (26.9) | (25.8) | (24.9) | (23.1) | (22.5) | (21.9) | (21.4) | (20.9) |
| As % of Revenues | 1.8% | 1.7% | 1.6% | 1.5% | 1.5% | 1.4% | 1.4% | 1.3% | 1.3% | 1.2% |
| Unlevered Free Cash Flow | 168.1 | 215.3 | 215.1 | 206.7 | 198.2 | 194.7 | 193.5 | 193.2 | 194.2 | 195.9 |
| Terminal EBITDA | | | | | | | | | | 305.1 |
| Terminal Adjusted Free Cash Flow | | | | | | | | | | 199.9 |

| | Terminal EBITDA Multiple Range | | | | |
|---|---|---|---|---|---|
| | 9.5x | 10.0x | 10.5x | 11.0x | 11.5x |
| | Terminal Value | | | | |
| | 2,898 | 3,051 | 3,203 | 3,356 | 3,508 |

| WACC | Firm Value as of May 15, 2007 | | | | |
|---|---|---|---|---|---|
| 7.8% | 2,889 | 2,967 | 3,046 | 3,124 | 3,202 |
| 8.3% | 2,802 | 2,877 | 2,952 | 3,027 | 3,102 |
| 8.8% | 2,718 | 2,790 | 2,862 | 2,934 | 3,007 |
| 9.3% | 2,638 | 2,707 | 2,776 | 2,846 | 2,915 |
| 9.8% | 2,561 | 2,627 | 2,694 | 2,760 | 2,827 |

| WACC | Implied Perpetuity Growth Rate | | | | |
|---|---|---|---|---|---|
| 7.8% | 0.8% | 1.2% | 1.5% | 1.7% | 2.0% |
| 8.3% | 1.3 | 1.6 | 1.9 | 2.2 | 2.5 |
| 8.8% | 1.8 | 2.1 | 2.4 | 2.7 | 2.9 |
| 9.3% | 2.2 | 2.6 | 2.9 | 3.2 | 3.4 |
| 9.8% | 2.7 | 3.0 | 3.3 | 3.6 | 3.9 |



# Valuation Back-up

For the Music Recording DCF – Downside Case, we assumed an exit multiple of 9.0x EBITDA and a WACC of 8.8%, implying a perpetuity growth rate of 1.7%.

**Music Recording DCF – Downside Case**

| (£ in millions) | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 1,305.3 | 1,253.0 | 1,217.6 | 1,187.5 | 1,179.0 | 1,172.8 | 1,175.9 | 1,183.7 | 1,196.5 | 1,211.4 |
| *Growth (%)* | *(7.7%)* | *(4.0%)* | *(2.8%)* | *(2.5%)* | *(0.7%)* | *(0.6%)* | *0.3%* | *0.7%* | *1.1%* | *1.2%* |
| **EBITDA** | 153.9 | 212.7 | 208.7 | 192.3 | 176.6 | 167.6 | 161.9 | 157.5 | 155.8 | 152.8 |
| *Margin (%)* | *11.8%* | *17.0%* | *17.1%* | *16.2%* | *15.0%* | *14.3%* | *13.8%* | *13.3%* | *13.0%* | *12.6%* |
| *Growth (%)* | *(27.4%)* | *38.2%* | *(1.9%)* | *(7.8%)* | *(8.2%)* | *(5.1%)* | *(3.4%)* | *(2.7%)* | *(1.6%)* | *(1.4%)* |
| Depreciation | (13.8) | (13.4) | (13.1) | (12.8) | (12.8) | (12.7) | (12.8) | (12.9) | (13.1) | (13.3) |
| *As % of Revenues* | *1.1%* | *1.1%* | *1.1%* | *1.1%* | *1.1%* | *1.1%* | *1.1%* | *1.1%* | *1.1%* | *1.1%* |
| **EBITA** | 140.1 | 199.4 | 195.8 | 179.5 | 163.8 | 154.8 | 149.1 | 144.6 | 141.9 | 139.5 |
| Unlevered Cash Tax | (42.0) | (59.8) | (58.7) | (53.9) | (49.1) | (46.4) | (44.7) | (43.4) | (42.6) | (41.8) |
| *Effective Tax Rate (%)* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* |
| **Earnings Before Interest, After Tax** | 98.1 | 139.5 | 136.9 | 125.7 | 114.7 | 108.4 | 104.4 | 101.2 | 99.3 | 97.6 |
| Depreciation | 13.8 | 13.4 | 13.1 | 12.8 | 12.8 | 12.7 | 12.8 | 12.9 | 13.1 | 13.3 |
| Δ WIC | 0.6 | 0.6 | (0.0) | (0.2) | (0.4) | (0.5) | (0.6) | (0.8) | (1.1) | (1.3) |
| Capital Expenditures | (24.9) | (22.3) | (20.1) | (18.3) | (17.2) | (16.2) | (15.4) | (14.7) | (14.0) | (13.4) |
| *As % of Revenues* | *1.9%* | *1.8%* | *1.6%* | *1.5%* | *1.5%* | *1.4%* | *1.3%* | *1.2%* | *1.2%* | *1.1%* |
| **Unlevered Free Cash Flow** | 87.6 | 131.3 | 129.9 | 120.0 | 109.8 | 104.5 | 101.2 | 98.7 | 97.3 | 96.3 |
| **Terminal EBITDA** | | | | | | | | | | 152.8 |
| **Terminal Adjusted Free Cash Flow** | | | | | | | | | | 98.4 |

| | Terminal EBITDA Multiple Range | | | | |
|---|---|---|---|---|---|
| | 8.0x | 8.5x | 9.0x | 9.5x | 10.0x |
| | Terminal Value | | | | |
| | 1,222 | 1,299 | 1,375 | 1,451 | 1,528 |

| WACC | Firm Value as of May 15, 2007 | | | | |
|---|---|---|---|---|---|
| 7.8% | 1,400 | 1,439 | 1,478 | 1,518 | 1,557 |
| 8.3% | 1,360 | 1,398 | 1,435 | 1,473 | 1,511 |
| 8.8% | 1,322 | 1,358 | 1,394 | 1,430 | 1,466 |
| 9.3% | 1,285 | 1,320 | 1,355 | 1,389 | 1,424 |
| 9.8% | 1,250 | 1,283 | 1,317 | 1,350 | 1,383 |

| WACC | Implied Perpetuity Growth Rate | | | | |
|---|---|---|---|---|---|
| 7.8% | (0.1%) | 0.4% | 0.7% | 1.1% | 1.4% |
| 8.3% | 0.4 | 0.8 | 1.2 | 1.6 | 1.9 |
| 8.8% | 0.8 | 1.3 | 1.7 | 2.0 | 2.3 |
| 9.3% | 1.3 | 1.7 | 2.1 | 2.5 | 2.8 |
| 9.8% | 1.8 | 2.2 | 2.6 | 3.0 | 3.3 |



A-12290

# Valuation Back-up

For the Music Publishing DCF – Downside Case, we assumed an exit multiple of 15.0x EBITDA and a WACC of 7.5%, implying a perpetuity growth rate of 2.8%.

**Music Publishing DCF – Downside Case**

| (£ in millions) | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 419.0 | 424.7 | 431.0 | 438.1 | 445.9 | 454.5 | 463.9 | 474.1 | 485.1 | 497.1 |
| *Growth (%)* | 24.0% | 1.4% | 1.5% | 1.6% | 1.8% | 1.9% | 2.1% | 2.2% | 2.3% | 2.5% |
| EBITDA | 122.7 | 127.7 | 129.8 | 132.1 | 134.7 | 137.6 | 140.8 | 144.3 | 148.1 | 152.3 |
| *Margin (%)* | 29.3% | 30.1% | 30.1% | 30.2% | 30.2% | 30.3% | 30.4% | 30.4% | 30.5% | 30.6% |
| *Growth (%)* | 2.2% | 4.1% | 1.6% | 1.8% | 2.0% | 2.1% | 2.3% | 2.5% | 2.6% | 2.8% |
| Depreciation | (3.0) | (3.0) | (3.1) | (3.1) | (3.2) | (3.3) | (3.3) | (3.4) | (3.5) | (3.6) |
| *As % of Revenues* | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% |
| EBITA | 119.7 | 124.7 | 126.7 | 129.0 | 131.5 | 134.4 | 137.5 | 140.9 | 144.6 | 148.7 |
| Unlevered Cash Tax | (35.9) | (37.4) | (38.0) | (38.7) | (39.5) | (40.3) | (41.2) | (42.3) | (43.4) | (44.6) |
| *Effective Tax Rate (%)* | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% |
| Earnings Before Interest, After Tax | 83.8 | 87.3 | 88.7 | 90.3 | 92.1 | 94.0 | 96.2 | 98.6 | 101.2 | 104.1 |
| Depreciation | 3.0 | 3.0 | 3.1 | 3.1 | 3.2 | 3.3 | 3.3 | 3.4 | 3.5 | 3.6 |
| Δ WIC | 0.2 | 0.2 | (0.0) | (0.1) | (0.1) | (0.2) | (0.2) | (0.3) | (0.4) | (0.5) |
| Capital Expenditures | (6.4) | (6.4) | (6.4) | (6.4) | (6.4) | (6.4) | (6.4) | (6.4) | (6.4) | (6.4) |
| *As % of Revenues* | 1.5% | 1.5% | 1.5% | 1.5% | 1.4% | 1.4% | 1.4% | 1.3% | 1.3% | 1.3% |
| Unlevered Free Cash Flow | 80.6 | 84.1 | 85.4 | 87.0 | 88.7 | 90.8 | 93.0 | 95.3 | 97.9 | 100.8 |
| Terminal EBITDA | | | | | | | | | | 152.3 |
| Terminal Adjusted Free Cash Flow | | | | | | | | | | 103.6 |

| | Terminal EBITDA Multiple Range | | | | |
|---|---|---|---|---|---|
| | 14.0x | 14.5x | 15.0x | 15.5x | 16.0x |
| | | Terminal Value | | | |
| | 2,132 | 2,208 | 2,284 | 2,360 | 2,437 |

| WACC | Firm Value as of May 15, 2007 | | | | |
|---|---|---|---|---|---|
| 6.5% | 1,886 | 1,930 | 1,973 | 2,017 | 2,060 |
| 7.0% | 1,822 | 1,864 | 1,906 | 1,948 | 1,990 |
| 7.5% | 1,762 | 1,802 | 1,842 | 1,882 | 1,922 |
| 8.0% | 1,703 | 1,742 | 1,780 | 1,818 | 1,857 |
| 8.5% | 1,647 | 1,684 | 1,721 | 1,758 | 1,795 |

| WACC | Implied Perpetuity Growth Rate | | | | |
|---|---|---|---|---|---|
| 6.5% | 1.6% | 1.7% | 1.9% | 2.0% | 2.2% |
| 7.0% | 2.0 | 2.2 | 2.4 | 2.5 | 2.6 |
| 7.5% | 2.5 | 2.7 | 2.8 | 3.0 | 3.1 |
| 8.0% | 3.0 | 3.2 | 3.3 | 3.5 | 3.6 |
| 8.5% | 3.5 | 3.6 | 3.8 | 3.9 | 4.1 |



**D.**   RAC Checklists



CITI-TF 00562519

A-12292

# RAC (Risk Assessment Criteria) Checklists

**Senior Facilities**

Based on the current transaction structure, there are 4 exceptions to the RAC IIIe criteria:

| Senior Debt | Status | Comment |
|---|---|---|
| 1. Valuation | ✓ | Valuation range included in the memo |
| 2. Solvency | ✓ | Meets the three requirements |
| 3. Subordinated Debt | ✓ | Mezzanine is contractually subordinated |
| 4. Management Evaluation | ✓ | ALF and EIB teams have met senior management and have no concerns; evaluation is included in the memo. |
| 5. Structural Disadvantage | ✓ | No material indebtedness structurally or contractually senior to us |
| 6. Liquidity of Loan | ✓ | No prohibitions to sell loan |
| 7. Upstream Guaranties | ✓ | Where legal and practicable |
| 8. Collateral | ✓ | Asset security to the extent legally available |
| 9. Loan to Enterprise Value | ✓ | Senior facilities (assuming fully drawn RCF) = 51% of mid-point valuation (Max = 60%) |
| 10. Facility Risk Rating | ✓ | FRR: 5- for senior facilities (Max = 6) |
| 11. Amortisation & Tenor | ✗ | Non-amortising structure, expect for required annual cash sweep starting in FY2008. Tenor is in line with market |
| 12. Hedging strategy | ✓ | Hedging agreed for 2 years for 50% of senior debt |
| 13. Ratios (for deal ≥ $200m) | ✗ | Senior bank debt / EBITDA (max: 3.5x) and Total Debt / EBITDA (max: 5.0x) tests not met |
| 14. Covenants | ✗ | Covenants have not been negotiated yet, but based on opening leverage, they will not meet the RAC requirements (leverage covenant, max: 5.5x; interest coverage, min: 1.5x; fixed charge coverage, min: 1.1x) |

47



CITI-TF 00562520

**E.**     Franchise & Related Risk Review



CITI-TF 00562521

# Franchise and Related Risks Review

### FRANCHISE AND RELATED RISKS REVIEW

**A.**    **Conflict Clearance**

1.    Indicate when Conflict Clearance was notified of the transaction. *14 May 2007*
2.    Indicate when the Compliance Group was notified of the transaction. *14 May 2007*
3.    If exclusivity provisions are included in the transaction documentation have all relevant approvals been obtained? ☐ **Yes** ☐ **No**  *N/A*
4.    Indicate when exclusivity arrangements were logged with Compliance. *N/A*

**B.**    **Anti-Tying Policy**

**Non U.S. Customer:** Is the Extension of Credit permitted to be booked in a Bank Chain Vehicle pursuant to Appendix Seven of the Anti-Tying Control Procedures?

☒**Yes** ☐**No**  If the answer to this question is "Yes," then the Sponsoring Officer need not complete the remaining questions in this Anti-tying Policy Section B, save for the Credit File Note set out below in Section C which constitutes a written analysis of, and support for the determination made pursuant to Appendix Seven (Non-US Customer and Related Exceptions) of the Anti-Tying Control Procedures.

*The parent company of Kettle is incorporated in the US (Delaware) and has two main operating subsidiaries, one incorporated in the US and one incorporated in England.*

**"New Customer":** Are any of the customers "New Customers" as described in the Anti-Tying Control Procedures? ☐ **Yes** ☒ **No**

**Tying Issues:**

1.  Indicate whether or not the facility is being made available and/or the pricing is being varied on the condition that the Company take another product or service from any Citigroup entity, i.e., the facility is "tied" to another transaction (indicate "Yes" even if you believe an exception to the Anti-tying Rules applies): ☒ **Yes** ☐ **No**

**If Yes:**
a)  Confirm that Legal was consulted regarding the choice of booking vehicle. ☒ **Yes** ☐ **No**
b)  Confirm that the facility is on market terms. ☒ **Yes** ☐ **No.**
    If the answer is "No," confirm that Legal was consulted. ☐ **Yes** ☐ **No**
c)  Set forth which exception to the Anti-Tying Rules was relied on: Structure report not final, need to sign commitment letter including affiliates.
       Corporate Chain Exception: ☐
       Non-U.S. Customer Exception: ☐
       Traditional Bank Product Exception: ☐
       One Product Exception: ☐
       Customer-initiated Exception: ☐
       Joint/Non-tied Exception: ☐

2.  Indicate if the facility is a (1) bridge loan, (2) loan, letter of credit or financing lease to a classified customer, (3) loan, letter of credit or financing lease to a Leveraged Finance or NCB customer, and/or (4) an amendment that increases the amount, extends the term or decreases the interest rate for a facility described in any of (1) through (3): ☒ **Yes** ☐ **No**

48



CITI-TF 00562522

# Franchise and Related Risks Review

**If Yes:**

a) Confirm that Legal was consulted regarding the choice of booking vehicle. ☒ **Yes** ☐ **No**
b) Confirm that the facility is on market terms. ☒ **Yes** ☐ **No**
   If the answer is "No," confirm that Legal was consulted. ☐ **Yes** ☐ **No**

3. Indicate if the Extension of Credit amends, replaces or will be used to refund an existing Extension of Credit that is booked in a Corporate Chain Vehicle. ☐ **Yes** ☒ **No**

**If Yes:**

Confirm that Legal was consulted regarding the choice of booking vehicle. ☐ **Yes** ☐ **No**

☒ **If the facility has NOT been tied** by Citibank or any other Citigroup entity, check this box to indicate the Sponsoring Officer's certification that the facility has not been tied by Citibank or any other Citigroup entity. Name of Sponsoring Officer certifying: _____

**C.    Credit File Note relating to Determination of (B) Above** *[section not applicable]*
*(Determination of Non-U.S. Customer and Related Exceptions under Appendix 7 of GCIB Anti-Tying Control Procedures)*

**File Name:**          N/A
**Date:**                  N/A
**Sponsoring Officer:**  N/A

1. Are you relying on Section I. Definition of "Non-U.S. Customer"? ☐ **Yes** ☐ **No**

**If Yes**, confirm the transaction meets the following criteria:
a) All borrowers, guarantors and security providers (if any) are incorporated or organised in a non-U.S. jurisdiction and have their principal place of business in a non-U.S. jurisdiction;
b) The principal function of the borrowers is not to remit funds to, or provide financing for, the U.S. operations of its parent or affiliates; and
c) The tying condition (if any) does not bind or could bind the operations or securities issuances of a U.S. parent, subsidiary or affiliate of the Non-U.S. Customer.

**Confirmed by Sponsoring Officer** _____ **(Signature required)**

2. Are you relying on Section II. Certain Non-U.S. Transactions Involving U.S. Customers (U.S. Guarantor)? ☐ **Yes** ☐ **No**

**If Yes**, confirm the transaction meets the following criteria:
a) A Non-U.S. Customer receives funds under a tied credit facility; and
b) The credit decision is based in part on either (i) the Non-U.S. Customer's ability to repay the loan, or (ii) on a guaranty or letter of credit from a party that would meet the definition of Non-U.S. Customer; and
c) The credit decision is based in part on a guaranty or letter of credit from a U.S. party.

**Confirmed by Sponsoring Officer** _____ **(Signature required)**

**49**



# Franchise and Related Risks Review

3. <u>Are you relying on Section II. Certain Non-U.S. Transactions Involving a U.S. Customer (Split Booking Vehicles)?</u>  ☐ **Yes** ☐ **No**

**If Yes,** confirm the transaction meets the following criteria:
a) Parties to the loan agreement include both U.S. entities and Non-U.S. Customers; and
b) The tying condition binds either or both the U.S. entities and Non-U.S. Customers; and
c) A Bank Chain Vehicle provides the proceeds of the loan to the Non-U.S. Customers; and
d) A Corporate Chain Vehicle provides the proceeds of the loan to U.S. entities.

**Confirmed by Sponsoring Officer** _____ **(Signature required)**

4. <u>Are you relying on Section III. Rules for COIC Subsidiaries?</u>  ☐ **Yes** ☐ **No**

**If Yes,** confirm the transaction meets the following criteria:
a) The credit is being extended in a non-U.S. jurisdiction;
b) The customer is a U.S. customer and the funds will be used by the customer for non-U.S. operations or a non-U.S. project; and
c) A tie is imposed by COIC subsidiary, but the tie applies to, or binds, only the non-U.S. operations, non-U.S. securities issuances or other non-U.S. activities of the U.S. customer (including, if desired, the non-U.S. subsidiaries or affiliates or the U.S. customer).

**Confirmed by Sponsoring Officer** _____ **(Signature required)**

**D.        Section 23B**

Indicate whether the facility is on market terms:  ☒ **Yes** ☐ **No**

**If No:**

☐ Confirm Legal was consulted

Indicate whether there will be any rebate between the pricing for the facility and pricing for any take out bonds or other mandates we may awarded:  ☒ **Yes** ☐ **No**

**If Yes:**

☒ Confirm Legal was consulted

**E.        Structured Finance Policy Guidelines**

Does the Transaction fall under the Structured Finance Policy: ☐ **Yes**  ☒ **No**

**If Yes:**

☐ Confirm the transaction has been approved as required by the Policy and the client has agreed to the disclosure required by the Policy.

**If No,** confirm whether:

☒ The transaction is an Excluded Transaction (describe the type of transaction i.e. loan included on borrowers B/S)  *Acquisition financing facilities that will included on borrower's balance sheet*

☐ The borrower is not a Covered Client.

☐ Other: _____

**50**



A-12297

# Franchise and Related Risks Review

**F.    New Products, New Activities and Complex Transactions Policy (CMAC)**

Indicate whether or not the transaction is subject to CMAC policy.   ☐Yes ☒No

**If Yes:**

☐ Confirm that the Capital Markets Approval Committees has approved the transaction.

☐ If not approved, explain why CMAC pre-screening has determined that CMAC approval is not necessary.

**G.    Tax Sensitive Financial Products or Strategies Policy and UK Tax Disclosure Regime**

Indicate whether or not the transaction involves a tax sensitive financial product or strategy under the Tax Sensitive Financial Products or Strategy Policy:   ☐Yes ☒No

**If Yes:**

☐ Confirm that approvals have been obtained in accordance with the Tax Sensitive Financial Products or Strategies Policy.

☐ Confirm that the Tax Shelter waiver confidentiality language is included in the loan mandate documentation.

☐ Confirm that the UK Tax Disclosure language is included in the loan mandate documentation for transactions with a UK tax advantage.

**H.    Tax Shelter Registration Rules**

Indicate whether or not there is a US borrower or guarantor in the transaction **AND** there is withholding tax sensitivity with respect to the U.S. borrower or guarantor:   ☐Yes  ☒No *to be confirmed following final confirmation of the transaction structure*

**If Yes:**

☐ Confirm that no representations or advice had been made or will be made to the client in regards to the U.S. tax aspects of the proposed transaction.

   OR

☐ Confirm that the Tax shelter waiver confidentiality language is included in a loan mandate documentation.

**I.    Legal Vehicle Approval Policy**

Indicate whether or not there is a separate legal entity being set up to act as a borrower for the transaction **AND** whether (i) the relevant product group has a role in sponsoring/setting up such entity, OR (ii) the relevant product group assists the entity's sponsor in attracting additional equity investors, OR (iii) the relevant product group provides services (and earns fees) beyond providing debt financing to the entity, OR (iv) the entity has issued equity (i.e. equity in legal form (not subordinated/junior debt) that is less than 10% of its total capital structure (i.e. equity + debt financing), OR (v) the equity investors do not have substantial voting rights in such entity, OR (vi) the equity investors have no substantive exposure to the net income/loss of the entity, OR (vii) to our knowledge, either the sponsor or any other party guarantees a minimum return to the equity holder.   ☐Yes  ☒No

51



# Franchise and Related Risks Review

**If Yes:**

☐  Confirm that Accounting Policy and Legal have been consulted to determine applicability of the LVAP.

☐  If applicable, confirm the appropriate LVAP form has been submitted for approval and summarize the consequences of such application.

**J.     Environmental and Social Risks Management Policy**

Is the transaction compliant with Environmental and Social Risk Management Policy? ☒ **Yes** ☐ **No**

**K.     Other Franchise Risks**

Subject matter experts within Citigroup or GCIB should be consulted, as appropriate, including Legal, Accounting, Tax and Compliance.  Summaries of these consultations must be documented and attached as part of the Credit Approval package.

**Indicate and elaborate if the answer is Yes:**

Confirm the client has satisfied all previous Disclosure Requirements. *Confirmed*

Is there material existing or potential litigation involving the obligor: ☐ **Yes** ☒ **No**

Are there material existing or emerging regulatory issues facing the obligor: ☐ **Yes** ☒ **No**

Are there any client-specific corporate governance issues, including corporate structure and management: ☐ **Yes** ☒ **No**

Any other potential causes for concern, e.g., rapid growth, complex subsidiary structure, extensive use of structured products, etc: ☐ **Yes** ☒ **No**



**F.**    Debt Rating Model (DRM) and RORC
Calculation



CITI-TF 00562527

A-12300

# Debt Rating Model (DRM)

**Combined Company (Recorded + Publishing):**

CONFIDENTIAL



CITI-TF 00562528